IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

2:05CV1163-F

CHRISTOPHER C. McCULLOUGH, #174909
  PLAINTIFF,

V.

CHAMBERS COUNTY SHERIFF'S DEPARTMENT ON
WHICH SGT. JOHN CARMICHAEL IS EMPLOYED,
MAJOR CLAY STEWART OF THE CHAMBERS
COUNTY DETENTION FACILITY,
  DEFENDANTS

<u>CRUEL AND UNUSUAL PUNISHMENT, UNECESSARY USE OF FORCE AND ASSAULT 1ST DEGREE</u>

COMES NOW THE PLAINTIFF CHRISTOPHER C. McCULLOUGH BRINGS ABOUT CIVIL ACTIONS AGAINST THE ABOVE NAMED DEFENDANTS FOR VIOLATING HIS CONSTITUTIONAL RIGHTS TO LEGAL PROCEDURES OF COURT PROCEEDINGS.

THIS CIVIL SUIT GOES AS FOLLOWS: ON NOVEMBER 11, 2005 AROUND 8:00 A.M. MR. McCULLOUGH ACKNOWLEDGED HIS WAIVER OF RIGHT TO BE PRESENT AT SENTENCING TO SEVERAL CORRECTIONAL OFFICERS OF THE CHAMBERS COUNTY CORRECTIONAL FACILITY. IT STARTED WITH COI MALLARD WHO CAME TO GET MR. CHRISTOPHER McCULLOUGH FOR SENTENCING. MR. McCULLOUGH DID ENLIGHTEN COI MALLARD OF HIS RIGHT TO WAIVE HIS PRESENCE

PAGE①.

AT SENTENCING. SO COI MALLARD AND THE PLAINTIFF CHRISTOPHER McCULLOUGH TALKED ABOUT 2 TO 3 MINUTES BEFORE HE TOLD HIS SUPERVISERS. WHEN HE TOLD SGT. LISA DAVIDSON OF THE SITUATION SHE ALSO INSTRUCTED MR. CHRISTOPHER McCULLOUGH TO GET DRESS TO GO TO SENTENCING. MR. McCULLOUGH ENLIGTEN HER AS WELL OF HIS RIGHT TO WAIVE HIS PRESCENCE AT SENTENCING SO SHE TOLD LT. KEISHIA LEVERETT WHO JUST GOT MARRIED RECENTLY SO HER NAME COULD BE MRS. KEISHIA McCOY NOW. SO SHE ALSO INSTRUCTED ME TO GET DRESS AND MR. McCULLOUGH ONCE AGAIN ENLIGHTENED YET ANOTHER OFFICER OF HIS RIGHT TO WAIVE HIS PRESCENCE AT SENTENCING BUT THE LT. KEISHIA LEVERETT DID NOT ACCEPT MY WAIVER OF PRESCENCE EITHER. THE OTHER OFFICER WHO WAS PRESENT WAS COI HANCOCK BUT HE NEVER SAID ANYTHING TO ME, HE JUST WAS STANDING THERE WATCHING EVERY THING. SO THE MAJOR OF THE CHAMBERS COUNTY DETENTION FACILITY CLAY STEWART CAME TO G-BLOCK ON WHICH ALL OF THIS OCCURRED SO WHEN I SAW HIM WALK INTO THE BLOCK I STARTED EXPLAINING TO HIM ABOUT THE SITUATION AND MY RIGHT TO WAIVE MY PRESCENCE AT SENTENCING. AROUND THIS TIME SGT. JOHN CARMICHAEL OF THE CHAMBERS COUNTY SHERIFF DEPARTMENT WALKED IN G-BLOCK WITH A TASER GUN. WHEN HE WALKED IN HE STATED (QUOTE UNQUOTE) (WHERE IS HE AT, DON'T NOBODY REFUSE TO GO TO COURT AROUND HERE.!) SO THEY TOLD ALL THE REST OF THE

INMATES TO GO TO THEIR CELLS. SO AFTER EVERYONE WENT TO THEIR CELLS SGT. JOHN CARMICHAEL SAID I AM GOING TO GIVE YOU ONE WARNING. AND I STATED TO HIM THAT THE LAW STATES THAT I DON'T HAVE TO GO TO SENTENCING IF I DON'T WANT TO IT IS IN THE LAW BOOK. THEN HE PROCEEDED TO COME UP THE STAIRS IN FRONT OF #3 CELL ON WHICH I WAS HOUSED AND THEN MAJOR CLAY STEWART STATED (QUOTE-UNQUOTE)(SHOOT HIM!)

