IN FORMA PAUPERIS

BECAUSE OF MY INDIGENCY I REQUEST THIS COURT TO PROCEED IN FORMA PAUPERIS.

Christopher C. McCullough
PLAINTIFF SIGNATURE

2:05CV1163-F

PAGE 6

```
                        STATE OF ALABAMA
                   DEPARTMENT OF CORRECTIONS
                  W.E. DONALDSON CORR. FACILITY

                                         2005 DEC -8  A 9:29

  AIS #: 174909      NAME: MCCOLLOUGH, CHRISTOPHER       AS OF: 11/28/2005
                                      DEBRA P. HACKETT CLK
                  # OF         AVG DAILY U.S. DISTRICT COURT MONTHLY
        MONTH     DAYS         BALANCE MIDDLE DISTRICT DEPOSITS
        -----------------------------------------------------------

        NOV        2            $0.05              $0.00
        DEC       31            $1.57             $16.00
        JAN       31            $0.39              $0.00
        FEB       28            $4.03             $32.00
        MAR       31            $0.48              $0.00
        APR       30           $11.44             $32.00
        MAY       31            $0.97              $0.00
        JUN       30            $0.97              $0.00
        JUL       31            $7.73             $40.00
        AUG       31            $0.70              $0.00
        SEP       30            $0.70              $0.00
        OCT       31            $0.74             $16.00
        NOV       28            $0.00              $0.00
```

**COURT COPY**



PAGE 2

3. Do you own cash, or do you have money in a checking or savings account?

   Yes ( )   No (✓)   (Include any funds in prison accounts.)

   If the answer is "Yes," state the total value of the items owned.

   _____

   _____

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ( )   No (✓)

   If the answer is "yes," describe the property and state its approximate value.

   _____

   _____

   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   N/A

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on __11-22-05__
                    (date)

__Christopher C. McCullough__
Signature of Petitioner

CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ __0.00__ on account to his credit at the __WM E Donaldson__ institution where he is confined. I further certify that the petitioner likewise has the following securities to his credit according to the records of said __WM E Donaldson__ institution:

**COPY FOR COURT ATTACHED**

__Ebony Coleman, Acct. Clerk__
Authorized Officer of Institution

My Commission Expires 5/31/2008

__Patricia H Persons__
Notary

-2-