**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sgt. John Carmichael
Chambers County Sheriff's Department
105 Alabama Avenue. W.
LaFayette, AL   36862

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Crystal Richardson    ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
Crystal Richardson                 1-9-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3:05cv1163
c & s
40

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)   7005 1820 0002 3461 4780

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540