IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

CHRISTOPHER MCCULLOUGH, #174 909   *

    Plaintiff,   *

    v.   *   3:05-CV-1163-WKW

CHAMBERS COUNTY SHERIFF'S OFFICE,   *
*et al.*,
       *

    Defendants.

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (Doc. No. 8) is GRANTED; and

2. Defendants are GRANTED an extension from February 14, 2006 to March 1, 2006 to file their answer and written report.

DONE, this 15th day of February, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE