IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER McCULLOUGH, #174909, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:05-CV-1163-WKW- |
| ) | SRW (WO) |
| CHAMBERS COUNTY SHERIFF'S ) | |
| DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On January 6, 2006, the Magistrate Judge filed a Recommendation (Doc. # 4) in this case. The plaintiff did not file an objection.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge (Doc. # 4) is ADOPTED.

2. Defendant Chambers County Sheriff's Department is DISMISSED as a party to this action.

3. This case with respect to the remaining defendants is referred back to the Magistrate Judge for additional proceedings.

DONE this the 13th day of March, 2006.

    /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE

Case 3:05-cv-01163-WKW-SRW    Document 13    Filed 03/13/2006    Page 2 of 2