IN THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2006 MAR 15 A 9: 50

CHRISTOPHER McCULLOUGH
#174909
PLAINTIFF,

CASE NO.
3:05 CV1163-WKW

VS.

CHAMBERS COUNTY SHERIFFS
DEPARTMENT

## MOTION FOR EXTENSION OF TIME

I THE PLAINTIFF OF SAID CASE CHRISTOPHER McCULLOUGH DO HEREBY VERIFY THAT I HAVE NOT RECIEVED THE DEFENDANTS SPECIAL REPORT AND REQUESTS THIS COURT FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE DEFENDANTS SPECIAL REPORT WHENEVER I RECIEVE IT.

## CERTIFICATE OF SERVICE

I HEREBY DO CERTIFY THAT ON THE 13TH DAY OF MARCH 2006 THAT I HAVE SENT AN EXACT SAME COPY OF THE FOREGOING POSTAGE PREPAID TO A U.S. MAIL SERVICE TO SGT. JOHN CARMICHAEL AND A MAJOR CLAY STEWART AT THE CHAMBERS COUNTY SHERIFFS DEPARTMENT AT 105 AVENUE WEST LAFAYETTE, ALABAMA 36862

Signature, *Christopher C. McCullough*
Christopher C. McCullough