IN THE MIDDLE DISTRICT OF
ALABAMA EASTERN DIVISION

CHRISTOPHER McCULLOUGH
#174909
VS,                              PLAINTIFF,
CHAMBERS COUNTY SHERIFFS DEPARTMENT
DEFENDANTS,        *
                                 * CASE NO:
                                 * 3:05CV1163-WKW
                                 *
                                 *
                                 *

### NOTICE OF NON COMPLIANCE

I ONE SAID CHRISTOPHER McCULLOUGH HAVE NOT RECEIVED THE DEFENDANTS SPECIAL REPORT THERE FORE I AM REQUESTING THIS COURT TO INSTRUCT THE DEFENDANTS ATTORNEY WHOM SO EVER THEY MAY BE TO SEND ME A COPY OF THEIR SPECIAL REPORT.

### CERTIFICATE OF SERVICE

I HEREBY DO CERTIFY THAT ON THIS THE 13TH DAY OF MARCH 2006 I HAVE SENT AN EXACT SAME COPY OF THE FOREGOING TO SGT. JOHN CARMICHAEL AND MAJOR CLAY STEWART AT THE CHAMBERS COUNTY SHERIFFS DEPARTMENT AT 105 AVENUE WEST LAFAYETTE, 36862 ALABAMA BY PLACING IN THE U.S. MAIL POSTAGE SERVICE PREPAID.

Signature, Christopher C. McCullough
Christopher C. McCullough