IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

CHRISTOPHER MCCULLOUGH, #174 909    *

    Plaintiff,    *

    v.    *    3:05-CV-1163-WKW

CHAMBERS COUNTY SHERIFF'S OFFICE,    *
*et al.*,
        *

    Defendants.

_____

## ORDER ON MOTION

Upon consideration of Plaintiff's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (Doc. No. 14) is GRANTED; and

2. Plaintiff is GRANTED an extension from March 21, 2006 to April 10, 2006 to file his response to Defendants' written report.

It is further ORDERED that the Clerk send to Plaintiff a copy of Document Numbers 10 & 11, including exhibits.

Done, this 17th day of March, 2006.

                                        /s/ Susan Russ Walker
                                        SUSAN RUSS WALKER
                                        UNITED STATES MAGISTRATE JUDGE