IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **CHRISTOPHER MCCULLOUGH,** ) | |
| **#174 909** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. 3:05-CV-1163-F** |
| ) | |
| **CHAMBERS COUNTY SHERIFF'S,** ) | |
| **OFFICE, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## SUPPLEMENT TO SPECIAL REPORT

COME NOW the Defendants in the above-styled cause, Major Clay Stewart and Sgt. John Carmichael, officers of the Chambers County Detention Facility, and Defendants in the above-styled action, and supplement their previously filed Special Report to the Court as follows:

This Court's Order for Special Report dated June 20, 2001 required that Defendants, in their Special Report, include "a clear and legible copy of all documents relevant to the claims or defenses asserted in the action . . . ." Since the filing of their Special Report, Defendants have located an additional document which is relevant to the Plaintiff's claims, and the Defendants' defenses.

Therefore, Defendants supplement their previously filed Special Report as follows:

Page 7 of Defendants' Special Report should be amended, changing the Exhibit Identification of the "Chambers County Detention Facility Incident Report" from Exhibit H to Exhibit K, and adding Exhibit K to the Special Report. See Exhibit K attached hereto.

The above-referenced documents were misfiled because of the similar "Use of Force Policy" Exhibit, the true Exhibit H in the Special Report, and, therefore, was unavailable to Defendants at the time their Special Report was filed. It was discovered by Defendants' attorney after Plaintiff, in his Objections to the Special Report, mentioned the "Chambers County Detention Facility Incident Report," though mentioned, was not included in the original Special Report.

Respectfully submitted this 3rd day of May 2006.

                        s/Winthrop E. Johnson
                        WINTHROP E. JOHNSON, Bar No. JOH086
                        Attorney for Defendants Clay Stewart
                        and John Carmichael
                        WEBB & ELEY, P.C.
                        7475 Halcyon Pointe Drive (36117)
                        Post Office Box 240909
                        Montgomery, Alabama  36124
                        Telephone:  (334) 262-1850
                        Fax:  (334) 262-1889
                        E-mail:  ccornelius@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 3rd day of May, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Christopher McCullough, #174 909
W.E. Donaldson Correctional Facility
100 Warrior Lane
Bessemer, AL  35203

                        s/Winthrop E. Johnson
                        OF COUNSEL