# EXHIBIT K

1203

# CHAMBERS COUNTY SHERIFF'S DEPARTMENT

## USE OF FORCE REPORT

HANDS ( )   OC ( )   ASP ( )   FIREARMS ( )   OTHER (X)

IF OTHER please specify: __Tasee__

DATE: __11-10-05__   TIME: __0900__

REPORTING OFFICER: __Sgt. Johnny Carmichael__

DEFENDANT: __Christopher Cornelious McCullough__

DOB: __11-27-72__   SSN: __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__   PHONE: _____

ADDRESS: __West Jefferson Prison__

WITNESSES: (including law enforcement officers)
Major Clay Stewart   Chambers Co. Jail   (334) 864-4337
Lt. Keisha Leverette   "   "   "   "   "   "
Sgt. Lisa Davidson   "   "   "   "   "   "
Off. Teddy Hancock   "   "   "   "   "   "

(Please include NAME, ADDRESS, and PHONE NUMBER)

WERE THERE INJURIES?   YES ( )   NO (X)
IF YES, PLEASE EXPLAIN _____

WAS MEDICAL TREATMENT GIVEN?   YES ( )   NO (X)
IF YES, PLEASE EXPLAIN: _____

WAS PHOTOS TAKEN?   YES ( )   NO (X)

## DESCRIPTION OF INCIDENT AND THE REASON FOR USING FORCE

I was ordered to pick up and have def. in court this morning for sentencing on his Burglary and Theft case he had lost by Jury Verdict the day before. At Approx. 0855 I was notified by correction officers that he was refusing to get dressed and go to court. I and Jail Adm. (Clay Stewart) went to assist these officers. When we Arrived def. was standing outside his cell in his underware. We were Again told by correction officers that he was refusing to get dressed to go to court. I Advised def. that I was ordering him to get dressed Now or he would be "TASED" and dressed by force. He backed into his cell as if to engage one Attempt. I Again ordered the def. to get dressed or he would be "TASED" and dressed by force. He still refused and was "TASED", dressed, cuffed and taken to the nurses Station to be checked. He was then taken to court by me with no further problems.

# CHAMBERS COUNTY DETENTION FACILITY
# INCIDENT REPORT

INMATE NAME: McCULLOUGH (Last)   CHRISTOPHER (First)   Cornelius (Middle)

MASTER ID#: 6847   DOB: 11-27-72

SOCIAL SECURITY NUMBER: 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

DATE OCCURRED: 11-10-05

TIME OCCURRED: 830 hrs

PLACE OF INCIDENT: G-Block (G-3)

_____ NON-INMATE INCIDENT

NARRATIVE:
On date & time above SGT Davidson & myself C/O Mallard was doing a cell inspection, when I C/O Mallard was called on the radio to bring I/M McCullough, I C/O Mallard informed I/M to get ready for court. I/M McCullogh refused to get ready and took his uniform off and was wearing his boxers, SGT Davidson came over and advised the inmate to get ready and if he didn't want to go to court he should of stayed where he was. I C/O Mallard radioed the LT. Leverett and told her he refused. LT Leverett came up and advised the I/M to get ready and if he didn't want to go to court he should of stayed at prison. Then the Maj. Stewart and officer Carmichael came up I/M McCullough refused to get dressed and officer Carmichael yelled Taser and shot I/M McCullough. I/M McCullogh then complied and wanted to get dressed. LT Leverett, C/O Hancock and myself C/O Mallard helped

SIGNATURE OF EMPLOYEE / DATE AND TIME: Wesley B Mallard   11-10-05   930hrs
NAME AND TITLE (PRINT): Wesley B Mallard   C/O
INCIDENT REPORT DELIVERED TO / DATE AND TIME: LT. Leverett   11-10-05   9:30 hrs
SIGNATURE OF SUPERVISOR RECEIVING REPORT / DATE AND TIME: Lakisha R. Leverett   11-10-2005 1000 hrs

\_\_\_1\_\_\_ ADDITIONAL PAGES FOLLOW                    PAGE 1 OF 2

INCIDENT REPORT NARRATIVE
SUPPLEMENT
(CONTINUED)                    PAGE 2 OF 2

I/M McCoullogh get dressed and brought down to get ready for court.

