IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

CHRISTOPHER MCCULLOUGH, #174 909       *

   Plaintiff,                                    *

      v.                                          *        3:05-CV-1163-WKW

SGT. JOHN CARMICHAEL, *et al.*,             *

   Defendants.                                   *

_____

**ORDER**

Upon consideration of Defendants' Supplement to Special Report filed May 3, 2006 (Doc. No. 18), and for good cause, it is

ORDERED that on or before May 18, 2006 Plaintiff may file any further response to Defendants' special report, as supplemented, in accordance with the provisions contained in the court's order entered February 28, 2006. (*See* Doc. No. 12.)

DONE, this 4th day of May, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE