IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

CHRISTOPHER McCULLOUGH,                )
                                       )
          Plaintiff,                   )
                                       )
v.                                     )        CASE NO. 3:05-cv-1163-WKW
                                       )
CHAMBERS COUNTY SHERIFF'S              )
DEPARTMENT, et al.                     )
                                       )
          Defendants,                  )

## CONFLICT DISCLOSURE STATEMENT

    COMES NOW CLAY STEWART, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and  managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    xx        This party is an individual, or

    [ ]        This party is a governmental entity, or

    [ ]        There are no entities to be reported, or

    [ ]        The following entities and their relationship to the party are hereby reported:


Reportable Entity                          Relationship to Party

_____None_____          _____

_____          _____

_____          _____

_____          _____


12-12-07_____                            s/Winthrop E. Johnson
        Date                          Winthrop E. Johnson, JOH086
                                      Counsel for Defendants Clay Stewart
                                      and John Carmichael
                                      WEBB & ELEY, P.C.
                                      7475 Halcyon Pointe Drive (36117)
                                      Post Office Box 240909
                                      Montgomery, Alabama  36124
                                      Telephone:  (334) 262-1850
                                      Fax:  (334) 262-1889
                                      E-mail:  wjohnson@webbeley.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA


## CERTIFICATE OF SERVICE


I hereby certify that on December 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed the foregoing by United States Postal Service, first class postage prepaid, to the following non CM/ECF participant:


Christopher McCullough, #174 909
Pro Se
W.E. Donaldson Correctional Facility
100 Warrior Lane
Bessemer, AL  35203


                                                    _____s/_____
                                                    WINTHROP E. JOHNSON
                                                    OF COUNSEL