IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CHRISTOPHER McCULLOUGH, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 3:05-cv-1163-WKW |
| | ) |
| CHAMBERS COUNTY SHERIFF'S DEPARTMENT, et al. | ) |
| | ) |
|     Defendants, | ) |

**CONFLICT DISCLOSURE STATEMENT**

    COMES NOW JOHN CARMICHAEL, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    xx    This party is an individual, or

    ☐    This party is a governmental entity, or

    ☐    There are no entities to be reported, or

    ☐    The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| None | |
| | |
| | |
| | |

12-12-07                                           **s/Winthrop E. Johnson**
    Date                                     Winthrop E. Johnson, JOH086
                                                Counsel for Defendants Clay Stewart
                                                and John Carmichael
                                                WEBB & ELEY, P.C.
                                                7475 Halcyon Pointe Drive (36117)
                                                Post Office Box 240909
                                                Montgomery, Alabama 36124
                                                Telephone: (334) 262-1850
                                                Fax: (334) 262-1889
                                                E-mail: wjohnson@webbeley.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

### CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed the foregoing by United States Postal Service, first class postage prepaid, to the following non CM/ECF participant:

Christopher McCullough, #174 909
Pro Se
W.E. Donaldson Correctional Facility
100 Warrior Lane
Bessemer, AL  35203

                                                                                     s/_____
                                                                                     WINTHROP E. JOHNSON
                                                                                     OF COUNSEL