**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 13, 2007

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Christopher McCullough v. Chambers County Sheriff's Department,, et al.**
**Case Number: 3:05-cv-1163-WKW**

**Pleadings:  #22 & #23 Corporate/Conflict Disclosure Statements by Clay Stewart and John Carmichael**

**Notice of Correction is being filed this date to advise that the referenced pleadings were e-filed on 12/12/2007 with no e-signatures on the pdf documents.**

**The corrected pdf documents are attached to this notice.**