IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CHRISTOPHER McCULLOUGH,
#174913,
PLAINTIFF,

V.

SGT. JOHN CARMICHAEL, ET. AL.,
DEFENDANTS,

3:05-CV-1163-WKW

OBJECTION TO MAGISTRATE JUDGE RECOMMENDATION

I THE PLAINTIFF CHRISTOPHER McCULLOUGH OBJECT TO THIS RECOMMENDATION BASED ON THE TRIER OF FACT ON WHICH SUBSTANTIATES THIS CASE, FIRST OF ALL THE PLAINTIFF NEVER STATED THAT HE DID NOT REQUEST FOR SUCH GRIEVANCE PROCEDURE HEREIN BECAUSE HE TRIED TO SHOW THE COURT FACTUAL MEANS FOR GROUNDS OF THIS CASE, AFTER THE INCIDENT ON NOVEMBER 10, 2003 I ASKED MAJOR CLAY STEWART SEVERAL TIMES TO FILE GRIEVANCES AND TO FILE A COMPLAINT WITH THE SHERIFF OFFICE TO WIT: SIO LOCKHART THE SHERIFF FOR THEIR ACTIONS OF ABUSE. MAJOR CLAY STEWART REFUSED TO DO SO AND STATED FILE YOUR COMPLAINT WHEN YOU GET BACK TO DONALDSON. IT IS AN SPECIFIC FACT THAT THEY PROCLAIMED THAT I DID NOT FILE A GRIEVANCE AT SAID COUNTY JAIL IT IS ALSO A SPECIFIC FACT THAT NO WHERE ON THIS COURTS RECORDS DID THEY SAY THAT I DID NOT REQUEST FOR SUCH PROCEDURE OR I DID NOT REQUEST TO FILE A DIRECT COMPLAINT WITH THE SHERIFF OFFICE THIS IS WHY I STRONGLY SUGGESTED A POLYGRAPH TEST BECAUSE I KNEW FOR A FACT THAT DENIAL OF SUCH GRIEVANCE PROCEDURE AND DENIAL OF SUCH COMPLAINT

PAGE (1)

TO THIS SHERIFF HAS SHOWN DENIAL AND REFUSAL OF ADMINISTRATIVE PROCEDURE WHICH DEEMS THIS CIVIL ACTION APPROPRIATE BY ALL MEANS.

THERE ARE MULTIPLE OF GENERAL SPECIFIC FACTS DEALING WITH THIS CASE:

① I EXERCISED A RIGHT DEEMED BY LAW AND GOT ASSAULTED FOR DOING SO. ② MAJOR CLAY STEWART KEPT ME AT THE CHAMBERS COUNTY JAIL FOR 2 WEEKS TO MAKE SURE I DID NOT FILE ANY LITIGATION TOWARDS HIM AND HIS OFFICERS FOR COMMITTING THIS ASSAULT. ③ MAJOR CLAY STEWART IS THE JAIL ADMINISTRATOR AND THE SAME ONE WHO GAVE SARGENT JOHN CARMICHAEL THE ORDER TO SHOOT ME. ④ MAJOR CLAY STEWART IS THE ADMINISTRATOR OF THIS JAIL ⑤ MAJOR CLAY STEWART GAVE AN ORDER TO SHOOT ME WITH A TASER GUN ON WHICH MAKES HIM A DEFENDANT IN THIS CASE ON WHICH EVEN THOUGH I REQUESTED GRIEVANCES AND TO FILE A COMPLAINT WITH THE SHERIFF THE GRIEVANCE GOES TO MAJOR CLAY STEWART WHERE HE CAN EASILY DISPOSE OF IT. ⑥ THERE IS NO EVIDENCE ON RECORD THAT STATES THAT I DID NOT REQUEST NOR COMPLAIN TO COUNTY OFFICIALS ABOUT THIS INCIDENT. ⑦ IN THE EYES OF THIS COURT I SPECIFICALLY THOUGHT THAT ONCE COUNTY OFFICIALS DENY OR REFUSE TO HANDLE A COMPLAINT RATHER GRIEVANCE OR DIRECTLY EXHAUSTS ANY REMEDIES THE COUNTY JAIL HAS TO OFFER. ⑧ IS IT LOGICAL TO SAY THAT A PERSON IN POWER CAN STRIP A PRISONER OF SUCH RIGHTS IF IT DEEMS THE PERSON IN POWER HARMFUL. ⑨ IT IS OBVIOUS THAT MAJOR CLAY STEWART DENIED THE PLAINTIFF ACCESS TO COMPLAIN ON GRIEVANCES OR TO THE SHERIFF ABOUT WHAT HE HAD DID TO CONJURE UP A STEPPING STONE AS TO WIT WHAT HAPPENED ON NOVEMBER 10, 2005 TO BE JUSTIFIED. BUT THE TRUTH OF THE MATTER IS THAT AFTER MY LETTERS WERE NOT RESPONDED TO BY THE SHERIFF OF SUCH COMPLAINT IN THE RECORD SPEAKS FOR ITSELF I MADE THE CHAMBERS COUNTY SHERIFF DEPARTMENT THE FIRST

PAGE ②

DEFENDANTS IN THIS CASE FOR NOT BEING PROFESSIONAL TO ANSWER SUCH LETTERS

10. HOW CAN A PRISONER EXHAUST A REMEDY THAT HE NEVER HAD ACCESS TO. I WAS DENIED LIBERTY FOR EXERCISING A RIGHT DEALING WITH THE ALABAMA RULES OF COURT, PULVERIZED BY A TASER GUN AND THE ONLY THING THAT THEY CAN CONJURE UP IS I DID NOT FILE A GRIEVANCE WITH THE MAN WHO GAVE THE ORDER TO SHOOT ME.

Signature, Christopher C. McCullough
Christopher C. McCullough
PRO SE

## CERTIFICATE OF SERVICE

I DO HERE BY CERTIFY THAT I Christopher McCullough HAVE SENT AN EXACT SAME, COPY OF THE FORE GOING TO: MARK A STARRETT

BY PLACING THE SAME IN THE U.S. MAIL POSTAGE PAID ON June 1, 2008.

Christopher C. McCullough
Christopher C. McCullough
PRO SE

PAGE 3

CHRISTOPHER MCCULLOUGH #174909 B-4 CELL
W.E. DONALDSON 100 WARRIOR LANE
BESSEMER, ALABAMA 35023

$ 000.42

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

LEGAL MAIL

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711