IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

CHRISTOPHER MCCULLOUGH, #174 909    *

    Plaintiff,    *

       v.    *    3:05-CV-1163-WKW

SGT. JOHN CARMICHAEL, *et al.*,    *

    Defendants.    *

_____

**ORDER**

On June 9, 2008 Plaintiff filed objections to the May 23, 2008 Recommendation of the Magistrate Judge. Upon consideration of the objections, the court finds that the Recommendation is due to be withdrawn. Accordingly, it is

ORDERED that the Recommendation of the Magistrate Judge filed May 23, 2008 (*Doc. No. 25*) be and is hereby WITHDRAWN.

DONE, this 17th day of June 2008.

          /s/ Susan Russ Walker
          SUSAN RUSS WALKER
          CHIEF UNITED STATES MAGISTRATE JUDGE