IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

CHRISTOPHER MCCULLOUGH, #174 909     *

   Plaintiff,     *

      v.     *     3:05-CV-1163-WKW

SGT. JOHN CARMICHAEL, *et al.*,     *

   Defendants.     *

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

   1. Defendants' Motion for Extension of Time (*Doc. No. 29*) is GRANTED; and

   2. Defendants are GRANTED an extension from July 15, 2008 to and including July 28, 2008 to file their objections to the July 2, 2008 Recommendation of the Magistrate Judge.

   DONE, this 14th day of July 2008.

                                 /s/ Susan Russ Walker
                                 SUSAN RUSS WALKER
                                 CHIEF UNITED STATES MAGISTRATE JUDGE