IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CHRISTOPHER McCULLOUGH, #174909,
    PLAINTIFF
v.
SARGENT JOHN CARMICHAEL, ETC.
    DEFENDANTS,

* CIVIL ACTION
* NO: 3:05-CV-1163 WKW
*
*
*

RECEIVED
2008 JUL 28 A 10:44
DRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

RESPONSE TO DEFANDANTS OBJECTION
TO MAGISTRATE CHIEF JUDGE'S
RECOMMENDATION

IT IS UNDISPUTED THAT I PROVED THAT THE DEFENDANTS USED UNECESSARY PHYSICAL FORCE AGAINST I THE PLAINTIFF CHRISTOPHER McCULLOUGH OF SAID CAUSE.

1. THESE ACTUAL FACTS ARE NOT MADE OF WHOLECLOTH BUT ARE MADE WITH THE FINEST CONCRETE AVAILABLE

2. JUST FOR THIS RESPONSE I CAREFULLY REVIEWED ALL OF THE AFFIDAVITS SUBMITTED BY ALL OF THE PEOPLE WHO WERE PRESENT ON THIS DAY TO SHOW CRUCIAL CONFLICTS IN THEIR AFFIDAVITS

3. I START WITH EXHIBIT (B.) [AFFIDAVIT OF CLAY STEWART] HE IS THE JAIL ADMINISTRATOR WHO MADE THIS SWORN AFFIDAVIT IN WHICH IT SHOWS THAT I NEVER USED ANY FOUL LANGUAGE OR WAS ANY TYPE OF THREAT PHYSICALLY TO ANY OF THEM. (SEE 8.) THEN HE ALSO ADMITTS THAT HE HAD NO EXPERIENCE THAT INMATES HAVE RIGHTS NOT TO ATTEND HEARINGS. WHICH SHOWS THAT THIS INCIDENT WAS PREMATURE.

PAGE (1)

EXHIB. (G.) [HALLOW 1707 TEDDY HANCOCK]
HE ADMITS THAT HE NEVERED CAUGHT ME FROM FALLING AND HITTING THE FLOOR BUT INSTEAD HE HELPED ME FROM UNDER MY BED

ALL OF THIS IS WHAT SURPASSED AN SUMMARY JUDGEMENT DECISION AND MR. WINTHROP JOHNSON YOU SHOULD BE PREPARING FOR TRIAL INSTEAD OF WHINING OVER THE FACTS

RESPECTFULLY,
Signature, Christopher C. McCullough
Christopher C. McCullough
PRO'SE

CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY THAT I HAVE ON THIS 17TH DAY OF JULY 2008, SENT AN EXACT SAME COPY OF THE FOREGOING TO:
WINTHROP E. JOHNSON
WEBB & ELEY P.C.
7475 HALCYON POINTE DRIVE
P.O. BOX 240909
MONTGOMERY ALABAMA 36124
BY PLACING THE SAME IN THE UNITED STATES MAIL POSTAGE PAID

Signature, Christopher C. McCullough
Christopher C. McCullough
PRO'SE

PAGE (3)

CHRISTOPHER McCULLOUGH #174909 B-07 CELL
W.E. DONALDSON 100 WARRIOR LANE
BESSEMER, ALABAMA 35023



$ 000.

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

OFFICE OF THE CLERK
UNITED STATES DISTRICT
COURT P.O. BOX 711
MONTGOMERY, ALABAMA
36101-0711

LEGAL MAIL