# EXHIBIT A

# Chambers County Detention Facility, Policy and Procedure Directives, Grievance Policy Expert.

CHAMBERS COUNTY JAIL
POLICY AND PROCEDURE DIRECTIVE

INMATE GRIEVANCES

DATE ISSUED: June 18, 1991              NUMBER: F - 102

POLICY:

It is the policy of the Chambers County Jail that inmates are permitted to submit grievances to the jail administration and that each grievance will be acted upon.

PROCEDURE:

1. An inmate wishing to file a grievance will be provided with an Inmate Grievance Form upon request.

2. Completed Grievance Forms will be delivered promptly to the Shift Supervisor who will either resolve the grievance or forward it to the Jail Administrator.

3. The Jail Administrator reserves the final decision on inmate grievances.

4. The decision of the Jail Administrator may be appealed by the inmate in writing to the Sheriff of Chambers County within seventy-two (72) hours of the receipt of the grievance decision.

5. Inmates will be advised of their right to file grievances at the time of admission to the jail.