# EXHIBIT B

# Chambers County Detention Facility Inmate Handbook, Grievance Policy excerpt.

# INTRODUCTION

This handbook gives you information on the operation and services of the Chambers County Detention Facility. You must read this handbook and follow the guidelines it gives you. If you have any questions about what the handbook says, please ask the jail staff. The rules outlined in this handbook may be changed at any time with the approval of the Sheriff and/or the Jail Administrator. You will be notified in advance and in writing should changes be made.

## Detention Facility Philosophy Statement

The operating philosophy of the Chambers County Detention Facility provides for community safety, facility security, and the welfare of staff and inmates.

The primary function of the Chambers County Detention Facility is to safely and securely detain both pretrial detainees and county sentenced inmates; however, the staff understands that, although inmates are subject to deprivations resulting merely from confinement, these rules are not to inflict punishment, but to make the inmates period of confinement as productive as possible.

## Protection Of Inmate Rights

Chambers County Detention Facility employees shall be aware of and seek to protect inmate rights, both civil and legal. These rights include:

1. Freedom from discrimination based on race, religion, national origin, sex, handicap, or political belief.

2. Equal access to programs and work assignments.

3. Protection from personal abuse, corporal punishment, property damage, and harassment.

4. Freedom from reprisals or penalties as a result of seeking administrative or judicial redress.

16.2 Sanction for level II violations will not exceed 20 days and sanctions for level III violations will not exceed 45 days.

16.3 Your sanction, length of time you are on disciplinary status, will be decided by the hearing officer. A sanction over thirty days must be approved by the Administrator. The longest sanction for rule violations arising from one incident is 45 days.

16.4 You will serve sanctions longer than 48 hours in the administrative/disciplinary segregation area. When you're sanctioned time is completed in the administrative/disciplinary segregation area, you will stay there until the staff reclassifies you.

16.5 If you are a trustee and are charged with and convicted of a rule violation, you may lose your trustee status.

Section 17: Grievances

17.1 If you have a grievance, you can report it on an inmate grievance form. Only one inmate signature is allowed per grievance.

17.2 Your grievance will be investigated and answered, in writing, within 72 hours of the time is received, excluding weekends and holidays. Grievances are first answered by the shift supervisor. If more than 72 hours is required to investigate the grievance, the inmate is notified in writing. If the grievance concerns an emergency when the inmate welfare is threatened, it is answered as soon as possible.

17.3 If you are not satisfied with the first answer to your grievance, you may send a grievance to the Administrator.

17.4 We will not take any negative action against you because you file a grievance.

Section 18: Law Library

18.1 The detention facility law library is available to all inmates. The library will be open Monday through Friday from 0800 hours to 1630 hours. Also, up to three law books may be checked out of the library for use in housing area. Books checked out must be returned by 1700 hours of the same day. Reasonable exceptions may be allowed, upon request, if the inmate has a bona fide court deadline.