# EXHIBIT D1.

## Exhibit 1 to Stewart Affidavit - Plaintiff Christopher McCullough's entire Jail File.

— Part 1 —

```
                        CHAMBERS CO. SHERIFF'S OFFICE
04/11/2007      05:15:11      INMATE RELEASE SHEET              PAGE    1
=============================================================================
BOOKING NO: 070000658

INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
      ALIAS:                                RACE: B      SEX: M
      ALIAS:                                  HT: 5'01" HAIR: BLK
    ADDRESS: 135 S 18TH STREET                WT: 150   EYES: BRO
CITY/ST/ZIP: LANETT, AL 36854           COMPLEX: DRK
 HOME PHONE: 334-644-1752                    SSN: 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
        DOB: 11/27/1972  AGE:  34        DL ST: AL     DLN: 695692
 PLCE BIRTH: LANGDALE                       SID: 174909/233276
      STATE: AL                           LOCID: 6847
  M. STATUS: SINGLE
   RELIGION: BAPT
GANG ASSOC:
SCARS/TATTOOS: TAT ON LEFT AND RIGHT ARM , STOMACH
KNOWN ENEMIES:
    REMARKS:
--------------------------- NEXT OF KIN -------------------------------
 NEXT OF KIN: DENISE MCCULLOUGH             RELATIONSHIP: SISTER
     ADDRESS: 18A BOYD CIR                         PHONE: 334-756-5147
 CITY/ST/ZIP: VALLEY, AL 36854
     REMARKS:
--------------------------- EMPLOYER INFO ----------------------------
   EMPLOYED: N
EMPLOYER NAME:
     ADDRESS:
 CITY/ST/ZIP: ,
       PHONE: 000-000-0000
--------------------------- MEDICAL ----------------------------------
 HANDICAPPED: N   NEEDS:
     GLASSES: N   SMOKE: N
MEDICAL NEEDS: N   NEEDS:
   PHYSICIAN:                      PHONE: 000-000-0000
     REMARKS:

     REMARKS:
     REMARKS:
--------------------------- PROPERTY ---------------------------------
        CASH:      $00.00
 DESCRIPTION:
ADD. PROPERTY: PRISON CLOTHES
ADD. PROPERTY:
ADD. PROPERTY:
  BIN NUMBER: 138
VEH IMPOUNDED:
 IMPOUND LOT:
     REMARKS:
     REMARKS:
=============================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: Christopher M S Cull    DATE: 4-11-07   TIME: _____

BOOK OFFICER: Sgt Spull         DATE: 4-11-07   TIME: _____
```

```
                        CHAMBERS CO. SHERIFF'S OFFICE
04/11/2007      05:15:11      INMATE RELEASE SHEET              PAGE    2
=================================================================
BOOKING NO: 070000658      INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
=================================================================
        COURT: CIR                 ATTORNEY ON REC:
        JUDGE: PERRYMAN                    PHONE: 000-000-0000
      REMARKS:
      REMARKS:
----------------------------------------------------------------
    BOOK DATE: 04/05/2007  BOOK TIME: 14:46  BOOK TYPE: NORMAL

  ARREST DATE: 04/05/2007         BOOKING OFFICER: TEODORO
  ARREST DEPT: CCSD               CELL ASSIGNMENT:
ARRST OFFICER: MILES                    MEAL CODE: 01  CHAMBERS COUNTY
PROJ. RLSDATE: 00/00/0000                FACILITY: 01  COUNTY JAIL
 SEARCH OFFCR: TEODORO            CLASSIFICATION: FELONY
  TYPE SEARCH: PATDOWN             WORK RELEASE: N
INTOX RESULTS: SOBER

        HOLDS: Y
       AGENCY: DOC                REASON:
       AGENCY:                    REASON:
       AGENCY:                    REASON:
       AGENCY:                    REASON:

        NOTES:
        NOTES:
        NOTES:
=================================================================
 RELEASE DATE: 04/11/2007  RELEASE TIME: 05:14    # DAYS SERVED:    7

RELEASE OFFICER: SPRADLIN
   RELEASE TYPE: RELEASE TO DOC
       REMARKS:
       REMARKS:
       REMARKS:
=================================================================
```

I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _Christofer McCollg_     DATE: _4-11-07_    TIME: _____

BOOK OFFICER: _Sgt Sprdl_     DATE: _4-11-07_    TIME: _____

```
                          CHAMBERS CO. SHERIFF'S OFFICE
04/11/2007    05:15:11      INMATE CHARGE SHEET                    PAGE    3
=============================================================================
BOOKING NO: 070000658      INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
=============================================================================
   CHARGE NO:   1  DISPOSITION: SENTENCED          HOLD: N

ALA STATUTE:                           # OF COUNTS:   1
     OFFENSE: BURGLARY 2ND             WARRANT #:
      CASE #: CC-02-312
    BOND AMT: 80 MONTHS                  FINE:         $0.00
    BAIL AMT:
INIT APPEAR: 00/00/0000            SENTENCE DATE: 04/06/2007
RELEASE DTE: 00/00/0000
ARREST DATE: 04/05/2007            ARST AGENCY: CCSD
ARST OFFICR: MILES                      COUNTY: CHAMBERS
      COURT: CIR                         JUDGE: PERRYMAN
DEF ATTORNY:                       DIST ATTORNEY:
   COMMENTS: 80 MTHS TO RUN CC WITH PRIOR SENTENCE
   COMMENTS:
   COMMENTS:
-----------------------------------------------------------------------------
```

```
                          CHAMBERS CO. SHERIFF'S OFFICE
04/05/2007    14:47:57     INMATE BOOKING SHEET              PAGE    1
=============================================================================
BOOKING NO: 070000658

INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
      ALIAS:                               RACE: B      SEX: M
      ALIAS:                               HT: 5'01"  HAIR: BLK
    ADDRESS: 135 S 18TH STREET             WT: 150    EYES: BRO
CITY/ST/ZIP: LANETT, AL 36854          COMPLEX: DRK
 HOME PHONE: 334-644-1752                  SSN: 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
        DOB: 11/27/1972  AGE:  34       DL ST: AL      DLN: 695692
 PLCE BIRTH: LANGDALE                      SID: 174909/233276
      STATE: AL                          LOCID: 6847
  M. STATUS: SINGLE
   RELIGION: BAPT
 GANG ASSOC:
SCARS/TATTOOS: TAT ON LEFT AND RIGHT ARM , STOMACH
KNOWN ENEMIES:
    REMARKS:
----------------------------- NEXT OF KIN -----------------------------------
 NEXT OF KIN: DENISE MCCULLOUGH         RELATIONSHIP: SISTER
     ADDRESS: 18A BOYD CIR                     PHONE: 334-756-5147
 CITY/ST/ZIP: VALLEY, AL 36854
     REMARKS:
----------------------------- EMPLOYER INFO ---------------------------------
    EMPLOYED: N
EMPLOYER NAME:
     ADDRESS:
 CITY/ST/ZIP: ,
       PHONE: 000-000-0000
------------------------------- MEDICAL -------------------------------------
 HANDICAPPED: N  NEEDS:
     GLASSES: N  SMOKE: N
MEDICAL NEEDS: N  NEEDS:
   PHYSICIAN:                   PHONE: 000-000-0000
     REMARKS:

     REMARKS:
     REMARKS:
------------------------------- PROPERTY ------------------------------------
        CASH:      $00.00
 DESCRIPTION:
ADD. PROPERTY: PRISON CLOTHES
ADD. PROPERTY:
ADD. PROPERTY:
  BIN NUMBER: 138
VEH IMPOUNDED:
  IMPOUND LOT:
     REMARKS:
     REMARKS:
=============================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: X_Christopher Culley___ DATE: 4/5/07  TIME: _____

BOOK OFFICER: _Teodoro_____ DATE: 4/5/07  TIME: _____
```

```
                          CHAMBERS CO. SHERIFF'S OFFICE
04/05/2007    14:47:57      INMATE BOOKING SHEET                    PAGE    2
==============================================================================
BOOKING NO: 070000658    INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
==============================================================================
          COURT: CIR              ATTORNEY ON REC:
          JUDGE: PERRYMAN                   PHONE: 000-000-0000
       REMARKS:
       REMARKS:
------------------------------------------------------------------------------
   BOOK DATE: 04/05/2007  BOOK TIME: 14:46  BOOK TYPE: NORMAL

  ARREST DATE: 04/05/2007      BOOKING OFFICER: TEODORO
  ARREST DEPT: CCSD            CELL ASSIGNMENT: J-01
ARRST OFFICER: MILES               MEAL CODE: 01  CHAMBERS COUNTY
PROJ. RLSDATE: 00/00/0000           FACILITY: 01  COUNTY JAIL
SEARCH OFFCR: TEODORO          CLASSIFICATION: FELONY
 TYPE SEARCH: PATDOWN            WORK RELEASE: N
INTOX RESULTS: SOBER

        HOLDS: Y
       AGENCY: DOC          REASON:
       AGENCY:              REASON:
       AGENCY:              REASON:
       AGENCY:              REASON:

        NOTES:
        NOTES:
        NOTES:
```

```
                        CHAMBERS CO. SHERIFF'S OFFICE
04/05/2007      14:47:57      INMATE CHARGE SHEET                    PAGE    3
================================================================================
BOOKING NO: 070000658      INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
================================================================================
     CHARGE NO:   1  DISPOSITION: OPEN              HOLD: N

ALA STATUTE:                        # OF COUNTS:    1
     OFFENSE: JUDICAL ORDER         WARRANT #:
      CASE #: CC-02-312
     BOND AMT: NO BOND                 FINE:         $0.00
     BAIL AMT:
INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 04/05/2007          ARST AGENCY: CCSD
ARST OFFICR: MILES                    COUNTY: CHAMBERS
       COURT: CIR                      JUDGE: PERRYMAN
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
--------------------------------------------------------------------------------
```

```
03/09/2007    07:20:01     CHAMBERS CO. SHERIFF'S OFFICE     PAGE    1
                            INMATE RELEASE SHEET
====================================================================
BOOKING NO: 070000420

INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
        ALIAS:                                RACE: B      SEX: M
        ALIAS:                                HT: 5'01"  HAIR: BLK
      ADDRESS: 135 S 18TH STREET              WT: 150    EYES: BRO
CITY/ST/ZIP: LANETT, AL 36854             COMPLEX: DRK
  HOME PHONE: 334-644-1752                    SSN: 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
         DOB: 11/27/1972  AGE:  34         DL ST: AL      DLN: 695692
  PLCE BIRTH: LANGDALE                        SID: 174909/233276
       STATE: AL                            LOCID: 6847
   M. STATUS:
    RELIGION: BAPT
  GANG ASSOC:
SCARS/TATTOOS: TAT ON LEFT AND RIGHT ARM , STOMACH
KNOWN ENEMIES:
     REMARKS:
----------------------------- NEXT OF KIN ---------------------------
 NEXT OF KIN: DENISE MCCULLOUGH          RELATIONSHIP: SISTER
     ADDRESS: 18A BOYD CIR                      PHONE: 334-756-5147
 CITY/ST/ZIP: VALLEY, AL 36854
     REMARKS:
--------------------------- EMPLOYER INFO ---------------------------
    EMPLOYED: N
EMPLOYER NAME:
     ADDRESS:
 CITY/ST/ZIP: ,
       PHONE: 000-000-0000
----------------------------- MEDICAL ------------------------------
  HANDICAPPED: N  NEEDS:
     GLASSES: N  SMOKE: N
MEDICAL NEEDS: N  NEEDS:
   PHYSICIAN:                            PHONE: 000-000-0000
     REMARKS:

     REMARKS:
     REMARKS:
----------------------------- PROPERTY -----------------------------
        CASH:      $00.00
 DESCRIPTION:
ADD. PROPERTY: CLOTHES ON BACK
ADD. PROPERTY:
ADD. PROPERTY:
  BIN NUMBER: 014
VEH IMPOUNDED:
  IMPOUND LOT:
     REMARKS:
     REMARKS:
====================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: X Christian McCully    DATE: 3/9/07  TIME: _____

BOOK OFFICER: T.J. Bry        DATE: 3/5/07  TIME: _____
```

```
                       CHAMBERS CO. SHERIFF'S OFFICE
03/09/2007    07:20:01        INMATE RELEASE SHEET                    PAGE    2
================================================================================
BOOKING NO: 070000420    INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
================================================================================
        COURT: CIR                  ATTORNEY ON REC:
        JUDGE:                          PHONE: 000-000-0000
      REMARKS:
      REMARKS:
--------------------------------------------------------------------------------
    BOOK DATE: 03/06/2007  BOOK TIME: 16:28  BOOK TYPE: NORMAL

   ARREST DATE: 03/05/2007       BOOKING OFFICER: HANCOCK
   ARREST DEPT: CCSD             CELL ASSIGNMENT:
  ARRST OFFICER: CARMICHAEL          MEAL CODE: 01   CHAMBERS COUNTY
  PROJ. RLSDATE: 00/00/0000           FACILITY: 01   COUNTY JAIL
  SEARCH OFFCR: CANNON          CLASSIFICATION: FEL
   TYPE SEARCH: PATDOWN           WORK RELEASE: N
 INTOX RESULTS: SOBER

        HOLDS: N
       AGENCY:                   REASON:
       AGENCY:                   REASON:
       AGENCY:                   REASON:
       AGENCY:                   REASON:

        NOTES:
        NOTES:
        NOTES:
================================================================================
   RELEASE DATE: 03/09/2007  RELEASE TIME: 07:19    # DAYS SERVED:     4

RELEASE OFFICER: BOND
   RELEASE TYPE: RELEASED TO DOC
       REMARKS:
       REMARKS:
       REMARKS:
================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.
```

