# EXHIBIT D1.

## Exhibit 1 to Stewart Affidavit - Plaintiff Christopher McCullough's entire Jail File.

—Part 2 —

# ENEMY FORM

**DATE** _4/19/22_

**INMATE NAME** _Chris McCullough_ **CELLBLOCK**_____

### I THE ABOVE INMATE HAVE ADVISED THE OFFICER THAT I HAVE THE LISTED PERSON(S) BELOW AS AN ENEMY.

_____
INMATE SIGNATURE

1. _[illegible signature]_    2. _____
3. _Billy Noe83_    4. _____
5. _____    6. _____

**REPORTING OFFICER**_____

### I'M REPORTING THE ABOVE INMATES AS HAVING PROBLEMS FOR THE FOLLOWING REASON:

_Same Cases,_ _____

_____

_____

_____
OFFICER SIGNATURE

```
                              CHAMBERS CO. SHERIFF'S OFFICE
03/18/2003      03:10:03        INMATE RELEASE SHEET                    PAGE    1
===============================================================================
BOOKING NO: 020000499

INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
      ALIAS:                                      RACE: B      SEX: M
      ALIAS:                                        HT: 5'01"  HAIR: BLK
    ADDRESS: 135 S 18TH STREET                      WT: 150    EYES: BRO
CITY/ST/ZIP: LANETT, AL 36854                  COMPLEX: DRK
 HOME PHONE: 334-644-1752                           SSN: 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
        DOB: 11/27/1972   AGE:   30              DL ST: AL     DLN: 695692
 PLCE BIRTH: LANGDALE                               SID: 174909
      STATE: AL                                   LOCID: 6847
  M. STATUS:
   RELIGION: BAPT
 GANG ASSOC:
SCARS/TATTOOS: TAT ON LEFT AND RIGHT ARM , STOMACH
KNOWN ENEMIES:
    REMARKS:
------------------------------ NEXT OF KIN ------------------------------------
 NEXT OF KIN: DENISE MCCULLOUGH               RELATIONSHIP: SISTER
     ADDRESS: 18A BOYD CIR                           PHONE: 334-756-5147
 CITY/ST/ZIP: VALLEY, AL 36854
     REMARKS:
----------------------------- EMPLOYER INFO -----------------------------------
    EMPLOYED: Y
EMPLOYER NAME: CARTER MILL
     ADDRESS:
 CITY/ST/ZIP: VALLEY, AL 36854
       PHONE: 706-645-7219
-------------------------------- MEDICAL --------------------------------------
 HANDICAPPED: N   NEEDS:
     GLASSES:     SMOKE:
MEDICAL NEEDS:    NEEDS:
   PHYSICIAN:                      PHONE: 000-000-0000
     REMARKS:

     REMARKS:
     REMARKS:
-------------------------------- PROPERTY -------------------------------------
        CASH:     $240.00
 DESCRIPTION: CASH BOX
ADD. PROPERTY: 1 BLACK
ADD. PROPERTY:
ADD. PROPERTY:
  BIN NUMBER: 0092
VEH IMPOUNDED:
 IMPOUND LOT:
     REMARKS:
     REMARKS:
===============================================================================
```

