# EXHIBIT D1.

## Exhibit 1 to Stewart Affidavit - Plaintiff Christopher McCullough's entire Jail File.

— Part 3 —

Date  :  08/22/2000

Time  :  14:53:00

P R O P E R T Y   W I T H H E L D   R E C E I P T

Chamber's County Detention Facility

| RECEIVED FROM | RECEIVED BY: |
|---|---|
| Arrest No. :   2000001450 | |
| Identifier :    6847 | |
| MCCULLOUGH,  CHRISTOPHER CORNELIUS | |
| 135 S. 18TH ST | Location   :    058 |
| LANETT AL 36863 | |

| Quantity | Description |
|---|---|
| 1 | $44.10 |
| 1 | BLACK BELT |
| 1 | MONEY  ORDER 41.00 |
| 1 | BLACK WALLET |
| 1 | BLUE & GRAY DO- RAG |

Total Items Received :     5

I certify that the  above  is a correct property listing of all items that
was removed from my possession at the time that I was placed into the jail

x _Chris McCullough_                    _L Ray_

Inmate's Signature                     Booking Officer's Signature

NAME : MCCULLOUGH, CHRISTOPHER CORNELIUS          BOOKING NO. : 2000001450

## REQUEST FOR BAIL BONDSMAN OR ATTORNEY

DATE : _____                              TIME : _____

I request that I be premitted to call or be visited by (BONDSMAN) (ATTORNEY)

_____ PHONE NO : _____

_____ PHONE NO : _____

for the purpose of posting bond for me.

(SIGNATURE) X _Chris McCullough_____

## MAIL INSPECTION INFORMATION

I understand that the  Chamber's County Detention        personnel may
open and censor all of my mail and packages to and from the public.

(INMATE SIGNATURE)  X _Chris McCullough_____

## INMATE CLOTHING INFORMATION

| QUANTITY | ITEMS AND DESCRIPTION | OFFICER INITIALS |
|----------|----------------------|------------------|
| 1 | White Shirt | |
| 1 | Blue Pants | |
| | | |
| | | |
| | | |
| | | |

(INMATE SIGNATURE IN).... :X  _Chris McCullough_____

(OFFICER'S SIGNATURE OUT) :X  _____

|  FACILITY PROPERTY |  DATE : _____ |
|--|--|

MATTRESS...... :   1      SHEET.... :   2        BLANKET :   1
PAIR SANDALS.. :   0      BAR SOAP. :   1        TOWEL.. :   1
PAIR COVERALLS :   2      RULE BOOK :   1        (OI .... : _____ )

(INMATE SIGNATURE IN).... :X  _____

(OFFICER'S SIGNATURE OUT) :X  _____

**CHAMBERS ... UNTY DETENTION FACILITY AI ... CLE RECEIPT**

I, Christopher McCullough

THE FOLLOWING FROM MY PROPERTY BAG - U.S. MAIL

A VISITOR, NAME: Kyla Kelin

DATE: 03-01-04    RECEIVED

ARTICLES: Black White & Gray Shirt Gray Pants Black Socks and a pair Black Shoes (Purit...

_____
INMATE

_____
Receiving Officer

_____
Issuing Officer

---

**CHAMBERS C... NTY DETENTION FACILITY AR... LE RECEIPT    138**

I, Christopher McCullough

THE FOLLOWING FROM MY PROPERTY BAG - U.S. MAIL

A VISITOR, NAME:

DATE: 2-24-204    RECEIVED

ARTICLES: Shoes

_____
INMATE

_____
Receiving Officer

_____
Issuing Officer    Placed in Property

CHAMBERS COUNTY JAIL INMATE ARTICLE RECEIPT

RECEIVED

I, Christopher McCullough

THE FOLLOWING FROM MY PROPERTY BAG - U.S. MAIL

A VISITOR ON 03-21-02

ARTICLES  1 Photo

_____
Inmate

_____
Receiving Officer

_____
Issuing Officer

6847

IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

STATE OF ALABAMA )
)     CC 02-312
VS. )        02-313
)
CHRISTOPHER McCULLOUGH )

## ORDER

    The Chambers County District Attorney's Office is hereby **ORDERED** to obtain custody of the above defendant in the above styled case from the **DEPARTMENT OF CORRECTIONS** and transport him to the Chambers County Detention Facility and maintain custody of him until such time as he appears in this matter on March 5, 2007 AT 9:00 AM CST.

    It is further **ORDERED** that at the conclusion of the trial the Chambers County District Attorney's Office shall transport Christopher McCullough to the location from which he was obtained.

    Done this 27th day of February, 2007.

