# EXHIBIT D1.

## Exhibit 1 to Stewart Affidavit - Plaintiff Christopher McCullough's entire Jail File.

—Part 4—

State Of Alabama
Unified Judicial Systems

Case Numbers

Form C-41

# ORDER OF COMMITMENT TO JAIL    <u>CC 2002-304</u>

## IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

v. _____    **Christopher McCullough**    _____ **, Defendant**

### TO THE JAILER OF THE CHAMBERS COUNTY DETENTION FACILITY

You are hereby ordered to receive into your custody the above named defendant,
charged with the offense(s) BURGLARY 1ST DEGREE & THEFT OF PROPERTY 2ND DEGREE
until he is legally discharged from your custody, by this court.

### REASON(S) FOR COMMITMENT
Guilty By Jury Verdict  Represented By: Pro-Se

### SENTENCE

### RETURN COURT DATE(S)

April 6th 2005 for Sentencing and Probation

**Date Sentenced**    **Jail Credit:**    **Sentence Begins:**

**DATE: February 24, 2005**

CHARLES W. STORY
CIRCUIT CLERK

IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

STATE OF ALABAMA )
) CC 02·304, 305
VS. )
)
CHRISTOPHER MCCULLOUGH )

## ORDER

The Chambers County Sheriff's Department is hereby **ORDERED** to obtain custody of the above witness in the above styled case from Department of Corrections and transport him to the Chambers County Detention Facility and maintain custody of him until such time as he appears in this matter on February 22, 2005 AT 9:00 AM CST.

It is further **ORDERED** that at the conclusion of the trial the Chambers County Sheriff's Department shall transport Christopher McCullough to the location from which he was obtained.

Done this 17th day of February, 2005.

Howard F. Bryan
Circuit Judge

AIS 174909/~233276~

Donaldson



Received in office this

FEB 1 7 2005

Sid Lockhart, Sheriff
Chambers Co. Sheriff's Dept.

EXECUTED THIS _____ DAY OF _____ 20___
BY HANDING A COPY OF THE WITHIN TO
_____
SID LOCKHART - SHERIFF
CHAMBERS COUNTY, ALABAMA
BY _____ D.S.



FILED IN OFFICE THIS

FEB 1 7 2005

CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY ALABAMA

K. Kilm, DA, SO, Jai

6847

D"

# ORDER OF COMMITMENT TO JAIL

IN THE  [ CIRCUIT / DISTRICT ]  COURT OF CHAMBERS COUNTY , ALABAMA
☐ STATE OF ALABAMA                      ☐ MUNICIPALITY OF ___

v. _Chris McCullough_____    DEFENDANT

TO THE JAILER OF CHAMBERS COUNTY DETENTION FACILITY, YOU ARE ORDERED TO
RECEIVE INTO YOUR CUSTODY THE ABOVE NAMED DEFENDANT, CHARGED WITH THE
FOLLOWING OFFENSE(S), UNTIL HE/SHE IS LEGALLY DISCHARGED FROM YOUR
CUSTODY BY THIS COURT.

Spud

| CASE # | FINE | COST | D.A. FEES | VCF | RESTITUTION | ATTY FEES | SENTENCE |
|--------|------|------|-----------|-----|-------------|-----------|----------|
| TR01-201368 | 20⁰⁰ | 178⁶⁰ | | | 30⁰⁰ DUS fee | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

TOTAL OF ALL FINES AND COST: $_____

SPECIAL INSTRUCTIONS:_____ PRObation Revoked

Def no pay no lay

Def MUST pay 30⁰⁰ to be released
Sec jail

| DATE SENTENCED | JAIL CREDIT | DATE SENTENCE BEGINS |
|----------------|-------------|----------------------|
| | | |

DATE _1/16/04_____

JUDGE / CLERK / MAGISTRATE

| CHAMBERS COUNTY DETENTION FACILITY | CLERK'S NOTICE OF RELEASE | CASE NUMBER |
|---|---|---|
| | | Tr-01-301308 |

IN THE _District_ COURT OF CHAMBERS COUNTY ALABAMA

_____ STATE OF ALABAMA    ___✓___ MUNICIPALITY _of Valley_

VS. _Chris McCullough_

TO THE CIRCUIT CLERK OF CHAMBERS COUNTY:
BE ADVISED THE ABOVE NAMED DEFENDANT HAS COMPLETED ALL THE JAIL TIME ORDERED.

REASONS FOR COMMITMENT: _PV Spending_

SENTENCE: _p/L # $96.⁰⁰ must pay $30.⁰⁰_

SENTENCE DATE: _1/16/04_    DATE COMPLETED: _4/22/04_

_✗_ DEFENDANT LAYED OUT FINES, COSTS, ETC.
_____ DEFENDANT GIVEN INSTRUCTIONS FOR PAYMENT OF FINES, COSTS, ETC.
_____ DEFENDANT HAS MEDICAL EXPENSES, BOND TO RETURN ON _____
_____ DEFENDANT HAS COURT ORDERED RESTITUTION, BOND TO RETURN ON _____

COMMENTS: _Released to DOC_

_3/26/04_
DATE

_[signature]_
OFFICER'S SIGNATURE

| State of Alabama<br>Unified Judicial System<br><br>Form C-41        Rev. 11/92 | **ORDER OF COMMITMENT TO JAIL** | **Case Number**<br>CC 2002-304 |

IN THE _____Circuit_____ COURT OF _____Chambers_____, ALABAMA
(Circuit, District or Municipal)                    (Name of County or Municipality)

☑ STATE OF ALABAMA

☐ MUNICIPALITY OF _____ v. __Chris M⁻ Cullough__
                                                                    **Defendant**

**TO THE JAILER OF** __Chambers County__ _____

You are ordered to receive into your custody the above-named defendant, charged with the offense(s) of _____ __Burglary 1ˢᵗ Degree__ _____ until he/she is legally discharged from your custody by this Court.

Reason(s) for Commitment: __Case continued return Defendant to__ __the penitentiary__ _____

Sentence: _____

_____        _____        _____
**Date Sentenced**                                      **Jail Credit**                              **Date Sentence Begins**

__3/1/2004__                                            __(signature)__
**Date**                                                         **Judge/Clerk/Magistrate**

**COURT RECORD** (Original)        **JAILER** (Copy)

FEB. 24. 2004  1:18PM    CHAMBERS CO SHERIFF
TO:JAIL

IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

STATE OF ALABAMA                    )
                                    )    CASE NO. CC 02-304
VS.                                 )
                                    )
CHRIS MCCULLOUGH                    )

## ORDER

It has been brought to the attention of the Court that the above named is present in the custody of the Alabama Department of Corrections. Said witness must be before this Court on **Monday, February 23, 2004 at 9:00 am CST.**

**IT IS ORDERED** that the Chambers County Sheriff's Office make arrangements with the Alabama Department of Corrections to transport the said witness to this County for testimony on the date and time indicated above. Upon the completion of this case, IT **IS ORDERED** that the Sheriff of Chambers County, Alabama, return custody to the Alabama Department of Corrections.

The Clerk of the Court is to mail a copy of this Order to counsel of record for the witness, the Office of the District Attorney, the Chambers County Sheriff's Office and the Department of Corrections.

SIGNED this 20th day of _February_, 2004.

_Howard F. Bryan_
Circuit Judge

EXECUTED THIS 24 DAY OF ___, 2004
BY HANDING A COPY OF THE WITHIN TO

SID LOCKHART - SHERIFF
CHAMBERS COUNTY, ALABAMA
BY ___ D.S.

FILED IN OFFICE This

FEB 2 0 2004

CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY ALABAMA

Received in office this

FEB 2 0 2004

Sid Lockhart, Sheriff
Chambers Co. Sheriff's Dept.

4:35 PM

```
                          AL   \MA DEPARTMENT OF CORRECTI  S           INST:   209
CBR716=3        6847      I..MATE SUMMARY AS OF 01/30/2004            CODE: CIADM
```

✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱

```
AIS: 00233276    INMATE: MCCULLOUGH, CHRISTOPHER          RACE: B  SEX: M

INST: 209 = CHAMBERS                        DORM:  00  JAIL CR: 001Y 10M 04D

DOB: 11/27/1972  SSN: 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

ADM DT: 01/21/2004 DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMIT FROM CRT W/O REV OF      STAT: NEW COMIT FROM CRT W/O REV OF

CURRENT CUST: OTW=9   CURRENT CUST DT: 01/21/2004  PAROLE REVIEW DATE: = NONE =

SECURITY LEVEL: NO CLASSIFICATION RECORD FOUND

SERVING UNDER ACT446 LAW IN CLASS IV       CURRENT CLASS DATE:   01/21/2004
INMATE IS EARNING = PROHIBITED FROM EARNING GOODTIME

COUNTY      SENT DT  CASE NO  CRIME                     JL=CR      TERM
CHAMBERS    01/21/04 N02000318 ATTEMPTED BURGLARY I     0669D 040Y 00M 00D CS
            ATTORNEY FEES = $005816    HABITUAL OFFENDER = N
            COURT COSTS  = $0000448    FINES = $0000000   RESTITUTION = $0000100

 TOTAL TERM       MIN REL DT     GOOD TIME BAL      GOOD TIME REV      LONG DATE
 040Y 00M 00D     03/16/2042     000Y 00M 00D       000Y 00M 00D       03/16/2042

INMATE LITERAL:
```
✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱

```
DETAINER WARRANTS SUMMARY
   INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
```
✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱

```
ESCAPEE=PAROLE SUMMARY

   INMATE CURRENTLY HAS NO PAROLE RECORDS

   INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

   INMATE HAS NO ESCAPES FROM ALABAMA D.O.C.
   SINCE O.B.S.C.I.S. RECORDING BEGAN IN 1978
```
✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱

```
DISCIPLINARY/CITATION SUMMARY

   INMATE CURRENTLY HAS NO DISCIPLINARY/CITATION RECORDS
```

```
ACR359                    ALABAMA JUDICIAL DATA CENTER
                                CHAMBERS COUNTY
                              TRANSCRIPT OF RECORD
                               CONVICTION REPORT
                                            CC 2002 000318.00 01
                                            ASSIGNED JUDGE
-------------------------------------------------------------------------
| CIRCUIT COURT OF CHAMBERS COUNTY            COURT ORI: 012015 J         |
|-----------------------------------------------------------------------|
| STATE OF ALABAMA      VS.                   DC NO: GJ 2002 000270.00    |
| MCCULLOUGH CHRISTOPHER       ALIAS:         G J:      270               |
| 604 S 1ST AVE                ALIAS:                                     |
| LANETT  AL  36863                           SID:      000000000         |
|                                             AIS:                        |
|-----------------------------------------------------------------------|
| DOB:  11/27/1972   SEX: M   HT: 0 00    WT: 000   HAIR:        EYE:     |
| RACE: ( )W (X)B ( )O   COMPLEXION: _____   AGE: ____  FEATURES: ____ |
|-----------------------------------------------------------------------|
| DATE OFFENSE: 00/00/0000  ARREST DATE: 08/26/2002  ARREST ORI: 0120000 |
|-----------------------------------------------------------------------|
| CHARGES & CONV   CITES            CT CL COURT ACTION        CA DATE     |
| ATTEMPT - BURGLARY 13A-004-002    01 B  CONVICTED          11/14/2003   |
|                                   00                       00/00/0000   |
|                                   00                       00/00/0000   |
|-----------------------------------------------------------------------|
| JUDGE: ASSIGNED JUDGE          PROSECUTOR:                             |
|-----------------------------------------------------------------------|
| PROBATION APPLIED    GRANTED  DATE   REARRESTED DATE  REVOKED  DATE    |
| ( )Y( )N  1/5/04   ( )Y( )N _____  ( )Y( )N _____   ( )Y( )N        |
|-----------------------------------------------------------------------|
| 15-18-8, CODE OF ALA 1975    IMPOSED   SUSPENDED    TOTAL   JAIL CREDIT |
| ( )Y (X)N  CONFINEMENT: 40 00 000  00 00 000  40 00 000  00 00 669     |
|            PROBATION  : 00 00 000              00 00 000                |
| DATE SENTENCED: 01/21/2004   SENTENCE BEGINS: 01/21/2004               |
|-----------------------------------------------------------------------|
| PROVISIONS                 COSTS/RESTITUTION         DUE      ORDERED   |
|                                                                        |
|  PENITENTIARY            RESTITUTION            $0.00       $0.00       |
|  CONCURR SENT            ATTORNEY FEE       $5815.74     $5815.74       |
|                          CRIME VICTIMS       $100.00      $100.00       |
|                          COST               $448.00      $448.00       |
|                          FINE                 $0.00        $0.00       |
|                          MUNICIPAL FEES       $0.00        $0.00       |
|                          DRUG FEES            $0.00        $0.00       |
|                          ADDTL DEFENDANT      $0.00        $0.00       |
|                          DA FEES              $0.00        $0.00       |
|                          COLLECTION ACCT      $0.00        $0.00       |
|                          JAIL FEES            $0.00        $0.00       |
|                                                                        |
|                          TOTAL             $6363.74     $6363.74       |
|-----------------------------------------------------------------------|
| APPEAL DATE       SUSPENDED       AFFIRMED        REARREST             |
| ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N             |
|-----------------------------------------------------------------------|
| REMARKS:                        THIS IS TO CERTIFY THAT THE           |
|                                 ABOVE INFORMATION WAS EXTRACTED        |
|                                 FROM OFFICIAL COURT RECORDS            |
|                                 AND IS TRUE AND CORRECT.               |
|                                                                        |
|                                                                        |
|                                     Charles Story                     |
|          COMPLETED                                                    |
|   DATE: 1.26.04                 CHARLES W. STORY                      |
|   BY: SW                          01/22/2004                          |
-------------------------------------------------------------------------
OPERATOR: RHM
PREPARED: 01/22/2004
```

IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

STATE OF ALABAMA            )
                            )
VS.                         )                    CASE NO. CC-02-318
                            )
CHRISTOPHER McCULLOUGH      )

## ORDER

The defendant appeared before the Court this date with counsel for Sentencing Hearing. The defendant was represented by Hon. Kyla Kelim.  The District Attorneys Office was represented by Hon. Bill Lisenby.

After consideration of all submissions, it is Ordered that the defendant be sentenced to the Department of Corrections for a term of forty (40) years.  The defendant is Ordered to pay all court costs.  The defendant is Ordered to reimburse the State of Alabama for court appointed attorney.  The defendant is Ordered to reimburse Chambers County for any medical expenses incurred on behalf of Defendant.  The defendant is Ordered to pay a Victims Compensation Fund Award of $100.00.

Let a copy of this Order issue to the defendant, counsel, the District Attorneys Office, the Office of Probation and Parole, and the Chambers County Sheriffs Department.

Signed this the 15th day of January, 2004.

RAY D. MARTIN
CIRCUIT JUDGE

FILED IN OFFICE THIS

JAN 2  2004

CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA

K. Kelim  DA  SO  Jail  Prob Dept.

IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

STATE OF ALABAMA         )
                               )

VS.                           )     CASE NO. CC-02-318
                               )

CHRISTOPHER McCULLOUGH   )

## ORDER

The hearing in the above cause shall be continued to January 15, 2004, at 9:00 a.m.

The Chambers County Sheriffs Department is Ordered to make arrangements with the Department of Corrections to transport the defendant to said hearing. Upon completion of hearing, the defendant shall be returned to the Department of Corrections.

Let a copy of this Order issue to the defendant, counsel, the District Attorneys Office, the Office of Probation and Parole, and the Chambers County Sheriffs Department.

Signed this the 16th day of December, 2003.



RAY D. MARTIN
CIRCUIT JUDGE

FILED IN OFFICE THIS

DEC 1 8 2003

CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA

K. Kelm, DA, So Jail, Prob Dept

# ORDER OF COMMITMENT TO JAIL

IN THE  [ CIRCUIT / DISTRICT ]  COURT OF CHAMBERS COUNTY , ALABAMA
☐ STATE OF ALABAMA          ☐ MUNICIPALITY OF _____

V. _Chris McCullough_ _____, DEFENDANT

TO THE JAILER OF CHAMBERS COUNTY DETENTION FACILITY. YOU ARE ORDERED TO RECEIVE INTO YOUR CUSTODY THE ABOVE NAMED DEFENDANT, CHARGED WITH THE FOLLOWING OFFENSE(S), UNTIL HE/SHE IS LEGALLY DISCHARGED FROM YOUR CUSTODY BY THIS COURT.

Spec

| CASE # | FINE | COST | D.A. FEES | VCF | RESTITUTION | ATTY FEES | SENTENCE |
|--------|------|------|-----------|-----|-------------|-----------|----------|
| TR01-20B08 | 20⁰⁰ | 178⁰⁰ | | | 30⁰ plus fee | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

228⁰⁰

TOTAL OF ALL FINES AND COST: _$_____

SPECIAL INSTRUCTIONS:_____ Probation Revoked

_____ Def no pay no day

_____ Def must pay 30⁰ to be released or sa Sun

| DATE SENTENCED | JAIL CREDIT | DATE SENTENCE BEGINS |
|----------------|-------------|----------------------|

DATE  _1/16/04_

JUDGE / CLERK / MAGISTRATE

State of Alabama
Unified Judicial System

**ORDER OF COMMITMENT TO JAIL**

Case Number

*CC 02-318*

Form C-41    Rev. 11/92

IN THE _____ (Circuit, District, or Municipal) _____ COURT OF _____ *Chambers* _____ ALABAMA
(Name of Municipality or County)

☐ STATE OF ALABAMA        ☐ MUNICIPALITY OF _____

v. _____ *Christopher McCullagh* _____ , Defendant

TO THE JAILER OF _____ *Chambers Co.* _____

You are ordered to receive into your custody the above-named defendant, charged with the offense(s) of _____ *Att Burg 1st* _____

until he/she is legally discharged from your custody by this court.

Reason(s) for Commitment: _____

Sentence: *Sentencing — 40 yrs*
*Cost, Atty fee, VC, Medical extend*

| Date Sentenced | Jail Credit | Date Sentence Begins |
|---|---|---|
|  |  |  |

Date  *1-15-04*

Judge/Clerk/Magistrate  *Charles Story*

COURT RECORD (Original)        JAILER (Copy)

# ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | R84 Completed |
|---|---|
| ☐ Yes | ☐ Yes |
| ☒ No | ☐ No |

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

## IDENTIFICATION

| 1 ORI # | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0 1 2 0 0 0 | Canett Police Department | 0 4 0 1 0 0 2 4 0 | |

5 LAST, FIRST, MID: LE NAME: McCulough, Christopher Cornelious
6 ALIAS AKA:

| 7 SEX | 8 RACE | 9 HGT. | 10 WGT. | 11 EYE | 12 HAIR | 13 SKIN | 14 |
|---|---|---|---|---|---|---|---|
| ☒M ☐F | ☒1W ☐2B ☐3A | 5-1 | 150 | BRO | BLK | MED | |

☐1 SCARS  ☐2 MARKS  ☐3 TATOOS  ☐4 AMPUTATIONS

15 PLACE OF BIRTH (CITY, COUNTY, STATE): Valley, Chambers, AL
16 SSN: 4 1 6 1 1 1 1 4 3 2 8
17 DATE OF BIRTH: 1 1 2 7 7 2
18 AGE: 31
19 MISCELLANEOUS ID #

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| 24 FBI # | HENRY CLASS | | | | | | | 25 IDENTIFICATION COMMENTS | |
| | NCIC CLASS | | | | | | | | |

26 ☐1 RESIDENT  ☒ NON–RESIDENT
27 HOME ADDRESS (STREET, CITY, STATE, ZIP): 135 S. 18th St Canett, AL.
28 RESIDENCE PHONE: ( ) NONE
29 OCCUPATION (BE SPECIFIC): N/A

30 EMPLOYER (NAME OF COMPANY/SCHOOL): Unemployed
31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP):
32 BUSINESS PHONE: ( )

## ARREST

33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP): Chambers County Jail
34 SECTOR #: 1919
35 ARRESTED FOR YOUR JURISDICTION? ☒ YES  ☐ NO
☐1 IN STATE  ☐2 OUT OF STATE AGENCY

| 36 CONDITION OF ARRESTEE: | ☐1 DRUNK ☒2 SOBER ☐3 DRINKING ☐4 DRUGS | 37 RESIST ARREST? ☐1 YES ☒2 NO | 38 INJURIES? ☐1 OFFICER ☐2 OTHER | ☐3 NONE | 39 ARMED? ☐Y ☒N | 40 DESCRIPTION OF WEAPON ☐1 HANDGUN ☐2 RIFLE ☐3 SHOTGUN ☐4 OTHER FIREARM ☐5 OTHER WEAPON |
|---|---|---|---|---|---|---|

41 DATE OF ARREST: 0 4 1 1 9 0 4
42 TIME OF ARREST: 22:37  ☐1 AM. ☒2 PM ☐3 MIL.
43 DAY OF ARREST: ☐S ☒M ☐T ☐W ☐T ☐F ☐S
44 TYPE ARREST ☒1 ON VIEW ☐2 ON CALL ☐3 WARRANT
45 ARRESTED BEFORE? ☐1 YES ☐2 NO ☐3 UNKNOWN

47 CHARGE–1 ☐1 FEL ☒2 MISD: Probation Violation
48 UCR CODE:

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED | | | 49 CHARGE–2 ☐1 FEL ☐2 MISD | 49a UCR CODE |
|---|---|---|---|---|---|---|
| | | 0 5 0 9 0 3 | | | | |
| 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | | | | 55 DATE ISSUED | |
| | | | | | M D Y | |

56 CHARGE–3 ☐1 FEL ☐2 MISD
57 UCR CODE:
58 CHARGE–4 ☐1 FEL ☐2 MISD
59 UCR CODE:

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|

66 ARREST DISPOSITION: ☐1 HELD ☐2 BAIL ☐3 RELEASED ☐4 TOT—LE ☐5 OTHER
67 IF OUT ON RELEASE WHAT TYPE?
68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME)
69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME)

