# EXHIBIT D1.

## Exhibit 1 to Stewart Affidavit - Plaintiff Christopher McCullough's entire Jail File.

—Part 5 —

# ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | R84 Completed |
|---|---|
| ☐ Yes  ☒ No | ☐ Yes  ☒ No |

"Jails"

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

## IDENTIFICATION

| 1 ORI # | 0 1 2 0 1 0 0 | 2 AGENCY NAME LAFAYETTE POLICE DEPT. | 3 CASE # 0 2 0 3 0 0 1 3 4 | 4 SFX |
|---|---|---|---|---|

**5 LAST, FIRST, MIDDLE NAME** MCCULLOUGH CHRIS    **6 ALIAS AKA** UNK

| 7 SEX ☒M ☐F | 8 RACE ☒1 W ☐2 B ☐3 A ☐4 I | 9 HGT. 511 | 10 WGT. 150 | 11 EYE BRO | 12 HAIR BLK | 13 SKIN MED | 14 | ☐ 1 SCARS | ☐ 2 MARKS | ☒ 3 TATTOOS | ☐ 4 AMPUTATIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|

| 5 PLACE OF BIRTH (CITY, COUNTY, STATE) VALLEY CHAMBERS AL. | 15 SSN 4 1 6 - 1 1 - 4 3 2 8 | 17 DATE OF BIRTH 1 1 2 7 7 2 | 18 Age 29 | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|

| 20 SID # | 21 FINGERPRINT CLASS  KEY  MAJOR  PRIMARY  SCDV  SUB-SECONDARY  FINAL | 22 DL # 01190292 | 23 ST AL |
|---|---|---|---|

HENRY CLASS

24 FBI #    NCIC CLASS    25 IDENTIFICATION COMMENTS

| 26 ☒ RESIDENT ☐ NON–RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) 604 1ST STREET SOUTH AVE. LANETT,AL.36863 | 28 RESIDENCE PHONE 706, 773-0877 | 29 OCCUPATION (BE SPECIFIC) NONE |
|---|---|---|---|

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) UNEMPLOYED | 31 BUSINESS ADDRESS ( STREET, CITY, STATE) | 32 BUSINESS PHONE |
|---|---|---|

## ARREST

| 33 LOCATION OF ARREST ( STREET, CITY, STATE, ZIP) CHAMBERS COUNTY JAIL,LAFAYETTE,AL.36862 | 34 SECTOR 0 3 | 35 ARRESTED FOR YOUR JURISDICTION ☒ IN STATE  ☐ OUT STATE AGENCY | ☒ YES  ☐ NO |
|---|---|---|---|

| 36 CONDITION OF ARRESTEE ☐ DRUNK ☒ SOBER ☐ DRINKING ☐ DRUGS | 37 RESIST ARREST? ☐ YES ☒ NO | 38 Injuries? ☐ 2 OFFICER ☐ 3 ARRESTEE | ☒ 1 NONE | 39 ARMED? ☐ Y ☒ N | 40 DESCRIPTION OF WEAPON ☐ 1 HANDGUN  ☐ 2 RIFLE  ☐ 3 SHOTGUN  ☐ 4 OTHER FIREARM  ☐ 5 OTHER WEAPON |
|---|---|---|---|---|---|

| 41 DATE OF ARREST 0 3 2 1 0 2 | 42 TIME OF ARREST 10:00 ☒1. AM ☐2. PM ☐3. MIL | 43 DAY OF ARREST S M T W X F S | 44 TYPE ARREST ☐ ON VIEW ☒ WARRANT ☐ CALL | 45 ARRESTED BEFORE? ☐ Y ☒ N UNKNOWN |
|---|---|---|---|---|

| 46 CHARGE—1 ☒ FEL ☐ MISD  BURGLARY 1ST | 47 UCR CODE | 48 CHARGE—2 ☒ FEL ☐ MISD  THEFT OF PROPERTY 2ND | 49 UCR CODE |
|---|---|---|---|
| 50 STATE CODE/LOCAL ORDINANCE 13A-7-5 | 51 WARRANT # 2002 100178 | 52 DATE ISSUED 0 3 2 0 0 2 | 53 STATE CODE/LOCAL ORDINANCE 13A-8-4 | 54 WARRANT # 2002 100179 | 55 DATE ISSUED 0 3 2 0 0 2 |

| 56 CHARGE—3 ☐ FEL ☐ MISD | 57 UCR CODE | 58 CHARGE—4 ☐ FEL ☐ MISD | 59 UCR CODE |
|---|---|---|---|
| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED  M  D  Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED  M  D  Y |

| 66 ARREST DISPOSITION ☒ HELD ☐ BAIL ☐ RELEASED ☐ TOT-LE ☐ OTHER | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

## Vehicle

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP  BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|

| 71 VIN | 79 IMPOUNDED? ☐YES☐NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | ☐ CONTINUED IN NARRATIVE |
|---|---|

## JUVENILE

| 82 JUVENILE DISPOSITION: ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT ☐ REF TO WELFARE AGENCY ☐ REF TO OTHER POLICE AGENCY ☐ REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|

| 84 PARENT OR GUARDIAN (LAST FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 83 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

## RELEASE

| 91 DATE AND TIME OF RELEASE  M  D  Y ☐1. AM ☐3. MIL ☐1. PM | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|

| 95 RELEASED TO | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☐ NO ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY |
|---|---|---|

| | LOCAL USE |
|---|---|

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | STATE USE |
|---|---|---|

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED ☐ Y ☐ N |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.) SMITH STEVE | 112 ID# 612 | 113 ARRESTING OFFICER (LAST; FIRST; M) | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR ID # |
|---|---|---|---|---|---|

ALABAMA JUDICIAL INFORMATION SYSTEM

### * * * IN THE DISTRICT COURT OF CHAMBERS COUNTY * * *

AGENCY/OFFICER: LAFAYETTE P D          WARRANT NUMBER: WR 2002 100179.00
                                       OTHER CASE NBR:

## C O M P L A I N T

BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT  COURT OF
CHAMBERS COUNTY, ALABAMA, PERSONALLY APPEARED   INV STEVE SMITH
WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR
BELIEVING, AND DOES BELIEVE THAT   CHRIS MCCULLOUGH              DEFENDANT,
WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE
NAMED COUNTY AND

DID ON OR ABOUT  MARCH 18, 2002,   KNOWINGLY OBTAIN OR EXERT UNAUTHORIZED
(XX CONTROL OVER (1)NECKLACE (HERRINGBONE) GOLD 16",
    (1)WATERJAR WITH ASSORTED AMOUNT OF CHANGE
    THE PROPERTY OF   PHYLLIS K LANGLEY,    OF THE VALUE OF   $700.00.
IN VIOLATION OF 13A-008-004                      OF THE CODE OF ALABAMA,
AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

COMPLAINANT'S SIGNATURE

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 20 DAY OF MARCH, 2002.

JUDGE/CLERK/MAGISTRATE OF DISTRICT  COURT

CHARGES: THEFT OF PROP 2ND     13A-008-004            F  FELONY

WITNESS FOR THE STATE

INV STEVE SMITH/LAFAYETTE POLICE DEPT/50 ALABAMA AVENUE WEST/LAFAYETTE/3686

SGT KENNY VINES/LAFAYETTE POLICE DEPT/50 ALABAMA AVENUE WEST/LAFAYETTE/3686

OPERATOR: DES    DATE: 03/20/2002

Defendant got copy of warrant    "Jails"

W A R R A N T

STATE OF ALABAMA          CHAMBERS COUNTY                    DISTRICT  COURT

AGENCY NUMBER: LAFAYETTE P D          WARRANT NUMBER: WR 2002 100179.00
                                      OTHER CASE NBR:

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST   CHRIS MCCULLOUGH   AND BRING
HIM/HER BEFORE THE DISTRICT  COURT OF CHAMBERS COUNTY TO ANSWER THE STATE
 ON A CHARGE(S) OF:
            THEFT OF PROP 2ND  CLASS: C  TYPE: F  COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN  THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____ _____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 20 DAY OF MARCH, 2002.

BOND SET AT: (1)      $5,000.00  BOND TYPE: PROPERTY BOND
             (2) _____
             (3) _____

JUDGE/CLERK/MAGISTRATE OF DISTRICT  COURT

---

CHARGES: THEFT OF PROP 2ND    13A-008-004        F  FELONY

---

NAME: CHRIS MCCULLOUGH              ALIAS:
ADDRESS: 604 1ST SOUTH AVENUE        ALIAS:
ADDRESS:
CITY: LANETT            STATE: AL      ZIP: 36863 0000
                                       PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: 11/27/1972    RACE: B     SEX: M    HAIR: BLK
EYE: BRO  HEIGHT: 5'11"    WEIGHT: 150
SID: 000000000  SSN: 416114328  DL NUM:

---

E X E C U T I O N

EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND

( X )  PLACING DEFENDANT IN THE CHAMBERS COUNTY JAIL

(  )  RELEASING DEFENDANT ON APPEARANCE BOND

---

THIS ____21ST____ DAY OF _March_____

                    (SS) Chief Eddie Ware
                         SHERIFF

                         Inv. Steve Smith
                         BY

---

COMPLAINANT:  INV STEVE SMITH
              LAFAYETTE POLICE DEPT
              50 ALABAMA AVENUE WEST
              LAFAYETTE  AL  36862

OPERATOR: DES      DATE: 03/20/2002

# WARRANT

STATE OF ALABAMA          CHAMBERS COUNTY                    DISTRICT COURT

AGENCY NUMBER: LAFAYETTE P D          WARRANT NUMBER: WR 2002 100178.00
                                      OTHER CASE NBR:

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST   CHRIS MCCULLOUGH   AND BRING
HIM/HER BEFORE THE DISTRICT  COURT OF CHAMBERS COUNTY TO ANSWER THE STATE
 ON A CHARGE(S) OF:
                     BURGLARY 1ST DEGREE   CLASS: A  TYPE: F  COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN  THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____ _____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 20 DAY OF MARCH, 2002.

BOND SET AT: (1)     $20,000.00  BOND TYPE: PROPERTY BOND
             (2) _____
             (3) _____

JUDGE/CLERK/MAGISTRATE OF DISTRICT  COURT

---

CHARGES: BURGLARY 1ST DEGREE   13A-007-005          F  FELONY

NAME: CHRIS MCCULLOUGH                   ALIAS:
ADDRESS: 604 1ST SOUTH AVENUE            ALIAS:
ADDRESS:
CITY: LANETT           STATE: AL         ZIP: 36863 0000
                                         PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: 11/27/1972    RACE: B    SEX: M   HAIR: BLK
EYE: BRO  HEIGHT: 5'11"   WEIGHT: 150
SID: 000000000  SSN: 416114328  DL NUM:

---

# EXECUTION

EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND

( X )  PLACING DEFENDANT IN THE CHAMBERS COUNTY JAIL

(   )  RELEASING DEFENDANT ON APPEARANCE BOND

---

THIS _____ 21ST _____ DAY OF _March_____

                              s.s.  Chief Eddie Ware_____
                              SHERIFF

                              Inv. Steve Smith_____
                              BY

---

COMPLAINANT:  INV STEVE SMITH
              LAFAYETTE POLICE DEPT
              50 ALABAMA AVENUE WEST
              LAFAYETTE  AL  36862

OPERATOR: DES      DATE: 03/20/2002

**COPY**

ALABAMA JUDICIAL INFORMATION SYSTEM

IN THE DISTRICT COURT OF CHAMBERS COUNTY * * *

AGENCY NUMBER: LAFAYETTE P D

WARRANT NUMBER: WR 2002 100178.00
OTHER CASE NBR:

C O M P L A I N T

BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT  COURT OF CHAMBERS COUNTY, ALABAMA, PERSONALLY APPEARED   INV STEVE SMITH WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR BELIEVING, AND DOES BELIEVE THAT    CHRIS MCCULLOUGH                  DEFENDANT, WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE NAMED COUNTY AND

DID ON OR ABOUT  MARCH 18, 2002, KNOWINGLY AND UNLAWFULLY ENTER, OR REMAIN UNLAWFULLY IN A DWELLING OF        PHYLLIS K LANGLEY,            WITH INTENT TO COMMIT A CRIME THEREIN, TO-WIT:        THEFT OF PROPERTY,          AND WHILE EFFECTING ENTRY OR WHILE IN DWELLING, OR IN IMMEDIATE FLIGHT THEREFROM, HE OR ANOTHER PARTICIPANT IN THE CRIME;
(XX) WAS ARMED WITH EXPLOSIVE OR A DEADLY WEAPON, TO-WIT:  9 MM AUTO,
IN VIOLATION OF 13A-007-005                   OF THE CODE OF ALABAMA,
AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

COMPLAINANT'S SIGNATURE

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 20 DAY OF MARCH, 2002.

JUDGE/CLERK/MAGISTRATE OF DISTRICT  COURT

CHARGES: BURGLARY 1ST DEGREE    13A-007-005          F  FELONY

WITNESS FOR THE STATE

INV STEVE SMITH/LAFAYETTE POLICE DEPT/50 ALABAMA AVENUE WEST/LAFAYETTE/3686

SGT KENNY VINES/LAFAYETTE POLICE DEPT/50 ALABAMA AVENUE WEST/LAFAYETTE/3686

OPERATOR: DES    DATE: 03/20/2002

*Defendant got copy of warrant    "Jails"*

| State of Alabama<br>Unified Judicial System<br><br>Form C-80      Rev. 8/2000 | ORDER<br>ON INITIAL APPEARANCE | Case Number |
|---|---|---|

IN THE _____ COURT OF _____, ALABAMA
         *(Circuit, District or Municipal)*           *(Name of County or Municipality)*

☐ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. _Chris C. McCullogh_
                                                           **Defendant**

    The above-named defendant, charged with the criminal offense(s) of _____,
was duly brought before the Court for initial appearance on _____, at _____ o'clock ___.m.,
whereupon the Court did the following, as checked in the appropriate blocks:

*(CHECK AS APPLICABLE):*

☐ 1.  Name and address of defendant.
    _____ (a)  Ascertained the true name and address of the defendant to be:

        _____

    _____ (b)  Amended the formal charges to reflect defendant's true name.
    _____ (c)  Instructed the defendant to notify the Court promptly of any change of address.