THE NEXT THING I KNOW I WAS STANDING IN FRONT OF MY CELL WITH BOXERS ON AND MY STATE BOOTS AND SGT. JOHN CARMICHAEL SHOT ME WITH THE TASER GUN. AS HE SHOT ME I STOOD UP MOMENTARELY, THEN I STARTED SHAKING ALL OVER, AND SUDDENLY MY BODY WENT NUMB AND I FELL FACE FIRST ON THE CONCRETE AND WHY I WAS YELLING CUT IT OFF SGT. JOHN CARMICHAEL KEPT SQUEEZING THE TRIGGER TAUNTING ME SAYING ARE YOU GOING TO GO TO COURT NOW! THE AFFECTS WERE EXSCRUCIATING I FELT COMPLETE PAIN ALL OVER MY BODY, MY HEART BEATING EXTREMELY FAST, AND AFTERWARDS MY BODY WAS NUMB. I COULD NOT EVEN GET UP OFF THE FLOOR. LT. KEISHA LEVERETT HAD TO PICK ME UP OFF THE FLOOR AND WHEN I DID REALIZE WHAT WAS GOING ON I SAW A NEEDLE LIKE OBJECT STUCK IN MY LEFT ARM ON WHICH ONE OF THE OFFICERS HAD TO SNATCH IT OUT ON WHICH IT LEFT A HOLE IN MY ARM WHICH LATER HEALED UP.

THIS IS THE 22ND OF NOVEMBER 2005 ON WHICH THE

CHAMBERS COUNTY SHERIFF DEPARTMENT TRANSPORTED ME BACK TO THE PRISON WHICH I HAD CAME TO COURT FROM W.E. DONALDSON. THE TRANSPORT OFFICERS WERE SHANNON ROLLINS OF THE CHAMBERS COUNTY SHERIFFS DEPARTMENT AND LT. KEISHIA LEVERETT OF THE CHAMBERS COUNTY DETENTION FACILITY.

FACT FOR CIVIL ACTION

RULES OF CRIMINAL PROCEDURE (RULE 26.7)

PRESCENCE OF THE DEFENDANT

THE DEFENDANT HAS THE RIGHT TO BE PRESENT AT THE SENTENCE HEARING AND AT SENTENCING. FAILURE OF THE DEFENDANT TO APPEAR AT THE HEARING OR FOR SENTENCING WILL NOT DELAY THE PRONOUNCEMENT AND ENTRY OF JUDGEMENT AND SENTENCE IF THE DEFENDANTS RIGHT TO BE PRESENT HAS BEEN WAIVED, EITHER IN WRITING OR BY THE DEFENDANTS NON APPEARANCE AFTER NOTICE OF THE TIME, DATE, AND PLACE OF THE SENTENCE HEARING OR SENTENCING.

THIS RULE SPECIFICALLY STATES THATS IT IS MY CHOICE IF I WANT TO BE PRESENT OR NOT. THEREFORE THIS CIVIL ACTION TAKEN AGAINST THE CHAMBERS COUNTY OFFICIALS HAS COMPLETE MERIT. I AM SUEING FOR 100,000,000.00 ONE HUNDRED MILLION DOLLARS FOR PAIN AND SUFFERING AND PUNITIVE DAMAGES AND ADDITION TO THIS CIVIL ACTION THE PLAINTIFF ALSO INCLUDES THE FOLLOWING:

(1) THAT THE PLAINTIFF CHRISTOPHER C. McCULLOUGH, THE DEFENDANTS MAJOR CLAY STEWART, AND SGT. JOHN CARMICHAEL ALONG WITH THE FOLLOWING NAMED OFFICERS LT. KEISHIA LEVERETT, SGT. LISA DAVIDSON, COI MALLARD, & COI HANCOCK ALL TAKE A POLYGRAPH TEST TO DETERMINE THE TRUTHFULLNESS TO THESE ALLEGATIONS THAT I HAVE BROUGHT FORTH AGAINST THEM.

(2) THAT CRIMINAL CHARGES BE FILED AGAINST MAJOR CLAY STEWART AND SGT. JOHN CARMICHAEL FOR ASSAULT 1ST DEGREE AND UNNECESSARY USE OF FORCE.

(3) THE PLAINTIFF CHRISTOPHER McCULLOUGH ALSO MOVES THIS HONORABLE COURT FOR A FAST AND SPEEDY TRIAL

CERTIFICATE OF SERVICE

I THE PLAINTIFF DO HEREBY BY, THAT I HAVE SENT A COPY OF THIS CIVIL ACTION TO THE CLERK FOR THE MIDDLE DISTRICT OF ALABAMA ON WHICH UP UNDER OATH I SWEAR THAT ALL OF THE ABOVE IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEGE AND BELIEF

DONE BEFORE ME THIS THE 6th DAY OF DEC 2005
                          DAY            MONTH

By _Wallace A. Deten_         10/20/08
   NOTARY PUBLIC              MY COMMISSION EXPIRES

                              _Christopher McCullough_