## CHAMBERS COUNTY DETENTION FACILITY
## INCIDENT REPORT

INMATE NAME: McCullough, Christopher Cornelius
MASTER ID#: 6847      DOB: 11-27-72
SOCIAL SECURITY NUMBER: 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
DATE OCCURRED: 11-10-05
TIME OCCURRED: 0830  0900
PLACE OF INCIDENT: G-03-B

_____ NON-INMATE INCIDENT

NARRATIVE:

On the above date and time Lt. Leverette radioed and said bring Christopher Cornelius McCullough down for court. I (Sgt) Davidson was doing morning cell inspections in G Block and went to inmate C. McCullough cell and told him he needed to get ready to go to court and Inm C. McCullough said that he was not going to fucking court. I told him that if he knew that he didn't want to go to court then he should had stayed at prison and refused to come here. I told him once again to go ahead and get

SIGNATURE OF EMPLOYEE / DATE AND TIME: Annie Davidson 11-10-05
NAME AND TITLE (PRINT): Annie Davidson / Sgt
INCIDENT REPORT DELIVERED TO / DATE AND TIME: Lt. Leverette 11-10-05
SIGNATURE OF SUPERVISOR RECEIVING REPORT / DATE AND TIME: Rakesha R. Leverett, 11-10-2005 1000 hrs

2 ADDITIONAL PAGES FOLLOW            PAGE 1 OF 3

INCIDENT REPORT NARRATIVE
SUPPLEMENT
(CONTINUED)

PAGE 2 OF 3

ready and Im C. McCullough said that he was not going and no one could make him go. Lt Mallard radioed Lt. Leverette and told her Im C. McCullough refused to go to court and Lt Hancock had made it to G-Block to take Im C. McCullough down to be transported to court and was waiting for Im C. McCullough and tried talking him into complying and going to court. Soon after Lt. Leverette came to G-Block. Lt. asked Im to get ready. He again refused and she told him that he should had stayed at Donaldson prison. He, Im McCullough said well I still aint going to court. Deputy Johnny Carmichael and then Major Clay Stewart came to G-Block. Im C. McCullough still refused and was told several times to get ready or he would be tazed and made to get dressed and

INCIDENT REPORT NARRATIVE
SUPPLEMENT
(CONTINUED)

PAGE 3 OF 3

taken. He, said I aint going. He (Tim C McCullough) was warned again and didnt comply and was tazed and he, then dropped and was taken to court.

# CHAMBERS COUNTY DETENTION FACILITY
# INCIDENT REPORT

INMATE NAME  **McCullough**  (Last)  **Christopher**  (First)  **Cornelious**  (Middle)

MASTER ID# **6847**   DOB: **11-27-72**

SOCIAL SECURITY NUMBER  **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**

DATE OCCURRED: **11-10-05**

TIME OCCURRED: **0845 hrs**

PLACE OF INCIDENT: **G-Block**

_____ NON-INMATE INCIDENT

NARRATIVE:

On 11-10-05 at 0845 hrs, I C/O Hancock was in G-Block getting I/M McCullough, so that he could be transported to the courthouse. When I, C/O Hancock why I was their to get him. I/M McCullough said that he refused to do it. I, C/O Hancock asked I/M McCullough what he refused to do. And I/M McCullough said that he refuse to go to courthouse. I C/O Hancock told I/M McCullough that he could not refused to go to the courthouse. But I/M McCullough again stated that he was not going to go. So I C/O Hancock raided back down to booking to inform them that I/M McCullough so stated that he was not coming down to be transported to the courthouse. That's when SGT Carmichael raidoed back that I/M McCullough better be ready by the time he got up to G-Block. I/M McCullough heard what SGT Carmichael said, he I/M McCullough still insisted that he was not going to the courthouse. After I/M McCullough finished that statement. MAJ Stewart, LT. Leverett, SGT Carmichael, SGT Davidson