INMATE: _X Christopher McCullough_ DATE: _3/9/07_  TIME: _____

BOOK OFFICER: _T. J. Bor_ _____  DATE: _3/9/07_  TIME: _____

```
                        CHAMBERS CO. SHERIFF'S OFFICE
03/09/2007    07:20:01       INMATE CHARGE SHEET                    PAGE    3
===============================================================================
BOOKING NO: 070000420        INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
===============================================================================
    CHARGE NO:   1  DISPOSITION: RELEASED           HOLD: N

ALA STATUTE:                           # OF COUNTS:    1
      OFFENSE: BURGLARY 2ND              WARRANT #:
       CASE #: CC-02-312
     BOND AMT: NO BOND                     FINE:        $0.00
     BAIL AMT:
  INIT APPEAR: 00/00/0000           SENTENCE DATE: 00/00/0000
  RELEASE DTE: 03/09/2007
  ARREST DATE: 03/06/2007             ARST AGENCY: CCSD
  ARST OFFICR: CARMICHAEL                  COUNTY: CHAMBERS
        COURT: CIR                          JUDGE:
 DEF ATTORNY:                       DIST ATTORNEY:
     COMMENTS:
     COMMENTS:
     COMMENTS: INMATE RELEASED BY C2546
-------------------------------------------------------------------------------
```

```
                         CHAMBERS CO. SHERIFF'S OFFICE
03/06/2007    16:34:50    INMATE BOOKING SHEET              PAGE    1
=========================================================================
BOOKING NO: 070000420

INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
       ALIAS:                              RACE: B      SEX: M
       ALIAS:                                HT: 5'01"  HAIR: BLK
     ADDRESS: 135 S 18TH STREET             WT: 150    EYES: BRO
 CITY/ST/ZIP: LANETT, AL 36854         COMPLEX: DRK
  HOME PHONE: 334-644-1752                  SSN: 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
         DOB: 11/27/1972  AGE:  34       DL ST: AL      DLN: 695692
  PLCE BIRTH: LANGDALE                      SID: 174909/233276
       STATE: AL                          LOCID: 6847
   M. STATUS:
    RELIGION: BAPT
  GANG ASSOC:
SCARS/TATTOOS: TAT ON LEFT AND RIGHT ARM , STOMACH
KNOWN ENEMIES:
     REMARKS:
------------------------------ NEXT OF KIN ------------------------------
 NEXT OF KIN: DENISE MCCULLOUGH          RELATIONSHIP: SISTER
     ADDRESS: 18A BOYD CIR                      PHONE: 334-756-5147
 CITY/ST/ZIP: VALLEY, AL 36854
     REMARKS:
----------------------------- EMPLOYER INFO ----------------------------
    EMPLOYED: N
EMPLOYER NAME:
     ADDRESS:
 CITY/ST/ZIP: ,
       PHONE: 000-000-0000
------------------------------- MEDICAL --------------------------------
  HANDICAPPED: N  NEEDS:
     GLASSES: N  SMOKE: N
MEDICAL NEEDS: N  NEEDS:
   PHYSICIAN:                          PHONE: 000-000-0000
     REMARKS:

     REMARKS:
     REMARKS:
------------------------------- PROPERTY -------------------------------
        CASH:      $00.00
 DESCRIPTION:
ADD. PROPERTY: CLOTHES ON BACK
ADD. PROPERTY:
ADD. PROPERTY:
  BIN NUMBER: 014
VEH IMPOUNDED:
  IMPOUND LOT:
     REMARKS:
     REMARKS:
=========================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _Christofer McCullough_ DATE: _3-6-7_  TIME: _____

BOOK OFFICER: _Sgt Hancock_    DATE: _3-6-7_  TIME: _____
```

```
                          CHAMBERS CO. SHERIFF'S OFFICE
03/06/2007     16:34:50        INMATE BOOKING SHEET              PAGE    2
===========================================================================
BOOKING NO: 070000420     INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
===========================================================================
          COURT: CIR              ATTORNEY ON REC:
          JUDGE:                         PHONE: 000-000-0000
        REMARKS:
        REMARKS:
---------------------------------------------------------------------------
    BOOK DATE: 03/06/2007  BOOK TIME: 16:28  BOOK TYPE: NORMAL

   ARREST DATE: 03/05/2007       BOOKING OFFICER: HANCOCK
   ARREST DEPT: CCSD             CELL ASSIGNMENT: E-03-L
 ARRST OFFICER: CARMICHAEL           MEAL CODE: 01   CHAMBERS COUNTY
 PROJ. RLSDATE: 00/00/0000            FACILITY: 01   COUNTY JAIL
  SEARCH OFFCR: CANNON           CLASSIFICATION: FEL
   TYPE SEARCH: PATDOWN            WORK RELEASE: N
 INTOX RESULTS: SOBER

         HOLDS: N
        AGENCY:                  REASON:
        AGENCY:                  REASON:
        AGENCY:                  REASON:
        AGENCY:                  REASON:

         NOTES:
         NOTES:
         NOTES:
```

```
                         CHAMBERS CO. SHERIFF'S OFFICE
03/06/2007     16:34:50     INMATE CHARGE SHEET                    PAGE    3
=============================================================================
BOOKING NO: 070000420     INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
=============================================================================
   CHARGE NO:   1  DISPOSITION: OPEN              HOLD: N

ALA STATUTE:                        # OF COUNTS:    1
     OFFENSE: BURGLARY 2ND          WARRANT #:
      CASE #: CC-02-312
    BOND AMT: NO BOND                  FINE:        $0.00
    BAIL AMT:
 INIT APPEAR: 00/00/0000           SENTENCE DATE: 00/00/0000
 RELEASE DTE: 00/00/0000
 ARREST DATE: 03/06/2007           ARST AGENCY: CCSD
 ARST OFFICR: CARMICHAEL               COUNTY: CHAMBERS
       COURT: CIR                       JUDGE:
 DEF ATTORNY:                      DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:
-----------------------------------------------------------------------------
```

```
                         CHAMBERS CO. SHERIFF'S OFFICE
11/22/2005      05:20:50     INMATE RELEASE SHEET                PAGE    1
================================================================================
BOOKING NO: 050001888

INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
        ALIAS:                                  RACE: B      SEX: M
        ALIAS:                                  HT: 5'01"  HAIR: BLK
      ADDRESS: 135 S 18TH STREET                WT: 150    EYES: BRO
  CITY/ST/ZIP: LANETT, AL 36854             COMPLEX: DRK
   HOME PHONE: 334-644-1752                     SSN: 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
          DOB: 11/27/1972  AGE:  32          DL ST: AL      DLN: 695692
   PLCE BIRTH: LANGDALE                         SID: 174909/233276
        STATE: AL                             LOCID: 6847
    M. STATUS:
     RELIGION: BAPT
   GANG ASSOC:
SCARS/TATTOOS: TAT ON LEFT AND RIGHT ARM , STOMACH
KNOWN ENEMIES:
      REMARKS:
------------------------------- NEXT OF KIN -----------------------------------
  NEXT OF KIN: DENISE MCCULLOUGH           RELATIONSHIP: SISTER
      ADDRESS: 18A BOYD CIR                       PHONE: 334-756-5147
  CITY/ST/ZIP: VALLEY, AL 36854
      REMARKS:
------------------------------ EMPLOYER INFO ----------------------------------
     EMPLOYED: Y
EMPLOYER NAME: CARTER MILL
      ADDRESS:
  CITY/ST/ZIP: VALLEY, AL 36854
        PHONE: 706-645-7219
-------------------------------- MEDICAL --------------------------------------
   HANDICAPPED: N  NEEDS:
       GLASSES: N  SMOKE: N
 MEDICAL NEEDS: N  NEEDS:
     PHYSICIAN:                     PHONE: 000-000-0000
       REMARKS:

       REMARKS:
       REMARKS:
-------------------------------- PROPERTY -------------------------------------
         CASH:      $00.00
  DESCRIPTION:
ADD. PROPERTY: BAG OF CLOTHES
ADD. PROPERTY:
ADD. PROPERTY:
   BIN NUMBER: 083
 VEH IMPOUNDED:
  IMPOUND LOT:
      REMARKS:
      REMARKS:
================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.
```