Rule Book

```
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE X _Chris MC Cullough_     DATE: _____   TIME: _____

BOOK OFFICER: _____    DATE: _____   TIME: _____
```

```
                        CHAMBERS CO. SHERIFF'S OFFICE
03/18/2003     03:10:03      INMATE RELEASE SHEET              PAGE    2
==================================================================
BOOKING NO: 020000499      INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
==================================================================
       COURT: CIR                ATTORNEY ON REC:
       JUDGE:                          PHONE: 000-000-0000
     REMARKS:
     REMARKS:
------------------------------------------------------------------
    BOOK DATE: 03/19/2002  BOOK TIME: 19:07  BOOK TYPE: NORMAL

  ARREST DATE: 03/19/2002        BOOKING OFFICER: GOLDEN
  ARREST DEPT: LAN               CELL ASSIGNMENT:
 ARRST OFFICER: WHALEY L              MEAL CODE: 01  CHAMBERS COUNTY
 PROJ. RLSDATE: 00/00/0000            FACILITY: 01  COUNTY JAIL
  SEARCH OFFCR: GOLDEN          CLASSIFICATION:
  TYPE SEARCH: PAT DOWN          WORK RELEASE: N
INTOX RESULTS:

        HOLDS: N
       AGENCY:              REASON:
       AGENCY:              REASON:
       AGENCY:              REASON:
       AGENCY:              REASON:

        NOTES:
        NOTES:
        NOTES:
==================================================================
  RELEASE DATE: 03/18/2003  RELEASE TIME: 03:09   # DAYS SERVED:  365

RELEASE OFFICER: PETREY
        REMARKS: RLEASED TO D.O.C.
        REMARKS:
        REMARKS:
==================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE                         DATE:_____   TIME:_____

BOOK OFFICER:                  DATE:_____   TIME:_____
```

```
                              CHAMBERS CO. SHERIFF'S OFFICE
03/18/2003    03:10:03        INMATE CHARGE SHEET                    PAGE    3
================================================================================
BOOKING NO: 020000499        INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
================================================================================
    CHARGE NO:   1  DISPOSITION: RELEASED           HOLD: N

ALA STATUTE:                              # OF COUNTS:   1
     OFFENSE: TOP 1ST                     WARRANT #:
      CASE #: DC-02-200147
    BOND AMT: 100,000.00                     FINE:        $0.00
    BAIL AMT:
INIT APPEAR: 03/20/2002                SENTENCE DATE: 00/00/0000
RELEASE DTE: 03/18/2003
ARREST DATE: 03/19/2002                  ARST AGENCY: LAN
ARST OFFICR: WHALEY L                        COUNTY: CHAMBERS
      COURT: CIR                              JUDGE: YOUNG
DEF ATTORNY: STEVEN MORRIS             DIST ATTORNEY:
    COMMENTS: NEXT CT DATE 10/17/02
    COMMENTS:
    COMMENTS: INMATE RELEASED BY 5538
--------------------------------------------------------------------------------
    CHARGE NO:   2  DISPOSITION: SENTENCED          HOLD: N

ALA STATUTE:                              # OF COUNTS:   1
     OFFENSE: BURGLARY 1ST                WARRANT #: DC-02-200148
      CASE #: CC-02-189
    BOND AMT: 15 YEARS                       FINE:        $0.00
    BAIL AMT:
INIT APPEAR: 03/20/2002                SENTENCE DATE: 01/07/2003
RELEASE DTE: 00/00/0000
ARREST DATE: 03/19/2002                  ARST AGENCY: LAN
ARST OFFICR: WHALEY L                        COUNTY: CHAMBERS
      COURT: CIR                              JUDGE: YOUNG
DEF ATTORNY: STEVE MORRIS              DIST ATTORNEY:
    COMMENTS: SENTENCE CT.1 15YRS. PROB. DENIED CT.2 10YRS.CC PROB. DENIED
    COMMENTS:
    COMMENTS:
--------------------------------------------------------------------------------
    CHARGE NO:   3  DISPOSITION: RELEASED           HOLD: N

ALA STATUTE:                              # OF COUNTS:   1
     OFFENSE: ATTEMPTED BURGLARY IST      WARRANT #:
      CASE #: DC-02-200146
    BOND AMT: 100,000.00                     FINE:        $0.00
    BAIL AMT:
INIT APPEAR: 03/20/2002                SENTENCE DATE: 00/00/0000
RELEASE DTE: 03/18/2003
ARREST DATE: 03/19/2002                  ARST AGENCY: LAN
ARST OFFICR: WHALEY L                        COUNTY: CHAMBERS
      COURT: CIR                              JUDGE:
DEF ATTORNY:                           DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS: INMATE RELEASED BY 5538
--------------------------------------------------------------------------------
```

```
                               CHAMBERS CO. SHERIFF'S OFFICE
 03/18/2003    03:10:03            INMATE CHARGE SHEET              PAGE    4
================================================================================
 BOOKING NO: 020000499      INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
================================================================================
   CHARGE NO:   4  DISPOSITION: RELEASED          HOLD: N

 ALA STATUTE: 13A-7-5                  # OF COUNTS:   1
      OFFENSE: BURGLARY 1ST            WARRANT #: DC-02-182/GJ-02-498
       CASE #: CC-02-325
     BOND AMT: 50,000 CASH                     FINE:      $0.00
     BAIL AMT:
 INIT APPEAR: 03/20/2002          SENTENCE DATE: 00/00/0000
 RELEASE DTE: 03/18/2003
 ARREST DATE: 03/20/2002          ARST AGENCY: CCSD
 ARST OFFICR: LOOSER                  COUNTY: CHAMBERS
        COURT: CIR                      JUDGE: YOUNG
 DEF ATTORNY:                    DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS: INMATE RELEASED BY 5538
 ------------------------------------------------------------------------------
   CHARGE NO:   5  DISPOSITION: RELEASED          HOLD: N

 ALA STATUTE: 13A-8-3                  # OF COUNTS:   1
      OFFENSE: THEFT OF PROPERTY 1ST   WARRANT #: DC-02-183/GJ-02-499
       CASE #: CC-02-325
     BOND AMT: 50,000. CASH                    FINE:      $0.00
     BAIL AMT:
 INIT APPEAR: 03/20/2002          SENTENCE DATE: 00/00/0000
 RELEASE DTE: 03/18/2003
 ARREST DATE: 03/20/2002          ARST AGENCY: CCSD
 ARST OFFICR: LOOSER                  COUNTY: CHAMBERS
        COURT: CIR                      JUDGE: YOUNG
 DEF ATTORNY:                    DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS: INMATE RELEASED BY 5538
 ------------------------------------------------------------------------------
   CHARGE NO:   6  DISPOSITION: RELEASED          HOLD: N

 ALA STATUTE:                          # OF COUNTS:   1
      OFFENSE: BURGLARY 1ST            WARRANT #:
       CASE #: DC-02-100178
     BOND AMT: 100,000.00                      FINE:      $0.00
     BAIL AMT:
 INIT APPEAR: 03/22/2002          SENTENCE DATE: 00/00/0000
 RELEASE DTE: 03/18/2003
 ARREST DATE: 03/21/2002          ARST AGENCY: LAF
 ARST OFFICR: SMITH                   COUNTY: CHAMBERS
        COURT: CIR                      JUDGE:
 DEF ATTORNY:                    DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS: INMATE RELEASED BY 5538
 ------------------------------------------------------------------------------
```

```
                              CHAMBERS CO. SHERIFF'S OFFICE
03/18/2003     03:10:03          INMATE CHARGE SHEET                    PAGE     5
===================================================================================
BOOKING NO: 020000499     INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
===================================================================================
    CHARGE NO:   7  DISPOSITION: RELEASED              HOLD: N

ALA STATUTE:                                # OF COUNTS:   1
     OFFENSE: THEFT OF PROPERTY 2ND           WARRANT #:
      CASE #: DC-02-100179
    BOND AMT: 10,000.00                            FINE:       $0.00
    BAIL AMT:
INIT APPEAR: 03/22/2002                 SENTENCE DATE: 00/00/0000
RELEASE DTE: 03/18/2003
ARREST DATE: 03/21/2002                   ARST AGENCY: LAF
ARST OFFICR: SMITH                            COUNTY: CHAMBERS
       COURT: CIR                              JUDGE:
DEF ATTORNY:                             DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS: INMATE RELEASED BY 5538
------------------------------------------------------------------------------------
    CHARGE NO:   8  DISPOSITION: RELEASED              HOLD: N

ALA STATUTE: 13A-7-6                        # OF COUNTS:   1
     OFFENSE: BURGLARY 2ND                    WARRANT #:
      CASE #: DC-02-300160
    BOND AMT: 10,000                               FINE:       $0.00
    BAIL AMT:
INIT APPEAR: 03/27/2002                 SENTENCE DATE: 00/00/0000
RELEASE DTE: 03/18/2003
ARREST DATE: 03/26/2002                   ARST AGENCY: LAN
ARST OFFICR: BENEFIELD, TIM                   COUNTY: CHA
       COURT: CIR                              JUDGE:
DEF ATTORNY:                             DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS: INMATE RELEASED BY 5538
------------------------------------------------------------------------------------
    CHARGE NO:   9  DISPOSITION: RELEASED              HOLD: N

ALA STATUTE: 13A-4-2                        # OF COUNTS:   1
     OFFENSE: ATTEMPTED BURGLARY 1ST          WARRANT #: GJ-02-270
      CASE #: CC-02-318
    BOND AMT: 50,000.00                            FINE:       $0.00
    BAIL AMT:
INIT APPEAR: 08/22/2002                 SENTENCE DATE: 00/00/0000
RELEASE DTE: 03/18/2003
ARREST DATE: 08/26/2002                   ARST AGENCY: CCDF
ARST OFFICR: WILLIAMS                         COUNTY: CHAMBERS
       COURT: CIR                              JUDGE: YOUNG
DEF ATTORNY:                             DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS: INMATE RELEASED BY 5538
------------------------------------------------------------------------------------
```

```
                              CHAMBERS CO. SHERIFF'S OFFICE
03/18/2003      03:10:03        INMATE CHARGE SHEET                    PAGE     6
===============================================================================
BOOKING NO: 020000499      INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
===============================================================================
```

```
                           CHAMBERS CO. SHERIFF'S OFFICE
03/19/2002        19:13:45        INMATE BOOKING SHEET                   PAGE    1
================================================================================
BOOKING NO: 020000499

INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
       ALIAS:                               RACE: B      SEX: M
       ALIAS:                                 HT: 5'01"  HAIR: BLK
     ADDRESS: 135 S 18TH STREET               WT: 150    EYES: BRO
 CITY/ST/ZIP: LANETT, AL 36854           COMPLEX: DRK
  HOME PHONE: 334-644-1752                   SSN: 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
         DOB: 11/27/1972  AGE:  29        DL ST: AL      DLN: 695692
 PLCE BIRTH: LANGDALE                        SID:
       STATE: AL                           LOCID: 6847
  M. STATUS: SINGLE
   RELIGION: BAPT
 GANG ASSOC:
SCARS/TATTOOS: TAT ON LEFT AND RIGHT ARM , STOMACH
KNOWN ENEMIES:
      REMARKS:
------------------------------- NEXT OF KIN ------------------------------------
  NEXT OF KIN: DENISE MCCULLOUGH          RELATIONSHIP: SISTER
     ADDRESS: 18A BOYD CIR                       PHONE: 334-756-5147
 CITY/ST/ZIP: VALLEY, AL 36854
      REMARKS:
------------------------------ EMPLOYER INFO -----------------------------------
    EMPLOYED: Y
EMPLOYER NAME: CARTER MILL
     ADDRESS:
 CITY/ST/ZIP: VALLEY, AL 36854
       PHONE: 706-645-7219
--------------------------------- MEDICAL --------------------------------------
 HANDICAPPED: N  NEEDS:
     GLASSES:    SMOKE:
MEDICAL NEEDS:   NEEDS:
   PHYSICIAN:                     PHONE: 000-000-0000
     REMARKS:

     REMARKS:
     REMARKS:
--------------------------------- PROPERTY -------------------------------------
        CASH:     $240.00
 DESCRIPTION: CASH BOX
ADD. PROPERTY: 1 BLACK
ADD. PROPERTY:
ADD. PROPERTY:
  BIN NUMBER: 0092
VEH IMPOUNDED:
 IMPOUND LOT:
     REMARKS:
     REMARKS:
================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.
```

INMATE: _Chris McCullough_        DATE: _____    TIME: _____

BOOK OFFICER: _____        DATE: _3/19/02_    TIME: _929_

```
                          CHAMBERS CO. SHERIFF'S OFFICE
03/19/2002      19:13:45        INMATE BOOKING SHEET              PAGE    2
=================================================================================
BOOKING NO: 020000499     INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
=================================================================================
         COURT: CIR              ATTORNEY ON REC:
         JUDGE:                        PHONE: 000-000-0000
       REMARKS:
       REMARKS:
---------------------------------------------------------------------------------
     BOOK DATE: 03/19/2002   BOOK TIME: 19:07   BOOK TYPE: NORMAL

   ARREST DATE: 03/19/2002      BOOKING OFFICER: GOLDEN
   ARREST DEPT: LAN             CELL ASSIGNMENT: J-03
 ARRST OFFICER: WHALEY L              MEAL CODE: 01  CHAMBERS COUNTY
 PROJ. RLSDATE: 00/00/0000            FACILITY: 01  COUNTY JAIL
  SEARCH OFFCR: GOLDEN           CLASSIFICATION:
   TYPE SEARCH: PAT DOWN           WORK RELEASE: N
 INTOX RESULTS:

         HOLDS: N
        AGENCY:              REASON:
        AGENCY:              REASON:
        AGENCY:              REASON:
        AGENCY:              REASON:

         NOTES:
         NOTES:
         NOTES:
```

```
                        CHAMBERS CO. SHERIFF'S OFFICE
03/19/2002    19:13:45       INMATE CHARGE SHEET                    PAGE    3
==============================================================================
BOOKING NO: 020000499    INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
==============================================================================
    CHARGE NO:  1  DISPOSITION: OPEN              HOLD: N

ALA STATUTE:                           # OF COUNTS:  1
    OFFENSE: BURGLARY 1ST                WARRANT #:
      CASE #:
    BOND AMT: 20,000                          FINE:      $0.00
    BAIL AMT:
INIT APPEAR: 00/00/0000             SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 03/19/2002               ARST AGENCY: LAN
ARST OFFICR: WHALEY L                      COUNTY: CHAMBERS
      COURT: CIR                            JUDGE:
DEF ATTORNY:                        DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
    CHARGE NO:  2  DISPOSITION: OPEN              HOLD: N

ALA STATUTE:                           # OF COUNTS:  1
    OFFENSE: THEFT OF PROP 1ST           WARRANT #:
      CASE #:
    BOND AMT: 10,000                          FINE:      $0.00
    BAIL AMT:
INIT APPEAR: 00/00/0000             SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 03/19/2002               ARST AGENCY: LAN
ARST OFFICR: WHALEY L                      COUNTY: CHAMBERS
      COURT: CIR                            JUDGE:
DEF ATTORNY:                        DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
    CHARGE NO:  3  DISPOSITION: OPEN              HOLD: N

ALA STATUTE:                           # OF COUNTS:  1
    OFFENSE: ATTEMPTED BURGLARY IST      WARRANT #:
      CASE #:
    BOND AMT: 20,000                          FINE:      $0.00
    BAIL AMT:
INIT APPEAR: 00/00/0000             SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 03/19/2002               ARST AGENCY: LAN
ARST OFFICR: WHALEY L                      COUNTY: CHAMBERS
      COURT: LAN                            JUDGE:
DEF ATTORNY:                        DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