_____
Circuit Judge

Correct AIS #
174909

```
FILED IN OFFICE THIS

    MAR   5  2007

    CHARLES W. STORY
        CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA
```

IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

STATE OF ALABAMA                )
                                )
        Plaintiff               )        CASE NO. CC-02-312
                                )
V.                              )
                                )
CHRISTOPHER MCCULLOUGH          )
                                )
        Defendant               )

### VERDICT ORDER

On March 6, 2006, a duly empaneled jury returned the following verdict:

*"We, the jury, find the defendant, Christpher McCullough, guilty of the offence of Burglary in the second degree, as charged in the Indictment.*

                    Marc Allen Dingler
                    *Foreperson*

Based upon the verdict of the jury, it is hereby ORDERED, ADJUDGED AND DECREED that the Defendant is guilty of the offense of Burglary in the Second Degree.

The Defendant is Ordered to appear before the Court on April 6, 2007, at 9:00 a.m. for Sentencing and Probation Hearing. The Office of the Probation and Parole is instructed to prepare a pre-sentence/probation report.

Let a copy of this Order be issued to the defendant, counsel, the District Attorney's Office, and the Office of the Probation and Parole, and Chambers County Jail.

Signed this the 6th day of March, 2007.

                              STEVE R. PERRYMAN
                              Circuit Judge

FILED IN OFFICE THIS

MAR  6 2007

CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA

R. McElvene, DA, So Jail, Prob Dept, McCullagh

IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

STATE OF ALABAMA       )
     Plaintiff,         )
                   )
v.                 )     CC-02-312
                   )
CHRISTOPHER MCCULLOUGH  )
     Defendant,       )

*6847*

## ORDER

The Chambers County District Attorney's Office is hereby ORDERED to obtain custody of the above defendant in the above styled case from the DEPARTMENT OF CORRECTIONS and transport him to the Chambers County Detention Facility and maintain custody of him until such time as he appears in this matter on April 6, 2007 at 9:00 am cst.

It is further ORDERED that at the conclusion of the trial the Chambers County District Attorney's Office shall transport Christopher McCullough to the location from which he was obtained.

Done this the 7th day of March, 2007.

STEVE R. PERRYMAN
CIRCUIT JUDGE

FILED IN OFFICE THIS

MAR 8 2007

CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA

R. Mc. Onten, DA, Su pair, Prob Dept, C. McCullough

IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

STATE OF ALABAMA )
    Plaintiff, )
                                        )
                                        )
v. )      CC-02-312
                                        )
CHRISTOPHER MCCULLOUGH )
    Defendant, )

## ORDER

The Chambers County District Attorney's Office is hereby ORDERED to obtain custody of the above defendant in the above styled case from the DEPARTMENT OF CORRECTIONS and transport him to the Chambers County Detention Facility and maintain custody of him until such time as he appears in this matter on April 6, 2007 at 9:00 am cst.

It is further ORDERED that at the conclusion of the trial the Chambers County District Attorney's Office shall transport Christopher McCullough to the location from which he was obtained.

Done this the 7th day of March, 2007.

                                 STEVE R. PERRYMAN
                                 CIRCUIT JUDGE

FILED IN OFFICE THIS

MAR  8 2007

CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA

AIS 174909

DOB 11/27/72

Donaldson



Received in office this

MAR 08 2007

Sid Lockhart, Sheriff
Chambers Co. Sheriff's Dept.

R. Mc. Onteen, DA Su rae, prob Dept, C. McCullos

ATTACHMENT I-1

MY SIGNATURE BELOW ACKNOWLEDGES THAT I HAVE BEEN ADVISED NOT TO
ALLOW ANY INMATE RETURNING TO WILLIAM E. DONALDSON FROM COURT TO
BRING BACK ANYTHING OTHER THAN WHAT WILLIAM E. DONALDSON ALLOWED
THEM TO TAKE TO COURT.

ALL ITEMS PURCHASED AT THE COUNTY JAIL MUST BE CONSUMED OR USED
BEFORE RETURNING TO WILLIAM E. DONALDSON.  ALL CASH MONEY WILL BE
SPENT OR DISPOSED OF BEFORE RETURNING TO WILLIAM E. DONALDSON.

BY MY SIGNATURE BELOW, I UNDERSTAND THAT ALTHOUGH I AM BEING
TRANSFERRED TO _CHAmbers Co_____, I AM A DEPARTMENT OF
CORRECTIONS INMATE AND SUBJECT TO ALL THE RULES AND REGULATIONS OF
THE DEPARTMENT OF CORRECTIONS.  SHOULD I VIOLATE ANY OF THESE RULES
OR REGULATIONS, I WILL BE SUBJECTED TO DISCIPLINARY ACTION BY STATE
AUTHORITIES ON MY RETURN TO A STATE FACILITY.