## VEHICLE

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO | TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|---|
| 79 VIN | | | | | | 78 IMPOUNDED? ☐1 YES ☒2 NO | 80 STORAGE LOCATION/IMPOUND # | |

81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED

☐ CONTINUED IN NARRATIVE

## JUVENILE

82 JUVENILE DISPOSITION: ☐1 HANDLED AND RELEASED ☐2 REF. TO JUVENILE COURT ☐3 REF. TO WELFARE AGENCY ☐4 REF. TO OTHER POLICE AGENCY ☐5 REF. TO ADULT COURT
83 RELEASED TO

84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME)
85 ADDRESS (STREET, CITY, STATE, ZIP)
86 PHONE ( )

87 PARENTS EMPLOYER
88 OCCUPATION
89 ADDRESS (STREET, CITY, STATE, ZIP)
89 PHONE ( )

## RELEASE

| 91 DATE AND TIME OF RELEASE M D Y : ☐1 AM ☐2 PM ☐3 MIL. | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|

95 RELEASED TO:
96 AGENCY/DIVISION
97 AGENCY ADDRESS

98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐1 YES ☐2 NO ☐3 PARTIAL
99 PROPERTY NOT RELEASED/HELD AT:
100 PROPERTY #

101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE)

LOCAL USE

STATE USE

102 SIGNATURE OF RECEIVING OFFICER
103 SIGNATURE OF RELEASING OFFICER

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | ADDITIONAL CASES CLOSED NARRATIVE ☐Y ☐N |
|---|---|---|---|---|---|---|---|

111 ARRESTING OFFICER (LAST, FIRST, M.): Carter, Richard S
112 ID #: 115
113 ARRESTING OFFICER (LAST, FIRST, M.):
114 ID #
115 SUPERVISOR ID #
116 WATCH CMDR. ID #

**TYPE OR PRINT IN BLACK INK ONLY**

ACJIC—34 REV. 10-90

ORIGINAL
# WARRANT FOR ARREST OF PROBATIONER
## CHAMBERS COUNTY ALABAMA

CHAMBERS COUNTY           OFFENSE: Speeding
        vs.                    DOCKET : LTR-01-1308
Chris C. McCullough          WARRANT #

To any lawful Officer of the State of Alabama GREETINGS:

Whereas, on the 12th day of February _____ 2002

the Court of Chambers County sentenced

                Chris C. McCullough
of the following address:   604 S. 1st Avenue
                Lanett, Alabama 36863

to a sentence of probation, and;

Whereas, said Defendant is charged with violating his/her probation, in willful disregard of a Court Order, specifically as follows: The defendant is in violation of CONDITION # 1, in that, he/she is $30.00 in arrears on his/her supervision fee. The defendant is in violation of CONDITION # 4, in that, he/she failed to report as directed on 04/25/03. Further, the defendant is in arrears on court fine resulting in balance of $176.00. The defendant is $22.00 in arrears on a writ fee.

You are therefore commanded in the name of Chambers County to arrest said defendant and to commit him/her to the Chambers County jail, and safely hold him/her until further order of the Judge of the Chambers County Court, Chambers County, or until he/she may be returned to this Court, there to answer a charge of violating the conditions of probation as specified above.

Issued this 1st day of May _____ 2003 .

_____
Judge Joel G. Holley
Chambers County Court

_____
Probation Officer



IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

STATE OF ALABAMA      )

                                  )

VS.                     )     CASE NO. CC-02-318

                                  )

CHRISTOPHER McCULLOUGH   )

## ORDER

The hearing in the above cause shall be continued to January 15, 2004, at 9:00 a.m.

The Chambers County Sheriffs Department is Ordered to make arrangements with the Department of Corrections to transport the defendant to said hearing. Upon completion of hearing, the defendant shall be returned to the Department of Corrections.

Let a copy of this Order issue to the defendant, counsel, the District Attorneys Office, the Office of Probation and Parole, and the Chambers County Sheriffs Department.

Signed this the 16th day of December, 2003.

RAY D. MARTIN
CIRCUIT JUDGE

Received in office this

DEC 2 3 2003

Sid Lockhart, Sheriff
Chambers Co. Sheriff's Dept.

FILED IN OFFICE THIS

DEC 1 8 2003

CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA

K. Kelm, DA, SO, Jail, Prob Dept

*McCollough, Christopher*

ATTACHMENT I-1

MY SIGNATURE BELOW ACKNOWLEDGES THAT I HAVE BEEN ADVISED NOT TO ALLOW ANY INMATE RETURNING TO WILLIAM E. DONALDSON FROM COURT TO BRING BACK ANYTHING OTHER THAN WHAT WILLIAM E. DONALDSON ALLOWED THEM TO TAKE TO COURT.

ALL ITEMS PURCHASED AT THE COUNTY JAIL MUST BE CONSUMED OR USED BEFORE RETURNING TO WILLIAM E. DONALDSON.  ALL CASH MONEY WILL BE SPENT OR DISPOSED OF BEFORE RETURNING TO WILLIAM E. DONALDSON.

BY MY SIGNATURE BELOW, I UNDERSTAND THAT ALTHOUGH I AM BEING TRANSFERRED TO ___Chambers Co Ct___, I AM A DEPARTMENT OF CORRECTIONS INMATE AND SUBJECT TO ALL THE RULES AND REGULATIONS OF THE DEPARTMENT OF CORRECTIONS.  SHOULD I VIOLATE ANY OF THESE RULES OR REGULATIONS, I WILL BE SUBJECTED TO DISCIPLINARY ACTION BY STATE AUTHORITIES ON MY RETURN TO A STATE FACILITY.

___Chris McCollough___ 174909    ___Ronald Ray DS___
INMATE SIGNATURE        AIS#      DEPUTY OR TRANSFER AGENT DATE
                SIGNATURE

___Thaddeus J Smith COT___  1-14-04
WITNESS                 DATE

*ITEMS THAT CAN BE TAKEN TO COURT:

| | | |
|---|---|---|
| ONE WRITING TABLET | | |
| ONE INK PEN/PENCIL | (2) UNDERWEAR | (2) T-SHIRTS |
| STAMPS | (2) SOCKS | (1) DEODORANT |
| ADDRESS BOOKLET | (1) TOOTHPASTE | (1) TOOTHBRUSH |
| | LEGAL MATERIAL | |

7-12-18

6847

IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

STATE OF ALABAMA                    )
                                    )
                                    )          CASE NO. CC-02-304, 312, 318, 325
VS.                                 )
                                    )
CHRIS McCULLOUGH                    )

### ORDER

It has been brought to the attention of the Court that the above defendant is scheduled to appear before the Court on November 13, 2003, at 9:00 a.m.

The Chambers County Sheriffs Department is Ordered to make arrangements with the Department of Corrections to transport the defendant to said hearing. Upon completion of the hearing, the defendant shall be returned to the Department of Corrections.

Let a copy of this Order issue to the defendant, counsel, the District Attorneys Office, the Chambers County Sheriffs Department, and the Department of Corrections.

Signed this the 3rd day of November, 2003.

RAY D. MARTIN
CIRCUIT JUDGE



FILED IN OFFICE THIS

NOV    4 2003

CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA

K. Kelim. DA. SO, Jail, DOC, C. McCullou

| State of Alabama<br>Unified Judicial System<br><br>Form C-41    Rev. 11/92 | ORDER OF COMMITMENT TO JAIL | Case Number<br>CC-02318 |
|---|---|---|

IN THE _____ COURT OF _____ ALABAMA
      (Circuit, District, or Municipal)            (Name of Municipality or County)

☐ STATE OF ALABAMA    ☐ MUNICIPALITY OF _____

v. _Christopher McCullough_ _____ , Defendant

*Sentenced Dec 16*

TO THE JAILER OF _Chambers County_   *HOLD*

You are ordered to receive into your custody the above-named defendant, charged with the offense(s) of _Attp. Burglary 1st degree_

until he/she is legally discharged from your custody by this court.

Reason(s) for Commitment: _Jury Verdict Guilty._

Sentence: _Set Dec. 16 2003 1:00 P.M._

| Date Sentenced | Jail Credit | Date Sentence Begins |
|---|---|---|
| | | |

_11-14-2003_ _____
Date

_____
Judge/Clerk/Magistrate

COURT RECORD (Original)      JAILER (Copy)

IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

STATE OF ALABAMA    )
          )  CASE NO. CC 02-312,318
VS.         )
          )
CHRISTOPHER McCULLOUGH )

## ORDER

It has been brought to the attention of the Court that Billy Norris, AIS #225773, a witness in the above styled case may be presently in the custody of the Draper Correctional Facility, and said witness must be before this Court to provide testimony on behalf of the State on November 4, 2003, at 9:00 a.m. CST.

**IT IS ORDERED** that the Chambers County Sheriff's Office make arrangements with the Draper Correctional Facility to transport the said witness to this County for trial on the date and time indicated above. Upon the completion of the trial scheduled in this case, **IT IS ORDERED** that the Sheriff of Chambers County, Alabama, return custody of the witness to the Draper Correctional Facility.

The Clerk of the Court is to mail a copy of this Order to counsel of record for the defendant, the Office of the District Attorney, the Chambers County Sheriff's Office and the Department of Corrections.

SIGNED this _16th_ day of _October_, 2003.

_Howard F. Bryan_
Circuit Judge

FILED IN OFFICE THIS

OCT 1 6 2003

CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA

IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

STATE OF ALABAMA                    )
                                    )
                                    )      CASE NO. CC-02-304, 312, 318, 325
vs.                                 )
                                    )
CHRIS McCULLOUGH                    )

## ORDER

It has been brought to the attention of the Court that the above defendant is scheduled to appear before the Court on November 13, 2003, at 9:00 a.m.

The Chambers County Sheriffs Department is Ordered to make arrangements with the Department of Corrections to transport the defendant to said hearing. Upon completion of the hearing, the defendant shall be returned to the Department of Corrections.

Let a copy of this Order issue to the defendant, counsel, the District Attorneys Office, the Chambers County Sheriffs Department, and the Department of Corrections.

Signed this the 3rd day of November, 2003.

Ray D. Martin
RAY D. MARTIN
CIRCUIT JUDGE

174989

Donaldson

11/27/72



FILED IN OFFICE THIS

NOV   4 2003

CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA

K. Kelm, DA, SO, Jail, DOC, C. McCullough

| CHAMBERS COUNTY DETENTION FACILITY | CLERK'S NOTICE OF RELEASE | CASE NUMBER |
|---|---|---|
| | | *TR-01-361282* |

IN THE _____*Dist*_____ COURT OF CHAMBERS COUNTY ALABAMA

_____ STATE OF ALABAMA       _____ MUNICIPALITY *Vel*

VS. _____

TO THE CIRCUIT CLERK OF CHAMBERS COUNTY:
BE ADVISED THE ABOVE NAMED DEFENDANT HAS COMPLETED ALL THE JAIL TIME ORDERED.