☐ 2.  Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy
    of the charges.

☐ 3.  Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and
    opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to
    obtain counsel, an attorney would be appointed by the Court to represent him/her.
    Defendant ☐ requested   ☐ did not request court-appointed counsel. If requested counsel, defendant ☐ was
    ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for indigency to be determined.

☐ 4.  Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use
    against him/her.

☐ 5.  Bail
    _____ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable
        capital offense.
    _____ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to
        the mandatory conditions prescribed in Rule 7.3(a), A.R.Cr.P., and subject to the following additional
        conditions:
        _____ 1.)  Execution of an appearance bond (recognizance) in the amount of $ _____.
        _____ 2.)  Execution of a secured appearance bond in the amount of $ _____.
        _____ 3.)  Other conditions (specify) _____

                                50,000
                               50,000

☐ 6.  If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1,
    A.R.Cr.P., and of the procedure by which that right may be exercised.

☐ 7.  If charged with a felony offense a preliminary hearing was demanded with 30 days of date of arrest by the above
    named defendant, set a preliminary hearing to be held in the District Court of _____, _____,
    an _____ (date) at _____ o'clock ____.m.
    _____ (a)  Notified the District Court that such demand was made.
    _____ (b)  Defendant made no demand for a preliminary hearing at the initial appearance hearings.

☐ 8.  Other: _____

_____          _____
Date                                                             Judge/Magistrate

## ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | R84 Completed |
|---|---|
| 1 ☐ Yes  2 ☒ No | 1 ☐ Yes  2 ☒ No |

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

### IDENTIFICATION

| 1 ORI # | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0120000 | Chambers Co. S.O | 03020032 | |

**5 LAST, FIRST, MIDDLE NAME:** McCullough Chris
**6 ALIAS AKA**

| 7 SEX ☒ M | 8 RACE ☒ W | 9 HGT. 6 00 | 10 WGT. 160 | 11 EYE Bro | 12 HAIR Blk | 13 SKIN med | 14 ☐SCARS ☐MARKS ☐TATOOS ☐AMPUTATIONS |
|---|---|---|---|---|---|---|---|

**15 PLACE OF BIRTH (CITY, COUNTY, STATE):** Chambers Co Al
**16 SSN:** 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
**17 DATE OF BIRTH:** 11 29 72
**18 AGE:** 30
**19 MISCELLANEOUS ID #**

| 20 SID # | 21 FINGERPRINT CLASS  KEY  MAJOR  PRIMARY  SCDV  SUB-SECONDARY  FINAL | 22 DL # | 23 ST |
|---|---|---|---|
| 24 FBI # | HENRY CLASS  NCIC CLASS | 25 IDENTIFICATION COMMENTS | |

**26** ☐ RESIDENT ☒ NON—RESIDENT   **27 HOME ADDRESS (STREET, CITY, STATE, ZIP):** 609 S 1st St Lanett Al
**28 RESIDENCE PHONE** ( )
**29 OCCUPATION (BE SPECIFIC)**

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE ( ) |
|---|---|---|

### ARREST

**33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP):** Chambers Co Jail
**34 SECTOR #**
**35 ARRESTED FOR YOUR JURISDICTION?** ☒ YES ☐ NO ☐ IN STATE ☐ OUT STATE AGENCY

| 36 CONDITION OF ARRESTEE: ☐ DRUNK ☒ SOBER ☐ DRINKING ☐ DRUGS | 37 RESIST ARREST? ☐ YES ☒ NO | 38 INJURIES? ☐ OFFICER ☐ ARRESTEE ☒ NONE | 39 ARMED? ☐ Y ☒ N | 40 DESCRIPTION OF WEAPON ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ OTHER FIREARM ☐ OTHER WEAPON |
|---|---|---|---|---|

**41 DATE OF ARREST:** 03 21 02
**42 TIME OF ARREST:** 13 30 ☐ 1. AM ☒ 2. PM ☐ MIL.
**43 DAY OF ARREST:** 1 2 3 4 ☒T 5 6 7
**44 TYPE ARREST:** ☒ 1. ON VIEW ☐ 2. WARRANT
**45 ARRESTED BEFORE?** ☒ 1. Y ☐ 2. N ☐ UNKNOWN

| 46 CHARGE—1 ☒ FEL ☐ MISD: Burglary 1° | 47 UCR CODE | 48 CHARGE—2 ☒ FEL ☐ MISD: Theft Of Property 1° | 49 UCR CODE |
|---|---|---|---|
| 50 STATE CODE/LOCAL ORDINANCE: 13A-7-5 | 51 WARRANT # 2002 182 | 52 DATE ISSUED: 03 26 02 | 53 STATE CODE/LOCAL ORDINANCE: 13A-R-3 | 54 WARRANT # 2002 183 | 55 DATE ISSUED: 03 26 02 |

| 56 CHARGE—3 ☐ FEL ☐ MISD | 57 UCR CODE | 58 CHARGE—4 ☐ FEL ☐ MISD | 59 UCR CODE |
|---|---|---|---|
| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED |

| 66 ARREST DISPOSITION ☒ HELD ☐ BAIL ☐ RELEASED ☐ TOT—LE ☐ OTHER | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

### VEHICLE

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP / BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|

| 78 VIN | 79 IMPOUNDED? ☐ YES ☐ NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|

**81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED**

☐ CONTINUED IN NARRATIVE

### JUVENILE

**82 JUVENILE DISPOSITION:** ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT ☐ REF. TO WELFARE AGENCY ☐ REF. TO OTHER POLICE AGENCY ☐ REF. TO ADULT COURT
**83 RELEASED TO**

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|
| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |

### RELEASE

| 91 DATE AND TIME OF RELEASE ☐ AM ☐ PM ☐ MIL. | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|

**95 RELEASED TO:**
**96 AGENCY/DIVISION**
**97 AGENCY ADDRESS**

**98 PERSONAL PROPERTY RELEASED TO ARRESTEE** ☐ YES ☐ NO ☐ PARTIAL
**99 PROPERTY NOT RELEASED/HELD AT:**
**100 PROPERTY #**

**101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE)**

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER |
|---|---|

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED ☐ Y ☐ N |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.): Mike Lawler | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M.): | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR. ID # |
|---|---|---|---|---|---|

**TYPE OR PRINT IN BLACK INK ONLY**

ACJIC—34 REV. 10-90

W A R R A N T

STATE OF ALABAMA                CHAMBERS COUNTY                COPY DISTRICT COURT

AGENCY NUMBER: C.C.S.O.                WARRANT NUMBER: WR 2002 000782.00
                                       OTHER CASE NBR:

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST    CHRIS MCCULLOUGH   AND BRING
HIM/HER BEFORE THE DISTRICT  COURT OF CHAMBERS COUNTY TO ANSWER THE STATE
ON A CHARGE(S) OF:
           BURGLARY 1ST DEGREE    CLASS: A  TYPE: F  COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN  THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____ _____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 20 DAY OF MARCH, 2002.

BOND SET AT: (1)    $20,000.00  BOND TYPE: PROPERTY BOND
             (2) _____
             (3) _____

JUDGE/CLERK/MAGISTRATE OF DISTRICT  COURT

CHARGES: BURGLARY 1ST DEGREE    13A-007-005              F  FELONY

NAME: CHRIS MCCULLOUGH                      ALIAS:
ADDRESS: 604 SOUTH 1ST AVENUE               ALIAS:
ADDRESS:
CITY: LANETT              STATE: AL         ZIP: 36863 0000
                                           PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: 11/27/1972   RACE: B     SEX: M    HAIR: BLK
EYE: BRO  HEIGHT: 5'11"   WEIGHT: 150
SID: 000000000  SSN: 416114328  DL NUM:

E X E C U T I O N

     EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND

     ( X )  PLACING DEFENDANT IN THE CHAMBERS COUNTY JAIL

     (   )  RELEASING DEFENDANT ON APPEARANCE BOND

THIS ___20___ DAY OF _March_

                              SHERIFF

                              BY:

COMPLAINANT:   JEFF BLACKSTONE
               CHAMBERS CO SHERIFF DEPT
               CHAMBERS CO COURTHOUSE
               LAFAYETTE AL  36862

OPERATOR: DES      DATE: 03/20/2002

ALABAMA JUDICIAL INFORMATION SYSTEM

\* \* \* IN THE DISTRICT COURT OF CHAMBERS COUNTY \* \* \*

AGENCY NUMBER: C.C.S.D.                    WARRANT NUMBER: WR 2002 000182.00
                                           OTHER CASE NBR:

C O M P L A I N T

BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT  COURT OF
CHAMBERS COUNTY, ALABAMA, PERSONALLY APPEARED    JEFF BLACKSTONE
WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR
BELIEVING, AND DOES BELIEVE THAT    CHRIS MCCULLOUGH                DEFENDANT,
WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE
NAMED COUNTY AND

DID ON OR ABOUT   MARCH 6, 2002,  KNOWINGLY AND UNLAWFULLY ENTER, OR REMAIN
UNLAWFULLY IN A DWELLING OF       DANNY HUDSON,              WITH INTENT
TO COMMIT A CRIME THEREIN, TO-WIT:      THEFT OF PROPERTY,      AND WHILE
EFFECTING ENTRY OR WHILE IN DWELLING, OR IN IMMEDIATE FLIGHT THEREFROM, HE
OR ANOTHER PARTICIPANT IN THE CRIME;
(XX) WAS ARMED WITH EXPLOSIVE OR A DEADLY WEAPON,TO-WIT:
    CHROME 9MM
IN VIOLATION OF 13A-007-005                      OF THE CODE OF ALABAMA,
AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

_____
COMPLAINANT'S SIGNATURE

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 20 DAY OF MARCH, 2002.

_____
JUDGE/CLERK/MAGISTRATE OF DISTRICT COURT

CHARGES: BURGLARY 1ST DEGREE    13A-007-005        F  FELONY
----------------------------------------------------------------------

WITNESS FOR THE STATE

JEFF BLACKSTONE/CHAMBERS CO SHERIFF DEPT /CHAMBERS CO COURTHOUSE/LAFAYETTE/

----------------------------------------------------------------------
----------------------------------------------------------------------
----------------------------------------------------------------------
----------------------------------------------------------------------

OPERATOR: DES     DATE: 03/20/2002

COPY

```
W A R R A N T

STATE OF ALABAMA          CHAMBERS COUNTY              DISTRICT  COURT
AGENCY NUMBER: C.C.S.O.              WARRANT NUMBER: WR 2002 000183.00
                                     OTHER CASE NBR:

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST   CHRIS MCCULLOUGH   AND BRING
HIM/HER BEFORE THE DISTRICT  COURT OF CHAMBERS COUNTY TO ANSWER THE STATE
 ON A CHARGE(S) OF:
               THEFT OF PROP 1ST  CLASS: B  TYPE: F  COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN  THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 20 DAY OF MARCH, 2002.

BOND SET AT: (1)      $10,000.00  BOND TYPE: PROPERTY BOND
             (2) _____
             (3) _____
```

JUDGE/CLERK/MAGISTRATE OF DISTRICT  COURT

```
CHARGES: THEFT OF PROP 1ST     13A-008-003          F  FELONY
```

```
NAME: CHRIS MCCULLOUGH                    ALIAS:
ADDRESS: 604 SOUTH 1ST AVENUE             ALIAS:
ADDRESS:
CITY: LANETT            STATE: AL         ZIP: 36863 0000.
                                          PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: 11/27/1972    RACE: B     SEX: M     HAIR: BLK
EYE: BRO  HEIGHT: 5'11"  WEIGHT: 150
SID: 000000000  SSN: 416114328  DL NUM:
```

```
                    E X E C U T I O N

     EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND

     ( X )  PLACING DEFENDANT IN THE CHAMBERS COUNTY JAIL

     (   )  RELEASING DEFENDANT ON APPEARANCE BOND
```

THIS ___20___ DAY OF _March_ _____

SHERIFF

BY _____

```
COMPLAINANT:   JEFF BLACKSTONE
               CHAMBERS CO SHERIFF DEPT
               CHAMBERS CO COURTHOUSE        Bond: $50,000-
               LAFAYETTE  AL  36862

OPERATOR: DES        DATE: 03/20/2002
```

ALABAMA JUDICIAL INFORMATION SYSTEM

* * * IN THE DISTRICT COURT OF CHAMBERS COUNTY * * *

AGENCY NUMBER: C.C.S.O.                    WARRANT NUMBER: WR 2002 000183.00
                                           OTHER CASE NBR:

C O M P L A I N T

BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT  COURT OF
CHAMBERS COUNTY, ALABAMA, PERSONALLY APPEARED   JEFF BLACKSTONE
WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR
BELIEVING, AND DOES BELIEVE THAT    CHRIS MCCULLOUGH                 DEFENDANT,
WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE
NAMED COUNTY AND

ON OR ABOUT    MARCH 6, 2002,     KNOWINGLY OBTAIN OR EXERT UNAUTHORIZED
CONTROL OVER:
    (XX THE FOLLOWING PROPERTY, TO-WIT:
        (1)METAL TIN OF COINS CONTAINING HALF DOLLARS
        (1)BLACK LEATHER BILL BLASS BRIEFCASE
        (3)GOLD NECKLACES,
        (1)JEWELRY BOX WITH TRAY OF ASSORTED OLD COINS
        (9)ASSORTED RINGS/WHITE GOLD AND YELLOW GOLD
        (3)GOLD BRACELETS AND GOLD WITH DIAMOND BROACH
    (1)WHITE FLORAL METAL TIN WITH ASSORTED HALF DOLLARS
THE PROPERTY OF, TO-WIT:              DANNY HUDSON,            AND
HAVING A VALUE OF, TO-WIT:    $13,974.00. IN EXCESS OF $1,000.00
DOLLARS;
IN VIOLATION OF 13A-008-003                        OF THE CODE OF ALABAMA,
AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

                                        _____
                                            COMPLAINANT'S SIGNATURE

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 20 DAY OF MARCH, 2002.