SIGNATURE OF EMPLOYEE / DATE AND TIME: *C/O Hancock 11-10-05/0845hrs*
NAME AND TITLE (PRINT): *Teddy Hancock*
INCIDENT REPORT DELIVERED TO / DATE AND TIME: *Lt Leverett, 11-10-05/0845hrs*
SIGNATURE OF SUPERVISOR RECEIVING REPORT / DATE AND TIME: *Rakesha R. Leverett 11-10-2005 1000 hrs*

_____ ADDITIONAL PAGES FOLLOW                PAGE 1 OF **2**

INCIDENT REPORT NARRATIVE
SUPPLEMENT
(CONTINUED)                    PAGE 2 OF 2

And C/O Mallard entered G-Block And they All headed to G-3, where I C/O Hancock And I/M McCullough were located. MAJ Stewart informed I/M McCullough that he could not Refuse to go Court. And I/M McCullough kept stating that he was Refusing to go to court. During that time SGT Carmichael kept insisting that I/M McCullough get dressed so that he could be transported to Court. SGT CARMICHAEL gave I/M McCullough (3) three chances to get ready. But I/M McCullough did not make Any Attemp to get dress. So SGT Carmichael ended up using the taser on I/M McCullough.

# Chambers County Detention Facility
# Incident Report

INMATE NAME: McCullough, Christopher Cornelius

MASTER I.D.#: 6847

SOCIAL SECURITY NUMBER: 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

DATE OCCURRED: 11-10-2005

TIME OCCURRED: 0830/0845

PLACE OF INCIDENT: G-3

\_\_\_\_\_   NON-INMATE INCIDENT

NARRATIVE:

On the above date and time CO Mallard radioed and advised me that Inmate McCullough advised him that he was not going to court. I left out of booking and went to G-Block where Inmate McCullough was being housed during his brief stay with us from prison. Inmate McCullough was sitting on the bed, and advised me that he was not going to court. I advised Inmate McCullough that he should have told the guards at the prison that he came from that he was not going to court before he came here. I advised McCullough that he was picked up to go to court and he was going. I advised Inmate McCullough to get up and get dressed. Inmate McCullough continued to sit there and advised me that it was his constitutional right not to go to court if he didn't want to go. I advised Inmate McCullough again to get up and get ready for court or we would dress him and carry him out of the cell to take to court. Inmate McCullough still refused to get up and comply.

SGT Johnny Carmichael had entered G-Block at that time. Inmate McCullough had stood up in the cell door. SGT Carmichael advised Inmate McCullough that he needed to get up and get dressed because the Judge was waiting on him. Inmate McCullough advised SGT Carmichael that he was not going. Inmate McCullough advised us that we were going to have to hurt him or kill him because he was not going. SGT Carmichael advised Inmate McCullough that we were not going to continue to ask him to get up and get dressed. Inmate McCullough continued to say that he was not going. At that time Major Clay Stewart had entered the cellblock. SGT Carmichael advised Inmate McCullough that this would be the last time that he would ask him (McCullough) to comply with our order to get dressed for court or he would use his taser. Inmate McCullough advised SGT Carmichael that he didn't care about being tased he still wasn't going to court. SGT Carmichael yelled taser twice so that we (the Correctional Officers) could get out of the way and tased Inmate McCullough for approximately five seconds. Once SGT Carmichael released the trigger on the taser CO Teddy Hancock and I caught Inmate McCullough and sat him down in the middle of the floor. I advised Inmate McCullough that he needed to get dressed for court. Inmate McCullough just looked up at us and sat up on his bed. CO Hancock removed the prongs from Inmate McCullough body and CO Mallard and I helped Inmate McCullough get dressed. Inmate McCullough was then handcuffed and taken down the hallway to be transported to court by SGT Carmichael.