INMATE: _X Chris McCullough_    DATE:_____    TIME:_____

BOOK OFFICER: _C/o Brown_    DATE:_____    TIME:_____

```
                       CHAMBERS CO. SHERIFF'S OFFICE
11/22/2005      05:20:50      INMATE RELEASE SHEET              PAGE    2
===========================================================================
BOOKING NO: 050001888      INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
===========================================================================
          COURT: CIR                ATTORNEY ON REC:
          JUDGE:                           PHONE: 000-000-0000
        REMARKS:
        REMARKS:
---------------------------------------------------------------------------
      BOOK DATE: 11/04/2005  BOOK TIME: 18:06  BOOK TYPE: NORMAL

   ARREST DATE: 11/04/2005         BOOKING OFFICER: TEODORO
   ARREST DEPT: CCSD               CELL ASSIGNMENT:
 ARRST OFFICER: ROLLINS                  MEAL CODE: 01   CHAMBERS COUNTY
 PROJ. RLSDATE: 00/00/0000                FACILITY: 01   COUNTY JAIL
  SEARCH OFFCR: TEODORO             CLASSIFICATION: FELONY
   TYPE SEARCH: STRIP                WORK RELEASE: N
 INTOX RESULTS:

          HOLDS: Y
         AGENCY: DOC               REASON:
         AGENCY:                   REASON:
         AGENCY:                   REASON:
         AGENCY:                   REASON:

          NOTES:
          NOTES:
          NOTES:
===========================================================================
  RELEASE DATE: 11/22/2005  RELEASE TIME: 05:20   # DAYS SERVED:   19

RELEASE OFFICER: BROWN L
   RELEASE TYPE: D.O.C.
        REMARKS: TRANSPORTED BACK TO D.O.C.
        REMARKS:
        REMARKS:
===========================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.
```

INMATE: _Chris McCullough_      DATE: _____   TIME: _____

BOOK OFFICER: _C/o Brown_      DATE: _____   TIME: _____

```
                         CHAMBERS CO. SHERIFF'S OFFICE
11/22/2005     05:20:50      INMATE CHARGE SHEET                    PAGE    3
===============================================================================
BOOKING NO: 050001888     INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
===============================================================================
    CHARGE NO:  1 DISPOSITION: RELEASED          HOLD: N

ALA STATUTE:                          # OF COUNTS:   1
      OFFENSE: JUDICAL ORDER            WARRANT #:
        CASE #:
      BOND AMT: NO BOND                       FINE:        $0.00
      BAIL AMT:
INIT APPEAR: 00/00/0000              SENTENCE DATE: 00/00/0000
RELEASE DTE: 11/22/2005
ARREST DATE: 11/04/2005                ARST AGENCY: CCSD
ARST OFFICR: ROLLINS                      COUNTY: CHAMBERS
      COURT: CIR                            JUDGE:
DEF ATTORNY:                          DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS: INMATE RELEASED BY C3363
----------------------------------------------------------------------------
    CHARGE NO:  2 DISPOSITION: SENTENCED         HOLD: N

ALA STATUTE:                          # OF COUNTS:   1
      OFFENSE: BURGLARY 1ST             WARRANT #:
        CASE #: CC-02-000325
      BOND AMT: 20 YEARS CC                   FINE:        $0.00
      BAIL AMT:
INIT APPEAR: 00/00/0000              SENTENCE DATE: 11/09/2005
RELEASE DTE: 00/00/0000
ARREST DATE: 11/09/2005                ARST AGENCY: CCSD
ARST OFFICR: CARMICHAEL                    COUNTY: CHAMBERS
      COURT: CIR                            JUDGE: YOUNG
DEF ATTORNY:                          DIST ATTORNEY:
    COMMENTS: JURY VERDICT GUILTY
    COMMENTS: 20 YEARS CC WITH EACH BUT CONSECUTIVE WITH PREVIOUS SENTENCE
    COMMENTS: PLUS ALL COST AND RESTITUTION.
----------------------------------------------------------------------------
    CHARGE NO:  3 DISPOSITION: SENTENCED         HOLD: N

ALA STATUTE:                          # OF COUNTS:   0
      OFFENSE: THEFT 1ST                WARRANT #:
        CASE #: CC-02-000325
      BOND AMT: 25 YEARS                      FINE:        $0.00
      BAIL AMT:
INIT APPEAR: 00/00/0000              SENTENCE DATE: 11/09/2005
RELEASE DTE: 00/00/0000
ARREST DATE: 11/09/2005                ARST AGENCY: CCSD
ARST OFFICR: CARMICHAEL                    COUNTY: CHAMBERS
      COURT: CIR                            JUDGE: YOUNG
DEF ATTORNY:                          DIST ATTORNEY:
    COMMENTS: JURY VERDICT GUILTY
    COMMENTS: 25 YEARS CC BUT CONSECUTIVE WITH ALL PREVIOUS SENTENCES
    COMMENTS: PLUS ALL COST AND RESTITUTION
----------------------------------------------------------------------------
```

```
                           ChaMBERS CO. SHERIFF'S OFFICE
11/22/2005     05:20:50        INMATE CHARGE SHEET                      PAGE    4
================================================================================
BOOKING NO: 050001888       INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
================================================================================
```

```
                          CHAMBERS CO. SHERIFF'S OFFICE
11/04/2005    18:08:58      INMATE BOOKING SHEET                    PAGE    1
==============================================================================
BOOKING NO: 050001888

INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
      ALIAS:                                     RACE: B      SEX: M
      ALIAS:                                       HT: 5'01"  HAIR: BLK
    ADDRESS: 135 S 18TH STREET                     WT: 150    EYES: BRO
 CITY/ST/ZIP: LANETT, AL 36854                COMPLEX: DRK
 HOME PHONE: 334-644-1752                         SSN: 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
        DOB: 11/27/1972  AGE:  32             DL ST: AL      DLN: 695692
 PLCE BIRTH: LANGDALE                             SID: 174909/233276
      STATE: AL                                 LOCID: 6847
  M. STATUS:
   RELIGION: BAPT
 GANG ASSOC:
SCARS/TATTOOS: TAT ON LEFT AND RIGHT ARM , STOMACH
KNOWN ENEMIES:
    REMARKS:
-------------------------------- NEXT OF KIN ---------------------------------
 NEXT OF KIN: DENISE MCCULLOUGH              RELATIONSHIP: SISTER
     ADDRESS: 18A BOYD CIR                          PHONE: 334-756-5147
 CITY/ST/ZIP: VALLEY, AL 36854
     REMARKS:
------------------------------- EMPLOYER INFO -------------------------------
   EMPLOYED: Y
EMPLOYER NAME: CARTER MILL
     ADDRESS:
 CITY/ST/ZIP: VALLEY, AL 36854
       PHONE: 706-645-7219
--------------------------------- MEDICAL -----------------------------------
 HANDICAPPED: N  NEEDS:
     GLASSES: N  SMOKE: N
MEDICAL NEEDS: N  NEEDS:
   PHYSICIAN:                        PHONE: 000-000-0000
     REMARKS:

     REMARKS:
     REMARKS:
--------------------------------- PROPERTY ----------------------------------
        CASH:      $00.00
 DESCRIPTION:
ADD. PROPERTY: BAG OF CLOTHES
ADD. PROPERTY:
ADD. PROPERTY:
  BIN NUMBER: 083
VEH IMPOUNDED:
  IMPOUND LOT:
     REMARKS:
     REMARKS:
==============================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _____ DATE:_____  TIME:_____

BOOK OFFICER: _____ DATE:_____  TIME:_____
```

```
                        CHAMBERS CO. SHERIFF'S OFFICE
11/04/2005     18:08:58     INMATE BOOKING SHEET              PAGE    2
======================================================================
BOOKING NO: 050001888    INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
======================================================================
        COURT: CIR                ATTORNEY ON REC:
        JUDGE:                          PHONE: 000-000-0000
      REMARKS:
      REMARKS:
----------------------------------------------------------------------
   BOOK DATE: 11/04/2005  BOOK TIME: 18:06  BOOK TYPE: NORMAL

  ARREST DATE: 11/04/2005      BOOKING OFFICER: TEODORO
  ARREST DEPT: CCSD            CELL ASSIGNMENT: G-DAYROOM
ARRST OFFICER: ROLLINS              MEAL CODE: 01  CHAMBERS COUNTY
PROJ. RLSDATE: 00/00/0000            FACILITY: 01  COUNTY JAIL
 SEARCH OFFCR: TEODORO          CLASSIFICATION: FELONY
  TYPE SEARCH: STRIP             WORK RELEASE: N
INTOX RESULTS:


        HOLDS: Y
       AGENCY: DOC          REASON:
       AGENCY:              REASON:
       AGENCY:              REASON:
       AGENCY:              REASON:


        NOTES:
        NOTES:
        NOTES:
```

```
                          CHAMBERS CO. SHERIFF'S OFFICE
11/04/2005      18:08:58        INMATE CHARGE SHEET                    PAGE    3
================================================================================
BOOKING NO: 050001888      INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
================================================================================
    CHARGE NO:   1 DISPOSITION: OPEN               HOLD: N

ALA STATUTE:                          # OF COUNTS:    1
     OFFENSE: JUDICAL ORDER            WARRANT #:
      CASE #:
     BOND AMT: NO BOND                     FINE:        $0.00
     BAIL AMT:
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 11/04/2005              ARST AGENCY: CCSD
ARST OFFICR: ROLLINS                     COUNTY: CHAMBERS
      COURT: CIR                          JUDGE:
DEF ATTORNY:                        DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:
--------------------------------------------------------------------------------
```

```
                          CHAMBERS CO. SHERIFF'S OFFICE
04/13/2005    04:56:24        INMATE RELEASE SHEET                    PAGE    1
==============================================================================
BOOKING NO: 050000565

INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
        ALIAS:                              RACE: B      SEX: M
        ALIAS:                                HT: 5'01" HAIR: BLK
      ADDRESS: 135 S 18TH STREET             WT: 150    EYES: BRO
 CITY/ST/ZIP: LANETT, AL 36854          COMPLEX: DRK
  HOME PHONE: 334-644-1752                  SSN: 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
         DOB: 11/27/1972  AGE:  32       DL ST: AL       DLN: 695692
  PLCE BIRTH: LANGDALE                      SID: 174909/233276
        STATE: AL                         LOCID: 6847
   M. STATUS:
    RELIGION: BAPT
  GANG ASSOC:
SCARS/TATTOOS: TAT ON LEFT AND RIGHT ARM , STOMACH
KNOWN ENEMIES:
      REMARKS:
------------------------------- NEXT OF KIN -----------------------------------
  NEXT OF KIN: DENISE MCCULLOUGH          RELATIONSHIP: SISTER
      ADDRESS: 18A BOYD CIR                      PHONE: 334-756-5147
  CITY/ST/ZIP: VALLEY, AL 36854
      REMARKS:
------------------------------ EMPLOYER INFO ----------------------------------
     EMPLOYED: Y
EMPLOYER NAME: CARTER MILL
      ADDRESS:
  CITY/ST/ZIP: VALLEY, AL 36854
        PHONE: 706-645-7219
-------------------------------- MEDICAL --------------------------------------
  HANDICAPPED: N  NEEDS:
      GLASSES:    SMOKE:
MEDICAL NEEDS:    NEEDS:
    PHYSICIAN:                        PHONE: 000-000-0000
      REMARKS:

      REMARKS:
      REMARKS:
------------------------------- PROPERTY --------------------------------------
         CASH:      $00.00
  DESCRIPTION:
ADD. PROPERTY: 1 BROWN BAG W/CONTENTS
ADD. PROPERTY:
ADD. PROPERTY:
   BIN NUMBER: 074
VEH IMPOUNDED:
  IMPOUND LOT:
      REMARKS:
      REMARKS:
==============================================================================
```