```
                          CHAMBERS CO. SHERIFF'S OFFICE
03/19/2002     19:13:45      INMATE CHARGE SHEET                PAGE    4
=============================================================================
BOOKING NO: 020000499     INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
=============================================================================
```

```
                          CHAMBERS CO. SHERIFF'S OFFICE
07/06/2001      08:11:18      INMATE RELEASE SHEET              PAGE    1
================================================================
BOOKING NO: 010001465

INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
        ALIAS:                              RACE: B      SEX: M
        ALIAS:                                HT: 5'01" HAIR: BLK
      ADDRESS: 135 S 18TH STREET              WT: 150   EYES: BRO
  CITY/ST/ZIP: LANETT, AL 36854          COMPLEX: DRK
   HOME PHONE: 000-000-0000                   SSN: 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
          DOB: 11/27/1972  AGE:  28       DL ST: AL     DLN: 695692
   PLCE BIRTH: LANGDALE                       SID:
        STATE: AL                           LOCID: 6847
    M. STATUS:
     RELIGION: BAPT
   GANG ASSOC:
SCARS/TATTOOS: TAT ON LEFT AND RIGHT ARM , STOMACH
KNOWN ENEMIES:
      REMARKS:
------------------------------ NEXT OF KIN ------------------------------
  NEXT OF KIN: DENISE MCCULLOUGH          RELATIONSHIP: SISTER
      ADDRESS: 18A BOYD CIR                      PHONE: 334-756-5147
  CITY/ST/ZIP: VALLEY, AL 36854
      REMARKS:
------------------------------ EMPLOYER INFO ------------------------------
     EMPLOYED: Y
EMPLOYER NAME: CARTER MILL
      ADDRESS:
  CITY/ST/ZIP: VALLEY, AL 36854
        PHONE: 706-645-7219
------------------------------ MEDICAL ------------------------------
  HANDICAPPED: N  NEEDS:
      GLASSES:    SMOKE:
MEDICAL NEEDS:    NEEDS:
    PHYSICIAN:                     PHONE: 000-000-0000
      REMARKS:

      REMARKS:
      REMARKS:
------------------------------ PROPERTY ------------------------------
         CASH:      $03.71
  DESCRIPTION: 3-BILLS,1.71-CHANGE
ADD. PROPERTY: 1-BLK WALLET,1-NOKIA CELL PHONE,1- SET OF CAR KEYS
ADD. PROPERTY: 2- SHOE STRINGS,1-BLK BELT
ADD. PROPERTY:
   BIN NUMBER: 0064
VEH IMPOUNDED:
  IMPOUND LOT:
      REMARKS:
      REMARKS:
================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _____ DATE: _____  TIME: _____

BOOK OFFICER: _____ DATE: 07/06/01  TIME: 08:20
```

```
                        CHAMBERS CO. SHERIFF'S OFFICE
07/06/2001    08:11:18     INMATE RELEASE SHEET              PAGE    2
=================================================================
BOOKING NO: 010001465    INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
=================================================================
      COURT:                     ATTORNEY ON REC:
      JUDGE:                         PHONE: 000-000-0000
    REMARKS:
    REMARKS:
-----------------------------------------------------------------
    BOOK DATE: 06/26/2001  BOOK TIME: 19:18  BOOK TYPE: NORMAL

   ARREST DATE: 06/26/2001     BOOKING OFFICER: A DAVIDSON
   ARREST DEPT: CCSO           CELL ASSIGNMENT:
  ARRST OFFICER: A DAVIDSON       MEAL CODE: 07   CITY OF LANETT
  PROJ. RLSDATE: 07/06/2001       FACILITY: 01   COUNTY JAIL
  SEARCH OFFCR: GILLIS         CLASSIFICATION:
   TYPE SEARCH: PAT DOWN       WORK RELEASE: N
INTOX RESULTS:

       HOLDS: N
      AGENCY:               REASON:
      AGENCY:               REASON:
      AGENCY:               REASON:
      AGENCY:               REASON:


       NOTES:
       NOTES:
       NOTES:
=================================================================
  RELEASE DATE: 07/06/2001  RELEASE TIME: 08:10   # DAYS SERVED:   11

RELEASE OFFICER: GILLIS, JAMES M.
        REMARKS: RELEASED ON O/R BOND REVIEW 08/07/2001, TIME SERVED
        REMARKS:
        REMARKS:
=================================================================
```

I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _Chris Mc Gillory_ DATE: _____ TIME: _____

BOOK OFFICER: _____ DATE: _07/06/01_ TIME: _08:20_

```
                          CHAMBERS CO. SHERIFF'S OFFICE
07/06/2001      08:11:18       INMATE CHARGE SHEET                    PAGE    3
================================================================================
BOOKING NO: 010001465      INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
================================================================================
   CHARGE NO:   1  DISPOSITION: SENTENCED           HOLD: N

ALA STATUTE: 13A-010-041              # OF COUNTS:    1
   OFFENSE: RESISTING ARREST           WARRANT #:
     CASE #: DC 2001 200285.00 01
  BOND AMT:                               FINE:       $230.00
  BAIL AMT:
INIT APPEAR: 00/00/0000           SENTENCE DATE: 06/26/2001
RELEASE DTE: 07/06/2001
ARREST DATE: 06/26/2001             ARST AGENCY: CCSO
ARST OFFICR: A DAVIDSON                  COUNTY: CHA
      COURT: DIST.                        JUDGE: HOLLEY
DEF ATTORNEY:                      DIST ATTORNEY:
   COMMENTS: 10 DAYS TO SERVE/90 DAYS PROBATION
   COMMENTS:
   COMMENTS:
--------------------------------------------------------------------------------
```

```
                              CHAMBERS CO. SHERIFF'S OFFICE
06/26/2001      19:35:01      INMATE BOOKING SHEET                PAGE    1
================================================================================
BOOKING NO: 010001465

INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
        ALIAS:                              RACE: B      SEX: M
        ALIAS:                                HT: 5'01" HAIR: BLK
      ADDRESS: 135 S 18TH STREET              WT: 150   EYES: BRO
CITY/ST/ZIP: LANETT, AL 36854           COMPLEX: DRK
  HOME PHONE: 000-000-0000                  SSN: 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
          DOB: 11/27/1972  AGE:  28     DL ST: AL      DLN: 695692
  PLCE BIRTH: LANGDALE                      SID:
        STATE: AL                          LOCID: 6847
    M. STATUS:
    RELIGION: BAPT
  GANG ASSOC:
SCARS/TATTOOS: TAT ON LEFT AND RIGHT ARM , STOMACH
KNOWN ENEMIES:
      REMARKS:
--------------------------------- NEXT OF KIN ----------------------------------
  NEXT OF KIN: DENISE MCCULLOUGH          RELATIONSHIP: SISTER
      ADDRESS: 18A BOYD CIR                     PHONE: 334-756-5147
  CITY/ST/ZIP: VALLEY, AL 36854
      REMARKS:
------------------------------- EMPLOYER INFO ----------------------------------
     EMPLOYED: Y
EMPLOYER NAME: CARTER MILL
      ADDRESS:
  CITY/ST/ZIP: VALLEY, AL 36854
        PHONE: 706-645-7219
--------------------------------- MEDICAL --------------------------------------
  HANDICAPPED: N  NEEDS:
      GLASSES:    SMOKE:
MEDICAL NEEDS:    NEEDS:
    PHYSICIAN:                          PHONE: 000-000-0000
      REMARKS:


      REMARKS:
      REMARKS:
--------------------------------- PROPERTY -------------------------------------
         CASH:     $04.71
  DESCRIPTION: 3-BILLS,1.71-CHANGE
ADD. PROPERTY: 1-BLK WALLET,1-NOKIA CELL PHONE,1- SET OF CAR KEYS
ADD. PROPERTY: 2- SHOE STRINGS,1-BLK BELT
ADD. PROPERTY:
   BIN NUMBER: 0064
VEH IMPOUNDED:
  IMPOUND LOT:
      REMARKS:
      REMARKS:
================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.
```

INMATE: _Chris McCilloY_    DATE: _6-26-01_   TIME: _____

BOOK OFFICER: _D Hairston_   DATE _6-26-01_   TIME: _1928_

```
                            CHAMBERS CO. SHERIFF'S OFFICE
06/26/2001    19:35:01        INMATE BOOKING SHEET                    PAGE    2
==============================================================================
BOOKING NO: 010001465    INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
==============================================================================
          COURT:                     ATTORNEY ON REC:
          JUDGE:                          PHONE: 000-000-0000
        REMARKS:
        REMARKS:
------------------------------------------------------------------------------
   BOOK DATE: 06/26/2001  BOOK TIME: 19:18  BOOK TYPE: NORMAL