_Christopher McGee_ _174909_          _Howard Miles_ _4/5/07_
INMATE SIGNATURE     AIS#          DEPUTY OR TRANSFER AGENT DATE
                   SIGNATURE

_Ronald Houck_ _4-5-07_
WITNESS          DATE


*ITEMS THAT CAN BE TAKEN TO COURT:

ONE WRITING TABLET        (2) UNDERWEAR        (2) T-SHIRTS
ONE INK PEN/PENCIL        (2) SOCKS            (1) DEODORANT
STAMPS                    (1) TOOTHPASTE       (1) TOOTHBRUSH
ADDRESS BOOKLET           LEGAL MATERIAL

7-12-18

| State of Alabama<br>Unified Judicial System<br><br>Form C-41    Rev. 11/92 | **ORDER OF COMMITMENT TO JAIL** | Case Number<br><br>*CC-02-312* |
|---|---|---|

IN THE ___*Circuit*___ COURT OF ___*Chambers Co.*___ **ALABAMA**
(Circuit, District, or Municipal)          (Name of Municipality or County)

☒ **STATE OF ALABAMA**     ☐ **MUNICIPALITY OF** _____

v. ___*Christopher McCullough*___ , **Defendant**

**TO THE JAILER OF** ___*Chambers Co. Detention*___

You are ordered to receive into your custody the above-named defendant, charged with the

offense(s) of ___*Burglary 2°*___

until he/she is legally discharged from your custody by this court.

Reason(s) for Commitment: ___*Jury Verdict - Guilty*___

Sentence: ___*Set for April 6th 2007*___

| Date Sentenced | Jail Credit | Date Sentence Begins |
|---|---|---|
| | | |

___*3/6/07*___                                    ___(signature)___

Date                                           Judge/Clerk/Magistrate

COURT RECORD (Original)          JAILER (Copy)

6847

# IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

STATE OF ALABAMA,           )
      Plaintiff,           )
                   )
                   )
vs.           )     Case No. CC-02-312
                   )
CHRISTOPHER McCULLOUGH,           )
      Defendant.           )

## O R D E R

    Mr. Robin McIntyre, Attorney at Law, Opelika, Alabama, shall be appointed to represent the Defendant in this matter.

    This matter shall be continued from the February 2006 Criminal Term of Court and rescheduled for trial during the next term of Court.

    The Defendant is presently incarcerated with the State of Alabama Department of Corrections. He shall be Ordered transported to this county during the next term of Court.

    The Clerk of the Court is to mail a copy of this Order to the Office of the District Attorney and Mr. Robin McIntyre.

    SIGNED this 28th day of February, 2006.

                             TOM F. YOUNG, JR.
                             Circuit Judge

FILED IN OFFICE THIS

MAR 1 2006

CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA

*a. Stubb, R. McIntyre, DA, Su, fair, Prob Dept, McCullough*

6847

# IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

STATE OF ALABAMA,               )
     Plaintiff,               )
                        )
vs.                             )     Case No. CC-02-189, 312, 318, 325
                        )
CHRISTOPER MCCULLOUGH,          )
     Defendant.               )

## ORDER

This matter came before the Court on a Motion for Extraordinary Writ of Mandamus filed by the Defendant and after considering the same, said motion is hereby Denied.

The Clerk of the Court is directed to mail a copy of this Order to the Office of the District Attorney and to the Defendant.

DONE this the 20th day of December, 2006.



                        TOM F. YOUNG, JR.
                        Circuit Judge

FILED IN OFFICE THIS

DEC 20 2006

CHARLES W. STORY
CIRCUIT
CHAMBERS COUNTY, ALABAMA



IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

STATE OF ALABAMA           )
                           )
VS.                        )    CC 02·312
                           )       02·325
CHRISTOPHER MCCULLOUGH     )

### ORDER

The Chambers County Sheriff's Department is hereby **ORDERED** to obtain custody of the above witness in the above styled case from Department of Corrections and transport him to the Chambers County Detention Facility and maintain custody of him until such time as he appears in this matter on November 07, 2005 AT 9:00 AM CST.

It is further **ORDERED** that at the conclusion of the trial the Chambers County Sheriff's Department shall transport Christopher McCullough to the location from which he was obtained.

Done this 18th day of October, 2005.

Tom F. Young
Circuit Judge



A 15  174909/233276

Donaltson

DA, SO, Jail, Prob Dept,

| State of Alabama<br>Unified Judicial System<br><br>Form C-41    Rev. 11/92 | **ORDER OF COMMITMENT TO JAIL** | Case Number<br>CC-02-325 |
|---|---|---|

IN THE _Circuit_ COURT OF _Chambers Co._ ALABAMA
(Circuit, District, or Municipal)          (Name of Municipality or County)

☒ STATE OF ALABAMA          ☐ MUNICIPALITY OF _____

v. _Christopher McCullough_ , Defendant

TO THE JAILER OF _Chambers Co. Detention_

You are ordered to receive into your custody the above-named defendant, charged with the offense(s) of _Burglary 1°_
_Theft 1°_

until he/she is legally discharged from your custody by this court.