REASONS FOR COMMITMENT: *Chris C. McCullough* _____

_____

_____

_____

SENTENCE: *P/L 174.00* _____

_____

_____

SENTENCE DATE: *3/22/02* DATE COMPLETED: _____

_____ DEFENDANT LAYED OUT FINES, COSTS, ETC.
_____ DEFENDANT GIVEN INSTRUCTIONS FOR PAYMENT OF FINES, COSTS, ETC.
_____ DEFENDANT HAS MEDICAL EXPENSES, BOND TO RETURN ON _____
_____ DEFENDANT HAS COURT ORDERED RESTITUTION, BOND TO RETURN ON _____
       _____

COMMENTS: _____

_____

_____

_____

*8/6/03*
_____
DATE                    OFFICER'S SIGNATURE

# IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

STATE OF ALABAMA,           )
      Plaintiff,            )
                       )
vs.                      )     Case No. CC-02-189
                       )
CHRISTOPHER McCULLOUGH,   )
      Defendant.        )

## ORDER

This matter coming before the Court on a Motion to Withdraw filed by Steve R. Morris and the Court having considered the same, it is ORDERED that said motion is granted. Mr. Steve R. Morris is allowed to withdraw as counsel for the Defendant.

The Court hereby appoints Mr. Greg Ward as counsel for the Defendant in the appeal of this matter.

The Clerk of the Court is directed to mail a copy of this Order to the Office of the District Attorney, Mr. Steve R. Morris, Mr. Greg Ward and the Defendant.

DONE this the 20th day of February, 2003.

                                TOM F. YOUNG, JR.
                                Circuit Judge

**FILED IN OFFICE THIS**

FEB 20 2003

CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS

# IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

STATE OF ALABAMA,        )
     Plaintiff,           )
                    )
vs.                  )     Case No. CC-02-189
                    )
CHRISTOPHER McCULLOUGH,  )
     Defendant.        )

## <u>ORDER</u>

This matter coming before the Court on a Motion for New Trial filed by the Defendant and the Court having considered the same, said Motion for New Trial is DENIED.

The Clerk of the Court is directed to mail a copy of this Order to the Office of the District Attorney and to counsel for the Defendant.

DONE this the 20th day of February, 2003.

                         TOM F. YOUNG, JR.
                         Circuit Judge



FILED IN OFFICE THIS

FEB 20 2003

CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA

```
                        ALABAMA DEPARTMENT OF CORRECTIONS          INST:   209
CBR716-3                INMATE SUMMARY AS OF 01/29/2003            CODE: CIADM
```

*******************************************************************************

AIS: 00174909A    INMATE: MCCOLLOUGH, CHRISTOPHER C        RACE: B   SEX: M

INSTITUTION: 209 - CHAMBERS                    JAIL CR: 000Y 09M 25D

DOB: 11/27/1972  SSN: 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

ALIAS: "RAT",                        ALIAS: MCCOLLOUGH, C CORNEL

ADM DT: 01/07/2003 DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMIT FROM CRT W/O REV OF      STAT: NEW COMIT FROM CRT W/O REV OF

CURRENT CUST: OTW-9  CURRENT CUST DT: 01/07/2003  PAROLE REVIEW DATE: - NONE -

SECURITY LEVEL: NO CLASSIFICATION RECORD FOUND

SERVING UNDER ACT446 LAW IN CLASS IV        CURRENT CLASS DATE:   01/07/2003
INMATE IS EARNING : PROHIBITED FROM EARNING GOODTIME

```
COUNTY      SENT DT  CASE NO. CRIME
CHAMBERS   01/07/03 N02000189 BURGLARY I              JL-CR     TERM
                                                      0295D 015Y 00M 00D CS
            COURT COSTS  : $0000390    FINES : $0000000  RESTITUTION : $0001575
CHAMBERS   01/07/03 N02000189 THEFT OF PROPERTY II    0295D 010Y 00M 00D CC

 TOTAL TERM      MIN RELI DT     GOOD TIME BAL     GOOD TIME REV     LONG DATE
 015Y 00M 00D    03/11/2017      000Y 00M 00D      000Y 00M 00D      03/11/2017
```

INMATE LITERAL:
*******************************************************************************

DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
*******************************************************************************

ESCAPEE-PAROLE SUMMARY

    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE HAS NO ESCAPES FROM ALABAMA D.O.C.
    SINCE D.B.S.C.I.S. RECORDING BEGAN IN 1978
*******************************************************************************

DISCIPLINARY/CITATION SUMMARY

    INMATE CURRENTLY HAS NO DISCIPLINARY/CITATION RECORDS

```
ACR359                    ALABAMA JUDICIAL DATA CENTER
                               CHAMBERS COUNTY
                            TRANSCRIPT OF RECORD
                             CONVICTION REPORT
                                            CC 2002 000189.00 02
                                              ASSIGNED JUDGE
```

| | |
|---|---|
| CIRCUIT COURT OF CHAMBERS COUNTY | COURT ORI: 012015 J |

```
  STATE OF ALABAMA        VS.              DC NO: GJ 2002 000272.00
  MCCULLOUGH CHRISTOPHER C   ALIAS:        G J:   272.73.74
  604 S 1ST AVE             ALIAS:         SSN:   416114328
  LANETT AL  36863                         SID:   000000000
                                           AIS:
```

```
  DOB: 11/27/1972   SEX: M   HT: 5 11   WT: 155  HAIR:        EYE:
  RACE: ( )W (X)B ( )O   COMPLEXION: _____  AGE: ____  FEATURES: _____
```

```
  DATE OFFENSE: 00/00/0000  ARREST DATE: 03/19/2002  ARREST ORI: AST4300
```

```
  CHARGES # CONV    CITES           CT CL COURT ACTION        CA DATE
  BURGLARY 1ST DEGRE 13A-007-005    01 A  CONVICTED          11/07/2002
  THEFT OF PROP 2ND  13A-008-004    01 C  CONVICTED          11/07/2002
  REC STOLEN PROP 2N 13A-008-018    01 C  NOL PRS/DA MOTION  11/07/2002
```

```
  JUDGE: ASSIGNED JUDGE           PROSECUTOR:
```

```
  PROBATION APPLIED  GRANTED DATE   REARRESTED DATE   REVOKED  DATE
  ( )Y( )N  11/7/02 ( )Y( )N 1/7/03 ( )Y( )N _____  ( )Y( )N _____
```

```
  15-18-8  CODE OF ALA 1975  IMPOSED   SUSPENDED    TOTAL    JAIL CREDIT
  ( )Y (X)N   CONFINEMENT: 15 00 000  00 00 000  15 00 000  00 00 295
              PROBATION:   00 00 000  00 00 000
  DATE SENTENCED: 01/07/2003   SENTENCE BEGINS: 01/07/2003
```

```
  PROVISIONS               COSTS/RESTITUTION        DUE       ORDERED

    PENITENTIARY           RESTITUTION          $1475.00    $1475.00
    CONCURR SENT           ATTORNEY FEE            $0.00       $0.00
                           CRIME VICTIMS         $100.00     $100.00
                           COST                  $390.00     $390.00
                           FINE                    $0.00       $0.00
                           MUNICIPAL FEES          $0.00       $0.00
                           DRUG FEES               $0.00       $0.00
                           ADDTL DEFENDANT         $0.00       $0.00
                           DA FEES                 $0.00       $0.00
                           COLLECTION ACCT       $589.50     $589.50
                           JAIL FEES               $0.00       $0.00

                           TOTAL                $2554.50    $2554.50
```

```
  APPEAL DATE     SUSPENDED      AFFIRMED        REARREST
  ( )Y( )N _____ ( )Y( )N _____ ( )Y( )N _____ ( )Y( )N _____
```

```
  REMARKS:                     THIS IS TO CERTIFY THAT THE
    Ct 2 10yrs CC              ABOVE INFORMATION WAS EXTRACTED
                               FROM OFFICIAL COURT RECORDS
                               AND IS TRUE AND CORRECT.


                               Charles Story
                               CHARLES W. STORY

                               01/16/2003
```

```
OPERATOR: RHM
PREPARED: 01/16/2003
```

DC 02 200148

| State of Alabama<br>Unified Judicial System<br><br>Form C-41     Rev. 11/92 | ORDER OF COMMITMENT TO JAIL | Case Number<br><br>CC 02-17 |
|---|---|---|

IN THE _____ COURT OF ___Chambers___ ALABAMA

(Circuit, District, or Municipal)     (Name of Municipality or County)

☐ STATE OF ALABAMA     ☐ MUNICIPALITY OF _____

v. ___Christopher McCullough___ , Defendant

---

**TO THE JAILER OF** ___Chambers Co.___

You are ordered to receive into your custody the above-named defendant, charged with the

offense(s) of ___Burglary 1st___

until he/she is legally discharged from your custody by this court.

Reason(s) for Commitment: _____

Sentence: ___Sentence 15 years Prob denied___

___Ct 2 10 years ee Prob denied___

| Date Sentenced | Jail Credit | Date Sentence Begins |
|---|---|---|
| | | |

Date ___Jan 7, 2003___     Judge/Clerk/Magistrate ___Charles Story___

___mv___

COURT RECORD (Original)     JAILER (Copy)

## IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

STATE OF ALABAMA,             )
       Plaintiff,            )
                          )
vs.                         )      CASE NO. CC-02-189
                          )
CHRISTOPHER McCULLOUGH,   )
       Defendant.        )

### VERDICT ORDER

On November 7, 2002, a duly empaneled jury returned the following verdict:

*"We, the jury, find the defendant, Christopher McCullough, guilty of the offense of Burglary in the first degree, as charged in the indictment."*

*Marcus K. Underwood*
*Foreperson*

*"We, the jury, find the defendant, Christopher McCullough, guilty of the offense of Theft of Property in the second degree, as embraced in the indictment."*

*Marcus K. Underwood*
*Foreperson*

*"We, the jury, find the defendant, Christopher McCullough, not guilty of the offense of Receiving Stolen Property in the second degree, as charged in the indictment."*

*Marcus K. Underwood*
*Foreperson*

Based upon the verdict of the jury, it is hereby ORDERED ADJUDGED AND DECREED that the defendant is guilty of the offenses of Burglary in the first degree and Theft of Property in second degree.

The defendant is Ordered to appear before the Court on January 7, 2003, at 9:00 a.m. for Sentencing and Probation Hearing. The Office of Probation and Parole is instructed to prepare a pre-sentence report. Upon oral motion of the State of Alabama, Defendant's bond in this matter is hereby revoked.

Let a copy of this Order issue to the defendant, counsel for the Defendant, the Office of the District Attorney, and the Office of Probation and Parole, and the Chambers County Jail.

Signed this the 7th day of November, 2002.