_____
JUDGE/CLERK/MAGISTRATE OF DISTRICT  COURT

CHARGES: THEFT OF PROP 1ST    13A-008-003          F  FELONY

WITNESS FOR THE STATE

JEFF BLACKSTONE/CHAMBERS CO SHERIFF DEPT /CHAMBERS CO COURTHOUSE/LAFAYETTE/

OPERATOR: DES    DATE: 03/20/2002

# ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | R84 Completed |
|---|---|
| ☐ Yes ☒ No | ☐ Yes ☒ No |

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

## IDENTIFICATION

| 1 ORI # | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 01CG200 | CANETT Police Dept. | 0203003,75 | |

| 5 LAST, FIRST, MIDDLE NAME | 6 ALIAS AKA |
|---|---|
| McCullosh, Christopher | |

| 7 SEX | 8 RACE | 9 HGT. | 10 WGT. | 11 EYE | 12 HAIR | 13 SKIN | 14 |
|---|---|---|---|---|---|---|---|
| ☒M ☐F | ☒W ☐B ☐A | 5-11 | 155 | Bro | BLK | DRK | ☐1 SCARS ☐2 MARKS ☐3 TATOOS ☐4 AMPUTATIONS |

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| Valley, Chambers, AL | 416-1/1-1431218 | M 1 2D 77 | 29 | |

| 20 SID # | 21 FINGERPRINT CLASS KEY MAJOR PRIMARY SCDV SUB-SECONDARY FINAL | 22 DL # | 23 ST |
|---|---|---|---|
| | | | |

| 24 FBI # | HENRY CLASS | 25 IDENTIFICATION COMMENTS |
|---|---|---|
| | NCIC CLASS | |

| 26 ☒ RESIDENT ☐ NON–RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|
| | 604 S. 1 Ave. Canett, AL | ( ) | None |

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE |
|---|---|---|
| None | | ( ) |

## ARREST

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION? ☒ YES ☐ NO |
|---|---|---|
| Hillcrest Cemetery Country Clb.Rd 0101099 | | ☐1 IN STATE ☐2 OUT OF STATE |

| 36 CONDITION OF ARRESTEE: | 37 RESIST ARREST? | 38 INJURIES? | 39 ARMED? | 40 DESCRIPTION OF WEAPON |
|---|---|---|---|---|
| ☐1 DRUNK ☒2 SOBER ☐3 DRINKING ☐4 DRUGS | ☐1 YES ☒2 NO | ☐1 OFFICER ☒3 NONE ☐2 ARRESTEE | ☐1 YES ☒2 N | ☐1 HANDGUN ☐2 RIFLE ☐3 SHOTGUN ☐4 OTHER FIREARM ☐5 OTHER WEAPON |

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 03 19 02 | 11:17 ☐1 AM ☒2 PM ☐MIL | S M T X W T F S | ☒1 ON VIEW ☐2 CALL ☐3 WARRANT | ☒1 YES ☐2 NO ☐3 UNKNOWN |

| 46 CHARGE–1 ☒ FEL ☐ MISD | 47 UCR CODE | 48 CHARGE–2 ☒ FEL ☐ MISD | 49 UCR CODE |
|---|---|---|---|
| Burglary 1 ST ° | | Theft of Property 1° | |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED |
|---|---|---|---|---|---|
| 13A-7-5 | | 0 3 19 02 | 13A-8-3 | | 0 3 19 02 |

| 56 CHARGE–3 ☒ FEL ☐ MISD | 57 UCR CODE | 58 CHARGE–4 ☐ FEL ☐ MISD | 59 UCR CODE |
|---|---|---|---|
| Attempted Burglary 1 ST° | | | |

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED |
|---|---|---|---|---|---|
| 13A-4-2 | | 0 3 19 02 | | | M D Y |

| 66 ARREST DISPOSITION | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| ☒1 HELD ☐4 TOT—LE ☐2 BAIL ☐5 OTHER ☐3 RELEASED | | |
| | | 68 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

## VEHICLE

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|
| | Ford | Must | 2D | Gray | 80 | AL | 2002 |

| 78 VIN | 79 IMPOUNDED? ☐YES ☒NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|
| | | |

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | ☐ CONTINUED IN NARRATIVE |
|---|---|
| | |

## JUVENILE

| 82 JUVENILE DISPOSITION: | ☐1 HANDLED AND RELEASED ☐2 REF. TO JUVENILE COURT | ☐3 REF. TO WELFARE AGENCY ☐4 REF. TO OTHER POLICE AGENCY | ☐5 REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|---|---|
| | | | | |

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|
| | | |

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|
| | | | |

## RELEASE

| 91 DATE AND TIME OF RELEASE | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|
| M D Y : ☐1 AM ☐2 PM ☐MIL | | | |

| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|
| | | |

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐1 YES ☐2 NO ☐3 PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|
| | | |

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) |
|---|
| |

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER |
|---|---|
| | |

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE ☐Y ☐N |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 111 ARRESTING OFFICER (LAST, FIRST, M.) | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR | 116 WATCH CMDR. |
|---|---|---|---|---|---|
| Whaley, Lincoln S | 102 | Canter, Richard | 105 | ID # | ID # |

**TYPE OR PRINT IN BLACK INK ONLY**

ACJIC—34 REV. 10-90

| State of Alabama Unified Judicial System | **AFFIDAVIT** AND **WARRANT OF ARREST** | Warrant Number Case Number 020300272 |

THE STATE OF ALABAMA
CHAMBERS COUNTY

IN THE DISTRICT COURT OF
CHAMBERS COUNTY

**AFFIDAVIT**

Before me, Judge/Magistrate of the District Court of Chambers County, personally appeared this

day _____ JOHN BURTON _____

and made oath that he/she has probable cause for believing and does believe, that in said State and

County, before the filing of this complaint, _____ CHRISTOPHER CORNELIUS MCCULLOUGH (ALIAS) _____

whose name is not known to the affiant, other than is stated, did, On or about MARCH 13, 2002

did knowingly obtain or exert unauthorized control over : Colt King Cobra .357, Smith & Wesson 6906 .9mm, Ruger 1022

rifle, and a Browning 12ga. shotgun, assorted change, assorted knives, the property of John Burton of the value in excess of $1000 (one thousand dollars), with

the intent to deprive the owner of said property, in violation of 13A-8-3 of the Code of Alabama, against the peace and dignity

of the State of Alabama.

in violation of Section/Ordinance number  13A-8-3                    / 18-1
which said offense was committed against the peace and dignity of the State of Alabama.

AFFIANT _____

ADDRESS 7146 Country Club Rd. Lanett, Al. 36863

TELEPHONE NUMBER 642-0904

Sworn to and subscribed before me this
3 - 19               20 02
_____
Judge/Magistrate

**WARRANT OF ARREST**

THE STATE OF ALABAMA
CHAMBERS COUNTY

IN THE DISTRICT COURT OF
CHAMBERS COUNTY

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

Complaint on oath having been made before me that the offense of

_____ THEFT OF PROPERTY 1ST _____

has been committed and accusing _____ CHRISTOPOHER CORNELIUS MCCULLOUGH (ALIAS) _____

with committing the same, you are therefore commanded forthwith to arrest said

_____ CHRISTOPHER CORNELIUS MCCULLOUGH (ALIAS) _____   and bring him/her

before the District Court of Chambers County to answer said charge.

Witness my hand this _____ 3 - 19 _____               20 02

_____
Judge/Magistrate

AFFIDAVIT AND WARRANT

| State of Alabama<br>Unified Judicial System | **AFFIDAVIT**<br>AND<br>**WARRANT OF ARREST** | Warrant Number |
|---|---|---|
| | | Case Number<br>020300375 |

THE STATE OF ALABAMA               IN THE DISTRICT COURT OF
CHAMBERS COUNTY                CHAMBERS COUNTY

**AFFIDAVIT**

Before me, Judge/Magistrate of the District Court of Chambers County, personally appeared this

day                      DET. LINCOLN WHALEY

and made oath that he/she has probable cause for believing and does believe, that in said State and

County, before the filing of this complaint,     CHRISTOPHER CORNELIUS MCCULLOUGH  (ALIAS)

whose name is not known to the affiant, other than is stated, did, On or about  MARCH 19, 2002

did with intent to commit the crime of Burglary 1st Degree (13A-7-5 of the Code of Alabama) attempt to commit said offense

by going to the residence armed with a Smith & Wesson .9mm to commit Burglary 1st Degree, in violation of 13A-4-2 of the

Code of Alabama, against the peace and dignity of the State of Alabama.

in violation of Section/Ordinance number   13A-4-2          / 18-1

which said offense was committed against the peace and dignity of the State of Alabama.

AFFIANT

ADDRESS 401 N. Lanier Ave. 36863

TELEPHONE  NUMBER 644-5227

Sworn to and subscribed before me this
3-19.       20 _02_

Judge/Magistrate

**WARRANT OF ARREST**

THE STATE OF ALABAMA            IN THE DISTRICT COURT OF
CHAMBERS COUNTY            CHAMBERS COUNTY
TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

Complaint on oath having been made before me that the offense of

ATTEMPTED BURGLARY 1

has been committed and accusing      CHRISTOPHER CORNELIUS MCCULLOUGH (ALIAS)

with committing the same, you are therefore commanded forthwith to arrest said

CHRISTOPHER CORNELIUS MCCULLOUGH  (ALIAS)       and bring him/her

before the District Court of Chambers County to answer said charge.

Witness my hand this      3-19        20 _02_

Judge/Magistrate

AFFIDAVIT AND WARRANT

| State of Alabama<br>Unified Judicial System | **AFFIDAVIT**<br>AND<br>**WARRANT OF ARREST** | Warrant Number<br><br>Case Number<br>020300272 |

THE STATE OF ALABAMA                    IN THE DISTRICT COURT OF
CHAMBERS COUNTY                          CHAMBERS COUNTY

**AFFIDAVIT**

Before me, Judge/Magistrate of the District Court of Chambers County, personally appeared this

day _____ JOHN BURTON _____

and made oath that he/she has probable cause for believing and does believe, that in said State and

County, before the filing of this complaint,_____ CHRISTOPHER CORNELIUS MCCULLOUGH (ALIAS)_____

whose name is not known to the affiant, other than is stated, did, On or about MARCH 13, 2002

did knowingly and unlawfully enter or remain unlawfully in a dwelling of JOHN BURTON with intent to commit a crime

therein to wit: Theft of Property 1, and while effecting entry or while in the dwelling or in immediate flight therefrom, the said

defendant or another participant, to-wit: Billy Ralph Norris Jr., was armed with a deadly weapon, to-wit: Colt King Cobra .357,

Smith & Wesson 6906 .9mm, Ruger 1022 rifle, and a Browning 12ga. shotgun,

in violation of Section/Ordinance number  13A-7-5           / 18-1
which said offense was committed against the peace and dignity of the State of Alabama.

AFFIANT _____

ADDRESS 7146 Country Club Rd. Lanett, Al. 36863

TELEPHONE NUMBER 642-0904

Sworn to and subscribed before me this
3-29          20 02
_____
Judge/Magistrate

**WARRANT OF ARREST**

THE STATE OF ALABAMA                    IN THE DISTRICT COURT OF
CHAMBERS COUNTY                          CHAMBERS COUNTY
TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

Complaint on oath having been made before me that the offense of

_____ BURGLARY 1 _____

has been committed and accusing_____ CHRISTOPHER CORNELIUS MCCULLOUGH (ALIAS)_____
with committing the same, you are therefore commanded forthwith to arrest said

_____ CHRISTOPHER CORNELIUS MCCULLOUGH (ALIAS) _____          and bring him/her

before the District Court of Chambers County to answer said charge.