Lieutenant LaKesha R. Leverett
Chambers County Detention Facility

# Statement

On 11-10-2005 at approximately 0900 hours I was notified that Christopher McCullough was refusing orders to leave his cell for court. Sgt. Johnny Carmichael was in booking waiting to transport McCullough to court. I asked Sgt. Carmichael to go to the cellblock with me to bring McCullough to booking. Sgt, Carmichael and I arrived at McCullough's cell and Lt. Leverett advised me that McCullough was refusing to dress and go to court. McCullough was standing outside his cell in his underwear. McCullough stated that he did not have to leave his cell if he did not want to and we could not make him attend court or get dressed. I advised McCullough that he was to follow the officer's orders and dress and to prepare to attend court. McCullough continued to state he was not going to dress and go to court. McCullough entered his cell and stated he was not going anywhere unless we used force. McCullough took a defensive stance as if prepared to engage officers in a physical struggle. McCullough had his fists balled up and make several statements that we were going to have to remove him from his cell by force. Sgt. Carmichael advised McCullough that the Taser would be used to remove him from his cell and the Corrections Officers would dress him if he did not comply. McCullough again failed to comply and continued to state he was not leaving his cell. Sgt. Carmichael ordered McCullough a second time to comply and he still refused. At this point Sgt. Carmichael deployed the Taser, per department policy, on McCullough. After being Tased McCullough was dressed, cuffed, and taken to the nurses station where he was checked for injury. McCullough was then transported to court with no further problems.

_____

Major Clay Stewart
Chambers County Sheriff's Office

## DESCRIPTION OF INCIDENT AND THE REASON FOR USING FORCE

I was ordered to pickup and have def. in Court this morning for sentencing on his Burglary and Theft case he had lost by Jury Verdict the day before. At Approx. 0855 I was notified by Correction Officers that he was refusing to get dressed and go to Court. I and Jail Adm. (Clay Stewart) went to assist these officers. When we arrived def. was standing outside his cell in his underwear. We were again told by Correction officers that he was refusing to get dressed to go to Court. I advised def. that I was ordering him to get dressed now or he would be "TASED" and dressed by force. He backed into his cell as if to engage one attempt. I again ordered the def. to get dressed or he would be "TASED" and dressed by force. He still refused and was "TASED", dressed, cuffed and taken to the nurses station to be checked. He was then taken to Court by me with no further problems.

1203

## CHAMBERS COUNTY SHERIFF'S DEPARTMENT

### USE OF FORCE REPORT

HANDS ( )   OC ( )   ASP ( )   FIREARMS ( )   OTHER (X)

IF OTHER please specify: __TASER__

DATE: __11-10-05__   TIME: __0900__

REPORTING OFFICER: __Sgt. Johnny Carmichael__

DEFENDANT: __Christopher Cornelious McCullough__

DOB: __11-27-72__   SSN: __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__   PHONE: _____

ADDRESS: __West Jefferson Prison__

WITNESSES: (including law enforcement officers)

Major Clay Stewart   Chambers Co. JA: 1 (334) 864-4337
Lt. Keisha Leverette   "  "  "  "  "  "
Sgt. Lisa Davidson   "  "  "  "  "  "
Off. Teddy Hancock   "  "  "  "  "  "

(Please include NAME, ADDRESS, and PHONE NUMBER)

WERE THERE INJURIES?   YES ( )   NO (X)
IF YES, PLEASE EXPLAIN _____

WAS MEDICAL TREATMENT GIVEN?   YES ( )   NO (X)
IF YES, PLEASE EXPLAIN: _____

WAS PHOTOS TAKEN?   YES ( )   NO (X)