*New DFP*    *Supply form not filled out*

I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: X *Chris McCullough*   DATE: _____   TIME: _____

BOOK OFFICER: *Teodoro*   DATE: 4/13/05   TIME: _____

```
                         CHAMBERS CO. SHERIFF'S OFFICE
04/13/2005    04:56:24        INMATE RELEASE SHEET                      PAGE    2
================================================================================
BOOKING NO: 050000565        INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
================================================================================
        COURT: CIR                      ATTORNEY ON REC:
        JUDGE:                              PHONE: 000-000-0000
      REMARKS:
      REMARKS:
--------------------------------------------------------------------------------
    BOOK DATE: 04/05/2005  BOOK TIME: 20:11  BOOK TYPE: NORMAL

  ARREST DATE: 04/05/2005           BOOKING OFFICER: GOLDEN
  ARREST DEPT: CCSD                 CELL ASSIGNMENT:
ARRST OFFICER: GOLDEN                    MEAL CODE: 01   CHAMBERS COUNTY
PROJ. RLSDATE: 00/00/0000                 FACILITY: 01   COUNTY JAIL
SEARCH OFFCR: JORDAN               CLASSIFICATION: FELONY
  TYPE SEARCH: PAT DOWN              WORK RELEASE: N
INTOX RESULTS:


        HOLDS: N
       AGENCY:                   REASON:
       AGENCY:                   REASON:
       AGENCY:                   REASON:
       AGENCY:                   REASON:


        NOTES:
        NOTES:
        NOTES:
================================================================================
  RELEASE DATE: 04/13/2005  RELEASE TIME: 04:55   # DAYS SERVED:      9

RELEASE OFFICER: TEODORO
   RELEASE TYPE: RELEASED TO DOC
        REMARKS:
        REMARKS:
        REMARKS:
================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE:                           DATE:            TIME:

BOOK OFFICER:                     DATE: 4/13/05    TIME:
```

```
                          CHAMBERS CO. SHERIFF'S OFFICE
 04/13/2005      04:56:24       INMATE CHARGE SHEET                    PAGE    3
 ===============================================================================
 BOOKING NO: 050000565      INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
 ===============================================================================
   CHARGE NO:   1  DISPOSITION: RELEASED           HOLD: N

 ALA STATUTE:                         # OF COUNTS:    1
     OFFENSE: JUDICAL ORDER            WARRANT #:
       CASE #:
     BOND AMT: NO BOND                     FINE:       $0.00
     BAIL AMT:
 INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
 RELEASE DTE: 04/13/2005
 ARREST DATE: 04/05/2005           ARST AGENCY: CCSD
 ARST OFFICR: GOLDEN                   COUNTY: CHAMBERS
       COURT: CIR                       JUDGE:
 DEF ATTORNY:                     DIST ATTORNEY:
    COMMENTS: HELD FOR COURT DATE
    COMMENTS:
    COMMENTS: INMATE RELEASED BY JAIL
 -------------------------------------------------------------------------------
```

```
                         CHAMBERS CO. SHERIFF'S OFFICE
04/05/2005    20:17:34       INMATE BOOKING SHEET              PAGE    1
================================================================================
BOOKING NO: 050000565

INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
      ALIAS:                                    RACE: B      SEX: M
      ALIAS:                                    HT: 5'01"  HAIR: BLK
    ADDRESS: 135 S 18TH STREET                  WT: 150    EYES: BRO
CITY/ST/ZIP: LANETT, AL 36854              COMPLEX: DRK
 HOME PHONE: 334-644-1752                       SSN: 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
        DOB: 11/27/1972  AGE:  32           DL ST: AL      DLN: 695692
 PLCE BIRTH: LANGDALE                           SID: 174909/233276
      STATE: AL                              LOCID: 6847
  M. STATUS:
   RELIGION: BAPT
 GANG ASSOC:
SCARS/TATTOOS: TAT ON LEFT AND RIGHT ARM , STOMACH
KNOWN ENEMIES:
    REMARKS:
------------------------------- NEXT OF KIN ------------------------------------
 NEXT OF KIN: DENISE MCCULLOUGH          RELATIONSHIP: SISTER
     ADDRESS: 18A BOYD CIR                     PHONE: 334-756-5147
 CITY/ST/ZIP: VALLEY, AL 36854
     REMARKS:
------------------------------- EMPLOYER INFO ----------------------------------
   EMPLOYED: Y
EMPLOYER NAME: CARTER MILL
     ADDRESS:
 CITY/ST/ZIP: VALLEY, AL 36854
       PHONE: 706-645-7219
--------------------------------- MEDICAL --------------------------------------
 HANDICAPPED: N  NEEDS:
    GLASSES:     SMOKE:
MEDICAL NEEDS:   NEEDS:
   PHYSICIAN:                    PHONE: 000-000-0000
     REMARKS:


     REMARKS:
     REMARKS:
--------------------------------- PROPERTY -------------------------------------
       CASH:        $00.00
 DESCRIPTION:
ADD. PROPERTY: 1 BROWN BAG W/CONTENTS
ADD. PROPERTY:
ADD. PROPERTY:
  BIN NUMBER: 074
VEH IMPOUNDED:
  IMPOUND LOT:
     REMARKS:
     REMARKS:
================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE:                          DATE:           TIME:

BOOK OFFICER:                    DATE: 4-5-05    TIME: 2019
```

```
                         CHAMBERS CO. SHERIFF'S OFFICE
04/05/2005      20:17:34      INMATE BOOKING SHEET                PAGE    2
===============================================================================
BOOKING NO: 050000565      INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
===============================================================================
            COURT: CIR                  ATTORNEY ON REC:
            JUDGE:                          PHONE: 000-000-0000
          REMARKS:
          REMARKS:
-------------------------------------------------------------------------------
   BOOK DATE: 04/05/2005  BOOK TIME: 20:11  BOOK TYPE: NORMAL

   ARREST DATE: 04/05/2005           BOOKING OFFICER: GOLDEN
   ARREST DEPT: CCSD                 CELL ASSIGNMENT: D-04-F
 ARRST OFFICER: GOLDEN                     MEAL CODE: 01  CHAMBERS COUNTY
 PROJ. RLSDATE: 00/00/0000              FACILITY: 01  COUNTY JAIL
 SEARCH OFFCR: JORDAN                CLASSIFICATION: FELONY
   TYPE SEARCH: PAT DOWN              WORK RELEASE: N
INTOX RESULTS:

         HOLDS: N
        AGENCY:                REASON:
        AGENCY:                REASON:
        AGENCY:                REASON:
        AGENCY:                REASON:

         NOTES:
         NOTES:
         NOTES:
```

```
                          CHAMBERS CO. SHERIFF'S OFFICE
04/05/2005      20:17:34        INMATE CHARGE SHEET                    PAGE    3
================================================================================
BOOKING NO: 050000565      INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
================================================================================
   CHARGE NO:   1  DISPOSITION: OPEN              HOLD: N

ALA STATUTE:                           # OF COUNTS:   1
    OFFENSE: JUDICAL ORDER              WARRANT #:
     CASE #:
   BOND AMT: NO BOND                         FINE:       $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 04/05/2005           ARST AGENCY: CCSD
ARST OFFICR: GOLDEN                    COUNTY: CHAMBERS
      COURT: CIR                        JUDGE:
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS: HELD FOR COURT DATE
   COMMENTS:
   COMMENTS:
--------------------------------------------------------------------------------
```

```
                            CHAMBERS CO. SHERIFF'S OFFICE
03/11/2005      07:23:34        INMATE RELEASE SHEET                    PAGE    1
================================================================================
BOOKING NO: 050000326

INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
        ALIAS:                              RACE: B       SEX: M
        ALIAS:                                HT: 5'01"  HAIR: BLK
      ADDRESS: 135 S 18TH STREET              WT: 150    EYES: BRO
 CITY/ST/ZIP: LANETT, AL 36854           COMPLEX: DRK
  HOME PHONE: 334-644-1752                    SSN: 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
         DOB: 11/27/1972  AGE:  32         DL ST: AL      DLN: 695692
  PLCE BIRTH: LANGDALE                       SID: 174909/233276
       STATE: AL                           LOCID: 6847
   M. STATUS:
    RELIGION: BAPT
  GANG ASSOC:
SCARS/TATTOOS: TAT ON LEFT AND RIGHT ARM , STOMACH
KNOWN ENEMIES:
     REMARKS:
------------------------------- NEXT OF KIN -----------------------------------
  NEXT OF KIN: DENISE MCCULLOUGH         RELATIONSHIP: SISTER
      ADDRESS: 18A BOYD CIR                     PHONE: 334-756-5147
  CITY/ST/ZIP: VALLEY, AL 36854
     REMARKS:
------------------------------- EMPLOYER INFO ---------------------------------
     EMPLOYED: Y
EMPLOYER NAME: CARTER MILL
      ADDRESS:
  CITY/ST/ZIP: VALLEY, AL 36854
        PHONE: 706-645-7219
-------------------------------- MEDICAL --------------------------------------
  HANDICAPPED: N  NEEDS:
      GLASSES:    SMOKE:
MEDICAL NEEDS:    NEEDS:
    PHYSICIAN:                         PHONE: 000-000-0000
      REMARKS:

      REMARKS:
      REMARKS:
-------------------------------- PROPERTY -------------------------------------
         CASH:       $00.00
  DESCRIPTION:
ADD. PROPERTY: STATE CLOTHING
ADD. PROPERTY:
ADD. PROPERTY:
   BIN NUMBER: 0023
VEH IMPOUNDED:
   IMPOUND LOT:
      REMARKS:
      REMARKS:
================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _Chris McCullough____   DATE: _3/11/05_  TIME: _____

BOOK OFFICER: _Kim_____      DATE: _3/11/05_  TIME: _____
```

```
                           CHAMBERS CO. SHERIFF'S OFFICE
03/11/2005      07:23:34        INMATE RELEASE SHEET                    PAGE    2
===============================================================================
BOOKING NO: 050000326      INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
===============================================================================
         COURT: CIR                  ATTORNEY ON REC:
         JUDGE: BRYAN                          PHONE: 000-000-0000
       REMARKS:
       REMARKS:
-------------------------------------------------------------------------------
   BOOK DATE: 02/21/2005  BOOK TIME: 21:39  BOOK TYPE: NORMAL

  ARREST DATE: 02/21/2005           BOOKING OFFICER: KIRK
  ARREST DEPT: CCSD                 CELL ASSIGNMENT:
ARRST OFFICER: CARMICHAEL                MEAL CODE: 01   CHAMBERS COUNTY
PROJ. RLSDATE: 00/00/0000                 FACILITY: 01   COUNTY JAIL
SEARCH OFFCR: FULLER                CLASSIFICATION: FEL
  TYPE SEARCH: PAT DOWN               WORK RELEASE: N
INTOX RESULTS:

        HOLDS: N
       AGENCY:                 REASON:
       AGENCY:                 REASON:
       AGENCY:                 REASON:
       AGENCY:                 REASON:

        NOTES:
        NOTES:
        NOTES:
===============================================================================
 RELEASE DATE: 03/11/2005  RELEASE TIME: 07:23    # DAYS SERVED:    19

RELEASE OFFICER: KIRK
   RELEASE TYPE: RETURN TO DOC
       REMARKS:
       REMARKS:
       REMARKS:
===============================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.
```