  ARREST DATE: 06/26/2001        BOOKING OFFICER: A DAVIDSON
  ARREST DEPT: CCSO              CELL ASSIGNMENT: E-06-F
ARRST OFFICER: A DAVIDSON              MEAL CODE: 01   CHAMBERS COUNTY
PROJ. RLSDATE: 00/00/0000               FACILITY: 01   COUNTY JAIL
 SEARCH OFFCR: GILLIS            CLASSIFICATION:
  TYPE SEARCH: PAT DOWN            WORK RELEASE: N
INTOX RESULTS:

        HOLDS: N
       AGENCY:              REASON:
       AGENCY:              REASON:
       AGENCY:              REASON:
       AGENCY:              REASON:

        NOTES:
        NOTES:
        NOTES:
```

```
                          CHAMBERS CO. SHERIFF'S OFFICE
06/26/2001     19:35:01      INMATE CHARGE SHEET              PAGE    3
====================================================================
BOOKING NO: 010001465     INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
====================================================================
   CHARGE NO:   1  DISPOSITION: OPEN              HOLD: N

ALA STATUTE: 13A-010-041          # OF COUNTS:    1
    OFFENSE: RESISTING ARREST     WARRANT #:
     CASE #: DC 2001 200285.00 01
   BOND AMT:                             FINE:       $230.00
   BAIL AMT:
INIT APPEAR: 00/00/0000          SENTENCE DATE: 06/26/2001
RELEASE DTE: 07/06/2001
ARREST DATE: 06/26/2001          ARST AGENCY: CCSO
ARST OFFICR: A DAVIDSON             COUNTY: CHA
      COURT: DIST.                   JUDGE: HOLLEY
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS: 10 DAYS TO SERVE/90 DAYS PROBATION
   COMMENTS:
   COMMENTS:
--------------------------------------------------------------------
```

```
                            CHAMBERS CO. SHERIFF'S OFFICE
04/22/2001     00:49:43       INMATE RELEASE SHEET                    PAGE    2
=================================================================================
BOOKING NO: 010000968     INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
=================================================================================
        COURT:                       ATTORNEY ON REC:
        JUDGE:                            PHONE: 000-000-0000
      REMARKS:
      REMARKS:
---------------------------------------------------------------------------------
    BOOK DATE: 04/21/2001  BOOK TIME: 23:32  BOOK TYPE: NORMAL

   ARREST DATE: 04/21/2001        BOOKING OFFICER: ANDERSON
   ARREST DEPT: LAN               CELL ASSIGNMENT:
 ARRST OFFICER: BENEFIELD             MEAL CODE: 01   CHAMBERS COUNTY
 PROJ. RLSDATE: 00/00/0000             FACILITY: 01   COUNTY JAIL
  SEARCH OFFCR: WILKS            CLASSIFICATION:
   TYPE SEARCH: PAT                 WORK RELEASE: N
INTOX RESULTS:

        HOLDS: N
       AGENCY:              REASON:
       AGENCY:              REASON:
       AGENCY:              REASON:
       AGENCY:              REASON:

        NOTES:
        NOTES:
        NOTES:
=================================================================================
  RELEASE DATE: 04/22/2001  RELEASE TIME: 00:48    # DAYS SERVED:    2

RELEASE OFFICER: ANDERSON
        REMARKS: TROUP BONDING COM J. HODGES
        REMARKS:
        REMARKS:
=================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.
```

INMATE: X _Chris McCullough_   DATE: _4/22/01_   TIME: _0049_

BOOK OFFICER _Sandra Anderson_   DATE: _4/22/01_   TIME: _0049_

_M. Hunter_

```
                            CHAMBERS CO. SHERIFF'S OFFICE
04/21/2001      23:40:31       INMATE BOOKING SHEET                    PAGE    1
===============================================================================
BOOKING NO: 010000968

INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
       ALIAS:                                      RACE: B      SEX: M
       ALIAS:                                      HT: 5'01"  HAIR: BLK
     ADDRESS: 135 S 18TH STREET                    WT: 150    EYES: BRO
CITY/ST/ZIP: LANETT, AL 36854                  COMPLEX: DRK
 HOME PHONE: 000-000-0000                          SSN: 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
        DOB: 11/27/1972  AGE:   28             DL ST: AL       DLN: 695692
 PLCE BIRTH: LANGDALE                              SID:
      STATE: AL                                  LOCID: 6847
  M. STATUS:
   RELIGION: BAPT
GANG ASSOC:
SCARS/TATTOOS: TAT ON LEFT AND RIGHT ARM , STOMACH
KNOWN ENEMIES:
     REMARKS:
--------------------------------- NEXT OF KIN ---------------------------------
 NEXT OF KIN: DENISE MCCULLOUGH              RELATIONSHIP: SISTER
     ADDRESS: 18A BOYD CIR                          PHONE: 334-756-5147
 CITY/ST/ZIP: VALLEY, AL 36854
     REMARKS:
-------------------------------- EMPLOYER INFO --------------------------------
    EMPLOYED: Y
EMPLOYER NAME: CARTER MILL
     ADDRESS:
 CITY/ST/ZIP: VALLEY, AL 36854
       PHONE: 706-645-7219
----------------------------------- MEDICAL ----------------------------------
 HANDICAPPED: N  NEEDS:
     GLASSES:    SMOKE:
MEDICAL NEEDS:    NEEDS:
   PHYSICIAN:                        PHONE: 000-000-0000
     REMARKS:

     REMARKS:
     REMARKS:
----------------------------------- PROPERTY ---------------------------------
        CASH:      $10.69
 DESCRIPTION:
ADD. PROPERTY: ONE KEY, DRIVER LICENSE
ADD. PROPERTY:
ADD. PROPERTY:
  BIN NUMBER:
VEH IMPOUNDED:
 IMPOUND LOT:
     REMARKS:
     REMARKS:
===============================================================================
```

I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: X _Chris Mc Cullo_ DATE: 4/21/01    TIME: 2340

BOOK OFFICER _Sondra Anderson_ DATE: 4/21/01    TIME: 2340

```
                      CHAMBERS CO. SHERIFF'S OFFICE
04/21/2001    23:40:31       INMATE BOOKING SHEET                  PAGE    2
=============================================================================
BOOKING NO: 010000968    INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
=============================================================================
        COURT:                      ATTORNEY ON REC:
        JUDGE:                            PHONE: 000-000-0000
      REMARKS:
      REMARKS:
-----------------------------------------------------------------------------
   BOOK DATE: 04/21/2001  BOOK TIME: 23:32  BOOK TYPE: NORMAL

  ARREST DATE: 04/21/2001      BOOKING OFFICER: ANDERSON
  ARREST DEPT: LAN             CELL ASSIGNMENT: J-03
ARRST OFFICER: BENEFIELD             MEAL CODE: 01  CHAMBERS COUNTY
PROJ. RLSDATE: 00/00/0000             FACILITY: 01  COUNTY JAIL
 SEARCH OFFCR: WILKS            CLASSIFICATION:
  TYPE SEARCH: PAT              WORK RELEASE: N
INTOX RESULTS:


        HOLDS: N
       AGENCY:                 REASON:
       AGENCY:                 REASON:
       AGENCY:                 REASON:
       AGENCY:                 REASON:


        NOTES:
        NOTES:
        NOTES:
```

```
                        CHAMBERS CO. SHERIFF'S OFFICE
04/21/2001    23:40:31    INMATE CHARGE SHEET              PAGE    3
==================================================================
BOOKING NO: 010000968    INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
==================================================================
   CHARGE NO:   1 DISPOSITION: OPEN              HOLD: N

ALA STATUTE: 16-18                 # OF COUNTS:   1
    OFFENSE: LOUD MUSIC              WARRANT #:
     CASE #: 01 0400457
   BOND AMT: $1,000.00                  FINE:        $0.00
   BAIL AMT: $1,000.00
INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 04/21/2001            ARST AGENCY: LAN
ARST OFFICR: BENEFIELD                 COUNTY: CHAMBERS
      COURT:                            JUDGE:
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
------------------------------------------------------------------
   CHARGE NO:   2 DISPOSITION: OPEN              HOLD: N

ALA STATUTE: 13A-10-41             # OF COUNTS:   1
    OFFENSE: RESIS ARREST           WARRANT #:
     CASE #: 01 0400457
   BOND AMT: $1,000.00                  FINE:        $0.00
   BAIL AMT: $1,000.00
INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 04/21/2001            ARST AGENCY: LAN
ARST OFFICR: BENEFIELD                 COUNTY: CHAMBERS
      COURT:                            JUDGE:
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
------------------------------------------------------------------
```

```
                            CHAMBERS CO. SHERIFF'S OFFICE
03/13/2001    13:55:02          INMATE RELEASE SHEET                    PAGE   2
================================================================================
BOOKING NO: 010000651       INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELIUOS
================================================================================
        COURT:                      ATTORNEY ON REC:
        JUDGE:                          PHONE: 000-000-0000
      REMARKS:
      REMARKS:
--------------------------------------------------------------------------------
    BOOK DATE: 03/10/2001  BOOK TIME: 23:41  BOOK TYPE: NORMAL

  ARREST DATE: 03/10/2001          BOOKING OFFICER: ANDERSON
  ARREST DEPT: LAN                 CELL ASSIGNMENT:
ARRST OFFICER: WOOD, JOHNNY            MEAL CODE: 07  CITY OF LANETT
 PROJ. RLSDATE: 00/00/0000             FACILITY: 01  COUNTY JAIL
 SEARCH OFFCR: DAVIDSON            CLASSIFICATION:
  TYPE SEARCH:                     WORK RELEASE: N
INTOX RESULTS:

        HOLDS: N
       AGENCY:                  REASON:
       AGENCY:                  REASON:
       AGENCY:                  REASON:
       AGENCY:                  REASON:

        NOTES:
        NOTES:
        NOTES:
================================================================================
  RELEASE DATE: 03/13/2001  RELEASE TIME: 13:54    # DAYS SERVED:    4

RELEASE OFFICER: ANTHONY
        REMARKS: FINES PAID RELEASED ON PROBATION
        REMARKS:
        REMARKS:
================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE:                          DATE:            TIME:

BOOK OFFICER:                    DATE: 3/13/01    TIME: 1355
```

```
                           CHAMBERS CO. SHERIFF'S OFFICE
03/10/2001    23:51:42          INMATE BOOKING SHEET                  PAGE    1
================================================================================
BOOKING NO: 010000651

INMATE NAME: MCCULLOUGH CHRID CORNELIUS
       ALIAS:                                  RACE: B        SEX: M
       ALIAS:                                    HT: 5'01"   HAIR: BLK
     ADDRESS: 604 S 1ST AVE                       WT: 150    EYES: BRO
 CITY/ST/ZIP: LANETT, AL 36854               COMPLEX: DRK
  HOME PHONE: 000-000-0000                       SSN: 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
         DOB: 11/27/1972  AGE:  28             DL ST: AL     DLN: 695692
  PLCE BIRTH: LANGDALE                            SID:
       STATE: AL                               LOCID: 6847
   M. STATUS: SINGLE
    RELIGION: BAPT
 GANG ASSOC:
SCARS/TATTOOS: TAT ON LEFT AND RIGHT ARM , STOMACH
KNOWN ENEMIES:
     REMARKS:
------------------------------- NEXT OF KIN -----------------------------------
 NEXT OF KIN: DENISE MCCULLOUGH            RELATIONSHIP: SISTER
     ADDRESS: 18A BOYD CIR                        PHONE: 334-756-5147
 CITY/ST/ZIP: VALLEY, AL 36854
     REMARKS:
----------------------------- EMPLOYER INFO -----------------------------------
    EMPLOYED: Y
EMPLOYER NAME: CARTER MILL
     ADDRESS:
 CITY/ST/ZIP: VALLEY, AL 36854
       PHONE: 706-645-7219
------------------------------- MEDICAL ---------------------------------------
 HANDICAPPED: N  NEEDS:
     GLASSES:    SMOKE:
MEDICAL NEEDS:    NEEDS:
   PHYSICIAN:                       PHONE: 000-000-0000
     REMARKS:

     REMARKS:
     REMARKS:
------------------------------- PROPERTY --------------------------------------
        CASH:     $62.38
 DESCRIPTION:
ADD. PROPERTY: CELL PHONE, BLK BELT, BLU CAP SET OF KEYS
ADD. PROPERTY:
ADD. PROPERTY:
  BIN NUMBER: 022
VEH IMPOUNDED:
 IMPOUND LOT:
     REMARKS:
     REMARKS:
================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.
```

INMATE: *Chris M E Cilleg*  DATE: 3/10/01  TIME: 2351

BOOK OFFICER: *Anderson, Sandra*  DATE: 3/10/01  TIME: 2351

```
                          CHAMBERS CO. SHERIFF'S OFFICE
03/10/2001    23:51:42       INMATE BOOKING SHEET              PAGE    2
=========================================================================
BOOKING NO: 010000651      INMATE NAME: MCCULLOUGH CHRID CORNELIUS
=========================================================================
         COURT:                     ATTORNEY ON REC:
         JUDGE:                        PHONE: 000-000-0000
       REMARKS:
       REMARKS:
-------------------------------------------------------------------------
    BOOK DATE: 03/10/2001  BOOK TIME: 23:41  BOOK TYPE: NORMAL

  ARREST DATE: 03/10/2001     BOOKING OFFICER: ANDERSON
  ARREST DEPT: LAN            CELL ASSIGNMENT: J-02
ARRST OFFICER: WOOD, JOHNNY        MEAL CODE: 01   CHAMBERS COUNTY
PROJ. RLSDATE: 00/00/0000           FACILITY: 01   COUNTY JAIL
SEARCH OFFCR: DAVIDSON          CLASSIFICATION:
  TYPE SEARCH:                   WORK RELEASE: N
INTOX RESULTS:

        HOLDS: N
       AGENCY:                REASON:
       AGENCY:                REASON:
       AGENCY:                REASON:
       AGENCY:                REASON:

        NOTES:
        NOTES:
        NOTES:
```

```
                            CHAMBERS CO. SHERIFF'S OFFICE
03/10/2001     23:51:42        INMATE CHARGE SHEET                    PAGE    3
===============================================================================
BOOKING NO: 010000651      INMATE NAME: MCCULLOUGH CHRID CORNELIUS
===============================================================================
   CHARGE NO:   1  DISPOSITION: OPEN              HOLD: N

ALA STATUTE:                        # OF COUNTS:    1
      OFFENSE: FTA PROBATION VIOLATION    WARRANT #:
       CASE #:
     BOND AMT:                             FINE:        $0.00
     BAIL AMT:
  INIT APPEAR: 00/00/0000       SENTENCE DATE: 00/00/0000
  RELEASE DTE: 00/00/0000
  ARREST DATE: 03/10/2001          ARST AGENCY: LAN
  ARST OFFICR: WOOD, JOHNNY             COUNTY: CHAMBERS
        COURT:                           JUDGE:
 DEF ATTORNY:                    DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:
-------------------------------------------------------------------------------
```

Date : 08/23/2000                    **DETAILED RELEASE SHEET**

Chamber's County Detention Facility

---

Booking No.:2000001450          Inmate's Name :  MCCULLOUGH, CHRISTOPHER CORNELIUS
                                         SSN :  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
          Sex :MALE      Race :B     Address :  135 S. 18TH ST LANETT, AL 36863
          DOB :11/27/1972          Driv Lic :  6975692
          Age :27                     State :  AL
       Height :5' 11"              Employer :  WAL-MART DIST
       Weight :155 lbs.            Position :  STOCKER
    Hair Color :BLK                 Address :  ,
    Eye Color :BRO
    Complexion :              Place of Birth :  VALLEY AL          Citizen? : YES

Scars/Tattoos :

---

      Arrest Date : 08/22/2000     Time :10:30
     Booking Date : 08/22/2000     Time :14:21     Transfered From :
     Release Date : 08/23/2000     Time :16:30     Reason for Release : TROUP

Arresting Agency : LANETT POLICE              Booking Officer : LYLES, RONALD
Arresting Officer : No Information          Releasing Officer : DAVIDSON, CRAIG

      Location : CAR WASH ON BROAD ST        Length Of Stay :            2

      NCIC Check?                              Bonded by : No Information

---

Description of Property :          Location of Property : 058
     1  --$44.10                        RELEASED
     1  --BLACK BELT                     RELEASED
     1  --MONEY  ORDER 41.00             RELEASED
     1  --BLACK WALLET                   RELEASED
     1  --BLUE & GRAY DO- RAG            RELEASED
   Vehicle :              Licence No. :              Towed To :
   Cash Balance :         $0.00

---

| Charge Description | Warrant | Bail Type | Amount | Court |
|---|---|---|---|---|
| HARASSMENT-PHYSICAL/DOMESTIC VIOLENCE | | | 0.00 | LDC |

---

**I HAVE READ THE ABOVE ACCOUNTING OF MY PROPERTY AND MONEY
AND FIND IT TO BE ACCURATE.**

Inmate's Signature :                              Witness : _____

Releasing Officer :                         Date : _____   Time: _____
              DAVIDSON, CRAIG

**INMATE BOOK-IN SHEET**

Chamber's County Detention Facility                     Page    1

| BOOKING NO. : | 2000001450 | INMATE I.D. : | MCCULL3334 |

**MASTER DATA**    NAME    :  MCCULLOUGH, CHRISTOPHER CORNELIUS

ADDRESS :  135 S. 18TH ST

CITY    :  LANETT                    STATE :  AL  ZIP :  36863

D.O.B. :  11/27/1972    HOME PHONE :              WORK PHONE :

AGE    :   27              BIRTHPLACE : VALLEY AL

RACE   :  BLACK           SEX      : MALE         BUILD    : MEDIUM

HEIGHT :  5'11"           WEIGHT   : 155          HISPANIC?: NO

HAIR   :  BLACK           EYES     : BROWN        SKINTONE :

BEARD? :  YES             MOUSTACHE? : NO         GLASSES? : NO

MARITAL STATUS : SINGLE   D.L. NO.  : 6975692     D.L.STATE: AL

ALIAS(ES) :

FEATURES. :

FBI NO. :              SID NO. :              TRN NO.:

S.S.N.  :   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    S.S.N STATUS :       OTHER ID. :  6847

**— OTHER CONTACT(S)**

| EMERGENCY CONTACT | EMPLOYER |
| ANGELA  TUCKER | WAL-MART DIST CENTER |
| 314 S. 2 ND AVE | |
| LANETT AL 36863 | LAGRANGE GA 30240 |
| RELATION :  SISTER | PHONE NO :    (   )   - |

**— ARREST INFORMATION —**

                 OFFICER              DATE        TIME

ARRESTING :   WOOD, J              08/22/2000   10:30

RIGHTS    :

BOOKING   :   LYLES, RONALD                     14:21

SEARCHED  :   LYLES, RONALD        08/22/2000

RELEASE   :                            /  /

RESPONSIBLE COURT :            RESPONSIBLE COUNTY : CHA

CLASSIFICATION    :                 SELECTION : J-1-3

BILLING AGENCY    :              BILLING RATE :$  0.00

SENTENCE LENGTH  : 0 YEARS  0 DAYS    SCHEDULED RELEASE DATE :  /  /

RELEASE DATE    :   /  /         HOW RELEASED :

| CHARGE | FINE | BOND | DISPOSITION |
|---|---|---|---|
| HARASSMENT-PHYSICAL/DOMESTIC VIOLEN | $      0.00 | $   1,000.00 | OPEN |

CHARGE DETAILS