Reason(s) for Commitment: _Jury Verdict Guilty Burglary_
_2nd Degree & T.O.P. 1st Degree._

Sentence: _Return 9:00 Am on 11-10-05_

| Date Sentenced | Jail Credit | Date Sentence Begins |
|---|---|---|
| | | |

_11/9/05_

Date                                              Judge/Clerk/Magistrate

COURT RECORD (Original)          JAILER (Copy)

| State of Alabama Unified Judicial System | ORDER OF COMMITMENT TO JAIL | Case Number |
|---|---|---|
| Form C-41    Rev. 11/92 | | CC 02-325 |

IN THE _Circuit, District, or Municipal_ COURT OF _Chambers_ ALABAMA
_(Name of Municipality or County)_

☐ STATE OF ALABAMA          ☐ MUNICIPALITY OF _____

v. _Christopher McCullough_ , Defendant

---

TO THE JAILER OF _Chambers_

You are ordered to receive into your custody the above-named defendant, charged with the offense(s) of _Burglary 3rd  Theft of Property 1st_

until he/she is legally discharged from your custody by this court.

Reason(s) for Commitment: _Guilty By Jury Verdict_

Sentence: _Burglary 3rd. 20 years  ↗ Concurrent with each._
_T o P 1st. 25 years ↗ But consecutive with._
_All Previous Sentences._
_Plus All Cost & Restitution._

| Date Sentenced 11-10-2005 | Jail Credit For time Already Serve. | Date Sentence Begins 11-10-2005 |
|---|---|---|

_11-10-2005_
Date

_[signature]_
Judge/Clerk/Magistrate

COURT RECORD (Original)          JAILER (Copy)

IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

STATE OF ALABAMA          )
                            )    CC  02·312
VS.                      )         02·325
                            )
CHRISTOPHER MCCULLOUGH   )

## ORDER

The Chambers County Sheriff's Department is hereby **ORDERED** to obtain custody of the above witness in the above styled case from Department of Corrections and transport him to the Chambers County Detention Facility and maintain custody of him until such time as he appears in this matter on November 07, 2005 AT 9:00 AM CST.

It is further **ORDERED** that at the conclusion of the trial the Chambers County Sheriff's Department shall transport Christopher McCullough to the location from which he was obtained.

Done this 18th day of October, 2005.



Tom F. Young
Circuit Judge

FILED IN OFFICE THIS

OCT 21 2005

CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA

DA. 50. Jail. Prob Dept.

6 847

# IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

STATE OF ALABAMA,        )
      Plaintiff,       )
                 )
vs.                 )     Case No. CC-02-312 & 325
                 )
CHRIS McCULLOUGH,      )
      Defendant.     )

## O R D E R

It has been brought to the attention of the Court that the defendant named above may be presently incarcerated with the Department of Corrections, and said defendant must be before this Court on November 7, 2005.

IT IS ORDERED that the Chambers County Sheriff's Office make arrangements with the Department of Corrections to transport the said defendant to this Court for hearing on the date and time indicated above. IT IS FURTHER ORDERED that the Department of Corrections deliver custody of the Defendant to personnel of the Chambers County Sheriff's Office for the purpose of transporting defendant to this County for hearing. After said hearing, the Chambers County Sheriff's Office is directed to return the Defendant to the custody of the Department of Corrections.

The Clerk of the Court is to mail a copy of this Order to the Office of the District Attorney, counsel for the Defendant, the Chambers County Sheriffs' Office and the Department of Corrections.

SIGNED this 25th day of October, 2005.

_____
TOM F. YOUNG, JR.
Circuit Judge

FILE    FICE THIS

2 7 2005

    S W. STO
CLERK
CH    TY, ALABAMA

6847

# IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

STATE OF ALABAMA,          )
      Plaintiff,          )
                      )
                      )
vs.          )          Case No. CC-02-325
                      )
CHRISTOPHER McCULLOUGH,          )
      Defendant.          )

## ORDER

This matter came before the Court on a Motion for New Trial filed on behalf of the Defendant and the Court having carefully considering the same, said motion is hereby Denied.

The Clerk of the Court is directed to mail a copy of this Order to the Office of the District Attorney and to counsel for the Defendant.

DONE this the 28th day of December, 2005.

TOM F. YOUNG, JR.
Circuit Judge

FILED IN OFFICE THIS

DEC 3 0 2005

CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA

# IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

STATE OF ALABAMA,  )
      Plaintiff,  )
        )
vs.  )    Case No. CC-02-325
        )
CHRISTOPHER McCULLOUGH,  )
      Defendant.  )

## ORDER

This matter came before the Court on a Motion for Judgment of Acquittal filed on behalf of the Defendant and the Court having carefully considering the same, said motion is hereby Denied.