TOM F. YOUNG, JR.
Circuit Judge

# ORDER OF COMMITMENT TO JAIL

IN THE [ CIRCUIT / DISTRICT ] COURT OF CHAMBERS COUNTY , ALABAMA
☐ STATE OF ALABAMA          ☐ MUNICIPALITY OF _____

V. _Christopher Mc.Cullough_ _____, DEFENDANT

TO THE JAILER OF CHAMBERS COUNTY DETENTION FACILITY. YOU ARE ORDERED TO RECEIVE INTO YOUR CUSTODY THE ABOVE NAMED DEFENDANT, CHARGED WITH THE FOLLOWING OFFENSE(S), UNTIL HE/SHE IS LEGALLY DISCHARGED FROM YOUR CUSTODY BY THIS COURT.

| CASE # | FINE | COST | D.A. FEES | VCF | RESTITUTION | ATTY FEES | SENTENCE |
|--------|------|------|-----------|-----|-------------|-----------|----------|
| CC 02-189 | | | | | | | |
| | | | | | | | |
| Guilty By Jury Verdict. | | | | | | | |
| Burglary 1st Degree | | | | | | | |
| Theft of Property 2nd | | | | | | | |
| | | | | | | | |

TOTAL OF ALL FINES AND COST: $ _____

SPECIAL INSTRUCTIONS: _No Bonds Sentencing on Jan._
_7 2003 At 9:00 A.m C.T._

| DATE SENTENCED | JAIL CREDIT | DATE SENTENCE BEGINS |
|----------------|-------------|----------------------|

_11-7-02_
DATE

_[signature]_
JUDGE / CLERK / MAGISTRATE

COURT RECORD (ORIGINAL)          JAILER (COPY)

State of Alabama
Unified Judicial System

**ORDER OF COMMITMENT TO JAIL**

Case Number
CC: 02 -189
304
312
318
325

Form C-41    Rev. 11/92

IN THE _____ (Circuit, District, or Municipal) _____ COURT OF _____ CHAMBERS _____ ALABAMA
(Name of Municipality or County)

☒ STATE OF ALABAMA    ☐ MUNICIPALITY OF _____

v. _Christopher McCullough_    _Christopher McCullough_, Defendant

TO THE JAILER OF _Chambers Co_

You are ordered to receive into your custody the above-named defendant, charged with the offense(s) of _____

_____

until he/she is legally discharged from your custody by this court.

Reason(s) for Commitment: _WAIVER_
_Att. Steve Morris_

_____

_____

Sentence: _Return 10-17-02_

| Date Sentenced | Jail Credit | Date Sentence Begins |
|---|---|---|
| | | |

_9-23-02_
Date

_____
Judge/Clerk/Magistrate

COURT RECORD (Original)        JAILER (Copy)

Grand Jury No. _198,505_ _99,501_

A TRUE BILL: .....

_Joseph F. Chappel_
Foreman

Filed in open Court on the

AUG 2 2 2002

in the presence of the Grand Jury.

_Charles W. Sto._

Presented to the presiding Judge in open Court in
the presence of the Foreman of the Grand Jury, in the presence

_16_

Grand Jurors, and filed by order of the Court

_____ day of _AUG 2 2 2002_

_Charles W. Story_

★ Bail fixed at $ _50,000.00 CASH_

this _____ day of _AUG 2 2 2002_

Judge Pres

_CASH BOND ONLY_

★

---

No. _CC02 335_

THE STATE OF ALABAMA

CHAMBERS     COUNTY

CIRCUIT COURT

FALL     Term, 20 _02_

THE STATE
vs.

CHRIS MCCULLOUGH, ALIAS

BILLY NORRIS, ALIAS

INDICTMENT

BURGLARY FIRST DEGREE

THEFT OF PROPERTY
FIRST DEGREE

No Prosecutor

WITNESSES:

JEFF BLACKSTONE

DANNY HUDSON

---

T   STATE    LABAM

_____ COUNTY

Circuit Court, _____ Term, 20 _____

To the Sheriff of said County:
   I hereby certify that this is a true and complete copy of
the Indictment presented to the Court by the Grand Jury of
Said County against

_____

charged with
together with all endorsements on said Indictment, and

that the trial is set for _____ 20 _____

or
his counsel.

Witness my hand, this _____ 20 _____

_____, Clerk

I hereby certify that i have received above stated copy
of Indictment from the Circuit Court Clerk of said County
and served same on

_____

at _____ o'clock _____ M. _____ 20 _____

_____, Sheriff

_____, D.S.

INDICTMENT

## THE STATE OF ALABAMA, CHAMBERS COUNTY

## CIRCUIT COURT, FALL TERM, 2002

The Grand Jury of Said County charges that before the finding of this Indictment, Christopher McCullough, alias and Billy Norris, alias, whose names are otherwise unknown to the Grand Jury, did, with the intent to commit the crime of burglary first degree (Section 13A-7-5 of the Code of Alabama), attempt to commit said offense by attempting to knowingly and unlawfully enter or remain unlawfully in a dwelling of another, to-wit: Mike Gragg, with intent to commit a crime therein, to-wit: theft, and while effecting entry or while in the dwelling or in immediate flight therefrom, the said Christopher McCullough and/or Billy Norris was armed with an explosive or deadly weapon, to-wit: a pistol, a further description of which is otherwise unknown the Grand Jury, in violation of Section 13A-4-2 of the Code of Alabama, against the peace and dignity of the State of Alabama.

_Rea S Clark_

District Attorney of the Fifth Judicial Circuit

AV60905

ALABAMA JUDICIAL DATA CENTER
CHAMBERS      COUNTY

ORDER FOR SERVICE AND RETURN

DV 2002 001009.00
JOEL G. HOLLEY

IN THE DISTRICT COURT OF  CHAMBERS      COUNTY

W GREGORY WARD    VS  CHRIS MCCULLOUGH

SERVE ON:  D001

MCCULLOUGH CHRIS
1108 E 1ST AVE

LANETT        ,AL  36863-0000

NOTES:

NOTICE OF EVICTION ACTION

TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
          YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
          TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.

03/21/2002  DATE          CLERK: CHARLES W. STORY        BY:_____
                                 CHAMBERS CO. COURTHOUSE
                                 LAFAYETTE  AL  36862
                                 (334)864-4348

I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
    DOCUMENT IN _____  COUNTY, ALABAMA
    TO:

_____                _____
                                        SIGNATURE OF SERVER

_____                _____

NAME / ADDRESS ABOVE                    DATE

OPERATOR: GLM
PREPARED: 03/21/2002

## ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | R84 Completed |
|---|---|
| ☐ Yes | ☐ Yes |
| ☐ No | ☐ No |

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

### IDENTIFICATION

| 1 ORI # | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0 1 2 0 0 0 2 | CHAMBERS COUNTY SHERIFFS DEPARTMENT | | |

5 LAST, FIRST, MIDDLE NAME
**McCULLOUGH, CHRISTOPHER CORNELIUS**

6 ALIAS AKA

| 7 SEX ☐M ☐F | RACE ☑1 W ☐3 A ☐2 B ☐4 I | 9 HGT. 511 | 10 WGT. 155 | 11 EYE BRO | 12 HAIR BLK | 13 SKIN DRK | 14 | ☐1 SCARS | ☐2 MARKS | ☐3 TATTOOS | ☐4 AMPUTATIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|

| 5 PLACE OF BIRTH (CITY, COUNTY, STATE) VALLEY, CHAMBERS, AL | 15 SSN 4 1 6 - 1 1 - 4 3 2 8 | 17 DATE OF BIRTH 1 1 2 7 7 2 | 18 Age 29 | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL# 6975692 | 23 ST AL |
|---|---|---|---|---|---|---|---|---|---|

| 24 FBI # | HENRY CLASS | | 25 IDENTIFICATION COMMENTS |
|---|---|---|---|
| | NCIC CLASS | | |

| 26 ☑ RESIDENT ☐ NON—RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) 604 S. 1ST AVE LANETT, AL 36863 | 28 RESIDENCE PHONE ,000, NONE | 29 OCCUPATION (BE SPECIFIC) NONE |
|---|---|---|---|

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) UNEMPLOYED | 31 BUSINESS ADDRESS ( STREET, CITY, STATE) | 32 BUSINESS PHONE ( ) |
|---|---|---|

### ARREST

| 33 LOCATION OF ARREST ( STREET, CITY, STATE, ZIP) 105 AL. AVE. W. LAFAYETTE, AL 36862 | 34 SECTOR | 35 ARRESTED FOR YOUR JURISDICTION ☑ IN STATE ☐ OUT STATE AGENCY | ☑ YES ☐ NO |
|---|---|---|---|

| 36 CONDITION OF ARRESTEE | ☐ DRUNK ☑ SOBER ☐ DRINKING ☐ DRUGS | 37 RESIST ARREST? ☐YES ☒ NO | 38 Injuries? ☐1 OFFICER ☐2 OFFICER | ☒1 NONE ☐3 ARRESTEE | 39 ARMED? ☐Y ☒N | 40 DESCRIPTION OF WEAPON ☐1 HANDGUN ☐2 RIFLE ☐3 SHOTGUN | ☐4 OTHER FIREARM ☐5 OTHER WEAPON |
|---|---|---|---|---|---|---|---|

| 41 DATE OF ARREST 0 8 2 6 0 2 | 42 TIME OF ARREST 1200 ☐1. AM ☒2. PM ☐3. MIL | 43 DAY OF ARREST S☒M☐T☐W☐T☐F☐S | 44 TYPE ARREST ☒ON VIEW ☐CALL ☐WARRANT | 45 ARRESTED BEFORE? ☒YES ☐ NO ☐ UNKNOWN |
|---|---|---|---|---|

| 46 CHARGE—1 ☒ FEL ☐ MISD THEFT 1ST | 47 UCR CODE | 48 CHARGE—2 ☒ FEL ☐ MISD BURGLARY 1ST | 49 UCR CODE |
|---|---|---|---|

| 50 STATE CODE/LOCAL ORDINANCE 13A-8-3 | 51 WARRANT # GJ-02-499 | 52 DATE ISSUED 0 8 2 2 0 2 | 53 STATE CODE/LOCAL ORDINANCE 13A-7-5 | 54 WARRANT # GJ-02-498 | 55 DATE ISSUED 0 8 2 2 0 2 |
|---|---|---|---|---|---|

| 56 CHARGE—3 ☒ FEL ☐ MISD Attempted Burglary 1st | 57 UCR CODE | 58 CHARGE—4 ☐ FEL ☐ MISD | 59 UCR CODE |
|---|---|---|---|

| 60 STATE CODE/LOCAL ORDINANCE 13A-4-2 | 61 WARRANT GJ-02-270 | 62 DATE ISSUED 0 8 2 2 0 2 | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 63 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 66 ARREST DISPOSITION ☒ HELD ☐ BAIL ☐ RELEASED ☐ TOT-LE ☐ OTHER | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

### Vehicle

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|

| 71 VIN | | 79 IMPOUNDED? ☐YES☐NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|---|

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | ☐ CONTINUED IN NARRATIVE |
|---|---|

### JUVENILE

| 82 JUVENILE DISPOSITION: | ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT | ☐ REF TO WELFARE AGENCY ☐ REF. TO OTHER POLICE AGENCY | ☐ REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|---|---|

| 84 PARENT OR GUARDIAN (LAST FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 83 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