Witness my hand this _____ 3-19 _____ 20 02

_____
Judge/Magistrate

AFFIDAVIT AND WARRANT

| State of Alabama<br>Unified Judicial System | CONSOLIDATED APPEARANCE<br>AND COST BOND | Case Number |
|---|---|---|
| Form C-52    Rev. 8/92 | (District Court, Grand Jury, Circuit Court) | DC-01-3038 |

IN THE _____ _District_ _____ COURT OF _____ _Chambers_ _____ COUNTY
STATE OF ALABAMA    v.    _Christopher Cornelius McCullough_
                                                                  **Defendant**

I, _Christopher Cornelius McCullough_ _____ (Defendant), as principal,
and I (we), _____
                              *(please print)*

_____ , as surety(ies),
agree to pay the State of Alabama the sum of $ _C/R_ _____ and all costs incurred unless the above named defendant appears before the
district court of said county on _the scheduled August 7, 2001_ (date) at _the C_ _A_ m. (time) *(if date and time are
unknown, the words "the scheduled" may be placed in the date blank and a line may be placed in the space for time,)* and from time to
time thereafter until discharged by law or at the next session of circuit court of said county; there to await the action by the grand jury
and from session to session thereafter until discharged by law to answer to the charge of _Register Arrest Review_

_____ , or any other charge as authorized by law.
We hereby severally certify that we have property valued over and above all debts and liabilities that has a fair market value equal to
or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting property from levy and
sale under execution or other process for the collection of debt by the Constitution and Laws of the State of Alabama, and we especially
waive our rights to claim exempt our wages or salary, that we have under the laws of Alabama and our rights to homestead exemptions
that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a separate writing.
It is agreed and understood that this is a consolidated bond, eliminating the necessity for multiple bonds and that it shall continue in full
force and effect, unless modified by order of court, until the defendant appears before the District Court or Circuit Court, whichever has
jurisdiction, to answer the above charge, and from time to time thereafter until the defendant is discharged by law, or, until such time as
the undersigned sureties are otherwise duly exonerated as provided by law.
Signed and sealed this date with notice that false statements are punishable as perjury.

| Signature of Defendant (L.S.) | | | |
|---|---|---|---|
| Address (Print) _135 South 18th Street Lanett_ | | State _AL_ | Zip _36754_ |
| Signature of Surety (L.S.) | | Signature of Surety (L.S.) | |
| Social Security Number | | Social Security Number | |
| Address (Print)    State    Zip | | Address (Print)    State    Zip | |
| Signature of Surety (L.S.) | | Signature of Surety (L.S.) | |
| Social Security Number | | Social Security Number | |
| Address (Print)    State    Zip | | Address (Print)    State    Zip | |

Date _07/06/01_

Approved by: Judge/Magistrate/Sheriff
_Bill Landrum_
By: Deputy Sheriff

| Defendant's Information | | |
|---|---|---|
| Date of Birth _11/27/1972_ | Sex _Male_ | Employer _Carter Mill_ |
| Social Security Number _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_ | Race _Black_ | Employer's Address _Valley, AL 36754_ |
| Driver's License Number _7456790_    State _(AL)_ | Telephone Number | Employer's Telephone Number _706-643-1019_ |

☐ **Property Bond**    ☐ **Professional Bond**    ☐ **Secured/Cash Bond**

CONSOLIDATED BOND    COURT RECORD: Original    DEFENDANT: Copy    SURETY: Copy

| CHAMBERS COUNTY DETENTION FACILITY | CLERK'S NOTICE OF RELEASE | CASE NUMBER |
|---|---|---|
| | | D C-01-200285 |

IN THE _District_ COURT OF CHAMBERS COUNTY ALABAMA

_____ STATE OF ALABAMA    X MUNICIPALITY _Lanett_

VS. _Christopher Cornelius McCullough_

TO THE CIRCUIT CLERK OF CHAMBERS COUNTY:
BE ADVISED THE ABOVE NAMED DEFENDANT HAS COMPLETED ALL THE JAIL TIME ORDERED.

REASONS FOR COMMITMENT: _Resisting Arrest_

SENTENCE: _10 day in Co. Jail, 90 days Probation, Fine: $230.00_

SENTENCE DATE: _06/26/01_    DATE COMPLETED: _07/06/01_

__X__ DEFENDANT LAYED OUT FINES, COSTS, ETC.
__X__ DEFENDANT GIVEN INSTRUCTIONS FOR PAYMENT OF FINES, COSTS, ETC.
_____ DEFENDANT HAS MEDICAL EXPENSES, BOND TO RETURN ON _____
_____ DEFENDANT HAS COURT ORDERED RESTITUTION, BOND TO RETURN ON

COMMENTS: _Time Served, Subject Advised of 90 days Probation, Review set for August 7, 2001_

_07/06/01_
DATE

_____
OFFICER'S SIGNATURE

```
ACR88#                    ALABAMA JUDICIAL DATA CENTER
                               CHAMBERS COUNTY
                            TRANSCRIPT OF RECORD
                             CONVICTION REPORT
                                              CC 2001 2003BFF 00 01
                                              JOEL B. HOLLEY
-----------------------------------------------------------------------
  DISTRICT COURT OF CHAMBERS COUNTY            COURT ORI: 010010 J
-----------------------------------------------------------------------
  CITY OF LANETT            VS.
  MCCULLOUGH CHRIS DORNELL   ALIAS:            DO NO:    0000 000000.00
  125 _ 15TH ST             ALIAS:            SID:
  LANE  AL  36633                             SSN:   416111555
                                             AIS:   00000001
                                             ALT:
-----------------------------------------------------------------------
  DOB: 11/27/1978  SEX: M  HT: 5 11    WT: 120  HAIR:      EYE:
  RACE: ( )W (X)B  ( )      COMPLEXION: _____  AGE:     FEATURES: ____
-----------------------------------------------------------------------
  DATE OFFENSE: 00/00/0000  ARREST DATE: 04/21/2001  ARREST ORI: 0120800
-----------------------------------------------------------------------
  CHARGES & CONV    CITES          CT CL COURT ACTION         CA DATE
  RESISTING ARREST  13A-010-041    01 B  GUILTY PLEA         06/26/2001
                                   00                        00/00/0000
                                   00                        00/00/0000
-----------------------------------------------------------------------
  JUDGE: JOEL B. HOLLEY              PROSECUTOR:
-----------------------------------------------------------------------
  PROBATION APPLIED    GRANTED  DATE      REARRESTED DATE  REVOKED  DATE
  (X)Y( )N 06262001  ( )Y( )N _____   ( )Y( )N _____  ( )Y( )N
-----------------------------------------------------------------------
  15-18-8, CODE OF ALA 1975   IMPOSED  SUSPENDED    TOTAL   JAIL CREDIT
  (X)Y ( )N  CONFINEMENT: 00 00 010  00 00 000  00 00 010  00 00 000
             PROBATION   00 00 090            00 00 090
  DATE SENTENCED: 06/26/2001   SENTENCE BEGINS: 00/00/0000
-----------------------------------------------------------------------
  PROVISIONS              COSTS/RESTITUTION        DUE        ORDERED

   SPLIT SENTENC          RESTITUTION            $0.00        $0.00
   JAIL                   ATTORNEY FEE           $0.00        $0.00
                          CRIME VICTIMS         $25.00       $25.00
                          COST                 $205.00      $205.00
                          FINE                   $0.00        $0.00
                          MUNICIPAL FEES         $0.00        $0.00
                          DRUG FEES              $0.00        $0.00
                          ADDTL DEFENDANT        $0.00        $0.00
                          2A FEES                $0.00        $0.00
                          COLLECTION ACCT        $0.00        $0.00
                          JAIL FEES              $0.00        $0.00

                          TOTAL                $230.00      $230.00
-----------------------------------------------------------------------
  APPEAL DATE      SUSPENDED        AFFIRMED          REARREST
  ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____
-----------------------------------------------------------------------
  REMARKS:
                          THIS IS TO CERTIFY THAT THE
                          ABOVE INFORMATION WAS EXTRACTED
                          FROM OFFICIAL COURT RECORDS
                          AND IS TRUE AND CORRECT.
  10 DAYS IN CO JAIL 90 DAYS PROBATION


                          Charles W. Story /SF
                          CHARLES W. STORY

                          06/26/2001


  OPERATOR: MAF
  PREPARED: 06/26/2001
```

State of Alabama
Unified Judicial System
Chambers County Form 003
Rev. 2/90

# APPEARANCE BOND

**Case Number**

| ID | YR. | NUMBER |

IN THE _____ **DISTRICT** _____ COURT OF _____ **CHAMBERS** _____ COUNTY

STATE OF ALABAMA                              VS. _Chris McCullough_

WE _____ _Chris McCullough_ _____ (Defendant) as principal
and _____ _Troup Bonding_ _____ as sureties
agree to pay the State of Alabama $ __1,000__ ( __One Thousand__ _____ Dollars)
unless the above named defendant appears before the Lanett District Court of said County on
(Date) __6-12-01__ at (Time) __1:00 pm  EST__ ; there to answer to the charge of
__Loud music__

Title: __16-18__ Section: _____     ☐ AL State Code     ☒ Lanett City Code
or any other charge. We hereby severally certify that we have property over and above all debts and liabilities
to the amount of the above bond. We waive the benefit of all laws exempting property from levy and sale under
execution or other process for collection of debt, by the Constitution and Laws of the State of Alabama, and we
especially waive our rights to claim exempt our wages or salary, that we have under the laws of Alabama.

It is agreed and understood that this is a continuing bond which shall continue in full force and effect until such
time as the undersigned are duly exonerated.

_____ _County Jail_ _____
Signature of Defendant                    Address (Print)          City        Telephone

X _Chris McCullough_     _601 S 15 Avenue Lanett_
Signature of Defendant                    Address (Print)          City        Telephone

_Troup Bonding_ _307 N Lanier Ave Lanett (817-386)_
Signature of Surety                        Address (Print)          City        Telephone

_____
Signature of Surety                        Address (Print)          City        Telephone

_____
Signature of Surety                        Address (Print)          City        Telephone

_____ _4-22-01_ _____
Date

Approved by verifying ownership of property
with the office of the tax assessor this date

_____

_Lt Anthony Essey_ _____
By Police Officer

_____
Approved By Chief of Police

WHITE:  Court
YELLOW: Defendant
PINK: Police Department

| State of Alabama<br>Unified Judicial System<br>Chambers County Form 003<br>Rev. 2/90 | **APPEARANCE BOND** | **Case Number** | | |
| --- | --- | --- | --- | --- |
| | | ID | YR. | NUMBER |

IN THE _____ DISTRICT _____ COURT OF _____ CHAMBERS _____ COUNTY

STATE OF ALABAMA                                        VS. ___ *Chris McCullough* ___

WE ___ *Chris McCullough* ___ (Defendant) as principal
and ___ *Troup Bonding* ___ as sureties
agree to pay the State of Alabama $ *1,000* ( *One Thousand* ___ Dollars)
unless the above named defendant appears before the Lanett District Court of said County on
(Date) *6-12-01* at (Time) *10:00 am EST* ___; there to answer to the charge of ___ *Resisting Arrest*

Title: *13A-10-41* ___ Section: _____ ☑ AL State Code    ☐ Lanett City Code
or any other charge. We hereby severally certify that we have property over and above all debts and liabilities
to the amount of the above bond. We waive the benefit of all laws exempting property from levy and sale under
execution or other process for collection of debt, by the Constitution and Laws of the State of Alabama, and we
especially waive our rights to claim exempt our wages or salary, that we have under the laws of Alabama.

It is agreed and understood that this is a continuing bond which shall continue in full force and effect until such
time as the undersigned are duly exonerated.

*(County Jail)*

| Signature of Defendant | Address (Print) | City | Telephone |
| --- | --- | --- | --- |
| X *Chris McCullough* | *604 So. 15th* | *Inside* | *Lanett* |
| Signature of Defendant | Address (Print) | City | Telephone |
| *Alecia Troup Bonding* | *211 N. Lanier Ave* | *Lanett* | *642-3760* |
| Signature of Surety | Address (Print) | City | Telephone |
| | | | |
| Signature of Surety | Address (Print) | City | Telephone |
| | | | |
| Signature of Surety | Address (Print) | City | Telephone |

*4-22-01*
Date

Approved by verifying ownership of property
with the office of the tax assessor this date

_____

*LT Anthony Easey*

By Police Officer                                        Approved By Chief of Police

WHITE: Court
YELLOW: Defendant
PINK: Police Department

# ALABAMA UNIFORM ARREST REPORT

Fingerprinted? Not Completed

| | | |
|---|---|---|
| 1 Yes | | 1 Yes |
| 2 No | | 2 No |

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

**IDENTIFICATION**

| 1 ORI # | 2 AGENCY NAME | | 3 CASE # | 4 SFX |
|---|---|---|---|---|
| 0,1,2,0,2,0,0 | Lanett Police Dept | | 0,1,0,4,0,0,4,5,7 | |

| 5 LAST, FIRST, MIDDLE NAME | 6 ALIAS AKA |
|---|---|
| McCullough, Chris Cornelius | |

| 7 SEX | 8 RACE | 9 HGT. | 10 WGT. | 11 EYE | 12 HAIR | 13 SKIN | 14 | 1 SCARS | 2 MARKS | 3 TATOOS | 4 AMPUTATIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 M 2 F | 1 W 2 B 3 A 4 I | 5'11 | 130 | Bro | Blk | Dr K | | | | | |

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| | 4,1,1,6,-,1,1,1,-,1,4,3,2,8 | 1 M 1 2 7 7 7 2 | 28 | |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| | HENRY CLASS | | | | | | | 6975692 | AL |
| 24 FBI # | NCIC CLASS | | | | | | | 25 IDENTIFICATION COMMENTS | |

| 26 RESIDENT 1 NON—RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|
| | 135 S. 18th St, Lanett, AL 36863 | | |

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE ( ) |
|---|---|---|
| | | |

**ARREST**

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION? |
|---|---|---|
| 16th Ct SW, Lanett, AL 36863 | B | 1 YES 2 OUT STATE AGENCY ☑ YES ☐ NO |

| 36 CONDITION OF ARRESTEE: | 37 RESIST ARREST? | 38 INJURIES? | 39 ARMED? | 40 DESCRIPTION OF WEAPON |
|---|---|---|---|---|
| 1 DRUNK 2 SOBER 3 DRINKING 4 DRUGS | ☑ YES 2 NO | 1 OFFICER 2 ARRESTEE 3 NONE | 1 Y 2 N | 1 HANDGUN 2 RIFLE 3 SHOTGUN 4 OTHER FIREARM 5 OTHER WEAPON |