INMATE: _Chris McCullough_ DATE: _8/11/05_ TIME: _____

BOOK OFFICER: _Kia_ DATE: _3/11/05_ TIME: _____

```
                       CHAMBERS CO. SHERIFF'S OFFICE
03/11/2005      07:23:34      INMATE CHARGE SHEET                    PAGE    3
================================================================================
BOOKING NO: 050000326      INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
================================================================================
   CHARGE NO:   1  DISPOSITION: RELEASED           HOLD: N

ALA STATUTE:                          # OF COUNTS:   1
    OFFENSE: JUDICAL ORDER             WARRANT #:
     CASE #: CC-02-304 & 305
   BOND AMT: GUILTY                         FINE:       $0.00
   BAIL AMT:
INIT APPEAR: 02/24/2005             SENTENCE DATE: 00/00/0000
RELEASE DTE: 03/11/2005
ARREST DATE: 02/21/2005             ARST AGENCY: CCSD
ARST OFFICR: CARMICHAEL                  COUNTY: CHAMBERS
      COURT: CIR                          JUDGE: BRYAN
DEF ATTORNY:                        DIST ATTORNEY:
   COMMENTS: SENT/PROB 4/6/05
   COMMENTS:
   COMMENTS: INMATE RELEASED BY JAIL
--------------------------------------------------------------------------------
```

```
                         CHAMBERS CO. SHERIFF'S OFFICE
02/21/2005    21:42:24       INMATE BOOKING SHEET                    PAGE    1
===============================================================================
BOOKING NO: 050000326

INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
        ALIAS:                                    RACE: B      SEX: M
        ALIAS:                                      HT: 5'01" HAIR: BLK
      ADDRESS: 135 S 18TH STREET                    WT: 150   EYES: BRO
 CITY/ST/ZIP: LANETT, AL 36854              COMPLEX: DRK
  HOME PHONE: 334-644-1752                      SSN: 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
         DOB: 11/27/1972  AGE:  32          DL ST: AL     DLN: 695692
  PLCE BIRTH: LANGDALE                          SID: 174909/233276
       STATE: AL                             LOCID: 6847
   M. STATUS:
    RELIGION: BAPT
  GANG ASSOC:
SCARS/TATTOOS: TAT ON LEFT AND RIGHT ARM , STOMACH
KNOWN ENEMIES:
     REMARKS:
------------------------------ NEXT OF KIN -----------------------------------
 NEXT OF KIN: DENISE MCCULLOUGH            RELATIONSHIP: SISTER
     ADDRESS: 18A BOYD CIR                        PHONE: 334-756-5147
 CITY/ST/ZIP: VALLEY, AL 36854
     REMARKS:
------------------------------ EMPLOYER INFO ---------------------------------
    EMPLOYED: Y
EMPLOYER NAME: CARTER MILL
     ADDRESS:
 CITY/ST/ZIP: VALLEY, AL 36854
       PHONE: 706-645-7219
------------------------------ MEDICAL ---------------------------------------
  HANDICAPPED: N  NEEDS:
     GLASSES:      SMOKE:
MEDICAL NEEDS:    NEEDS:
   PHYSICIAN:                       PHONE: 000-000-0000
     REMARKS:


     REMARKS:
     REMARKS:
------------------------------ PROPERTY --------------------------------------
        CASH:        $00.00
 DESCRIPTION:
ADD. PROPERTY: STATE CLOTHING
ADD. PROPERTY:
ADD. PROPERTY:
  BIN NUMBER: 0023
VEH IMPOUNDED:
  IMPOUND LOT:
     REMARKS:
     REMARKS:  D F P
===============================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: x Chris McCulley    DATE: 2/21/05  TIME: _____

BOOK OFFICER: Kim           DATE: 2/21/05  TIME: _____
```

```
                              CHAMBERS CO. SHERIFF'S OFFICE
02/21/2005      21:42:24        INMATE BOOKING SHEET                   PAGE    2
================================================================================
BOOKING NO: 050000326      INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
================================================================================
          COURT: CIR                ATTORNEY ON REC:
          JUDGE: BRYAN                       PHONE: 000-000-0000
        REMARKS:
        REMARKS:
--------------------------------------------------------------------------------
    BOOK DATE: 02/21/2005  BOOK TIME: 21:39  BOOK TYPE: NORMAL

   ARREST DATE: 02/21/2005         BOOKING OFFICER: KIRK
   ARREST DEPT: CCSD               CELL ASSIGNMENT: D-DAYROOM
 ARRST OFFICER: CARMICHAEL               MEAL CODE: 01  CHAMBERS COUNTY
 PROJ. RLSDATE: 00/00/0000                FACILITY: 01  COUNTY JAIL
  SEARCH OFFCR: FULLER             CLASSIFICATION: FEL
   TYPE SEARCH: PAT DOWN             WORK RELEASE: N
 INTOX RESULTS:


         HOLDS: N
        AGENCY:                 REASON:
        AGENCY:                 REASON:
        AGENCY:                 REASON:
        AGENCY:                 REASON:


         NOTES:
         NOTES:
         NOTES:
```

```
                              CHAMBERS CO. SHERIFF'S OFFICE
02/21/2005      21:42:24        INMATE CHARGE SHEET                    PAGE    3
==============================================================================
BOOKING NO: 050000326      INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
==============================================================================
    CHARGE NO:   1  DISPOSITION: OPEN              HOLD: N

ALA STATUTE:                           # OF COUNTS:   1
    OFFENSE: JUDICAL ORDER              WARRANT #:
     CASE #: CC-02-304 & 305
   BOND AMT: NO BOND                       FINE:        $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000
RELEASE DTE: 00/00/0000             SENTENCE DATE: 00/00/0000
ARREST DATE: 02/21/2005
ARST OFFICR: CARMICHAEL              ARST AGENCY: CCSD
      COURT: CIR                         COUNTY: CHAMBERS
DEF ATTORNY:                             JUDGE: BRYAN
   COMMENTS:                       DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
------------------------------------------------------------------------------
```

```
                            CHAMBERS CO. SHERIFF'S OFFICE
03/12/2004     06:00:36         INMATE RELEASE SHEET                     PAGE     1
==================================================================================
BOOKING NO: 040000341

INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
       ALIAS:                                   RACE: B       SEX: M
       ALIAS:                                     HT: 5'01"  HAIR: BLK
     ADDRESS: 135 S 18TH STREET                   WT: 150    EYES: BRO
CITY/ST/ZIP: LANETT, AL 36854              COMPLEX: DRK
 HOME PHONE: 334-644-1752                       SSN: 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
        DOB: 11/27/1972  AGE:   31           DL ST: AL      DLN: 695692
 PLCE BIRTH: LANGDALE                           SID: 174909/233276
      STATE: AL                               LOCID: 6847
  M. STATUS:
   RELIGION: BAPT
 GANG ASSOC:
SCARS/TATTOOS: TAT ON LEFT AND RIGHT ARM , STOMACH
KNOWN ENEMIES:
     REMARKS:
------------------------------- NEXT OF KIN -----------------------------------
  NEXT OF KIN: DENISE MCCULLOUGH            RELATIONSHIP: SISTER
      ADDRESS: 18A BOYD CIR                        PHONE: 334-756-5147
  CITY/ST/ZIP: VALLEY, AL 36854
      REMARKS:
------------------------------ EMPLOYER INFO ----------------------------------
     EMPLOYED: Y
EMPLOYER NAME: CARTER MILL
      ADDRESS:
  CITY/ST/ZIP: VALLEY, AL 36854
        PHONE: 706-645-7219
-------------------------------- MEDICAL --------------------------------------
  HANDICAPPED: N   NEEDS:
      GLASSES:     SMOKE:
MEDICAL NEEDS:     NEEDS:
    PHYSICIAN:                    PHONE: 000-000-0000
      REMARKS:

      REMARKS:
      REMARKS:
------------------------------- PROPERTY --------------------------------------
        CASH:        $00.00
  DESCRIPTION:
ADD. PROPERTY: MAIL AND CLOTHES ON BACK
ADD. PROPERTY:
ADD. PROPERTY:
   BIN NUMBER: 138
VEH IMPOUNDED:
  IMPOUND LOT:
      REMARKS:
      REMARKS:
==================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _____ DATE: 3/12/04    TIME: 0601

BOOK OFFICER: _____ DATE: 3/12/04   TIME: 0601
```

```
                           CHAMBERS CO. SHERIFF'S OFFICE
03/12/2004      06:00:36      INMATE RELEASE SHEET              PAGE    2
==============================================================================
BOOKING NO: 040000341     INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
==============================================================================
        COURT: CIR                   ATTORNEY ON REC:
        JUDGE:                            PHONE: 000-000-0000
     REMARKS:
     REMARKS:
------------------------------------------------------------------------------
    BOOK DATE: 02/24/2004  BOOK TIME: 13:04  BOOK TYPE: NORMAL

  ARREST DATE: 00/00/0000        BOOKING OFFICER: FULLER
  ARREST DEPT: CCSD              CELL ASSIGNMENT:
ARRST OFFICER: ROLLINS                MEAL CODE: 01  CHAMBERS COUNTY
PROJ. RLSDATE: 00/00/0000              FACILITY: 01  COUNTY JAIL
SEARCH OFFCR: FULLER             CLASSIFICATION:
  TYPE SEARCH: PATDOWN            WORK RELEASE: N
INTOX RESULTS:

        HOLDS: N
       AGENCY:                REASON:
       AGENCY:                REASON:
       AGENCY:                REASON:
       AGENCY:                REASON:

        NOTES:
        NOTES:
        NOTES:
==============================================================================
  RELEASE DATE: 03/12/2004  RELEASE TIME: 06:00   # DAYS SERVED:   18

RELEASE OFFICER: SANDERS
   RELEASE TYPE: DOC
        REMARKS: RELEASED TO DOC
        REMARKS:
        REMARKS:
==============================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: ___Chris McCull___ DATE: _3/12/04_  TIME: _0601_

BOOK OFFICER: ___B C S___   DATE: _3/12/04_  TIME: _0601_
```

```
                              CHAMBERS CO. SHERIFF'S OFFICE
03/12/2004      06:00:36         INMATE CHARGE SHEET                  PAGE    3
================================================================================
BOOKING NO: 040000341        INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
================================================================================
     CHARGE NO:   1  DISPOSITION: RELEASED              HOLD: N

ALA STATUTE:                              # OF COUNTS:    1
       OFFENSE: COURT ORDER              WARRANT #:
          CASE #:
      BOND AMT: NO BOND                        FINE:        $0.00
      BAIL AMT:
INIT APPEAR: 00/00/0000             SENTENCE DATE: 00/00/0000
RELEASE DTE: 03/12/2004
ARREST DATE: 02/20/2004             ARST AGENCY: CCSD
ARST OFFICR: ROLLINS                    COUNTY: CHAMBERS
       COURT: CIR                         JUDGE: BRYANT
DEF ATTORNY:                        DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS: INMATE RELEASED BY JAIL
--------------------------------------------------------------------------------
```

```
                        CHAMBERS CO. SHERIFF'S OFFICE
02/24/2004     13:08:50      INMATE BOOKING SHEET                  PAGE    1
==============================================================================
BOOKING NO: 040000341

INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
        ALIAS:                               RACE: B      SEX: M
        ALIAS:                               HT: 5'01"  HAIR: BLK
      ADDRESS: 135 S 18TH STREET             WT: 150    EYES: BRO
  CITY/ST/ZIP: LANETT, AL 36854           COMPLEX: DRK
   HOME PHONE: 334-644-1752                   SSN: 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
         DOB: 11/27/1972  AGE:  31         DL ST: AL      DLN: 695692
   PLCE BIRTH: LANGDALE                       SID: 174909/233276
        STATE: AL                           LOCID: 6847
  M. STATUS:
    RELIGION: BAPT
  GANG ASSOC:
SCARS/TATTOOS: TAT ON LEFT AND RIGHT ARM , STOMACH
KNOWN ENEMIES:
      REMARKS:
------------------------------- NEXT OF KIN ----------------------------------
  NEXT OF KIN: DENISE MCCULLOUGH         RELATIONSHIP: SISTER
      ADDRESS: 18A BOYD CIR                     PHONE: 334-756-5147
  CITY/ST/ZIP: VALLEY, AL 36854
      REMARKS:
------------------------------- EMPLOYER INFO --------------------------------
     EMPLOYED: Y
EMPLOYER NAME: CARTER MILL
      ADDRESS:
  CITY/ST/ZIP: VALLEY, AL 36854
        PHONE: 706-645-7219
-------------------------------- MEDICAL -------------------------------------
  HANDICAPPED: N  NEEDS:
      GLASSES:     SMOKE:
MEDICAL NEEDS:     NEEDS:
    PHYSICIAN:                      PHONE: 000-000-0000
      REMARKS:


      REMARKS:
      REMARKS:
-------------------------------- PROPERTY ------------------------------------
         CASH:       $00.00
  DESCRIPTION:
ADD. PROPERTY: MAIL AND CLOTHES ON BACK
ADD. PROPERTY:
ADD. PROPERTY:
   BIN NUMBER: 138
VEH IMPOUNDED:
   IMPOUND LOT:
      REMARKS:
      REMARKS:
==============================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _____ DATE:_____  TIME:_____

BOOK OFFICER: _____ DATE:_____  TIME:_____
```

```
                              CHAMBERS CO. SHERIFF'S OFFICE
02/24/2004      13:08:50        INMATE BOOKING SHEET                  PAGE    2
================================================================================
BOOKING NO: 040000341       INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
================================================================================
          COURT:                          ATTORNEY ON REC:
          JUDGE:                             PHONE: 000-000-0000
        REMARKS:
        REMARKS:
--------------------------------------------------------------------------------
     BOOK DATE: 02/24/2004   BOOK TIME: 13:04   BOOK TYPE: NORMAL

   ARREST DATE: 00/00/0000           BOOKING OFFICER: FULLER
   ARREST DEPT: CCSD                 CELL ASSIGNMENT: F-5-F
 ARRST OFFICER: ROLLINS                    MEAL CODE: 01   CHAMBERS COUNTY
PROJ. RLSDATE: 00/00/0000                   FACILITY: 01   COUNTY JAIL
  SEARCH OFFCR: FULLER               CLASSIFICATION:
   TYPE SEARCH: PATDOWN                WORK RELEASE: N
INTOX RESULTS:


         HOLDS: N
        AGENCY:                   REASON:
        AGENCY:                   REASON:
        AGENCY:                   REASON:
        AGENCY:                   REASON:


         NOTES:
         NOTES:
         NOTES:
```

```
                           CHAMBERS CO. SHERIFF'S OFFICE
02/24/2004      13:08:50        INMATE CHARGE SHEET                    PAGE    3
===============================================================================
BOOKING NO: 040000341      INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
===============================================================================
     CHARGE NO:  1  DISPOSITION: OPEN              HOLD: N

ALA STATUTE:                          # OF COUNTS:   1
    OFFENSE: COURT ORDER               WARRANT #:
      CASE #:
    BOND AMT: NO BOND                      FINE:        $0.00
    BAIL AMT:
INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 02/20/2004            ARST AGENCY: CCSD
ARST OFFICR: ROLLINS                    COUNTY: CHAMBERS
      COURT: CIR                          JUDGE: BRYANT
DEF ATTORNY:                       DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
-------------------------------------------------------------------------------
```

```
                          CHAMBERS CO. SHERIFF'S OFFICE
01/22/2004      05:26:21         INMATE RELEASE SHEET                    PAGE    1
================================================================================
BOOKING NO: 040000092

INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
        ALIAS:                                    RACE: B      SEX: M
        ALIAS:                                    HT: 5'01" HAIR: BLK
      ADDRESS: 135 S 18TH STREET                  WT: 150   EYES: BRO
 CITY/ST/ZIP: LANETT, AL 36854              COMPLEX: DRK
  HOME PHONE: 334-644-1752                    SSN: 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
         DOB: 11/27/1972  AGE:  31          DL ST: AL      DLN: 695692
  PLCE BIRTH: LANGDALE                         SID: 174909
       STATE: AL                            LOCID: 6847
   M. STATUS:
    RELIGION: BAPT
  GANG ASSOC:
SCARS/TATTOOS: TAT ON LEFT AND RIGHT ARM , STOMACH
KNOWN ENEMIES:
     REMARKS:
------------------------------- NEXT OF KIN ------------------------------------
  NEXT OF KIN: DENISE MCCULLOUGH             RELATIONSHIP: SISTER
     ADDRESS: 18A BOYD CIR                       PHONE: 334-756-5147
 CITY/ST/ZIP: VALLEY, AL 36854
     REMARKS:
------------------------------- EMPLOYER INFO ----------------------------------
    EMPLOYED: Y
EMPLOYER NAME: CARTER MILL
     ADDRESS:
 CITY/ST/ZIP: VALLEY, AL 36854
       PHONE: 706-645-7219
-------------------------------- MEDICAL ---------------------------------------
  HANDICAPPED: N  NEEDS:
     GLASSES:     SMOKE:
MEDICAL NEEDS:    NEEDS:
   PHYSICIAN:                       PHONE: 000-000-0000
     REMARKS:

     REMARKS:
     REMARKS:
-------------------------------- PROPERTY --------------------------------------
        CASH:      $00.00
 DESCRIPTION:
ADD. PROPERTY: LEGAL MAIL
ADD. PROPERTY:
ADD. PROPERTY:
  BIN NUMBER: 002
VEH IMPOUNDED:
  IMPOUND LOT:
     REMARKS:
     REMARKS:
================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _____  DATE: _____  TIME: 0533

BOOK OFFICER: _____  DATE: _____  TIME: 0537
```

```
                          CHAMBERS CO. SHERIFF'S OFFICE
01/22/2004      05:26:21       INMATE RELEASE SHEET                  PAGE    2
==============================================================================
BOOKING NO: 040000092        INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
==============================================================================
           COURT: CIR                ATTORNEY ON REC:
           JUDGE:                         PHONE: 000-000-0000
         REMARKS:
         REMARKS:
------------------------------------------------------------------------------
     BOOK DATE: 01/14/2004  BOOK TIME: 17:38  BOOK TYPE: NORMAL

   ARREST DATE: 01/14/2004         BOOKING OFFICER: TUCKER
   ARREST DEPT: CCSD              CELL ASSIGNMENT:
 ARRST OFFICER: RAY                    MEAL CODE: 01  CHAMBERS COUNTY
 PROJ. RLSDATE: 00/00/0000              FACILITY: 01  COUNTY JAIL
 SEARCH OFFCR: TUCKER             CLASSIFICATION:
  TYPE SEARCH: PATDOWN             WORK RELEASE: N
INTOX RESULTS:

         HOLDS: N
        AGENCY:                   REASON:
        AGENCY:                   REASON:
        AGENCY:                   REASON:
        AGENCY:                   REASON:

         NOTES: CC-02-318 JAIL CREDIT 669 DAYS D1
         NOTES:
         NOTES:
==============================================================================
  RELEASE DATE: 01/22/2004  RELEASE TIME: 05:26    # DAYS SERVED:     9

RELEASE OFFICER: SANDERS
   RELEASE TYPE: DOC
        REMARKS: SENT TO DOC
        REMARKS:
        REMARKS:
==============================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.
```