```
CHARGE NO. :      1        DISPOSITION :    OPEN    STATE CODE :     AL
STATUTE CD :     13A-11-8A                          NO OF COUNTS :         1
OFFENSE    :     HARASSMENT-PHYSICAL/DOMESTIC
BOND       :     $    1,000.00                          FINE :   $        0.00
BAIL       :     $        0.00
WARRANT NO.:                              WARRANT AGENCY :
COURT      :                                  CASE NO. :
JUDGE      :                                  COUNTY   :    CHAMBERS
PROSECUTING ATTORNEY  :
DEFENSE ATTORNEY      :
COMMENTS :
```

CHAMBERS ( UNITY DETENTION FACILITY A. CLE RECEIPT

RECEIVED

THE FOLLOWING FROM MY PROPERTY BAG - U.S. MAIL

A VISITOR, NAME: _Bobbe McCullough_    DATE: _2-23-05_

ARTICLES _Clothes a Shoes for Court_

I, _Chris McCullough_

INMATE _Taylor_

Receiving Officer

Issuing Officer

**CHAMBERS COUNTY DETENTION FACILITY**
**INMATE PROPERTY FORM #1**

NAME: McCullough Christopher MASTER I.D.: 6847

DATE: 3-6-7 PROPERTY/LAUNDRY#: 014

| ITEM | AMOUNT | DESCRIPTION |
|---|---|---|
| CASH | | |
| BELT | | |
| JEWELRY | | |
| CHECK BOOK | | |
| CHECKS | | |
| COMB | | |
| DRIVER LICENSE | | |
| CELL PHONE | | |
| GLASSES | | |
| KEYS | | |
| KNIFE | | |
| LIGHTER | | |
| TOBACCO PROD. | | |
| WALLET | | |
| PEN/PENCILS | | |
| MEDICATION | | Clothes In Back |
| COAT | | |
| HAT/CAP | | |
| ID CARD | | |
| | | |
| | | |

I CERTIFY THAT THE ABOVE IS A CORRECT LIST OF ALL ITEMS REMOVED FROM MY POSSESSION AT THE TIME I WAS PLACED IN THE FACILITY.

x Christopher McCulloug — INMATE SIGNATURE

Sgt [signature] — OFFICER SIGNATURE

**RELEASE:**

I CERTIFY THAT THE ITEMS LISTED ABOVE WERE RETURNED TO ME AT THE TIME OF MY RELEASE.

x Christopher McCullough — INMATE SIGNATURE

T. J. Bern — OFFICER SIGNATURE

# CHAMBERS COUNTY DETENTION FACILITY
## INMATE SUPPLY FORM

NAME: McCullough, Christopher     FILE # 8549

DATE/TIME OF ISSUE: 3-6-7

PROPERTY LAUNDRY # 014

- - - - - - - - - - - - - - - - - - - -

### EXPENDABLE ITEMS ISSUED

| TOOTHBRUSH (✓) | TOOTHPASTE (✓) | CUP (✓) |
| BATH SOAP (✓) | COMB ( ) | SHAMPOO (✓) |

- - - - - - - - - - - - - - - - - - - -

### NON EXPENDABLE ITEMS ISSUED

| ITEM | DATE ISSUED | CONDITION | ITEM | DATE ISSUED | CONDITION |
|---|---|---|---|---|---|
| PROPERTY BOX & LID | | (✓) | SHIRT (2) | | |
| MATTRESS COVER (1) | | (✓) | PANTS (2) | | |
| SHEET (1) | | (✓) | DRESS (2) | | |
| BLANKET (1) | | (✓) | COAT (2) | | |
| PILLOW CASE (1) | | ( ) | PEN (1) | | |
| TOWEL (1) | | (✓) | BELT (1) | | |
| WASHCLOTH (1) | | (✓) | Supply (2) | | |
| LAUNDRY BAG (1) | | (✓) | Shower Shoes (1) | | |

I HAVE RECEIVED THE ABOVE ITEMS AND A COPY OF THE " RULES AND REGULATIONS " OF THE CHAMBERS COUNTY DETENTION FACILITY.

I ALSO UNDERSTAND THAT I AM HELD RESPONSIBLE FOR THE ABOVE ITEMS THAT WERE ISSUED TO ME.

I ALSO UNDERSTAND THAT DEFACING, DESTRUCTION, ALTERING, OR LOSS OF ANY COUNTY PROPERTY CAN AND WILL RESULT IN DISCIPLINARY ACTION, CRIMINAL PENALTIES, AND/OR FINANCIAL RESTITUTION.

INMATES SIGNATURE
x _Christopher McCullough_

I DO HEREBY CERTIFY THAT I HAVE READ THIS INMATE THE ABOVE AND HE HAS ACKNOWLEDGED TO ME THAT HE UNDERSTANDS THE SAME.

OFFICERS SIGNATURE

ISSUED TO OFFICER:

DATE
3/6/7

ATTACHMENT 1-1

MY SIGNATURE BELOW ACKNOWLEDGES THAT I HAVE BEEN ADVISED NOT TO ALLOW ANY INMATE RETURNING TO WILLIAM E. DONALDSON FROM COURT TO BRING BACK ANYTHING OTHER THAN WHAT WILLIAM E. DONALDSON ALLOWED THEM TO TAKE TO COURT.

ALL ITEMS PURCHASED AT THE COUNTY JAIL MUST BE CONSUMED OR USED BEFORE RETURNING TO WILLIAM E. DONALDSON. ALL CASH MONEY WILL BE SPENT OR DISPOSED OF BEFORE RETURNING TO WILLIAM E. DONALDSON.

BY MY SIGNATURE BELOW, I UNDERSTAND THAT ALTHOUGH I AM BEING TRANSFERRED TO *Chambers County Jail*, I AM A DEPARTMENT OF CORRECTIONS INMATE AND SUBJECT TO ALL THE RULES AND REGULATIONS OF THE DEPARTMENT OF CORRECTIONS. SHOULD I VIOLATE ANY OF THESE RULES OR REGULATIONS, I WILL BE SUBJECTED TO DISCIPLINARY ACTION BY STATE AUTHORITIES ON MY RETURN TO A STATE FACILITY.

INMATE SIGNATURE    AIS#    DEPUTY OR TRANSFER AGENT DATE
SIGNATURE

WITNESS    DATE

*ITEMS THAT CAN BE TAKEN TO COURT:

ONE WRITING TABLET
ONE INK PEN/PENCIL
(2) T-SHIRTS
(1) DEODORANT
(2) UNDERWEAR
(2) SOCKS
ADDRESS BOOKLET
STAMPS
(1) TOOTHPASTE
(1) TOOTHBRUSH
LEGAL MATERIAL

1pr. State boots
1 State T-shirt

7-12-18

# CHAMBERS COUNTY DETENTION FACILITY
## INMATE SUPPLY FORM

NAME: _____

FILE # _____

DATE/TIME OF ISSUE: _____

PROPERTY LAUNDRY # _____

EXPENDABLE ITEMS ISSUED

| TOOTHBRUSH ( ) | TOOTHPASTE ( ) | CUP ( ) |
|---|---|---|
| BATH SOAP ( ) | COMB ( ) | SHAMPOO ( ) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NON EXPENDABLE ITEMS ISSUED

| ITEM | DATE ISSUED | CONDITION | ITEM | DATE ISSUED | CONDITION |
|---|---|---|---|---|---|
| PROPERTY BOX & LID ( ) | | | SHIRT (2) | | |
| MATTRESS COVER (1) ( ) | | | PANTS (2) | | |
| SHEET (1) ( ) | | | DRESS (2) | | |
| BLANKET (1) ( ) | | | COAT (2) | | |
| PILLOW CASE (1) ( ) | | | PEN (1) | | |
| TOWEL (1) ( ) | | | BELT (1) | | |
| WASHCLOTH (1) ( ) | | | | | |
| LAUNDRY BAG (1) ( ) | | | | | |

I HAVE RECEIVED THE ABOVE ITEMS AND A COPY OF THE " RULES AND REGULATIONS " OF THE CHAMBERS COUNTY DETENTION FACILITY.

I ALSO UNDERSTAND THAT I AM HELD RESPONSIBLE FOR THE ABOVE ITEMS THAT WERE ISSUED TO ME.

I ALSO UNDERSTAND THAT DEFACING, DESTRUCTION, ALTERING, OR LOSS OF ANY COUNTY PROPERTY CAN AND WILL RESULT IN DISCIPLINARY ACTION, CRIMINAL PENALTIES, AND/OR FINANCIAL RESTITUTION.

X _Christopher McCollum_
INMATES SIGNATURE

I, DO HEREBY CERTIFY THAT I HAVE READ THIS INMATE THE ABOVE AND HE HAS ACKNOWLEDGED TO ME THAT HE UNDERSTANDS THE SAME.

_____
OFFICERS SIGNATURE

RETURNED TO OFFICER: _____     DATE _____

# CHAMBERS COUNTY DETENTION FACILITY
## INMATE PROPERTY FORM #1

NAME: _____  MASTER I.D.: _____