The Clerk of the Court is directed to mail a copy of this Order to the Office of the District Attorney and to counsel for the Defendant.

DONE this the 28th day of December, 2005.

                                               TOM F. YOUNG, JR.
                                             Circuit Judge

FILED IN OFFICE THIS

DEC 30 2005

CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA

a. Grubb, DA, su favi, Prob Dept, C. McCullough.

ACR359

ALABAMA JUDICIAL DATA CENTER
CHAMBERS COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

6847

CC 2002 000325.00 01
TOM. F. YOUNG JR.

CIRCUIT COURT OF CHAMBERS COUNTY | COURT ORI: 012015 J

STATE OF ALABAMA          VS.
MCCULLOUGH CHRIS                    ALIAS:
604 SOUTH 1ST AVENUE                ALIAS:
LANETT   AL  36863

DC NO: GJ 2002 000498.00
G J:     498,499
SSN:     416114328
SID:     000000000
AIS:

DOB:  11/27/1972   SEX: M   HT: 5 11   WT: 150   HAIR: BLK   EYE: BRO
RACE: ( )W (X)B ( )O   COMPLEXION: _____   AGE: _____   FEATURES: _____

DATE OFFENSE: 03/06/2002   ARREST DATE: 03/20/2002   ARREST ORI: 0120000

| CHARGES @ CONV | CITES | CT | CL | COURT ACTION | CA DATE |
|---|---|---|---|---|---|
| BURGLARY 3RD DEGRE | 13A-007-007 | 01 | C | CONVICTED | 11/09/2005 |
| THEFT OF PROP 1ST | 13A-008-003 | 01 | B | CONVICTED | 11/09/2005 |
| | | 00 | | | 00/00/0000 |

JUDGE: TOM. F. YOUNG JR.                    PROSECUTOR:

PROBATION APPLIED   GRANTED   DATE         REARRESTED DATE   REVOKED   DATE
( )Y (✓)N  11/10/05   ( )Y ( )N _____   ( )Y ( )N _____

15-18-8, CODE OF ALA 1975   IMPOSED   SUSPENDED   TOTAL   JAIL CREDIT
( )Y (X)N   CONFINEMENT : 25 00 000   00 00 000   25 00 000   00 00 295
            PROBATION  : 00 00 000   00 00 000   00 00 000
DATE SENTENCED: 11/10/2005   SENTENCE BEGINS: 11/10/2005

PROVISIONS

PENITENTIARY
CONSECUT SENT

| COSTS/RESTITUTION | DUE | ORDERED |
|---|---|---|
| RESTITUTION | $2892.80 | $2892.80 |
| ATTORNEY FEE | $0.00 | $0.00 |
| CRIME VICTIMS | $50.00 | $50.00 |
| COST | $424.00 | $424.00 |
| FINE | $0.00 | $0.00 |
| MUNICIPAL FEES | $0.00 | $0.00 |
| DRUG FEES | $0.00 | $0.00 |
| ADDTL DEFENDANT | $0.00 | $0.00 |
| DA FEES | $0.00 | $0.00 |
| COLLECTION ACCT | $0.00 | $0.00 |
| JAIL FEES | $0.00 | $0.00 |
| TOTAL | $3366.80 | $3366.80 |

APPEAL DATE        SUSPENDED        AFFIRMED        REARREST
( )Y ( )N _____   ( )Y ( )N _____   ( )Y ( )N _____   ( )Y ( )N _____

REMARKS:

20yrs on Ct 1
Concurrent with Ct 2,
But Consecutive with
Other Cases.

THIS IS TO CERTIFY THAT THE
ABOVE INFORMATION WAS EXTRACTED
FROM OFFICIAL COURT RECORDS
AND IS TRUE AND CORRECT.

Charles Story

CHARLES W. STORY

11/30/2005

OPERATOR: RHM
PREPARED: 11/30/2005

6847

ACR359

ALABAMA JUDICIAL DATA CENTER
CHAMBERS COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 2002 000325.00 01
ASSIGNED JUDGE

CIRCUIT COURT OF CHAMBERS COUNTY | COURT ORI: 012015 J

STATE OF ALABAMA        VS.
MCCULLOUGH CHRIS              ALIAS:
604 SOUTH 1ST AVENUE         ALIAS:
LANETT  AL  36863

DC NO:  GJ 2002 000498.00
G J:    498,499
SSN:    416114328
SID:    000000000
AIS:

DOB:  11/27/1972    SEX: M    HT: 5 11    WT: 150    HAIR: BLK    EYE: BRO
RACE: ( )W (X)B ( )O    COMPLEXION: _____    AGE: _____    FEATURES: _____