### RELEASE

| 91 DATE AND TIME OF RELEASE M D Y | ☐1. AM ☐3. MIL ☐1. PM | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|---|

| 95 RELEASED TO | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☐ NO ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY |
|---|---|---|

| | LOCAL USE |
|---|---|
| | STATE USE |

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER |
|---|---|

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED ☐Y ☐N |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M) WILLIAMS, CHARLES | 112 ID# 1202 | 113 ARRESTING OFFICER (LAST, FIRST, M) | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR ID # |
|---|---|---|---|---|---|

```
ACK375                   ALABAMA JUDICIAL DATA CENTER
                         GRAND JURY OF CHAMBERS COUNTY
                              WARRANT OF ARREST              GJ 2002 000270.00
                                                            TERM #: FALL
----------------------------------------------------------------------------
| TO ANY LAW ENFORCEMENT OFFICER OF THE STATE OF ALABAMA:                   |
|                                                                           |
| AN INDICTMENT HAS BEEN RETURNED BY THE  GRAND  JURY OF  CHAMBERS  COUNTY   |
| AGAINST        MCCULLOUGH CHRISTOPHER                                      |
|                604 S 1ST AVE                                              |
|                                                                           |
|               LANETT            AL 36863-0000                            |
| CHARGING THE OFFENSE OF:                                                  |
|        ATTEMPT - BURGLARY 1  13A-004-002           CNTS:   1              |
| YOU ARE THEREFORE ORDERED TO ARREST THE PERSON NAMED ABOVE AND BRING THAT |
| PERSON BEFORE A JUDGE OR MAGISTRATE OF THIS COURT TO ANSWER THE CHARGES    |
| AGAINST THAT PERSON AND HAVE WITH YOU THEN AND THERE THE WARRANT OF ARREST |
| WITH YOUR RETURN THEREON.  IF A JUDGE OR MAGISTRATE OF THIS COURT IS       |
| UNAVAILABLE, OR IF THE ARREST IS MADE IN ANOTHER COUNTY, YOU SHALL TAKE    |
| THE ACCUSED PERSON BEFORE THE NEAREST OR MOST ACCESSIBLE JUDGE OF          |
| MAGISTRATE IN THE COUNTY OF ARREST.                                       |
|                                                                           |
|                                                                           |
|  BOND SET AT:       $50,000.00                                           |
| DATE ISSUED: 08/26/2002   CHARLES W. STORY       BY_____     |
|                               CLERK                                       |
----------------------------------------------------------------------------
|     EXECUTED THIS _____ DAY OF _____, _____, BY      |
| ARRESTING THE WITHIN NAMED DEFENDANT _____.     |
|                                                                           |
|                              LAW ENFORCEMENT OFFICER _____       |
|                              BY: _____          |
|--------------------------------------------------                        |
| DEFENDANT'S FEATURES:                         |                          |
|--------------------------------------------------                        |
| HT: 0'00"  HAIR:       DOB: 11/27/1972|                                  |
| WT: 000  SEX: M  EYE:      RACE: B                                       |
| SSN: 912000270                                                           |
|                                                                          |
| ADDTL COMMENTS: _____                                     |
| _____                                     |
| _____                                     |
| _____                                     |
----------------------------------------------------------------------------
08/26/2002 RHM
```

INMATE FILE

INDICTMENT

THE STATE OF ALABAMA, CHAMBERS COUNTY

CIRCUIT COURT, FALL TERM, 2002

The Grand Jury of Said County charges that before the finding of this Indictment, Christopher McCullough, alias and Billy Norris, alias, whose names are otherwise unknown to the Grand Jury, did, with the intent to commit the crime of burglary first degree (Section 13A-7-5 of the Code of Alabama), attempt to commit said offense by attempting to knowingly and unlawfully enter or remain unlawfully in a dwelling of another, to-wit: Mike Gragg, with intent to commit a crime therein, to-wit: theft, and while effecting entry or while in the dwelling or in immediate flight therefrom, the said Christopher McCullough and/or Billy Norris was armed with an explosive or deadly weapon, to-wit: a pistol, a further description of which is otherwise unknown the Grand Jury, in violation of Section 13A-4-2 of the Code of Alabama, against the peace and dignity of the State of Alabama.

District Attorney of the Fifth Judicial Circuit

# ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | R84 Completed |
|---|---|
| ☐ Yes | ☐ Yes |
| ☐ No | ☐ No |

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

## IDENTIFICATION

| 1 ORI # | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0 1 2 0 0 0 2 | CHAMBERS COUNTY SHERIFFS DEPARTMENT | | |

**5 LAST, FIRST, MIDDLE NAME:** McCULLOUGH, CHRISTOPHER CORNELIUS

**6 ALIAS AKA**

| 7 SEX | 8 RACE | 9 HGT. | 10 WGT. | 11 EYE | 12 HAIR | 13 SKIN | 14 |
|---|---|---|---|---|---|---|---|
| ☒ M ☐ F | ☒ 1 W ☐ 2 B ☐ 3 A ☐ 4 I | 511 | 155 | BRO | BLK | DRK | ☐ 1 SCARS ☐ 2 MARKS ☐ 3 TATTOOS ☐ 4 AMPUTATIONS |

**5 PLACE OF BIRTH (CITY, COUNTY, STATE):** VALLEY, CHAMBERS, AL

| 17 SSN | 17 DATE OF BIRTH | 18 Age | 19 MISCELLANEOUS ID # |
|---|---|---|---|
| 4 1 6 - 1 1 - 4 3 2 8 | 1 1 2 7 7 2 | 29 | |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 6975692 | AL |

| 24 FBI # | HENRY CLASS | | 25 IDENTIFICATION COMMENTS |
|---|---|---|---|
| | NCIC CLASS | | |

| 26 ☒ RESIDENT ☐ NON–RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) 604 S. 1ST AVE LANETT, AL 36863 | 28 RESIDENCE PHONE ,000, NONE | 29 OCCUPATION (BE SPECIFIC) NONE |
|---|---|---|---|

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) UNEMPLOYED | 31 BUSINESS ADDRESS ( STREET, CITY, STATE) | 32 BUSINESS PHONE ( ) |
|---|---|---|

## ARREST

| 33 LOCATION OF ARREST ( STREET, CITY, STATE, ZIP) 105 AL. AVE. W. LAFAYETTE, AL 36862 | 34 SECTOR | 35 ARRESTED FOR YOUR JURISDICTION ☐ IN STATE ☐ OUT STATE AGENCY ☒ YES ☐ NO |
|---|---|---|

| 36 CONDITION OF ARRESTEE | 37 RESIST ARREST? | 38 Injuries? ☒ 1 NONE | 39 ARMED? | 40 DESCRIPTION OF WEAPON |
|---|---|---|---|---|
| ☐ DRUNK ☒ SOBER ☐ DRINKING ☐ DRUGS | ☐ YES ☒ NO ☐ 1 OFFICER ☐ 2 ARRESTEE | ☐ Y ☒ N | ☐ Y ☒ N | ☐ 1 HANDGUN ☐ 4 OTHER FIREARM ☐ 2 RIFLE ☐ 5 OTHER WEAPON ☐ 3 SHOTGUN |

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 0 8 2 6 0 2 | 1200 | ☐ 1. AM ☒ 3. MIL ☐ 2. PM | S ☒ M T W T F S | ☒ ON VIEW ☐ CALL ☐ WARRANT ☒ YES ☐ NO ☐ UNKNOWN |

| 46 CHARGE—1 ☒ FEL ☐ MISD THEFT 1ST | 47 UCR CODE | 48 CHARGE—2 ☒ FEL ☐ MISD BURGLARY 1ST | 49 UCR CODE |
|---|---|---|---|

| 50 STATE CODE/LOCAL ORDINANCE 13A-8-3 | 51 WARRANT # GJ-02-499 | 52 DATE ISSUED 0 8 2 2 0 2 | 53 STATE CODE/LOCAL ORDINANCE 13A-7-5 | 54 WARRANT # GJ-02-498 | 55 DATE ISSUED 0 8 2 2 0 2 |
|---|---|---|---|---|---|

| 56 CHARGE—3 ☐ FEL ☐ MISD | 57 UCR CODE | 58 CHARGE—4 ☐ FEL ☐ MISD | 59 UCR CODE |
|---|---|---|---|

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 66 ARREST DISPOSITION ☒ HELD ☐ TOT–LE ☐ BAIL ☐ OTHER ☐ RELEASED | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

## VEHICLE

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|

| 71 VIN | 79 IMPOUNDED? ☐ YES ☐ NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | ☐ CONTINUED IN NARRATIVE |
|---|---|

## JUVENILE

| 82 JUVENILE DISPOSITION: | ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT | ☐ REF TO WELFARE AGENCY ☐ REF. TO OTHER POLICE AGENCY | ☐ REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|---|---|

| 84 PARENT OR GUARDIAN (LAST FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 83 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

## RELEASE

| 91 DATE AND TIME OF RELEASE M D Y | ☐ 1. AM ☐ 3. MIL ☐ 1. PM | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|---|

| 95 RELEASED TO | 95 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☐ NO ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY |
|---|---|---|

LOCAL USE

STATE USE

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER |
|---|---|

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED ☐ Y ☐ N |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.) WILLIAMS, CHARLES | 112 ID# 1202 | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR ID # |
|---|---|---|---|---|---|

INMATE FILE

```
ACR375                    ALABAMA JUDICIAL DATA CENTER
                     GRAND   JURY OF  CHAMBERS  COUNTY
                          WARRANT OF ARREST
                                                  GJ 2002 000499.0
                                                  TERM #: FALL
-------------------------------------------------------------------------
```

TO ANY LAW ENFORCEMENT OFFICER OF THE STATE OF ALABAMA:

AN INDICTMENT HAS BEEN RETURNED BY THE  GRAND  JURY OF  CHAMBERS  COUNTY

AGAINST          MCCULLOUGH CHRIS
                 604 SOUTH 1ST AVENUE

                 LANETT       AL 36863-0000

CHARGING THE OFFENSE OF:

        THEFT OF PROP 1ST     13A-008-003        CNTS:   1

YOU ARE THEREFORE ORDERED TO ARREST THE PERSON NAMED ABOVE AND BRING THAT

PERSON BEFORE A JUDGE OR MAGISTRATE OF THIS COURT TO ANSWER THE CHARGES

AGAINST THAT PERSON AND HAVE WITH YOU THEN AND THERE THE WARRANT OF ARREST

WITH YOUR RETURN THEREON.  IF A JUDGE OR MAGISTRATE OF THIS COURT IS

UNAVAILABLE, OR IF THE ARREST IS MADE IN ANOTHER COUNTY, YOU SHALL TAKE

THE ACCUSED PERSON BEFORE THE NEAREST OR MOST ACCESSIBLE JUDGE OF

MAGISTRATE IN THE COUNTY OF ARREST.