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 0,4,1,2,1,0,1 | 23:04  1 AM 2 PM 3 MIL. | 1 2 3 4 5 6 7 | 1 ON VIEW 2 CALL 3 WARRANT | 1 YES 2 NO 3 UNKNOWN |

| 46 CHARGE—1 1 FEL 2 MISD | 47 UCR CODE | 48 CHARGE—2 1 FEL 2 MISD | 49 UCR CODE |
|---|---|---|---|
| Loud music | | Resisting Arrest | |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED |
|---|---|---|---|---|---|
| 16-18 | | 0,4,1,2,1,0,1 | 13A-10-41 | | 0,4,1,2,1,0,1 |

| 56 CHARGE—3 1 FEL 2 MISD | 57 UCR CODE | 58 CHARGE—4 1 FEL 2 MISD | 59 UCR CODE |
|---|---|---|---|
| | | | |

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|
| | | | | | |

| 66 ARREST DISPOSITION | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| 1 HELD 2 BAIL 3 RELEASED 4 TOT—LE 5 OTHER | | |
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

**VEHICLE**

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|
| 1991 | Honda | ACC | 2D | TOP Dk O BOTTOM Dk O | CD056 | AL | 02 |

| 78 VIN | 79 IMPOUNDED? 1 YES 2 NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|
| | | |

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED |
|---|
| |

**JUVENILE**

☐ CONTINUED IN NARRATIVE

| 82 JUVENILE DISPOSITION: | 1 HANDLED AND RELEASED 2 REF. TO JUVENILE COURT | 3 REF. TO WELFARE AGENCY 4 REF. TO OTHER POLICE AGENCY | 5 REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|---|---|
| | | | | |

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|
| | | |

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|
| | | | |

**RELEASE**

| 91 DATE AND TIME OF RELEASE M D Y : 1 AM 2 PM 3 MIL. | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|
| | | | |

| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|
| | | |

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE 1 YES 2 NO 3 PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|
| | | |

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) |
|---|
| |

LOCAL USE

STATE USE

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER |
|---|---|
| | |

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE 1 Y 2 N |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 111 ARRESTING OFFICER (LAST, FIRST, M.) | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR. ID # |
|---|---|---|---|---|---|
| Benefield, Jim F. | 164 | Uinson, Chris L | 156 | | |

**TYPE OR PRINT IN BLACK INK ONLY**

ACJIC—34 REV.-10-90

**ALABAMA UNIFORM TRAFFIC**
**TICKET AND COMPLAINT**

FORM 1137
REV 3/97

| | YEAR | NUMBER |
| TICKET NUMBER | M 1421029 | |

ALABAMA, COUNTY OF **Chambers**    CO. **12**    CIT.

TYPE VEHICLE
- ☐ Commercial
- ☐ Haz-Mat Involved
- ☐ Other
- ☑ Private

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that: on or about

Month **10** Day **21** Year **011**    At Approx. **2259**    ☐ AM ☑ PM ☐ SGT

First Name **Chris**    Middle/Maiden **Cornelius**    Last **McCullough**

Address **135 S. 18th St**    Street

City **Lanett**    State **AL**    Zip Code **36863**

State **AL**    Driver's License Number **6975692**    Class of License **D**

Drivers License in Possession ☑ Yes ☐ No

Sex **M** Race **B** DOB M **11** D **07** Y **72**    Social Security Number **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**

Hgt **511** Wgt **130** Eyes **Bro** Hair **Blk**    Vehicle Tag Number **CB1056**    State **AL** Year **02**

Vehicle Description **91 Honda Accord 2D Red**    Owner of Vehicle ☐ Driver ☐ Employer ☑ Other

Employer/Owner of Vehicle (Address)

☑ Did unlawfully operate a motor vehicle, other vehicle, or ☐ otherwise unlawfully use a public street, road, highway or other place,

at or near **16th Ct SW** within the ☑ city limits or ☐ police jurisdiction

of **Lanett** or ☐ within _____ County, at or near the following location

in violation of ☐ Section _____ Code of Alabama 1975,

☐ or Rule/Regulation number (or) ☑ Municipal Ordinance No. **16-18**, duly adopted and in force at the time the offense was committed, (if applicable) ☐ adopting Section _____ Code 1975, more particularly described below:

CHECK THE APPROPRIATE BLOCK:

| | UCR Code | KM No. | Street/Road Code |
|---|---|---|---|

1 ☐ Speeding ____ MPH ____ Speed Limit
2 ☐ Reckless Driving
3 ☐ Driving Without First Obtaining a Driver's License
DID DRIVE OR BE IN ACTUAL PHYSICAL CONTROL OF A VEHICLE WHILE:
4 ☐ There was .08% or More By Weight of Alcohol in His/Her Blood
4 ☐ Under the Influence of Alcohol
5 ☐ Under the Influence of Controlled Substance
71 ☐ Under the Combined Influence of Alcohol and Controlled Substance
72 ☐ Under the Influence of any Substance which Impairs the Mental or Physical Faculties
6 ☐ Failure to Yield Right of Way
☑ Other Violation (Specify) **Loud Music**

7 ☐ Driving While Revoked
8 ☐ Driving While Suspended
10 ☐ Running Red Light
13 ☐ Improper Equipment (Specify)
14 ☐ Improper Passing
28 ☐ Improper Tag (Specify)
29 ☐ Improper Turn
42 ☐ Overweight Vehicle
61 ☐ Child Restraint Violation
77 ☐ Seat Belt Violation

FACTS RELATING TO THE OFFENSE: (Witnesses, etc)    ☐ Companion Case (Traffic, Non-Traffic, Felony, Other)    ☐ Accident Involved

Complainant's Signature

Officer ID. **164**    Agency ORI    AL **0120200**    M ____ D ____ Y ____

Verified and Acknowledged before me this date (Circle Title) Judge/Magistrate

COURT APPEARANCE INFORMATION
☐ Municipal
☑ District Court **Lanett**    Phone **(706) 586-8411**

Court Appearance Date **06 12 01**    Time **100** ☐ AM ☑ PM    Court Address **401 N. Lanier AV**

I Promise to appear in court at said time and place or otherwise comply with the provisions of this complaint and instructions of the notice part of this ticket.

Defendant's Signature X **Refused**    Phone ( )

☐ Released on Own Recognizance    ☐ Driver's License Posted in Lieu of Bond

COMPLAINT AND AFFIDAVIT

NAME

TICKET # M **1421029** CASE #

INSTRUCTION TO OFFICER:    **PRESS FIRMLY.**    ASK IF MOTORIST'S ADDRESS IS CORRECT ON DRIVER'S LICENSE

| State of Alabama<br>Unified Judicial System<br>Form MC-11 | **AFFIDAVIT**<br>**AND**<br>**WARRANT OF ARREST** | Warrant Number |
|---|---|---|
| | | Case Number<br>01 0400457 |

| THE STATE OF ALABAMA | IN THE DISTRICT COURT OF |
|---|---|
| CHAMBERS COUNTY | CHAMBERS COUNTY |

**AFFIDAVIT**

Before me, Judge/Magistrate of the District Court of Chambers County, personally appeared

this day .......... P/o Tim Benefield

who, upon first being duly sworn, states on oath that he/she has probable cause for believing and does

believe that .......... Chris Cornelius McCullough (Alias) ..........

whose name is otherwise unknown to the affiant, did on or about, to-wit: .......... 4-21- .......... 19 01

within twelve months before making this affidavit and within the City/Town of Lanett, Alabama or the Police
Jurisdiction thereof, the offense of

.......... RESISTING ARREST ..........

has been committed, in that said defendant Chris Cornelius McCullough (Alias) .......... DID
INTENTIONALLY PREVENT OR ATTEMPT TO PREVENT, P/o Tim Benefiel .........., FROM AFFECTING
A LAWFUL ARREST OF (HIMSELF) HERSELF, OR OF ..........

IN VIOLATION OF § 13A-10-41 OF THE CODE OF ALABAMA AGAINST THE PEACE AND DIGNITY OF THE

STATE OF ALABAMA.

in violation of Ordinance Number/Section .......... 13A-10-41 .......... CITY OF LANETT 18-1
previously duly adopted, effective and in full force at the time the offense was committed.

Sworn to and subscribed before me this

.......... 19 ..........

| | Affiant .......... |
|---|---|
| | Address 401 N. Lanier Av |
| Judge/Magistrate | Telephone Number 644-2164 |

**WARRANT OF ARREST**

| THE STATE OF ALABAMA | IN THE DISTRICT COURT OF |
|---|---|
| CHAMBERS COUNTY | CHAMBERS COUNTY |

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

Complaint on oath having been made before me that the offense of ..........

.......... RESISTING ARREST ..........

has been committed and accusing .......... Chris Cornelius McCullough (Alias) ..........
with committing the same, you are therefore commanded forthwith to arrest said

.......... Chris Cornelius McCullough (Alias) .......... and bring him/her

before the District Court of Chambers County to answer said charge.

Witness my hand this .......... 19 ..........

AFFIDAVIT AND WARRANT

.......... Judge/Magistrate ..........

6847

| State of Alabama<br>Unified Judicial System | **ORDER<br>ON INITIAL APPEARANCE** | Case Number |
|---|---|---|
| Form C-80    Rev. 8/2000 | | |

IN THE _District_ _____ COURT OF _Chambers_ _____ , ALABAMA
*(Circuit, District or Municipal)*                *(Name of County or Municipality)*

☐ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. _Chris Gilliland_ _____
                                                                                    **Defendant**

The above-named defendant, charged with the criminal offense(s) of _Traffic Violation_ _____ , was duly brought before the Court for initial appearance on _12/6/01_ _____ , at _3:00_ o'clock _P_.m., whereupon the Court did the following, as checked in the appropriate blocks:

*(CHECK AS APPLICABLE):*

(Deny the Evidence, III.)

☑ 1. Name and address of defendant.

_____ (a) Ascertained the true name and address of the defendant to be:
_____
_____

_____ (b) Amended the formal charges to reflect defendant's true name.

_____ (c) Instructed the defendant to notify the Court promptly of any change of address.

☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of the charges.

☑ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to obtain counsel, an attorney would be appointed by the Court to represent him/her.
Defendant ☐ requested   ☐ did not request court-appointed counsel.  If requested counsel, defendant ☐ was
☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for indigency to be determined.

☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use against him/her.

☑ 5. Bail

_____ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable capital offense.

_____ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to the mandatory conditions prescribed in Rule 7.3(a), A.R.Cr.P., and subject to the following additional conditions:

_____ 1.) Execution of an appearance bond (recognizance) in the amount of $ _____

_____ 2.) Execution of a secured appearance bond in the amount of $ _____

_____ 3.) Other conditions (specify) _____
_____

☑ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1, A.R.Cr.P., and of the procedure by which that right may be exercised.

☐ 7. If charged with a felony offense a preliminary hearing was demanded with 30 days of date of arrest by the above named defendant, set a preliminary hearing to be held in the District Court of _____
an _____ (date) at_____ o'clock_____.m.

_____ (a) Notified the District Court that such demand was made.

_____ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.

☐ 8. Other: _____
_____
_____

_12/6/01_ _____
**Date**
                                                        _____
                                                        **Judge/Magistrate**

TRF333-1

ALABAMA JUDICIAL DATA CENTER
CHAMBERS COUNTY    REPORT
SCRIPT OF RECORD CONVICTI-    TR 1993 300567 00
                                    JID: JOEL G. HOLLEY

CHAMBERS

STATE OF ALABAMA    VS
MCCULLOUGH CHRISTOPHER
1075 CO RD 508

                                    DATE OF BIRTH: 11/27/1972
                                    RACE: B SEX: M HT: 000 WT: 000
                                    HAIR: BLK EYE: BRO

VALLEY        AL  36854 0000

THE COUNTY OR MUNICIPAL JAIL: CHARGED AND FOUND GUILTY OF THE OFFENSE OF
THE DEFENDANT HAS BEEN AND HAS BEEN SENTENCED TO :
FAIL YIELD ROW

        COURT COST:         FINE:       $100.00
                                        $121.00

JAIL TERM TO SERVE:  000 DAYS
        JAIL CREDIT:  000 DAYS

NOTES: TO PAY OR LAY $297.70

YOU ARE ORDERED TO RECEIVE HIM INTO CUSTODY AND RETAIN HIM UNTIL
LEGALLY DISCHARGED

DATE: MARCH 13, 2001

                JOEL G. HOLLEY
                JUDGE

DID NOT APPEAR:
    OTHER:
COMPLETED:

                OFFICER: ZARR

OPERATOR: MAF
PREPARED:03/13/2001

                        DATE: 03/13/2001

ALABAMA JUDICIAL DATA CENTER

COURT PAYMENT SYSTEM

CHAMBERS COUNTY

*** RECEIPT ***

NO: 114172

DATE: 03/13/2001
TIME: 13:04:58

BATCH: 2001113

TYPE: CASH

CASE: TR 1993 300567.00

RECEIVED FROM: MCCULLOUGH CHRISTOPHER

AMOUNT: TWO HUNDRED NINETY SEVEN AND 70/100 -------------- $*******297.70

FOR ACCOUNTS:   D999    DA COLL-              $68.70
                MT03    VALLEY-              $89.00
                MT30    SUBPOENA             $40.00
                MT13    VALLEY              $100.00

*** BALANCE OWED ON THIS CASE BY THIS PAYOR IS:              $0.00 ***

ACRSEP

ALABAMA JUDICIAL DATA CENTER
CHAMBERS COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