INMATE: _Chris McCull_____ DATE: _1-22-01_ TIME: _0553_

BOOK OFFICER: _B LJ S d_____ DATE: _1-22-04_ TIME: _0532_

```
                           CHAMBERS CO. SHERIFF'S OFFICE
01/22/2004      05:26:21        INMATE CHARGE SHEET                    PAGE    3
================================================================================
BOOKING NO: 040000092      INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
================================================================================
    CHARGE NO:   1 DISPOSITION: SENTENCED            HOLD: N

ALA STATUTE:                              # OF COUNTS:    1
    OFFENSE: ATT BURGULARY 1ST            WARRANT #:
      CASE #: CC-02-318
    BOND AMT: 40 YRSD                            FINE:        $0.00
    BAIL AMT:
INIT APPEAR: 00/00/0000             SENTENCE DATE: 01/15/2004
RELEASE DTE: 00/00/0000
ARREST DATE: 01/14/2004               ARST AGENCY: CCSD
ARST OFFICR: RAY                          COUNTY: CHAMBERS
      COURT: CIR                            JUDGE: MARTIN
DEF ATTORNY:                         DIST ATTORNEY:
   COMMENTS: SENT. 40 YRS
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
    CHARGE NO:   2 DISPOSITION: SENTENCED            HOLD: N

ALA STATUTE:                              # OF COUNTS:    1
    OFFENSE: P V SPEEDING                 WARRANT #:
      CASE #: TR-001-301308
    BOND AMT: P/L 7 DAYS                         FINE:      $228.00
    BAIL AMT:
INIT APPEAR: 01/16/2004             SENTENCE DATE: 01/16/2004
RELEASE DTE: 00/00/0000
ARREST DATE: 01/14/2004               ARST AGENCY: VAL
ARST OFFICR: CARTER                        COUNTY: CHAMBERS
      COURT: VDC                            JUDGE: HOLLEY
DEF ATTORNY:                         DIST ATTORNEY:
   COMMENTS: PAY/LAY $198.00, MUST PAY $30.00 B4 RELEASE
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

```
01/14/2004      17:53:48        CHAMBERS CO. SHERIFF'S OFFICE              PAGE    1
                                INMATE BOOKING SHEET
==============================================================================
BOOKING NO: 040000092

INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
        ALIAS:                                       RACE: B      SEX: M
        ALIAS:                                       HT: 5'01"  HAIR: BLK
      ADDRESS: 135 S 18TH STREET                     WT: 150    EYES: BRO
  CITY/ST/ZIP: LANETT, AL 36854              COMPLEX: DRK
   HOME PHONE: 334-644-1752                         SSN: 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
          DOB: 11/27/1972  AGE:  31          DL ST: AL      DLN: 695692
  PLCE BIRTH: LANGDALE                              SID: 174909
        STATE: AL                                 LOCID: 6847
    M. STATUS:
     RELIGION: BAPT
  GANG ASSOC:
 SCARS/TATTOOS: TAT ON LEFT AND RIGHT ARM , STOMACH
KNOWN ENEMIES:
      REMARKS:
------------------------------ NEXT OF KIN -----------------------------------
  NEXT OF KIN: DENISE MCCULLOUGH           RELATIONSHIP: SISTER
      ADDRESS: 18A BOYD CIR                       PHONE: 334-756-5147
  CITY/ST/ZIP: VALLEY, AL 36854
      REMARKS:
------------------------------ EMPLOYER INFO ---------------------------------
     EMPLOYED: Y
EMPLOYER NAME: CARTER MILL
      ADDRESS:
  CITY/ST/ZIP: VALLEY, AL 36854
        PHONE: 706-645-7219
------------------------------ MEDICAL ---------------------------------------
  HANDICAPPED: N   NEEDS:
      GLASSES:     SMOKE:
MEDICAL NEEDS:     NEEDS:
    PHYSICIAN:                     PHONE: 000-000-0000
      REMARKS:

      REMARKS:
      REMARKS:
------------------------------ PROPERTY --------------------------------------
         CASH:        $00.00
  DESCRIPTION:
ADD. PROPERTY: LEGAL MAIL
ADD. PROPERTY:
ADD. PROPERTY:
   BIN NUMBER: 002
VEH IMPOUNDED:
  IMPOUND LOT:
      REMARKS:
      REMARKS:
==============================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.
```

INMATE: *Chris McCullough*    DATE: 1/14/04    TIME: _____

BOOK OFFICER: *Kirk Tucker*    DATE: 1/14/04    TIME: _____

*already in holding*

```
                              CHAMBERS CO. SHERIFF'S OFFICE
01/14/2004      17:53:48       INMATE BOOKING SHEET                      PAGE    2
================================================================================
BOOKING NO: 040000092      INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
================================================================================
          COURT: CIR                    ATTORNEY ON REC:
          JUDGE:                              PHONE: 000-000-0000
        REMARKS:
        REMARKS:
--------------------------------------------------------------------------------
     BOOK DATE: 01/14/2004  BOOK TIME: 17:38  BOOK TYPE: NORMAL

   ARREST DATE: 01/14/2004        BOOKING OFFICER: TUCKER
   ARREST DEPT: CCSD              CELL ASSIGNMENT: J-02
 ARRST OFFICER: RAY                    MEAL CODE: 01   CHAMBERS COUNTY
 PROJ. RLSDATE: 00/00/0000              FACILITY: 01   COUNTY JAIL
 SEARCH OFFCR: TUCKER              CLASSIFICATION:
  TYPE SEARCH: PATDOWN              WORK RELEASE: N
INTOX RESULTS:


         HOLDS: N
        AGENCY:                  REASON:
        AGENCY:                  REASON:
        AGENCY:                  REASON:
        AGENCY:                  REASON:


         NOTES:
         NOTES:
         NOTES:
```

```
01/14/2004    17:53:48        CHAMBERS CO. SHERIFF'S OFFICE              PAGE    3
                              INMATE CHARGE SHEET
=================================================================================
BOOKING NO: 040000092    INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
=================================================================================
   CHARGE NO:  1  DISPOSITION: OPEN            HOLD: N

ALA STATUTE:                            # OF COUNTS:   1
   OFFENSE: JUDICIAL ORDER               WARRANT #:
    CASE #: CC-02-318
  BOND AMT: NO BOND                         FINE:       $0.00
  BAIL AMT:
INIT APPEAR: 00/00/0000           SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 01/14/2004            ARST AGENCY: CCSD
ARST OFFICR: RAY                       COUNTY: CHAMBERS
     COURT: CIR                          JUDGE:
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
-------------------------------------------------------------------------------
```