DATE: _____  PROPERTY/LAUNDRY#: 83

| ITEM | AMOUNT | DESCRIPTION |
|---|---|---|
| CASH | | |
| BELT | | |
| JEWELRY | | |
| CHECK BOOK | | |
| CHECKS | | |
| COMB | | |
| DRIVER LICENSE | | |
| FOODSTAMPS | | |
| GLASSES | | |
| KEYS | | |
| KNIFE | | |
| LIGHTER | | |
| TOBACCO PROD. | | |
| WALLET | | |
| PEN/PENCILS | | |
| MEDICATION | | |
| COAT | | |
| HAT | | |

I CERTIFY THAT THE ABOVE IS A CORRECT LIST OF ALL ITEMS REMOVED FROM MY POSSESSION AT THE TIME I WAS PLACED IN THE FACILITY.

_____          _____
INMATE SIGNATURE                                    OFFICER SIGNATURE

**RELEASE:**
I CERTIFY THAT THE ITEMS LISTED ABOVE WERE RETURNED TO ME AT THE TIME OF MY RELEASE.

_____          _____
INMATE SIGNATURE                                    OFFICER SIGNATURE

G-Block

# CHAMBERS COUNTY DETENTION FACILITY
## INMATE PROPERTY FORM #1

| NAME: McCullough, Chas | FILE #: 6897 |
| DATE: 4-5-2005 | PROPERTY/LAUNDRY #: 97 |

| ITEM | AMOUNT | DESCRIPTION |
|------|--------|-------------|
| CASH | | |
| BELT | | |
| JEWELRY | | |
| CHECK BOOK | | |
| CHECKS | | |
| COMB | | |
| DRIVERS LICENSE | | |
| GLASSES | | |
| KEYS | | |
| KNIFE | | |
| LIGHTER | | |
| PAPERS | | |
| TOBACCO PROD. | | |
| WALLET | | |
| WRITING IMPLEMENTS | 1 | Brown Bag / Contents |
| | | |

I CERTIFY THAT THE ABOVE IS A CORRECT LIST OF ITEMS REMOVED FROM MY POSSESSION AT THE TIME I WAS PLACED IN JAIL.

_____    _____
INMATE SIGNATURE                    OFFICER SIGNATURE

RELEASE:

I CERTIFY THAT THE ITEMS LISTED ABOVE WERE RECEIVED BY ME AT THE TIME OF RELEASE.

_____    _____
INMATE SIGNATURE                    OFFICER SIGNATURE

CHAMBERS COUNTY DETENTION FACILITY

INMATE SUPPLY FORM

NAME: *Christopher McCullough*  FILE#: *6847*
DATE/TIME OF ISSUE: *2-21-05*
PROPERTY LAUNDRY#: *23*

EXPENDABLE ITEMS ISSUED

TOOTHBRUSH ( ✓ )   TOOTHPASTE ( ✓ )   CUP ( ✓ )

BATH SOAP ( ✓ )   COMB ( )   SHAMPOO ( ✓ )

NON-EXPENDABLE ITEMS ISSUED

| ITEM | DATE ISSUED | CONDITION | ITEM | DATE ISSUED | CONDITION |
|------|-------------|-----------|------|-------------|-----------|
| PROPERTY BOX ( ✓ ) | 2-21-05 | G | SHIRT (2) | | |
| MATT. COVER ( ✓ ) | | | PANTS (2) | | |
| SHEET ( ) | | | BELT ( ) | | |
| BLANKET ( ) | | | COAT ( ) | | |
| TOWEL ( ) | | | PEN ( ) | | |
| WASHCLOTH ( ✓ ) | 2-21-05 | G | JUMPSUIT (2) | 2-21-05 | G |
| LAUNDRY BAG ( ) | | | RULEBOOK ( ) | | |

I HAVE RECEIVED THE ABOVE ITEMS & A COPY OF THE "RULES & REGULATIONS" OF THE CHAMBERS COUNTY DETENTION FACILITY. I ALSO UNDERSTAND THAT I AM HELD RESPONSIBLE FOR THE ITEMS ISSUED TO ME. I ALSO UNDERSTAND THAT DEFACING, DESTRUCTION, ALTERING, OR LOSS OF ANY COUNTY PROPERTY CAN & WELL RESULT IN DISCIPLINARY ACTION, CRIMINAL PENALTIES, &/OR FINANCIAL RESTITUTION.

*Chris McCullough*
INMATES SIGNATURE

I DO HEREBY CERTIFY THAT I HAVE READ THIS INMATE THE ABOVE & HE HAS ACKNOWLEDGED TO ME THAT HE UNDERSTANDS THE SAME.

*Tooters*
OFFICERS SIGNATURE

ITEMS RETURNED TO OFFICER: *D. Smith*     *3/11/05*
                           OFFICER SIGNATURE     DATE

**CHAMBERS COUNTY DETENTION FACILITY**

**INMATE SUPPLY FORM**

N

D

CHAMBERS COUNTY DETENTION FACILITY ARTICLE RECEIPT     138

Pl     RECEIVED

I, Christopher Mccullough

THE FOLLOWING FROM MY PROPERTY BAG - U.S. MAIL     DATE: 2-29-2004

A VISITOR, NAME: _____

T(     ARTICLES _____

B/     Shoes _____

_____

_____

_____

PR     INMATE     Placed in Property

M/     Burton

SH     Receiving Officer          Issuing Officer

| | | | | | |
|---|---|---|---|---|---|
| | | | COAT (2) | | |
| BLANKET (1) | ( ) | | COAT (2) | | |
| PILLOW CASE (1) | ( ) | | PEN (1) | | |
| TOWEL (1) | ( ) | | BELT (1) | | |
| WASHCLOTH (1) | ( ) | | | | |
| LAUNDRY BAG (1) | ( ) | | | | |

I HAVE RECEIVED THE ABOVE ITEMS AND A COPY OF THE " RULES AND REGULATIONS " OF THE CHAMBERS COUNTY DETENTION FACILITY.

I ALSO UNDERSTAND THAT I AM HELD RESPONSIBLE FOR THE ABOVE ITEMS THAT WERE ISSUED TO ME.

I ALSO UNDERSTAND THAT DEFACING, DESTRUCTION, ALTERING, OR LOSS OF ANY COUNTY PROPERTY CAN AND WILL RESULT IN DISCIPLINARY ACTION, CRIMINAL PENALTIES, AND/OR FINANCIAL RESTITUTION.

Chris Mccullough.

_____ INMATES SIGNATURE

I, DO HEREBY CERIFY THAT I HAVE READ THIS INMATE THE ABOVE AND HE HAS ACKNOWLEDGED TO ME THAT HE UNDERSTANDS THE SAME.

_____ OFFICERS SIGNATURE

ITEMS RETURNED TO OFFICER: _____     3/12/04

DATE

# CHAMBERS COUNTY DETENTION FACILITY

## INMATE SUPPLY FORM

NAME: Chris McCullough    FILE#: 6847
DATE/TIME OF ISSUE: 1-14-04
PROPERTY LAUNDRY#: 002

### EXPENDABLE ITEMS ISSUED

TOOTHBRUSH (✓)    TOOTHPASTE (✓)    CUP (✓)

BATH SOAP (✓)    COMB NO (✓)    SHAMPOO (✓)

### NON-EXPENDABLE ITEMS ISSUED

| ITEM | DATE ISSUED | CONDITION | ITEM | DATE ISSUED | CONDITION |
|---|---|---|---|---|---|
| PROPERTY BOX ( ) | 1-14-04 | OK | SHIRT (2) | | |
| MATT. COVER ( ) | 1-14-04 | OK | PANTS (2) | | |
| SHEET ( ) | 1-14-04 | OK | BELT ( ) | | |
| BLANKET ( ) | 1-14-04 | OK | COAT ( ) | | |
| TOWEL ( ) | 1-14-04 | OK | PEN ( ) | OK 1-14-04 | OK |
| WASHCLOTH ( ) | 1-14-04 | OK | JUMPSUIT (2) | 1-14-04 | OK  Size L/XL |
| LAUNDRY BAG ( ) | 1-14-04 | OK | RULEBOOK ( ) | 1-14-04 | OK |

I HAVE RECEIVED THE ABOVE ITEMS & A COPY OF THE "RULES & REGULATIONS" OF THE CHAMBERS COUNTY DETENTION FACILITY. I ALSO UNDERSTAND THAT I AM HELD RESPONSIBLE FOR THE ITEMS ISSUED TO ME. I ALSO UNDERSTAND THAT DEFACING, DESTRUCTION, ALTERING, OR LOSS OF ANY COUNTY PROPERTY CAN & WILL RESULT IN DISCIPLINARY ACTION, CRIMINAL PENALTIES, &/OR FINANCIAL RESTITUTION.

Chris McCullough                    Brown
_____            Dress By
INMATES SIGNATURE

I DO HEREBY CERTIFY THAT I HAVE READ THIS INMATE THE ABOVE & HE HAS ACKNOWLEDGED TO ME THAT HE UNDERSTANDS THE SAME.

_____
OFFICERS SIGNATURE

ITEMS RETURNED TO OFFICER: _____  1/22/04
                            OFFICER SIGNATURE          DATE