DATE OFFENSE: 03/06/2002    ARREST DATE: 03/20/2002    ARREST ORI: 0120000

| CHARGES @ CONV | CITES | CT | CL | COURT ACTION | CA DATE |
|---|---|---|---|---|---|
| BURGLARY 3RD DEGRE | 13A-007-007 | 01 | C | CONVICTED | 11/09/2005 |
| THEFT OF PROP 1ST | 13A-008-003 | 01 | B | CONVICTED | 11/09/2005 |
| | | 00 | | | 00/00/0000 |

JUDGE: ASSIGNED JUDGE                    PROSECUTOR:

PROBATION APPLIED    GRANTED  DATE        REARRESTED DATE  REVOKED   DATE
( )Y (X)N  111005    ( )Y ( )N _____    ( )Y ( )N _____  ( )Y ( )N _____

15-18-8, CODE OF ALA 1975    IMPOSED    SUSPENDED    TOTAL    JAIL CREDIT
( )Y (X)N    CONFINEMENT: 25 00 000    00 00 000    25 00 000    00 00 000
             PROBATION :  00 00 000    00 00 000
DATE SENTENCED: 11/10/2005    SENTENCE BEGINS: 11/10/2005

| PROVISIONS | COSTS/RESTITUTION | DUE | ORDERED |
|---|---|---|---|
| PENITENTIARY | RESTITUTION | $2892.80 | $2892.80 |
| CONSECUT SENT | ATTORNEY FEE | $0.00 | $0.00 |
| | CRIME VICTIMS | $50.00 | $50.00 |
| | COST | $424.00 | $424.00 |
| | FINE | $0.00 | $0.00 |
| | MUNICIPAL FEES | $0.00 | $0.00 |
| | DRUG FEES | $0.00 | $0.00 |
| | ADD'TL DEFENDANT | $0.00 | $0.00 |
| | DA FEES | $0.00 | $0.00 |
| | COLLECTION ACCT | $0.00 | $0.00 |
| | JAIL FEES | $0.00 | $0.00 |
| | TOTAL | $3366.80 | $3366.80 |

APPEAL DATE        SUSPENDED            AFFIRMED            REARREST
( )Y ( )N _____    ( )Y ( )N _____    ( )Y ( )N _____    ( )Y ( )N _____

REMARKS:

20yrs on ct1

THIS IS TO CERTIFY THAT THE
ABOVE INFORMATION WAS EXTRACTED
FROM OFFICIAL COURT RECORDS
AND IS TRUE AND CORRECT.

_Charles Story_
CHARLES W. STORY

11/10/2005

OPERATOR: RHM
PREPARED: 11/10/2005



6847

IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

STATE OF ALABAMA,          )
                          )
    Plaintiff,             )
                          )
Vs.                       )    Case No.  CC-2002-000325.00
                          )
CHRISTOPHER MCCULLOUGH,    )
                          )
    Defendant.             )

FILED IN OFFICE THIS

OCT 1 4 2005

CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA

## MOTION TO CONTINUE

The Defendant, by and through undersigned counsel, moves this honorable Court to continue the trial scheduled in this case for the term beginning November 7, 2005, until the next term of Criminal Court. The causes for such continuance are as follows:

1.

**The Defendant has not only recently received Discovery material in this case and requires additional time to prepare his case.**

The Defendant's attorney filed a Motion for Discovery on or about April 26, 2005. The State provided some Discovery material on October 12, 2005. The attorney will not have sufficient time to review the material, meet with his Client (who is incarcerated in Bessemer, Alabama), and research potential motions or defenses based on the recently provided Discovery. Consequently, a continuance of this trial is essential to ensure that Defendant's

constitutional rights are safeguarded, including: the right to a fair trial, the right to confrontation, the right to prepare a defense, the right to effective assistance of counsel, and the right to due process of law.

The Defendant's attorney avers to the Court that he does not anticipate the need for additional continuances of this matter and requests that the case be set for trial during the Spring, 2006, term of the Circuit Court of Chambers County.

WHEREFORE, the premises considered, the Defendant requests that his case be continued until the Spring, 2006, term of the Circuit Court of Chambers County.

Respectfully submitted this 14th day of October, 2005.

Archie Grubb, II (GRU015)
Attorney for Defendant
P.O. Box 88
LaFayette, AL 36862
(334) 864-7300

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the District Attorney's office on this 14th day of October, 2005, by the following method:

[ ]  U.S. Mail              [✓]  Hand-Delivery

[ ]  Facsimile             [ ]  Overnight Courier

_____
Archie Grubb, II

FILED IN OFFICE THIS

OCT 1 4 2005

CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA

IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

STATE OF ALABAMA,            )
                             )
        Plaintiff,           )
                             )
Vs.                          )        Case No.  CC-2002-000312.00
                             )
CHRISTOPHER MCCULLOUGH,      )
                             )
        Defendant.           )