  BOND SET AT:        $50,000.00  *CASH*

DATE ISSUED: 08/23/2002   CHARLES W. STORY        BY_____
                                  CLERK
-------------------------------------------------------------------------

    EXECUTED THIS _____ DAY OF _____, _____, BY

  ARRESTING THE WITHIN NAMED DEFENDANT _____-


                              LAW ENFORCEMENT OFFICER

                              BY: _____

-------------------------------------------------
  DEFENDANT'S FEATURES:              |
-------------------------------------------------
  HT: 5'11"  HAIR: BLK   DOB: 11/27/1972|

  WT: 150  SEX: M   EYE: BRO  RACE: B
  SSN: 416114328

  ADDTL COMMENTS: _____

  _____

  _____

  _____
-------------------------------------------------

08/23/2002 RHM
```

```
ACR37E                    ALABAMA JUDICIAL DATA CENTER
                        GRAND  JURY OF  CHAMBERS  COUNTY
                             WARRANT OF ARREST                GJ 2002 000498.(
                                                              TERM #: FALL
----------------------------------------------------------------------------
TO ANY LAW ENFORCEMENT OFFICER OF THE STATE OF ALABAMA:

AN INDICTMENT HAS BEEN RETURNED BY THE  GRAND  JURY OF  CHAMBERS  COUNTY

AGAINST        MCCULLOUGH CHRIS
               604 SOUTH 1ST AVENUE

               LANETT          AL 36863-0000

CHARGING THE OFFENSE OF:

       BURGLARY 1ST DEGREE   13A-007-005          CNTS:   1

YOU ARE THEREFORE ORDERED TO ARREST THE PERSON NAMED ABOVE AND BRING THAT

PERSON BEFORE A JUDGE OR MAGISTRATE OF THIS COURT TO ANSWER THE CHARGES

AGAINST THAT PERSON AND HAVE WITH YOU THEN AND THERE THE WARRANT OF ARREST

WITH YOUR RETURN THEREON.  IF A JUDGE OR MAGISTRATE OF THIS COURT IS

UNAVAILABLE, OR IF THE ARREST IS MADE IN ANOTHER COUNTY, YOU SHALL TAKE

THE ACCUSED PERSON BEFORE THE NEAREST OR MOST ACCESSIBLE JUDGE OF

MAGISTRATE IN THE COUNTY OF ARREST.


  BOND SET AT:        $50,000.00   CASH

DATE ISSUED: 08/23/2002   CHARLES W. STORY       BY_____
                               CLERK
----------------------------------------------------------------------------
   EXECUTED THIS _____ DAY OF _____, _____, BY

ARRESTING THE WITHIN NAMED DEFENDANT _____


                              LAW ENFORCEMENT OFFICER_____

                              BY: _____
-------------------------------------------------
 DEFENDANT'S FEATURES:                    |
-------------------------------------------------
 HT: 5'11"  HAIR: BLK   DOB: 11/27/1972   |