DC 2000 000389.00 01
JOEL B. HOLLEY

```
--------------------------------------------------------------------------
| DISTRICT COURT OF CHAMBERS COUNTY          COURT ORI: 012013 J          |
|                                                                          |
| CITY OF LANETT        VS.             DC NO:      0000 000000.00         |
| MCCULLOUGH CHRISTOPHER D   ALIAS:     G   J:                             |
| 105 S 15TH ST              ALIAS:     SSN:    416114388                  |
| LANETT  AL  36863          ALIAS:     SID:    000000000                  |
|                                       AIS#:                              |
|--------------------------------------------------------------------------|
| DOB:  11/27/1972   SEX: F   HT: 5 10   WT: 150   HAIR:        EYE:       |
| RACE: ( )W (X)B ( )O   COMPLEXION: _____  AGE: ____  FEATURES:          |
|--------------------------------------------------------------------------|
| DATE OFFENSE: 00/00/0000  ARREST DATE: 08/22/2000  ARREST ORI: 0120200   |
|--------------------------------------------------------------------------|
| CHARGES & CONV    CITES       CT CL COURT ACTION           DA DATE       |
| DOM VIO 3RD-HARASS 13A-006-132  01 A  CONVICTED            09/12/2000    |
|                              0                             00/00/0000    |
|                              0                             00/00/0000    |
|--------------------------------------------------------------------------|
| JUDGE: JOEL B. HOLLEY                  PROSECUTOR:                        |
|--------------------------------------------------------------------------|
| PROBATION APPLIED  GRANTED  DATE       REARRESTED DATE  REVOKED  DATE    |
| (X)Y( )N 09122000  (X)Y( )N 09122000  ( )Y( )N _____   ( )Y( )N _____  |
|--------------------------------------------------------------------------|
| 15-18-8, CODE OF ALA 1975    IMPOSED   SUSPENDED   TOTAL   JAIL CREDIT   |
| ( )Y (X)N  CONFINEMENT: 00 00 000  00 00 030  00 00 030   00 00 000      |
|            PROBATION :  00 00 090  00 00 090  00 00 090                  |
| DATE SENTENCED: 09/12/2000    SENTENCE BEGINS: 00/00/0000                |
|--------------------------------------------------------------------------|
| PROVISIONS                                                               |
|                        COSTS/RESTITUTION            DUE        ORDERED    |
|                                                                          |
|                        RESTITUTION              $0.00          $0.00     |
|                        ATTORNEY FEE             $0.00          $0.00     |
|                        CRIME VICTIMS           $25.00         $25.00     |
|                        COST                   $164.00        $184.00     |
|                        FINE                   $100.00        $100.00     |
|                        MUNICIPAL FEES           $0.00         $22.00     |
|                        DRUG FEES                $0.00          $0.00     |
|                        ADDTL DEFENDANT          $0.00          $0.00     |
|                        DA FEES                  $0.00          $0.00     |
|                        COLLECTION ACCT          $0.00          $0.00     |
|                        JAIL FEES                $0.00          $0.00     |
|                                                                          |
|                        TOTAL                  $289.00        $331.00     |
|--------------------------------------------------------------------------|
| APPEAL DATE      SUSPENDED        AFFIRMED          REARREST             |
| ( )Y( )N _____   ( )Y( )N _____   ( )Y( )N _____   ( )Y( )N _____        |
|--------------------------------------------------------------------------|
| REMARKS:                          THIS IS TO CERTIFY THAT THE           |
|                                   ABOVE INFORMATION WAS EXTRACTED       |
|                                   FROM OFFICIAL COURT RECORDS           |
|  THIS CASE PAID IN FULL TO PROBATION OFFICER ON 3-11-01  TRUE AND CORRECT|
|                                                                          |
|                                   Charles W. Story SF                    |
|                                   CHARLES W. STORY                        |
|                                                                          |
|                                   03/13/2001                             |
--------------------------------------------------------------------------
```

OPERATOR: MAF
PREPARED: 03/13/2001

# ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | R84 Completed |
|---|---|
| ☐ Yes | ☐ Yes |
| ☒ No | ☒ No |

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

**IDENTIFICATION**

| 1 ORI # | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0,1,2,0,2,0,0 | Lanett Police Department | 0,1,0,3,0,0,2,2,4 | |

| 5 LAST, FIRST, MIDDLE NAME | 6 ALIAS AKA |
|---|---|
| McCullough, Chris Cornelius | |

| 7 SEX | 8 RACE | 9 HGT. | 10 WGT. | 11 EYE | 12 HAIR | 13 SKIN | 14 | | |
|---|---|---|---|---|---|---|---|---|---|
| ☒ M ☐ F | ☒ W ☐ B ☐ A | 5'11 | 150 | BRO | BLK | DRK | ☐ SCARS | ☒ MARKS | ☐ TATOOS | ☐ AMPUTATIONS |

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| Langdale Chambers AL | 4,1,6-1,1,1-4,3,2,8 | 1,1,2,9,7,8 | 28 | |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 6975692 | AL |

| 24 FBI # | HENRY CLASS | 25 IDENTIFICATION COMMENTS |
|---|---|---|
| | NCIC CLASS | |

| 26 ☒ RESIDENT ☐ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|
| | 604 S 1st Ave Lanett AL 36863 | ( ) NONE | Beam Handler |

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE |
|---|---|---|
| Cotex Mill | Fob James Dr Valley AL 36854 | 706 645-7219 |

**ARREST**

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) | 34 SECTOR | 35 ARRESTED FOR YOUR JURISDICTION? |
|---|---|---|
| FFx By Pass Valley AL 36851 | 0,0,0,0,0 | ☒ YES ☐ NO ☐ IN STATE ☐ OUT STATE ☐ AGENCY |

| 36 CONDITION OF ARRESTEE: | 37 RESIST ARREST? | 38 INJURIES? | 39 ARMED? | 40 DESCRIPTION OF WEAPON |
|---|---|---|---|---|
| ☐ DRUNK ☒ SOBER ☒ DRINKING ☐ DRUGS | ☐ YES ☒ NO | ☒ NONE ☐ OFFICER ☐ ARRESTEE | ☐ Y ☒ N | ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ OTHER FIREARM ☐ OTHER WEAPON |

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 0,3,1,0,0,1 | 23:13 ☐ 1. AM ☒ MIL. ☐ 2. PM | S M T W ☒T F S | ☒ ON VIEW ☐ ON CALL ☐ WARRANT | ☐ YES ☒ NO ☐ UNKNOWN |

| 46 CHARGE—1 ☐ FEL ☒ MISD | 47 UCR CODE | 48 CHARGE—2 ☐ FEL ☒ MISD | 49 UCR CODE |
|---|---|---|---|
| ITA. Probation Violation | | | |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED M D Y |
|---|---|---|---|---|---|
| | | 1,2,1,0,5,0,0 | | | |

| 56 CHARGE—3 ☐ FEL ☒ MISD | 57 UCR CODE | 58 CHARGE—4 ☐ FEL ☒ MISD | 59 UCR CODE |
|---|---|---|---|

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 66 ARREST DISPOSITION | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| ☒ HELD ☐ BAIL ☐ RELEASED ☐ TOT—LE ☐ OTHER | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

**VEHICLE**

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|

| 78 VIN | 79 IMPOUNDED? | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|
| | ☐ YES ☒ NO | |

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED |
|---|

☐ CONTINUED IN NARRATIVE

**JUVENILE**

| 82 JUVENILE DISPOSITION: | ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT | ☐ REF. TO WELFARE AGENCY ☐ REF. TO OTHER POLICE AGENCY | ☐ REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

**RELEASE**

| 91 DATE AND TIME OF RELEASE M D Y : ☐ AM ☐ MIL. ☐ PM | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|

| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☐ NO ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) |
|---|

LOCAL USE

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER |
|---|---|

STATE USE

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE ☐ Y ☐ N |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.) | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR | 116 WATCH CMDR. |
|---|---|---|---|---|---|
| Wood J. Johnny L. | 146 | Bandy, Tracy | 170 | ID # | ID # |

**TYPE OR PRINT IN BLACK INK ONLY**

ACJIC—34 REV. 10-90

# WARRANT FOR ARREST OF PROBATIONER
## CHAMBERS COUNTY ALABAMA

CHAMBERS COUNTY

      vs.

 Chris C. McCullough

OFFENSE: Domestic Viol. III

DOCKET : LDC-00-389

WARRANT # _____

To any lawful Officer of the State of Alabama GREETINGS:

Whereas, on the 12th day of September , 2000

the Court of Chambers County sentenced

of the following address:    Chris C. McCullough
                135 S. 18th St.
                Lanett, Al. 36863

to a sentence of probation, and;

Whereas, said Defendant is charged with violating his/her probation, in willful disregard of a Court Order, specifically as follows: The defendant violated CONDITION # 4 of his/her probated sentence, in that, he/she failed to report as directed on October 6,00, and November. The defendant is in violation of CONDITION #1 of his probated sentence ,in that, he/she is $ 60.00 arrears on his/her probation supervision fee. Further, the defendant is in arrears on his imposed fine resulting in a balance of $ 289.00.

You are therefore commanded in the name of Chambers County to arrest said defendant and to commit him/her to the Chambers County jail, and safely hold him/her until further order of the Judge of the Chambers County Court, Chambers County, or until he/she may be returned to this Court, there to answer a charge of violating the conditions of probation as specified above.

Issued this 5th day of December , 2000 .

☐ Warrant ☑ Writ ☐ Summons
Copy Given To Defendant
3-10      2001
Officer _____ ID# 14

Judge Joel G. Holley
Chambers County Court

Probation Officer

| State of Alabama<br>Unified Judicial System<br>Chambers County Form 003<br>Rev. 2/90 | **APPEARANCE BOND** | **Case Number** |
| --- | --- | --- |
| | | ID    YR.    NUMBER |

IN THE _____ **DISTRICT** _____ COURT OF _____ **CHAMBERS** _____ COUNTY

STATE OF ALABAMA                                        vs. _Chris McCullough_

WE _Christopher Corenelius McCollough_ (Defendant) as principal
and _Troup Bonding Co. Eddie Chandler_ as sureties
agree to pay the State of Alabama $ _500⁰⁰_ ( _Five Hundred and %⁰⁰_ Dollars)
unless the above named defendant appears before the Lanett District Court of said County on
(Date) _09/12/2000_ at (Time) _10:00 AM EST_ ; there to answer to the charge of
_Physical Harassment_
Title: _13A-11-8_ Section: _18-1_ ☑ AL State Code    ☐ Lanett City Code
or any other charge. We hereby severally certify that we have property over and above all debts and liabilities
to the amount of the above bond. We waive the benefit of all laws exempting property from levy and sale under
execution or other process for collection of debt, by the Constitution and Laws of the State of Alabama, and we
especially waive our rights to claim exempt our wages or salary, that we have under the laws of Alabama.

It is agreed and understood that this is a continuing bond which shall continue in full force and effect until such
time as the undersigned are duly exonerated.

| X _Chris McCullough_ | _135 So. 18th Street_ | _Lanett, AL_ | |
| --- | --- | --- | --- |
| Signature of Defendant | Address (Print) | City | Telephone |

| Signature of Defendant | Address (Print) | City | Telephone |
| --- | --- | --- | --- |

| X _Eddie Chandler (Agent) Troup Bonding C._ | | _Lanett_ _642-3860_ | |
| --- | --- | --- | --- |
| Signature of Surety | Address (Print) | City | Telephone |

| Signature of Surety | Address (Print) | City | Telephone |
| --- | --- | --- | --- |

| Signature of Surety | Address (Print) | City | Telephone |
| --- | --- | --- | --- |

_08/23/2000_
Date

Approved by verifying ownership of property
with the office of the tax assessor this date

_____

_Major R. A. Bell_
By Police Officer

_____
Approved By Chief of Police

WHITE: Court
YELLOW: Defendant
PINK: Police Department

# ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | R84 Completed |
|---|---|
| ☐ Yes | ☐ Yes |
| ☒ No | ☒ No |

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

## IDENTIFICATION

**1 ORI #** 0,1,2,0,2,0,0   **2 AGENCY NAME** Lanett P.D.   **3 CASE #** 0,0,0,8,0,0,4,8,2   **4 SFX** A

**5 LAST, FIRST, MIDDLE NAME** McCullough, Christopher, Coreneilius   **6 ALIAS AKA** Chris

**7 SEX** ☒ M ☐ F  **8 RACE** ☐ W ☒ B ☐ A  **9 HGT.** 5'10"  **10 WGT** 150  **11 EYE** Bro  **12 HAIR** Blk  **13 SKIN** Dk  **14** ☐ SCARS ☐ MARKS ☐ TATOOS ☐ AMPUTATIONS

**15 PLACE OF BIRTH (CITY, COUNTY, STATE)** Langdale, Chambers, AL   **16 SSN** 416 | 11 | 4328   **17 DATE OF BIRTH** 11 | 27 | 72   **18 AGE** 27   **19 MISCELLANEOUS ID #**

**20 SID #**   **21 FINGERPRINT CLASS** KEY  MAJOR  PRIMARY  SCDV  SUB-SECONDARY  FINAL   **22 DL #** 6975692   **23 ST** AL

**24 FBI #**   HENRY CLASS   NCIC CLASS   **25 IDENTIFICATION COMMENTS**

**26** ☒ RESIDENT ☐ NON—RESIDENT  **27 HOME ADDRESS (STREET, CITY, STATE, ZIP)** 135 S. 18th St. Lanett AL 36863   **28 RESIDENCE PHONE** ( ) NONE   **29 OCCUPATION (BE SPECIFIC)** Stocker

**30 EMPLOYER (NAME OF COMPANY/SCHOOL)** Wal Mart Dist.   **31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP)** LaGrange Ga.   **32 BUSINESS PHONE**