```
                         CHAMBERS CO. SHERIFF'S OFFICE
11/20/2003      05:16:03      INMATE RELEASE SHEET                    PAGE    1
================================================================================
BOOKING NO: 030001707

INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
        ALIAS:                                   RACE: B        SEX: M
        ALIAS:                                     HT: 5'01"  HAIR: BLK
      ADDRESS: 135 S 18TH STREET                   WT: 150    EYES: BRO
  CITY/ST/ZIP: LANETT, AL 36854               COMPLEX: DRK
  HOME PHONE: 334-644-1752                        SSN: 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
         DOB: 11/27/1972  AGE:  30             DL ST: AL        DLN: 695692
  PLCE BIRTH: LANGDALE                            SID: 174909
       STATE: AL                                LOCID: 6847
  M. STATUS:
    RELIGION: BAPT
 GANG ASSOC:
SCARS/TATTOOS: TAT ON LEFT AND RIGHT ARM , STOMACH
KNOWN ENEMIES:
     REMARKS:
-------------------------------- NEXT OF KIN ------------------------------------
 NEXT OF KIN: DENISE MCCULLOUGH              RELATIONSHIP: SISTER
     ADDRESS: 18A BOYD CIR                          PHONE: 334-756-5147
 CITY/ST/ZIP: VALLEY, AL 36854
     REMARKS:
------------------------------ EMPLOYER INFO -----------------------------------
    EMPLOYED: Y
EMPLOYER NAME: CARTER MILL
     ADDRESS:
 CITY/ST/ZIP: VALLEY, AL 36854
       PHONE: 706-645-7219
-------------------------------- MEDICAL ---------------------------------------
 HANDICAPPED: N   NEEDS:
     GLASSES:     SMOKE:
MEDICAL NEEDS:    NEEDS:
   PHYSICIAN:                     PHONE: 000-000-0000
     REMARKS:

     REMARKS:
     REMARKS:
-------------------------------- PROPERTY --------------------------------------
        CASH:       $00.00
 DESCRIPTION:
ADD. PROPERTY: 1 BAG FROM DOC,1WHITE JACKET
ADD. PROPERTY:
ADD. PROPERTY:
  BIN NUMBER: 004
VEH IMPOUNDED:
 IMPOUND LOT:
     REMARKS:
     REMARKS:
================================================================================
```

I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _Chris McCulley_   DATE: _____   TIME: _____

BOOK OFFICER: _C/o Brown_    DATE: _11.20.03_   TIME: _____

Bobbie McCulley 756-3687

```
                        CHAMBERS CO. SHERIFF'S OFFICE
 11/20/2003     05:16:03      INMATE RELEASE SHEET                   PAGE    2
 ==============================================================================
 BOOKING NO: 030001707      INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
 ==============================================================================
          COURT: CIR                    ATTORNEY ON REC:
          JUDGE: MARTIN                         PHONE: 000-000-0000
        REMARKS:
        REMARKS:
 ------------------------------------------------------------------------------
     BOOK DATE: 11/12/2003  BOOK TIME: 17:45  BOOK TYPE: NORMAL

    ARREST DATE: 11/12/2003          BOOKING OFFICER: TUCKER
    ARREST DEPT: CCSD                CELL ASSIGNMENT:
  ARRST OFFICER: CARMICHEAL              MEAL CODE: 01   CHAMBERS COUNTY
   PROJ. RLSDATE: 00/00/0000            FACILITY: 01   COUNTY JAIL
   SEARCH OFFCR: TUCKER              CLASSIFICATION:
    TYPE SEARCH: PATDOWN             WORK RELEASE: N
 INTOX RESULTS:

          HOLDS: Y
         AGENCY: PER HOLLEY      REASON: SENTENCED   DEC 16 2003
         AGENCY:                 REASON:
         AGENCY:                 REASON:
         AGENCY:                 REASON:

          NOTES:
          NOTES:
          NOTES:
 ==============================================================================
   RELEASE DATE: 11/20/2003  RELEASE TIME: 05:13     # DAYS SERVED:      9

 RELEASE OFFICER: BROWN L
          REMARKS: RETURNED TO D.O.C
          REMARKS:
          REMARKS:
 ==============================================================================
 I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
 INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

 INMATE: _Chris McCullg_____   DATE:_____  TIME:_____

 BOOK OFFICER: _C/o Brown_____   DATE:_11-20-03_  TIME:_____
```

```
                           CHAMBERS CO. SHERIFF'S OFFICE
 11/20/2003      05:16:03       INMATE CHARGE SHEET                    PAGE    3
 ================================================================================
 BOOKING NO: 030001707      INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
 ================================================================================
    CHARGE NO:   1  DISPOSITION: RELEASED            HOLD: N

 ALA STATUTE:                          # OF COUNTS:    1
      OFFENSE: CIRCIUT COURT ORDER      WARRANT #:
       CASE #: CC-02-304-312-318325
     BOND AMT: NO BOND                       FINE:       $0.00
     BAIL AMT:
 INIT APPEAR: 00/00/0000              SENTENCE DATE: 00/00/0000
 RELEASE DTE: 11/20/2003
 ARREST DATE: 11/12/2003              ARST AGENCY: CCSD
 ARST OFFICR: CARMICHEAL                  COUNTY: CHAMBERS
        COURT: CIR                          JUDGE: MARTIN
 DEF ATTORNY:                         DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS: INMATE RELEASED BY 8690
 --------------------------------------------------------------------------------
```

```
                              CHAMBERS CO. SHERIFF'S OFFICE
11/12/2003      17:50:43        INMATE BOOKING SHEET                    PAGE    1
================================================================================
BOOKING NO: 030001707

INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
        ALIAS:                                     RACE: B      SEX: M
        ALIAS:                                       HT: 5'01" HAIR: BLK
      ADDRESS: 135 S 18TH STREET                     WT: 150   EYES: BRO
  CITY/ST/ZIP: LANETT, AL 36854              COMPLEX: DRK
   HOME PHONE: 334-644-1752                      SSN: 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
          DOB: 11/27/1972  AGE:  30           DL ST: AL      DLN: 695692
   PLCE BIRTH: LANGDALE                           SID: 174909
        STATE: AL                               LOCID: 6847
    M. STATUS:
     RELIGION: BAPT
   GANG ASSOC:
SCARS/TATTOOS: TAT ON LEFT AND RIGHT ARM , STOMACH
KNOWN ENEMIES:
      REMARKS:
----------------------------- NEXT OF KIN ------------------------------------
  NEXT OF KIN: DENISE MCCULLOUGH             RELATIONSHIP: SISTER
      ADDRESS: 18A BOYD CIR                         PHONE: 334-756-5147
  CITY/ST/ZIP: VALLEY, AL 36854
      REMARKS:
---------------------------- EMPLOYER INFO -----------------------------------
     EMPLOYED: Y
EMPLOYER NAME: CARTER MILL
      ADDRESS:
  CITY/ST/ZIP: VALLEY, AL 36854
        PHONE: 706-645-7219
------------------------------- MEDICAL --------------------------------------
  HANDICAPPED: N  NEEDS:
      GLASSES:    SMOKE:
MEDICAL NEEDS:    NEEDS:
    PHYSICIAN:                         PHONE: 000-000-0000
      REMARKS:

      REMARKS:
      REMARKS:
------------------------------- PROPERTY -------------------------------------
         CASH:       $00.00
  DESCRIPTION:
ADD. PROPERTY: 1 BAG FROM DOC,1WHITE JACKET
ADD. PROPERTY:
ADD. PROPERTY:
   BIN NUMBER: 004
VEH IMPOUNDED:
  IMPOUND LOT:
      REMARKS:
      REMARKS:
================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.
```

INMATE: X _Chris McCullog_    DATE: _11-12-03_  TIME: _1939_

BOOK OFFICER: _____    DATE: _11-12-03_  TIME: _1939_

```
                        CHAMBERS CO. SHERIFF'S OFFICE
11/12/2003     17:50:43        INMATE BOOKING SHEET                 PAGE   2
=============================================================================
BOOKING NO: 030001707     INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
=============================================================================
           COURT: CIR                   ATTORNEY ON REC:
           JUDGE: MARTIN                        PHONE: 000-000-0000
         REMARKS:
         REMARKS:
-----------------------------------------------------------------------------
    BOOK DATE: 11/12/2003  BOOK TIME: 17:45  BOOK TYPE: NORMAL

   ARREST DATE: 11/12/2003        BOOKING OFFICER: TUCKER
   ARREST DEPT: CCSD              CELL ASSIGNMENT: J-02
 ARRST OFFICER: CARMICHEAL              MEAL CODE: 01  CHAMBERS COUNTY
 PROJ. RLSDATE: 00/00/0000               FACILITY: 01  COUNTY JAIL
 SEARCH OFFCR: TUCKER             CLASSIFICATION:
  TYPE SEARCH: PATDOWN             WORK RELEASE: N
INTOX RESULTS:


         HOLDS: N
        AGENCY:                 REASON:
        AGENCY:                 REASON:
        AGENCY:                 REASON:
        AGENCY:                 REASON:


         NOTES:
         NOTES:
         NOTES:
```

```
                         CHAMBERS CO. SHERIFF'S OFFICE
11/12/2003     17:50:43        INMATE CHARGE SHEET                    PAGE    3
===============================================================================
BOOKING NO: 030001707     INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
===============================================================================
   CHARGE NO:  1  DISPOSITION: OPEN              HOLD: N

ALA STATUTE:                     # OF COUNTS:   1
   OFFENSE: CIRCIUT COURT ORDER    WARRANT #:
    CASE #: CC-02-304-312-318325
  BOND AMT: NO BOND                      FINE:        $0.00
  BAIL AMT:
INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 11/12/2003            ARST AGENCY: CCSD
ARST OFFICR: CARMICHEAL               COUNTY: CHAMBERS
      COURT: CIR                        JUDGE: MARTIN
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
-------------------------------------------------------------------------------
```