CHAMBERS COUNTY DETENTION FACILITY

INMATE SUPPLY FORM

NAME: _McCullough, Christoph_ FILE#: _6847_

DATE/TIME OF ISSUE: _____

PROPERTY LAUNDRY#: _004_

## EXPENDABLE ITEMS ISSUED

TOOTHBRUSH (✓)    TOOTHPASTE (✓)    CUP    (✓)

BATH SOAP  (✓)    COMB    ( )    SHAMPOO (✓)

## NON-EXPENDABLE ITEMS ISSUED

| ITEM | DATE ISSUED | CONDITION | ITEM | DATE ISSUED | CONDITION |
|---|---|---|---|---|---|
| PROPERTY BOX (✓) | 11-12-03 | Good | SHIRT (2) | | |
| MATT. COVER (✓) | | | PANTS (2) | | |
| SHEET (✓) | | | BELT ( ) | | |
| BLANKET (✓) | | | COAT (✓) | 11-12-03 | Good |
| TOWEL (✓) | | | PEN ( ) | | |
| WASHCLOTH (✓) | | | JUMPSUIT (2) | 11-12-03 | Good |
| LAUNDRY BAG (✓) | | | RULEBOOK (✓) | | |

I HAVE RECEIVED THE ABOVE ITEMS & A COPY OF THE "RULES & REGULATIONS"
OF THE CHAMBERS COUNTY DETENTION FACILITY. I ALSO UNDERSTAND THAT I
AM HELD RESPONSIBLE FOR THE ITEMS ISSUED TO ME. I ALSO UNDERSTAND
THAT DEFACING, DESTRUCTION, ALTERING, OR LOSS OF ANY COUNTY
PROPERTY CAN & WILL RESULT IN DISCIPLINARY ACTION, CRIMINAL PENALTIES,
&/OR FINANCIAL RESTITUTION.

_Chris McCullough_

INMATES SIGNATURE

I DO HEREBY CERTIFY THAT I HAVE READ THIS INMATE THE ABOVE & HE HAS
ACKNOWLEDGED TO ME THAT HE UNDERSTANDS THE SAME.

_____
OFFICERS SIGNATURE

ITEMS RETURNED TO OFFICER: _%o Brown_    _11-20-03_

OFFICER SIGNATURE    DATE

TO:            STATE INMATES PENDING TRANSFER TO KILBY RECEIVING UNIT

FROM:      MAJOR BILL LANDRUM

SUBJECT:    INMATE PERSONAL PROPERTY


DUE TO POLICY CHANGES BY THE DEPARTMENT OF CORRECTIONS, THE ONLY
PROPERTY YOU MAY TAKE TO KILBY IS A PLAIN WEDDING BAND, THE SHOES
YOU ARE WEARING, A CHAMBERS COUNTY DETENTION FACILITY CHECK FOR
ANY MONEY ON YOUR ACCOUNT, AND LEGAL MATERIAL.

YOU HAVE 30 DAYS FROM THE DATE YOU RECEIVE THIS NOTICE TO RELEASE
ALL PERSONAL PROPERTY FROM THE PROPERTY ROOM. THE PROPERTY WILL BE
DISPOSED OF ON DAY 31.

IT WILL BE YOUR RESPONSIBILITY TO SEE THAT ALL PROPERTY YOU HAVE HERE
IS RELEASED BY THE TIME OF YOUR TRANSFER. ALL MONEY MUST BE ON THE
FACILITY BANKING ACCOUNT.

ANY PROPERTY LEFT HERE AT THE TIME OF YOUR TRANSFER WILL BE DISPOSED
OF AND CASH MONEY TRANSFERRED TO THE COMMISSARY ACCOUNT.

REMEMBER, IT IS YOUR RESPONSIBILITY TO SEE THAT YOUR PROPERTY IS
PROPERLY RELEASED.


MAJOR BILL LANDRUM
ADMINISTRATOR


COPY GIVEN TO INMATE: _McCullough, Christopher_ .

THIS THE _28_ DAY OF _Jan_ ____ 2003.

INMATE SIGNATURE: _Chris McCullou_ .

ISSUING OFFICER: _Brad L Sauls_ .



# INMATE PROPERTY RELEASE FORM

I _Christopher McCullough_ MASTER ID# _10847_, DO HEREBY

AUTHORIZE _Georgina Dowell_ TO OBTAIN THE FOLLOWING

FROM MY PERSONAL PROPERTY, WHICH IS BEING HELD FOR SAFEKEEPING BY

THE CHAMBERS COUNTY DETENTION FACILITY.

MONEY $ _40.00_

ARTICLES _____

_____

DATE _3-25-02_                    _Chris McCully_
                                  INMATE SIGNATURE

I _Georgina Dowell_, DO HEREBY CERTIFY THAT I RECEIVED THE

ABOVE LISTED PROPERTY FROM _Christopher McCullough_ PERSONAL

PROPERTY.

DATE _3-25-01_                    _Georgina Dowell_
                                  RECEIVERS SIGNATURE

                                  _____
                                  OFFICERS SIGNATURE
                                  RELEASING ITEMS(S)

CHAMBERS COUNTY DETENTION FACILITY

INMATE PROPERTY FORM #1

NAME: _Chris B McCoullough_ MASTER I.D.: _____

DATE: _____    PROPERTY/LAUNDRY#: _____

| ITEM | AMOUNT | DESCRIPTION |
|---|---|---|
| CASH | $4.71 | 3 - Ones, Change |
| BELT | 1 | (Blk) |
| JEWELRY | | |
| CHECK BOOK | | |
| CHECKS | | |
| COMB | | |
| DRIVER LICENSE | 1 | AL# 6975692 |
| FOODSTAMPS | | |
| GLASSES | | |
| KEYS | 6 | on ring |
| KNIFE | | |
| LIGHTER | | |
| TOBACCO PROD. | | |
| WALLET | 1 | (Blk) w/contents |
| PEN/PENCILS | | |
| MEDICATION | | |
| COAT | | |
| HAT | | |
| | 1 | Cell phone w/cover |

I CERTIFY THAT THE ABOVE IS A CORRECT LIST OF ALL ITEMS REMOVED
FROM MY POSSESSION AT THE TIME I WAS PLACED IN THE FACILITY.

_Chris McCullough_ _____    _____
INMATE SIGNATURE                 OFFICER SIGNATURE

RELEASE:
I CERTIFY THAT THE ITEMS LISTED ABOVE WERE RETURNED TO ME
AT THE TIME OF MY RELEASE.

_Chris McCullough_ _____    _____
INMATE SIGNATURE                 OFFICER SIGNATURE

# CHAMBERS COUNTY DETENTION FACILITY

## INMATE SUPPLY FORM

NAME: Mccullough Chris                 FILE # 10847

DATE/TIME OF ISSUE  March 11, 2001

PROPERTY LAUNDRY #  # 22

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### EXPENDABLE ITEMS ISSUED

| | | |
|---|---|---|
| TOOTHBRUSH (+ | TOOTHPASTE (+ | CUP (+ |
| BATH SOAP (+ | COMB (+ | SHAMPOO (+ |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### NON EXPENDABLE ITEMS ISSUED

| ITEM | DATE ISSUED | CONDITION | ITEM | DATE ISSUED | CONDITION |
|---|---|---|---|---|---|
| PROPERTY BOX & LID | (+ 3/11/01 | G | SHIRT (2) | | |
| MATTRESS COVER (1) | (+ | Good | PANTS (2) | 3/11/01 2 uniform | |
| SHEET (1) | (+ | G | DRESS (2) | | |
| BLANKET (1) | (+ | G | COAT (2) | | |
| PILLOW CASE (1) | (+ | G | PEN (1) | | |
| TOWEL (1) | (+ | G | BELT (1) | | |
| WASHCLOTH (1) | (+ | G | | | |
| LAUNDRY BAG (1) | (+ | G | | | |

I HAVE RECEIVED THE ABOVE ITEMS AND A COPY OF THE " RULES AND REGULATIONS " OF THE CHAMBERS COUNTY DETENTION FACILITY.

I ALSO UNDERSTAND THAT I AM HELD RESPONSIBLE FOR THE ABOVE ITEMS THAT WERE ISSUED TO ME.

I ALSO UNDERSTAND THAT DEFACING, DESTRUCTION, ALTERING, OR LOSS OF ANY COUNTY PROPERTY CAN AND WILL RESULT IN DISCIPLINARY ACTION, CRIMINAL PENALTIES, AND/OR FINANCIAL RESTITUTION.

X _Chris McCullough_
INMATES SIGNATURE

I, DO HEREBY CERIFY THAT I HAVE READ THIS INMATE THE ABOVE AND HE HAS ACKNOWLEDGED TO ME THAT HE UNDERSTANDS THE SAME.

_Anderson, Sandra_
OFFICERS SIGNATURE

ITEMS RETURNED TO OFFICER: _____      07/06/01
                                                              DATE