## MOTION TO CONTINUE

The Defendant, by and through undersigned counsel, moves this honorable Court to continue the trial scheduled in this case for the term beginning November 7, 2005, until the next term of Criminal Court. The causes for such continuance are as follows:

### 1.

**The Defendant has not only recently received Discovery material in this case and requires additional time to prepare his case.**

The Defendant's attorney filed a Motion for Discovery on or about April 26, 2005. The State provided some Discovery material on October 12, 2005. The attorney will not have sufficient time to review the material, meet with his Client (who is incarcerated in Bessemer, Alabama), and research potential motions or defenses based on the recently provided Discovery. Consequently, a continuance of this trial is essential to ensure that Defendant's

constitutional rights are safeguarded, including: the right to a fair trial, the right to confrontation, the right to prepare a defense, the right to effective assistance of counsel, and the right to due process of law.

The Defendant's attorney avers to the Court that he does not anticipate the need for additional continuances of this matter and requests that the case be set for trial during the Spring, 2006, term of the Circuit Court of Chambers County.

WHEREFORE, the premises considered, the Defendant requests that his case be continued until the Spring, 2006, term of the Circuit Court of Chambers County.

Respectfully submitted this 14th day of October, 2005.

Archie Grubb, II (GRU015)
Attorney for Defendant
P.O. Box 88
LaFayette, AL 36862
(334) 864-7300

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the District Attorney's office on this 14th day of October, 2005, by the following method:

[ ] U.S. Mail          [√] Hand-Delivery

[ ] Facsimile          [ ] Overnight Courier

_____
Archie Grubb, II

6847

## IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

STATE OF ALABAMA      )

                      )

VS.                        )    CASE NO. CC-02-325

                      )

CHRISTOPHER McCULLOUGH  )

### ORDER

Defendant's Motion to Continue is GRANTED. The case shall be continued to the next term of criminal court which commences November 7, 2005, 9:00 a.m.

Let a copy of this Order issue to counsel and the District Attorneys Office.

Signed this the 21st day of September, 2005.

                                  _RAY D. MARTIN_
                                  RAY D. MARTIN
                                  CIRCUIT JUDGE

FILED IN OFFICE THIS

SEP 2 1 2005

CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA

A. Stubb DA. So, fair, Prob Dept

6847

IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

STATE OF ALABAMA              )
                              )
VS.                           )        CASE NO. CC-02-318
                              )
CHRISTOPHER McCULLOUGH        )

## ORDER

The defendant filed a pro se Motion for New Trial. The same is not timely filed, and in any event, is due to be and is hereby DENIED.

Let a copy of this Order issue to the defendant, counsel, and the District Attorneys Office.

Signed this the 5th day of April, 2005.

RAY D. MARTIN
CIRCUIT JUDGE



FILED IN OFFICE THIS

APR 5 2005

CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA

6847

| State of Alabama<br>Unified Judicial System<br><br>Form C-41      Rev. 11/92 | **ORDER OF COMMITMENT TO JAIL** | Case Number<br><br>CC 02- 304 |
|---|---|---|

IN THE _____ COURT OF _____ Chambers _____ ALABAMA
       *(Circuit, District, or Municipal)*            *(Name of Municipality or County)*

☐ STATE OF ALABAMA    ☐ MUNICIPALITY OF _____

v. _____ Chris McCullough _____ , Defendant

---

**TO THE JAILER OF** _____ Chambers Co. _____

You are ordered to receive into your custody the above-named defendant, charged with the

offense(s) of _____ Burg 1st / TOP 2nd _____

until he/she is legally discharged from your custody by this court.

Reason(s) for Commitment: _____

_____

_____

_____

Sentence: _____ Sentencing u/ 20 yrs cc  Waived Appellate ____
          111  25 yrs Pinee.
          Rest $230.00, ve, Acos, 4 Medical,

| Date Sentenced | Jail Credit  747 | Date Sentence Begins |
|---|---|---|

Date  4/6/05

_____               Charles Story
**Date**                               **Judge/Clerk/Magistrate**

COURT RECORD (Original)         JAILER (Copy)

# IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

STATE OF ALABAMA,            )
        Plaintiff,             )
                              )
vs.                           )        Case No. CC-02-325
                              )
CHRISTOPHER MCCULLOUGH,    )
        Defendant.         )

## O R D E R

This matter coming before the Court on an oral Motion to Withdraw entered by Kyla Kelim and the Court having considered the same, it is ORDERED that said motion is GRANTED.  Ms. Kyla Kelim is allowed to withdraw as counsel for the Defendant.

Mr. Archie Grubbs, Attorney at Law, Post Office Box 290, Lafayette, Alabama 36862, shall be appointed to represent the Defendant in this matter.

The Clerk of the Court is directed to mail a copy of this Order to the Office of the District Attorney, Ms. Kyla Kelim, Mr. Archie Grubbs and to the Defendant

DONE this the 7th day of April, 2005.