 WT: 150  SEX: M   EYE: BRO  RACE: B       |
 SSN: 416114328

 ADDTL COMMENTS: _____

 _____
 _____
 _____
----------------------------------------------------------------------------
08/23/2002 RHM
```

INDICTMENT

## THE STATE OF ALABAMA, CHAMBERS COUNTY

## CIRCUIT COURT, FALL TERM, 2002

1.    The Grand Jury of Said County charges that before the finding of this Indictment, Christopher McCullough, alias, and Billy Norris, alias, whose names are otherwise unknown to the Grand Jury, did knowingly and unlawfully enter or remain unlawfully in a dwelling of another, to-wit: Danny Hudson, with intent to commit theft or a felony therein, to-wit: theft of property, and while effecting entry or while in the dwelling or in immediate flight therefrom, the said Christopher McCullough or Billy Norris, was armed with an explosive or deadly weapon, to-wit: a pistol, a further description of which is otherwise unknown to the Grand Jury, in violation of Section 13A-7-5 of the Code of Alabama, against the peace and dignity of the State of Alabama.

2.    The Grand Jury of Said County further charges that before the finding of this Indictment, Christopher McCullough, alias, and Billy Norris, alias, whose names are otherwise unknown to the Grand Jury, did knowingly obtain or exert unauthorized control over the following property, to-wit: lawful currency of the United States of America, the exact denominations of which are otherwise unknown to the Grand Jury, assorted office supplies, stamps, one (1) pin, one (1) bracelet, three (3) necklaces, two (2) pendants, one (1) cuff link, six (6) watches, three (3) rings, one (1) money clip, and one (1) jewelry case, further descriptions of which are otherwise unknown to the Grand Jury, the property of Danny Hudson and having a value in excess of $1,000.00 dollars, with the intent to deprive the owner of the said property, in violation of Section 13a-8-3 of the Code of Alabama, against the peace and dignity of the State of Alabama.

_Ben L Clark_
District Attorney of the Fifth Judicial Circuit

| State of Alabama<br>Unified Judicial System<br><br>Form C-11    Rev 6/88 | REQUEST/APPOINTMENT/ACCEPTANCE<br>OF ATTORNEY/GUARDIAN AD LITEM | Case Number |
| --- | --- | --- |

**Part I**

IN THE _____ COURT OF _____ , ALABAMA
           *(Circuit or District)*                                          *(Name of County)*

_____ v. _____
          **(Plaintiff)**                                          **(Defendant)**

**In the Matter of:** _____
*(Juvenile Case)*

I request that a  ☐ Attorney      ☐ Guardian Ad Litem     be appointed for:

_____
                       *(Name)*

_____     _____
Date                            Signature

**Part II**

The court appoints _____ as
                              *(Name of Attorney or Guardian Ad Litem)*

        ☐ Attorney

        ☐ Guardian Ad Litem

_____     _____
Date                              Judge

**Part III**

I accept the above appointment as  ☑ **Attorney**    ☐ **Guardian Ad Litem**

_____     _____
Date                             Attorney or Guardian ad Litem

| State of Alabama<br>Unified Judicial System<br><br>Form C-41    Rev. 11/92 | ORDER OF COMMITMENT TO JAIL | Case Number |
|---|---|---|

IN THE _District_ _____ COURT OF _Chambers_ _____ ALABAMA
*(Circuit, District, or Municipal)*      *(Name of Municipality or County)*

☒ STATE OF ALABAMA      ☐ MUNICIPALITY OF _____

v. _Chris McCullough_ _____ , Defendant

---

**TO THE JAILER OF** _____

You are ordered to receive into your custody the above-named defendant, charged with the

offense(s) of _Burglary 1°, Theft 1°, Attempt Burglary, Theft 1°_

_Burglary 1°_ _____

until he/she is legally discharged from your custody by this court.

Reason(s) for Commitment: _Waived Pre-Lim Hearing_

_____

_____

_____

Sentence: _____

| Date Sentenced | Jail Credit | Date Sentence Begins |
|---|---|---|
| | | |

_4-19-02_ _____
**Date**

_[signature]_ _____
**Judge/Clerk/Magistrate**

COURT RECORD (Original)        JAIL (Copy)

| State of Alabama<br>Unified Judicial System<br><br>Form C-80     Rev. 8/2000 | **ORDER**<br>**ON INITIAL APPEARANCE** | Case Number |
|---|---|---|

IN THE _____ COURT OF _____, ALABAMA
*(Circuit, District or Municipal)*                          *(Name of County or Municipality)*

☐ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. _____
                                                                         **Defendant**

The above-named defendant, charged with the criminal offense(s) of _____ was duly brought before the Court for initial appearance on _____, at _____ o'clock _____ .m., whereupon the Court did the following, as checked in the appropriate blocks:

*(CHECK AS APPLICABLE):*

☐ 1. Name and address of defendant.
    _____ (a) Ascertained the true name and address of the defendant to be:
    _____
    _____
    _____ (b) Amended the formal charges to reflect defendant's true name.
    _____ (c) Instructed the defendant to notify the Court promptly of any change of address.

☐ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of the charges.

☐ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to obtain counsel, an attorney would be appointed by the Court to represent him/her.
    Defendant ☐ requested   ☐ did not request court-appointed counsel. If requested counsel, defendant ☐ was ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for indigency to be determined.

☐ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use against him/her.

☑ 5. Bail
    _____ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable capital offense.
    _____ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to the mandatory conditions prescribed in Rule 7.3(a), A.R.Cr.P., and subject to the following additional conditions:
        _____ 1.) Execution of an appearance bond (recognizance) in the amount of $ _____.
        _____ 2.) Execution of a secured appearance bond in the amount of $ _____.
        _____ 3.) Other conditions (specify) _____
        _____

☐ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1, A.R.Cr.P., and of the procedure by which that right may be exercised.

☐ 7. If charged with a felony offense a preliminary hearing was demanded with 30 days of date of arrest by the above named defendant, set a preliminary hearing to be held in the District Court of _____, _____, an _____ (date) at _____ o'clock _____ .m.
    _____ (a) Notified the District Court that such demand was made.
    _____ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.

☐ 8. Other: _____
    _____
    _____

_____                          _____
Date                                          Judge/Magistrate

State of Alabama
Unified Judicial System

# AFFIDAVIT
### AND
# WARRANT OF ARREST

Warrant Number

Case Number
020300160

THE STATE OF ALABAMA
CHAMBERS COUNTY

IN THE DISTRICT COURT OF
CHAMBERS COUNTY

AFFIDAVIT

Before me, Judge/Magistrate of the District Court of Chambers County, personally appeared this

day _____ DET. ANGIE MCNEAL _____

and made oath that he/she has probable cause for believing and does believe, that in said State and

County, before the filing of this complaint, _____ CHRISTOPHER CORNELIUS MCCULLOUGH (ALIAS) _____

whose name is not known to the affiant, other than is stated, did, On or about   03-08-02

did unlawfully enter the lawfully occupied dwelling house of MYRTLE BURDELL, (1908 N. 4TH STREET LANETT,

CHAMBERS COUNTY, ALABAMA), with the intent to commit a theft or felony therein, to-wit: THEFT OF  PROPERTY

in violation of 13A-7-6(b) of the  CODE OF ALABAMA, against the peace and dignity of the State of Alabama.

in violation of Section/Ordinance number   13A-7-6                / 18-1
which said offense was committed against the peace and dignity of the State of Alabama.

AFFIANT  _Angie McNeal_

ADDRESS 401 N. LANIER AVE. LANETT, AL. 36863

TELEPHONE  NUMBER 334-644-5248

Sworn to and subscribed before me this
_March  25_   20 _02_
_Shirley B. Motley_
Judge/Magistrate

WARRANT OF ARREST

THE STATE OF ALABAMA
CHAMBERS COUNTY

IN THE DISTRICT COURT OF
CHAMBERS COUNTY

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

Complaint on oath having been made before me that the offense of

BURGLARY 2ND DEGREE

has been committed and accusing _____ CHRISTOPHER CORNELIUS MCCULLOUGH (ALIAS) _____

with committing the same, you are therefore commanded forthwith to arrest said

_____ CHRISTOPHER CORNELIUS MCCULLOUGH (ALIAS) _____ and bring him/her

before the District Court of Chambers County to answer said charge.

Witness my hand this _____ _March 25_   20 _02_
_Shirley B. Motley_
Judge/Magistrate

AFFIDAVIT AND WARRANT

# ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | R84 Completed |
|---|---|
| ☐ Yes ☒ No | ☐ Yes ☒ No |

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

**1 ORI#** 0,1,2,0,2,0,P  **2 AGENCY NAME** Lanett Police Dept  **3 CASE #** 0,2,0,3,0,0,1,6,0  **4 SFX**

**5 LAST, FIRST, MIDDLE NAME** McCullough, Christopher Cornelius  **6 ALIAS AKA**

**7 SEX** M  **8 RACE** W  **9 HGT.** 511  **10 WGT.** 155  **11 EYE** Brn  **12 HAIR** Blk  **13 SKIN** Drk  **14** ☐ SCARS ☐ MARKS ☐ TATOOS ☐ AMPUTATIONS

**15 PLACE OF BIRTH (CITY, COUNTY, STATE)** Valley, Chambers, AL  **16 SSN** 4 16 - 1 1 - 4 3 2 8  **17 DATE OF BIRTH** 4 12 77  **18 AGE**  **19 MISCELLANEOUS ID #**

**20 SID #**  **21 FINGERPRINT CLASS  KEY  MAJOR  PRIMARY  SCDV  SUB-SECONDARY  FINAL**  **22 DL #** 6975692  **23 ST** AL

**24 FBI #**  HENRY CLASS  NCIC CLASS  **25 IDENTIFICATION COMMENTS**

**26** ☐ RESIDENT ☒ NON—RESIDENT  **27 HOME ADDRESS (STREET, CITY, STATE, ZIP)** 604 S. 1st Av, Lanett, Al 36863  **28 RESIDENCE PHONE** ( )  **29 OCCUPATION (BE SPECIFIC)**

**30 EMPLOYER (NAME OF COMPANY/SCHOOL)** Unemployed  **31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP)**  **32 BUSINESS PHONE** ( )

**33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP)** Chambers County Detention Facility  **34 SECTOR #** 919  **35 ARRESTED FOR YOUR JURISDICTION?** ☐ YES ☐ NO / ☐ IN STATE ☐ OUT STATE ☐ AGENCY

**36 CONDITION OF ARRESTEE:** ☐ DRUNK ☒ SOBER ☐ DRINKING ☐ DRUGS  **37 RESIST ARREST?** ☐ YES ☒ NO  **38 INJURIES?** ☒ NONE ☐ OFFICER ☐ ARRESTEE  **39 ARMED?** ☐ Y ☒ N  **40 DESCRIPTION OF WEAPON** ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ OTHER FIREARM ☐ OTHER WEAPON

**41 DATE OF ARREST** 03 26 02  **42 TIME OF ARREST** 09:45 ☐ 1. AM ☐ 2. PM ☐ MIL  **43 DAY OF ARREST** S M ☒T W T F S  **44 TYPE ARREST** ☒ ON VIEW ☐ ON CALL ☐ WARRANT  **45 ARRESTED BEFORE?** ☐ YES ☒ NO ☐ UNKNOWN

**46 CHARGE—1** ☐ FEL ☒ MISD  Burglary 2ND  **47 UCR CODE**  **48 CHARGE—2** ☐ FEL ☒ MISD  **49 UCR CODE**

**50 STATE CODE/LOCAL ORDINANCE** 13A-7-6  **51 WARRANT #**  **52 DATE ISSUED** 03 29 02  **53 STATE CODE/LOCAL ORDINANCE**  **54 WARRANT #**  **55 DATE ISSUED** M D Y

**56 CHARGE—3** ☐ FEL ☐ MISD  **57 UCR CODE**  **58 CHARGE—4** ☐ FEL ☐ MISD  **59 UCR CODE**

**60 STATE CODE/LOCAL ORDINANCE**  **61 WARRANT #**  **62 DATE ISSUED**  **63 STATE CODE/LOCAL ORDINANCE**  **54 WARRANT #**  **65 DATE ISSUED** M D Y

**66 ARREST DISPOSITION** ☒ HELD ☐ BAIL ☐ RELEASED ☐ TOT--LE ☐ OTHER  **67 IF OUT ON RELEASE WHAT TYPE?**  **68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME)**  **69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME)**

**70 VYR** **71 VMA** **72 VMO** **73 VST** **74 VCO** TOP BOTTOM **75 TAG #** **76 LIS** **77 LIY**

**78 VIN**  **79 IMPOUNDED?** ☐ YES ☒ NO  **80 STORAGE LOCATION/IMPOUND #**

**81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED**  ☐ CONTINUED IN NARRATIVE

**82 JUVENILE DISPOSITION:** ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT ☐ REF. TO WELFARE AGENCY ☐ REF. TO OTHER POLICE AGENCY ☐ REF. TO ADULT COURT  **83 RELEASED TO**

**84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME)**  **85 ADDRESS (STREET, CITY, STATE, ZIP)**  **86 PHONE**

**87 PARENTS EMPLOYER**  **88 OCCUPATION**  **89 ADDRESS (STREET, CITY, STATE, ZIP)**  **90 PHONE** ( )

**91 DATE AND TIME OF RELEASE** M D Y : ☐ AM ☐ PM ☐ MIL.  **92 RELEASING OFFICER NAME**  **93 AGENCY/DIVISION**  **94 ID #**

**95 RELEASED TO:**  **96 AGENCY/DIVISION**  **97 AGENCY ADDRESS**

**98 PERSONAL PROPERTY RELEASED TO ARRESTEE** ☐ YES ☐ NO ☐ PARTIAL  **99 PROPERTY NOT RELEASED/HELD AT:**  **100 PROPERTY #**

**101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE)**

LOCAL USE  STATE USE

**102 SIGNATURE OF RECEIVING OFFICER**  **103 SIGNATURE OF RELEASING OFFICER**

**MULTIPLE CASES CLOSED**  **104 CASE #**  **105 SFX**  **106 CASE #**  **107 SFX**  **108 CASE #**  **109 SFX**  **110 ADDITIONAL CASES CLOSED NARRATIVE** ☐ Y ☐ N

**111 ARRESTING OFFICER (LAST, FIRST, M.)** Benefield, Tim  **112 ID #** 127  **113 ARRESTING OFFICER (LAST, FIRST, M.)**  **114 ID #**  **115 SUPERVISOR** ID #  **116 WATCH CMDR.**

**TYPE OR PRINT IN BLACK INK ONLY**  ACJIC—34 REV. 10-90

| State of Alabama<br>Unified Judicial System<br><br>Form C-80    Rev. 8/2000 | ORDER<br>ON INITIAL APPEARANCE | Case Number |
|---|---|---|

IN THE _____ COURT OF _____, ALABAMA
     (Circuit, District or Municipal)      (Name of County or Municipality)

☐ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. _____
                                                        **Defendant**

The above-named defendant, charged with the criminal offense(s) of _____,
was duly brought before the Court for initial appearance on _____, at _____ o'clock ____ .m.,
whereupon the Court did the following, as checked in the appropriate blocks:
*(CHECK AS APPLICABLE):*

☐ 1. Name and address of defendant.
    ____ (a) Ascertained the true name and address of the defendant to be:
                  _____
                  _____
    ____ (b) Amended the formal charges to reflect defendant's true name.
    ____ (c) Instructed the defendant to notify the Court promptly of any change of address.

☐ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy
    of the charges.

☐ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and
    opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to
    obtain counsel, an attorney would be appointed by the Court to represent him/her.
    Defendant ☐ requested   ☐ did not request court-appointed counsel. If requested counsel, defendant ☐ was
    ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for indigency to be determined.

☐ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use
    against him/her.

☐ 5. Bail
    ____ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable
        capital offense.
    ____ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to
        the mandatory conditions prescribed in Rule 7.3(a), A.R.Cr.P., and subject to the following additional
        conditions:
        ____ 1.) Execution of an appearance bond (recognizance) in the amount of $ _____.
        ____ 2.) Execution of a secured appearance bond in the amount of $ _____.
        ____ 3.) Other conditions (specify) _____
                  _____
                  _____

☐ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1,
    A.R.Cr.P., and of the procedure by which that right may be exercised.

☐ 7. If charged with a felony offense a preliminary hearing was demanded with 30 days of date of arrest by the above
    named defendant, set a preliminary hearing to be held in the District Court of _____, _____,
    an _____ (date) at _____ o'clock ____ .m.
    ____ (a) Notified the District Court that such demand was made.
    ____ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.

☐ 8. Other: _____
_____
_____

_____
Date                                   Judge/Magistrate

| State of Alabama<br>Unified Judicial System<br><br>Form C-81        11/91 | ADVICE OF RIGHTS ON INITIAL APPEARANCE<br>BEFORE JUDGE OR MAGISTRATE<br>(Felony) | Case Number |

IN THE _____ COURT OF _____, ALABAMA
　　　　　(Circuit, District, or Municipal)　　　　　　　(Name of County or Municipality)

☐ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Defendant

This is a first appearance hearing. You are charged with committing the offense(s) of _____ in this court in violation of _____. The primary purpose of this hearing is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you. If you are before the court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case; or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for you to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends and, if necessary, reasonable means will be provided in order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a hearing is demanded and one is conducted, and if, at the conclusion of the preliminary hearing, the judge finds that sufficient evidence has been shown to establish that you probably committed the offense or offenses with which you are charged, the judge will then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:
1) Appear to answer and submit to all orders and process of the court having jurisdiction in the case.
2) Refrain from committing any criminal offense.
3) Not depart from the State of Alabama without the leave of the court having jurisdiction of this case.
4) Promptly notify the court of any change of address or the phone number.
5) Other conditions: _____
_____
_____

The provisions of the Release Order may be revoked or modified by the court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

_____　　　　_____
Date　　　　　　　　　　　　　　　Judge/Magistrate

*I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the initial court appearance. I understand the conditions of my release and the penalties applicable in the event that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.*

_____　　　　_____
Date　　　　　　　　　　　　　　　Defendant

# ORDER OF COMMITMENT TO JAIL

IN THE  [ CIRCUIT / DISTRICT ]  COURT OF CHAMBERS COUNTY , ALABAMA
☐ STATE OF ALABAMA          ☐ MUNICIPALITY OF _Valley_

V. _Chris Cornelius McCullough_ , DEFENDANT

TO THE JAILER OF CHAMBERS COUNTY DETENTION FACILITY. YOU ARE ORDERED TO RECEIVE INTO YOUR CUSTODY THE ABOVE NAMED DEFENDANT, CHARGED WITH THE FOLLOWING OFFENSE(S), UNTIL HE/SHE IS LEGALLY DISCHARGED FROM YOUR CUSTODY BY THIS COURT.

_No probab clus._

| CASE # | FINE | COST | D.A. FEES | VCF | RESTITUTION | ATTY FEES | SENTENCE |
|--------|------|------|-----------|-----|-------------|-----------|----------|
| VTR 01-1282 |  | 176.00 |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

TOTAL OF ALL FINES AND COST: _$_____

SPECIAL INSTRUCTIONS: _placed on payment plan 2/13/02 to pay_
_fail to report for review on 3/13/02 has not_
_paid_

| DATE SENTENCED | JAIL CREDIT | DATE SENTENCE BEGINS |
|----------------|-------------|----------------------|

_2/21/2_

DATE

_Joe Hall_

JUDGE / CLERK / MAGISTRATE

COURT RECORD (ORIGINAL)          JAILER (COPY)