## ARREST

**33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP)** 1800 Blk Broad Av. Lanett AL.   **34 SECTOR #** 0,0,0,0,0,2   **35 ARRESTED FOR YOUR JURISDICTION?** ☒ YES ☐ NO ☐ IN STATE ☐ OUT STATE

**36 CONDITION OF ARRESTEE:** ☐ DRUNK ☒ SOBER ☐ DRINKING ☐ DRUGS  **37 RESIST ARREST?** ☐ YES ☒ NO  **38 INJURIES?** ☐ OFFICER ☒ NONE ☐ ARRESTEE  **39 ARMED?** ☐ YES ☒ NO  **40 DESCRIPTION OF WEAPON** ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ OTHER FIREARM ☐ OTHER WEAPON

**41 DATE OF ARREST** 0,8,2,0,0   **42 TIME OF ARREST** 07:25 ☐ 1 AM ☒ 2 PM ☐ MIL.   **43 DAY OF ARREST** ☐ S ☐ M ☐ T ☒ W ☐ T ☐ F ☐ S   **44 TYPE ARREST** ☒ ON VIEW ☐ CALL ☐ WARRANT   **45 ARRESTED BEFORE?** ☐ YES ☒ NO ☐ UNKNOWN

**46 CHARGE—1** ☐ FEL ☒ MISD   Physical Harassment   **47 UCR CODE**   **48 CHARGE—2** ☐ FEL ☐ MISD   **49 UCR CODE**

**50 STATE CODE/LOCAL ORDINANCE** 13A-11-8   **51 WARRANT #**   **52 DATE ISSUED** M D Y   **53 STATE CODE/LOCAL ORDINANCE** **54 WARRANT #**   **55 DATE ISSUED** M D Y

**56 CHARGE—3** ☐ FEL ☐ MISD   **57 UCR CODE**   **58 CHARGE—4** ☐ FEL ☐ MISD   **59 UCR CODE**

**60 STATE CODE/LOCAL ORDINANCE** **61 WARRANT #**   **62 DATE ISSUED** M D Y   **63 STATE CODE/LOCAL ORDINANCE** **64 WARRANT #**   **65 DATE ISSUED** M D Y

**66 ARREST DISPOSITION** ☒ HELD ☐ BAIL ☐ RELEASED ☐ TOT—LE ☐ OTHER   **67 IF OUT ON RELEASE WHAT TYPE?**   **68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME)**

**69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME)**

## VEHICLE

**70 VYR**  **71 VMA**  **72 VMO**  **73 VST**  **74 VCO** TOP / BOTTOM  **75 TAG #**  **76 LIS**  **77 LIY**

**78 VIN**   **79 IMPOUNDED?** ☐ YES ☒ NO   **80 STORAGE LOCATION/IMPOUND #**

**81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED**

## JUVENILE

**82 JUVENILE DISPOSITION:** ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT ☐ REF. TO WELFARE AGENCY ☐ REF. TO OTHER POLICE AGENCY ☐ REF. TO ADULT COURT   ☐ CONTINUED IN NARRATIVE   **83 RELEASED TO**

**84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME)**   **85 ADDRESS (STREET, CITY, STATE, ZIP)**   **86 PHONE** ( )

**87 PARENTS EMPLOYER**   **88 OCCUPATION**   **89 ADDRESS (STREET, CITY, STATE, ZIP)**   **90 PHONE** ( )

## RELEASE

**91 DATE AND TIME OF RELEASE** M D Y : ☐ AM ☐ PM ☐ MIL.   **92 RELEASING OFFICER NAME**   **93 AGENCY/DIVISION**   **94 ID #**

**95 RELEASED TO:**   **96 AGENCY/DIVISION**   **97 AGENCY ADDRESS**

**98 PERSONAL PROPERTY RELEASED TO ARRESTEE** ☐ YES ☐ NO ☐ PARTIAL   **99 PROPERTY NOT RELEASED/HELD AT:**   **100 PROPERTY #**

**101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE)**

**102 SIGNATURE OF RECEIVING OFFICER**   **103 SIGNATURE OF RELEASING OFFICER**

LOCAL USE / STATE USE

**MULTIPLE CASES CLOSED**   **104 CASE #**   **105 SFX**  **106 CASE #**   **107 SFX**  **108 CASE #**   **109 SFX**  **110 ADDITIONAL CASES CLOSED NARRATIVE** ☐ Y ☐ N

**111 ARRESTING OFFICER (LAST, FIRST, M.)** Vinson, Chris   **112 ID #** 156   **113 ARRESTING OFFICER (LAST, FIRST, M.)** McNeal, A.   **114 ID #** 160   **115 SUPERVISOR** ID #   **116 WATCH CMDR.** ID #

## TYPE OR PRINT IN BLACK INK ONLY

AC/JIC—34 REV. 10-90

| State of Alabama<br>Unified Judicial System<br>Form MC-11 | **AFFIDAVIT<br>AND<br>WARRANT OF ARREST** | Warrant Number |
| --- | --- | --- |
| | | Case Number<br>*000800 482 A* |

| THE STATE OF ALABAMA | IN THE DISTRICT COURT OF |
| --- | --- |
| CHAMBERS COUNTY | CHAMBERS COUNTY |

**AFFIDAVIT**

Before me, Judge/Magistrate of the District Court of Chambers County, personally appeared this day ......... *P/o Chris Vinson*

who, upon first being duly sworn, states on oath that he/she has probable cause for believing and does believe that ......... *Christopher C. M^cCullough (Alias)*

whose name is otherwise unknown to the affiant, did on or about, to-wit: *August 22nd 2000* within twelve months before making this affidavit and within the City/Town of Lanett, Alabama or the Police Jurisdiction thereof, the offense of

Harassment (physical) *(Domestic Violence)*

has been committed, in that said defendant

*Christopher C. M^cCullough (Alias)* did, with intent to harass, annoy, or alarm

*Georgenia R. Dowell* strike, shove, kick or otherwise touch the said

*Georgenia R. Dowell* or subject him/her to physical contact to wit: *By Throwing A Piece of wood At her striking her In the Right Elbow Causing 2 Cuts.* in violation of §13A-11-8 (A)(1) (a) code of Alabama. against the peace and dignity of the state of Alabama.

in violation of Ordinance Number/Section ......... 18-1 City of Lanett previously duly adopted, effective and in full force at the time the offense was committed.

Sworn to and subscribed before me this

......... *Aug. 22* ......... *2000*

......... Affiant ......... *Chris Vinson*

......... Address ......... *401 N. Lanier Av.*

Judge/Magistrate

Telephone Number ......... *644-2146*

**WARRANT OF ARREST**

| THE STATE OF ALABAMA | IN THE DISTRICT COURT OF |
| --- | --- |
| CHAMBERS COUNTY | CHAMBERS COUNTY |

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

Complaint on oath having been made before me that the offense of .........

Harassment (physical)

has been committed and accusing ......... *Christopher C. M^cCullough (Alias)* with committing the same, you are therefore commanded forthwith to arrest said .........

*Christopher C. M^cCullough (Alias)* and bring him/her before the District Court of Chambers County to answer said charge.

Witness my hand this ......... *Aug. 22* ......... *2000*

**CHAMBERS COUNTY DETENTION FACILITY**
**INMATE GRIEVANCE FORM**

INSTRUCTIONS: Fill in all of the information requested down to the dotted line. In describing the grievance or complaint, give as much information as possible. List the names of any persons involved, the date or dates of any relevant events, the specified location of the events or conditions, and the names of witnesses to the events or conditions. When you have finished filling out the form, give it back to one of the facility staff members.

NAME: _Chris McCullough_       TODAY'S DATE: _10-11-2002_

#2 GRIEVANCE: _I have requested several times to every body possible for a notary service to subpoena my witnesses to get to court next week and some papers for my plea day but I feel like I am both refused by not receiving my Due Process_

SOLUTION WANTED: _I want a notary service._

_THANK YOU !!!_

RECEIVED BY SHIFT SUPERVISOR:

DATE: _10-11-02_       SIGNATURE: _Bill Lash_

Upon receipt by Shift Supervisor, Grievance should be signed by the Supervisor and a copy of the Grievance should be returned to the Inmate.

ACTION TAKEN: _You don't have to have a notary to request witnesses Contact your lawyer or write the Circuit Clerk_

DATE: _10-11-02_       SIGNATURE: _Bob L_

6847   *Released to D's*

# CHAMBERS COUNTY DETENTION FACILITY
## INCIDENT REPORT

INMATE NAME _McCULLOUGH, CHRISTOPHER_     _CORNEL_
                  Last               First                            Middle

MASTER ID# _6847_            DOB: _11-27-72_

SOCIAL SECURITY NUMBER _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_

DATE OCCURRED: _11-16-05_

TIME OCCURRED: _1725 hrs_

PLACE OF INCIDENT: _G-Block_

_____ NON-INMATE INCIDENT

NARRATIVE:

_____ On 11-16-05 at #1725hrs, I C/o HANCOCK NOTICE that I/M McCULLOUGH, was engaged in a conversation with someone through the door on the upper level of G-Block which connects with H-Block

SIGNATURE OF EMPLOYEE / DATE AND TIME: _Teddy Hancock_ 11-16-05 / 1725 hrs

NAME AND TITLE (PRINT): _Teddy Hancock  CO_

INCIDENT REPORT DELIVERED TO / DATE AND TIME: _SGT DAVIDSON  11-16-05 / 1745 hrs_

SIGNATURE OF SUPERVISOR RECEIVING REPORT / DATE AND TIME: _____

_____ ADDITIONAL PAGES FOLLOW                        PAGE 1 OF _____

# Chambers County
# Sheriff's Department

### Inmate Lock Down Report

Date : _4-06-07_ Time : _1920_

Reporting Officer : _Kirk_

Defendant : _McCullogh Chris_

D.O.B. _11/27/22_ Race : _B_ Sex : _M_ Master I.D. _138_

Cell Assignment : _B-07_ Moved to : _I-03_

Type of Lockdown : _Admin_ Reason : _horse playing_

Brief Narrative For Move :

_Pod called b/c I/m hanging over rails._

Lockdown Due to Formal Disciplinary Action ? ( ) yes (✓) no

If Yes , Number of Days Received: _____

Date Began Lockdown : _4/06/07_ Scheduled Release _/ /_

Was Release Date Extended ? ( ) yes ( ) no

If Yes , Please Explain : _____

Notes : _____

Officer Signature : _Collins_        Date : _4 / /_

Supervisor : _Kirk_        Date : _4/04/07_

6847 Sunday 10:00

E

## CHAMBERS COUNTY DETENTION FACILITY

## INMATE VISITORS LIST

McCullough          Christopher   Cornelious          3-7-07
NAME (LAST)         FIRST         MIDDLE              DATE

6847                          11-27-72
MASTER ID#                    DOB

Bobbie McCullough              55            Mother
#1 NAME                        AGE           RELATIONSHIP

1075 Chambers Drive
ADDRESS                                 PHONE #

Denise McCullough             32            Sister
#2 NAME                       AGE           RELATIONSHIP

22A Boyd Circle               756-3795
ADDRESS                       PHONE #

Georgette Dowdell             25            Friend
#3 NAME                       AGE           RELATIONSHIP

504 Sixth Avenue
ADDRESS                                 PHONE #

Angela Trucker                35            Sister
#4 NAME                       AGE           RELATIONSHIP

314 So. 2nd Avenue            644-3484
ADDRESS                       PHONE #

Christopher McCulloy
INMATE SIGNATURE

# CHAMBERS COUNTY DETENTION FACILITY

## LAW LIBRARY BOOK CHECKOUT FORM

NAME OF PUBLICATION: _Michis + Al Crim. Code w/Com_

VOLUME NUMBER: _____

NAME OF PUBLICATION: _____

VOLUME NUMBER: _____

NAME OF PUBLICATION: _____

VOLUME NUMBER: _____

NAME OF PUBLICATION: _____

VOLUME NUMBER: _____

I, _Chris McCulley_, CERTIFY THAT I AM RESPONSIBLE FOR ANY DAMAGE(S) WHICH MIGHT OCCUR TO THE ABOVE LISTED PUBLICATIONS WHILE I HAVE THEM IN MY POSSESSION. I FURTHER STATE THAT I UNDERSTAND THESE PUBLICATIONS MUST BE RETURNED TO THE FACILITY LIBRARY DAILY BY 5:00 PM.

TIME OUT: _0620_

INMATE SIGNATURE: _Chris Mc Culley_

OFFICER SIGNATURE: _Anthony Meadow_

CONDITION OF PUBLICATION: _fair_

TIME IN: _1650_

INMATE SIGNATURE: _Chris McCulley_

OFFICER SIGNATURE: _Teodoro_

CONDITION OF PUBLICATION: _fair_

DATE: _2-23-05_

SHIFT SUPERVISOR: _Sgt Dninobrn_

DATE RECEIVED: _____
TIME RECEIVED: _____
RECEIVED BY: _____

## CHAMBERS COUNTY DETENTION FACILITY

### INMATE REQUEST FORM

NAME _Chris McCully_ CELL# _D-Block_ DATE _2-23-05_

BRIEFLY OUTLINE YOUR REQUEST

_I request to go to the Law Library._

_Chris McCully_
**(INMATE SIGNATURE)**

**DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY**

_Taken to Law Library_

_Anthony Montour_
(OFFICERS SIGNATURE)

DATE _2-28-05_

APPROVED _____ YES _____ NO

*Inmate Released to Doc*
6847

# CHAMBERS COUNTY DETENTION FACILITY
## RULES VIOLATION REPORT: PART ONE

1. Inmate's name and number: Mccullah     Christopher           6847
   (Last)                    (First)        (Middle)        (ID Number)

2. Level I / II / III Offense   Offense number: 104/202   Cell and number: E-3

3. Rule Description: 104 - horse play
   202- fighting

4. Date of Incident: 4-6-07   Time of Incident: 1920   hours

5. Inmate(s) involved in Incident and Their Master ID numbers if not listed in number one:
   Anathy Briskey   .2360

6. Location of Incident (cell block and cell number or dayroom): E-Block  Top walkway

7. Incident Synopsis (brief overview): mr mccullah pucked up mr Brisker
   By his feet And was Attemping To throw
   him over the rail

8. Witness(es) and their master ID Numbers: _____

9. Reporting Officer: Morley      Position: cb

10. Disciplinary action (Will) / Will not be taken   (Circle Response)

11. Incident shall be referred to: ( ) Inmate File      (x) Shift Supervisor
                    (x) Disciplinary Board

12. A hearing of this rule shall be held on 4-13-2007 date at 0900 time
    In Multi Purpose location.

13. Inmate: See official guidelines for inmate rules / regulations for example of rules and types of rules and types of disciplinary actions.