_____
TOM F. YOUNG, JR.
Circuit Judge

FILED IN OFFICE THIS

APR 1 1 2005

CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA

K. Kelim, DA, SI Jail, A. Grubb, Bob Dept.

# IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

STATE OF ALABAMA,        )
       Plaintiff,       )
                     )
vs.                    )     Case No. CC-02-304
                     )
CHRISTOPHER MCCULLOUGH,  )
       Defendant.     )

## ORDER

This matter coming before the Court on an oral Motion to Withdraw entered by Kyla Kelim and the Court having considered the same, it is ORDERED that said motion is GRANTED. Ms. Kyla Kelim is allowed to withdraw as counsel for the Defendant.

Mr. Archie Grubbs is hereby appointed to represent the Defendant in any post trial proceedings in this matter.

The Clerk of the Court is directed to mail a copy of this Order to the Office of the District Attorney, Ms. Kyla Kelim, Mr. Archie Grubbs and to the Defendant

DONE this the 7th day of April, 2005.

TOM F. YOUNG, JR.
Circuit Judge

FILED IN OFFICE THIS

APR 1 1 2005

CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA

K. Kelim, DA, SH Jace, A. Grubb, Prob Dept,

# IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

STATE OF ALABAMA,　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　　　)　　　Case No. CC-02-312
　　　　　　　　　　　　　　　　　　　　)
CHRISTOPHER MCCULLOUGH,　　　　　)
　　　　Defendant.　　　　　　　　　　　)

## <u>O R D E R</u>

　　　This matter coming before the Court on an oral Motion to Withdraw entered by Kyla Kelim and the Court having considered the same, it is ORDERED that said motion is GRANTED.  Ms. Kyla Kelim is allowed to withdraw as counsel for the Defendant.

　　　Mr. Archie Grubbs, Attorney at Law, Post Office Box 290, Lafayette, Alabama 36862, shall be appointed to represent the Defendant in this matter.

　　　The Clerk of the Court is directed to mail a copy of this Order to the Office of the District Attorney, Ms. Kyla Kelim, Mr. Archie Grubbs and to the Defendant

　　　DONE this the 7th day of April, 2005.

　　　　　　　　　　　　　　　　　　　　　　　TOM F. YOUNG, JR.
　　　　　　　　　　　　　　　　　　　　　　　Circuit Judge

FILED IN OFFICE THIS

APR 1 1 2005

CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA

6847

## IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

STATE OF ALABAMA                    )
                                   )
VS.                                )        CASE NO. *CC-2002-304*
                                   )
*CHRISTOPHER McCOLLOUGH*            )
      Defendant                )

## O R D E R

    The Sheriff is hereby ordered to obtain custody of the above-named defendant from the Department of Corrections of this State and return him/her to this County for hearing on the *6th* day of *April*, **2005, at 9:00 A.M.** and thereafter return him/her to the Department of Corrections; and the Department of Corrections is ordered to deliver custody of the above-named defendant to the Sheriff of this County or any of his lawful deputies for execution of this order.

    DONE this the *4th* day of *April*, 2005.

_____
                     Circuit Judge

FILED IN OFFICE THIS

APR 4 2005

CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA

*K Kelim DA so, save, Prob Dept.*

# IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

STATE OF ALABAMA,                        )
      Plaintiff,                        )
                              )
vs.                                      )        Case No. CC-02-304
                              )
CHRISTOPHER McCULLOUGH,                   )
      Defendant.                        )

## VERDICT ORDER

On February 24, 2005, a duly empaneled jury returned the following verdict:

*"We, the jury, find the defendant, Christopher McCullough, guilty of the offense of Burglary 1st degree, as charged in Count I of the indictment."*

*Tracy P. Smith*
*Foreperson*

*"We, the jury, find the defendant, Christopher McCullough, guilty of the offense of Theft of Property 2nd degree, as charged in Count II of the indictment."*

*Tracy P. Smith*
*Foreperson*

Based upon the verdict of the jury, it is hereby ORDERED ADJUDGED AND DECREED that the defendant is guilty of the offense of Burglary 1st degree and Theft of Property 2nd degree.

A sentencing/probation hearing is hereby scheduled in this matter on **April 6, 2005, at 9:00 a.m.** The Defendant is Ordered to be brought before the Court on that date. The Probation Officer is hereby directed to conduct a pre-sentence investigation prior to said sentencing hearing. Defendant shall be held without bond pending said hearing.

Let a copy of this Order issue to the defendant, counsel for the Defendant, the Office of the District Attorney, the Office of Probation and Parole and the Chambers County Sheriff's Office and Jail Administrator.

Signed this the 24th day of February, 2005.



FILED IN OFFICE THIS

FEB 2 4

CHARLES W. STORY

_____
TOM F. YOUNG, JR.
Circuit Judge