14. I certify that I have received a copy of this report.


    _____   _____   _____
    (Signature of Inmate)        (Date)          (Time)

OR

Inmate refused to sign


    _____   _____   _____   _____
    (Signature of C/O)          (Date)         (Witness)         (Date)

15. I understand that I may seek assistance from a facility officer in preparation and presentation of my defense at a disciplinary hearing for a Level II/III violation. I further understand that I may call witnesses in my behalf, and if I wish make a statement in my defense.


    _____          _____
    (Signature of Inmate)            (Signature of Witness

# CHAMBERS COUNTY DETENTION FACILITY
## INCIDENT REPORT

INMATE NAME _McCullah_ _Christopher_ _____ Middle
                Last            First

MASTER ID# ___6847_____ DOB: _11-27-72_____

SOCIAL SECURITY NUMBER _____

DATE OCCURRED: _4-6-07_____

TIME OCCURRED: _1920_____

PLACE OF INCIDENT: _Chambers County Jail_____

_____ NON-INMATE INCIDENT

NARRATIVE:
while working pod control on 4-6-07 @ 1920 hrs I did
observe Mr. McCullah pick Mr. Briskey up over his shoulders
and it looked as if Mr. McCullah was about to throw him
over the top rail of E-Block so I called To Any 10-8 Officers And
C/o Collins + Sgt Kirk, Lt Davidson responded and moved both inmates
to E-Block.

SIGNATURE OF EMPLOYEE / DATE AND TIME: _C Nally 4-7-07 0547_

NAME AND TITLE (PRINT): _C/o Shawn Mobley_

INCIDENT REPORT DELIVERED TO / DATE AND TIME: _Mildred Atkins 4/7/07 0847_

SIGNATURE OF SUPERVISOR RECEIVING REPORT / DATE AND TIME: _____

_____ ADDITIONAL PAGES FOLLOW                          PAGE 1 OF _____

# CHAMBERS COUNTY DETENTION FACILITY
## INCIDENT REPORT

INMATE NAME _McCullough, Christopher C._
Last            First            Middle

MASTER ID# _6847_          DOB: _11-27-72_

SOCIAL SECURITY NUMBER _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_

DATE OCCURRED: _April 9, 2007_

TIME OCCURRED: _2000 hr_

PLACE OF INCIDENT: _I-03_

_____ NON-INMATE INCIDENT

NARRATIVE:

_Inmate McCullough and Briskey Anthony were horseplaying in E-Block friday night (April 6, 2007. Briskey) was hanging McCullough over the rail — as a precaution I placed both inmates in I-Block for the weekend in hopes to deter horseplaying. Both inmates were made informed that they still had disciplinary pending._

_Returned to population on 4/9/07 — different cell Block._

SIGNATURE OF EMPLOYEE / DATE AND TIME: _Mildred A. Kirk 4/9/07 2300 hr_

NAME AND TITLE (PRINT): _Mildred A. Kirk, Sgt_

INCIDENT REPORT DELIVERED TO / DATE AND TIME: _Lt. McCoy 4/10/07 0800 hr_

SIGNATURE OF SUPERVISOR RECEIVING REPORT / DATE AND TIME: _____

PAGE 1 OF _____

_____ ADDITIONAL PAGES FOLLOW

6847

Sunday
1330 hr
D

Release

# CHAMBERS COUNTY DETENTION FACILITY

## INMATE VISITORS LIST

McCullough, Christopher C.            Feb 24, 05
NAME (LAST)     FIRST        MIDDLE        DATE

6847                11/27/72
MASTER ID#          DOB

Barbie McCullough    54        Mother
#1 NAME
                              AGE        RELATIONSHIP
1075 Chambers Drive    756-3687
ADDRESS
                              PHONE #

Denise McCullough    26        Sister
#2 NAME
                              AGE        RELATIONSHIP
Boyd Circle
ADDRESS
                              PHONE #

#3 NAME
                              AGE        RELATIONSHIP

ADDRESS
                              PHONE #

#4 NAME
                              AGE        RELATIONSHIP

ADDRESS
                              PHONE #

INMATE SIGNATURE

CHAMBERS COUNTY DETENTION FACILITY

INMATE VISITORS LIST

1:30 p.m.
Mother and sisters
can only get a
ride at this time.
Thank you very much.

McCullough, Christopher        7 April 05
NAME (LAST)        FIRST        MIDDLE              DATE

6847        11/27/72
MASTER ID#        DOB

Bobbie McCullough        53        Mother
#1 NAME                    AGE        RELATIONSHIP

_____
ADDRESS                    PHONE #

_____
#2 NAME                    AGE        RELATIONSHIP

_____
ADDRESS                    PHONE #

_____
#3 NAME                    AGE        RELATIONSHIP

_____
ADDRESS                    PHONE #

_____
#4 NAME                    AGE        RELATIONSHIP

_____
ADDRESS                    PHONE #

_____
INMATE SIGNATURE

*Sunday 2:30*

# CHAMBERS COUNTY DETENTION FACILITY

## INMATE VISITORS LIST

_McCullough_    _Christopher_    _Cornelius_    _4-5-07_
NAME (LAST)     FIRST     MIDDLE     DATE

_6847_     _11-21-78_
MASTER ID#     DOB

Bobbie McCullough     55     Mother
#1 NAME       AGE     RELATIONSHIP

1075 Chambers Drive     756-3657
ADDRESS       PHONE #

Angela Tucker     35     Sister
#2 NAME       AGE     RELATIONSHIP

122 So 2nd Avenue     894-3487
ADDRESS       PHONE #

George F. Dowell     25     2x
#3 NAME       AGE     RELATIONSHIP

504 So 1st Ave    
ADDRESS       PHONE #

#4 NAME       AGE     RELATIONSHIP

ADDRESS       PHONE #

INMATE SIGNATURE

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

Date: 04-09-07    Type Observation: Admin

| NAME | McCullough Christopher | | MASTER ID# | 0847 | | | |
|---|---|---|---|---|---|---|---|
| ORDERED BY Davidson | | DOB 27/72 | RACE B | | SEX M | | CELL# I-B |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 0610 | TJB | lays on cell |
| 0612 | TJB | Shower |
| 0630 | TJB | str. back in cell |
| 0710 | Sm | Talking |
| 0820 | Sm | Talked to |
| 0931 | DT | spoke to I/M |
| 1025 | Sm | I/M O.K. (Gruel) |
| 1145 | TJB | tray |
| 1222 | TJB | p pm tray |
| 1326 | D22 | N cell |
| 1442 | DT | spoke to I/M |
| 1545 | D22 | N cell |
| 1648 | D22 | (trays |
| 1730 | Sm | Pic tram |
| 1800 | Sm | Shift Change |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: DT

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

Date: _4 - 9 - 07_    Type Observation: _Admin_

| NAME McCullough, Christopher | | MASTER ID# 6847 | | | |
|---|---|---|---|---|---|
| ORDERED BY Davidson | | DOB 11/27/72 | RACE B | SEX M | CELL# I-3 |
| TIME | OFFICER | REMARKS | | | |
| 1811 | Kue | N cell on Bed Nude, Masterbating | | | |
| 1856 | Kue | Visit w/ Nurse | | | |
| 1949 | Kue | Haircut | | | |
| 2156 | Kue | N cell | | | |
| 2200 | D18 | Moved to F Block | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SUPERVISOR INITIALS: _SAKue_

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 4/8/07          **Type Observation:** admin

| NAME McCullagh Chris | | MASTER ID# 6847 | | | |
|---|---|---|---|---|---|
| ORDERED BY Davidont | DOB 3/7/72 | RACE B | SEX M | | CELL# I-3 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 1745 | Blvirds | Shift Change |
| 1755 | Bvrds | Visual 10-4 |
| 1815 | mg | quiet |
| 1930 | mg | quiet |
| 2045 | mg | quiet |
| 2100 | mg | quiet |
| 2235 | D9 | Lights Out |
| 0112 | D-19 | Sleeping |
| 0242 | D-19 | visual |
| 0333 | D9 | Visual |
| 0435 | D9 | Trays |
| 0525 | D9 | P/U Trays |
| 0555 | D9 | 10-42 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**SUPERVISOR INITIALS:** _Sgt Harris_

## CHAMBERS COUNTY DETENTION FACILITY
### CUMULATIVE OBSERVATION SHEET

Date: _4-8-07_　　Type Observation: _admin_

| NAME McCullaigh Chris | | MASTER ID# 6847 | | | |
|---|---|---|---|---|---|
| ORDERED BY Davidson | DOB 11/29/72 | RACE B | SEX M | | CELL# I-3 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 0600 | D25 | N Cell |
| 0633 | D25 | Supplies |
| 0715 | D23 | Shower |
| 0740 | D23 | Back n cell (clean Room) |
| 0809 | D22 | N Cell |
| 0830 | D25 | N cell |
| 0915 | D5 | Asleep |
| 1003 | D23 | N Cell |
| 1010 | D29 | Ok |
| 1028 | D23 | N Cell |
| 1115 | D5 | Talked to E/o |
| 1125 | D23 | Trays |
| 1210 | D23 | Pic up trays |
| 1301 | D22 | vision |
| 1315 | D23 | phone |
| 1415 | D5 | Back in cell |
| 1430 | D25 | Visitation |
| 1500 | D5 | n cell |
| 1505 | D29 | BACK IN CELL |
| 1515 | D29 | TALKING |
| 1545 | D25 | Talking |
| 1615 | D5 | Fed |
| | | |

SUPERVISOR INITIALS: _F15_

## CHAMBERS COUNTY DETENTION FACILITY
### CUMULATIVE OBSERVATION SHEET

**Date:** 4-7-07    **Type Observation:** Admin

| NAME McCullough Christoper | | MASTER ID# 6847 | | | |
|---|---|---|---|---|---|
| ORDERED BY Kirk | | DOB 11/27/72 | RACE B | SEX M | CELL# I-02 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 0605 | D22 | N cell |
| 0609 | D22 | Cleaning cell |
| 0630 | D22 | shower |
| 0653 | D22 | Back N cell |
| 0710 | D22 | N cell |
| 0825 | D29 | ok |
| 0905 | D5 | Asleep |
| 0925 | D29 | visual ok |
| 0941 | D22 | N Cell |
| 1030 | D25 | N Cell |
| 1100 | D5 | Asleep |
| 1120 | D29 | ok |
| 1130 | D25 | ok |
| 1155 | D25 | N cell |
| 1200 | D5 | Food |
| 1235 | D22 | Nu trays |
| 1301 | D25 | N Cell |
| 1320 | D25 | Talk to |
| 1408 | D23 | N cell |
| 1430 | D23 | phone |
| 1445 | D25 | N cell |
| 1510 | D25 | N cell |
| 1545 | D25 | N cell |
| 1610 | D25 | N cell |
| 1632 | D22 | shower |

SUPERVISOR INITIALS: F25

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 4-6-07 **Type Observation:** Admin

| NAME McCullough Christoper | MASTER ID# 6847 | | | |
|---|---|---|---|---|
| ORDERED BY Kirk | DOB 11/27/72 | RACE B | SEX M | CELL# I-02 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 1940 | D-7 | moved to I-02 from E-Block |
| 2140 | Buttel | laying down |
| 2210 | Collins | talk to |
| 2330 | Buttel | laying down |
| 0030 | Buttel | lights out |
| 10?0 | Mobley | in bed |
| 0140 | Buttel | sleep |
| 0251 | Mobley | sleep |
| 0305 | Buttel | sleep |
| 0345 | Collins | sleep |
| 0430 | Collins | Tray |
| 0515 | Collins | Tray Pu |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**SUPERVISOR INITIALS:** Kirk

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

Date: 4/7/07 _____ Type Observation: _____ admin _____

| NAME McCullough, Christopher | | MASTER ID# 6847 | | | |
|---|---|---|---|---|---|
| ORDERED BY birts | DOB 11/27/72 | RACE B | | SEX M | CELL# I-03 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 1745 | Burd | Shift Change |
| 1752 | Brds | Visual 10-4 |
| 1845 | mg | quiet |
| 1925 | POE | quiet |
| 2000 | mg | Quiet |
| 2054 | mg | quiet |
| 2236 | DI | Quiet |
| 2300 | mg | quiet |
| 0005 | mg | Lockdown |
| 0110 | mg | asleep |
| 0200 | AH | asleep |
| 0300 | AH | asleep |
| 0400 | AH | Trays |
| 0500 | AH | Av Trays |
| 0600 | AH | Shiftchange |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: Sgt Ham