# EXHIBIT D1.

## Exhibit 1 to Stewart Affidavit - Plaintiff Christopher McCullough's entire Jail File.

—Part 6—

DATE RECEIVED: _____
TIME RECEIVED: _____
RECEIVED BY: _____

## CHAMBERS COUNTY DETENTION FACILITY

### INMATE REQUEST FORM

NAME _Chris McCullagh_ CELL# _D-Block_ DATE _2-22-05_

BRIEFLY OUTLINE YOUR REQUEST

_I request to go to the law library_

_Chris McCully_
(INMATE SIGNATURE)

## DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY

_Went to law library_
_Did not get a Clerk_

_(signature)_
(OFFICERS SIGNATURE)

DATE _2-22-05_

APPROVED _____ YES _____ NO

DATE RECEIVED: _____
TIME RECEIVED: _____
RECEIVED BY: _____

## CHAMBERS COUNTY DETENTION FACILITY

## INMATE REQUEST FORM

NAME _Chris McCullough_ CELL# _D-Block_ DATE _4-06-05_

**BRIEFLY OUTLINE YOUR REQUEST**

I wish to go to the Law Library

_Chris McCullough_
(INMATE SIGNATURE)

**DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY**

Taken to Library

_CB Fuller_
(OFFICERS SIGNATURE)

DATE _4-8-05_

APPROVED _____ YES _____ NO

DATE RECEIVED: _11/10/05_
TIME RECEIVED: _2100_
RECEIVED BY: _CRJ_

## CHAMBERS COUNTY DETENTION FACILITY

## INMATE REQUEST FORM

NAME _Chris McCullough_ CELL# _G-3_ DATE _11-10-05_

**BRIEFLY OUTLINE YOUR REQUEST**

_I request to goto the Law Library_

_Chris McCullough_
(INMATE SIGNATURE)

**DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY**

_Inmate Refused_

_Hammond_
(OFFICERS SIGNATURE)

DATE _11-14-05_

APPROVED _____ YES _____ NO

6847

IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

STATE OF ALABAMA                )
                                )
v.                              )        Case No. CC 2002-304
                                )
CHRISTOPHER McCULLOUGH          )

## ORDER

The Defendant has filed a Consent to Withdrawal of Waiver of State Exhaustion

of Remedies.  Upon a review of this matter, the Court is satisfied that said Defendant

should be allowed to proceed with his state remedies; therefore, he is allowed to proceed

with his Rule 32 Petition and he is allowed to proceed IN FORMA PAUPERIS as

requested in his Motion.

Done this 6th day of June, 2007.

Steve R. Perryman
Circuit Judge

FILED IN OFFICE THIS

JUN   6 2007

CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA

ACR358?? 7

#1894

ALABAMA JUDICIAL DATA CENTER
CHAMBERS COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 2002 000312.00 01
STEVEN R. PERRYMAN

CIRCUIT COURT OF CHAMBERS COUNTY                    COURT ORI: 012015 J

STATE OF ALABAMA        VS.                DC NO: GJ 2002 000278.00
MCCULLOUGH CHRISTOPHER         ALIAS:      G J:    278
604 S 1ST AVE                  ALIAS:      SSN:    416114328
LANETT  AL  36863                          SID:    000000000
                                           AIS:    174909

DOB:  11/27/1972   SEX: M  HT: 5 11    WT: 156  HAIR: BLK  EYE: BRO
RACE: ( )W (X)B ( )O   COMPLEXION: _____  AGE: _____  FEATURES: ____

DATE OFFENSE: 00/00/0000   ARREST DATE: 03/26/2002   ARREST ORI: 0120000

CHARGES @ CONV    CITES              CT CL COURT ACTION         CA DATE
BURGLARY 2ND DEGRE 13A-007-006       01 B   GUILTY PLEA         03/06/2007
                                     00                         00/00/0000
                                     00                         00/00/0000

JUDGE:  STEVEN R. PERRYMAN                  PROSECUTOR:

PROBATION APPLIED   GRANTED   DATE        REARRESTED DATE  REVOKED   DATE
( )Y (/)N  #6/6?   ( )Y ( )N _____     ( )Y ( )N _____  ( )Y ( )N _____

15-18-8, CODE OF ALA 1975    IMPOSED   SUSPENDED   TOTAL   JAIL CREDIT
( )Y (X)N   CONFINEMENT: 00 80 000   00 00 000   00 80 000   00 00 295
            PROBATION  : 00 00 000               00 00 000
DATE SENTENCED: 04/06/2007   SENTENCE BEGINS: 04/06/2007

PROVISIONS

PENITENTIARY                COSTS/RESTITUTION       DUE        ORDERED
CONCURR SENT
                       RESTITUTION             $0.00        $0.00
                       ATTORNEY FEE            $0.00        $0.00
                       CRIME VICTIMS          $50.00       $50.00
                       COST                  $472.00      $472.00
                       FINE                    $0.00        $0.00
                       MUNICIPAL FEES          $0.00        $0.00
                       DRUG FEES               $0.00        $0.00
                       ADDTL DEFENDANT         $0.00        $0.00
                       DA FEES                 $0.00        $0.00
                       COLLECTION ACCT         $0.00        $0.00
                       JAIL FEES               $0.00        $0.00

                       TOTAL                 $522.00      $522.00

APPEAL DATE        SUSPENDED         AFFIRMED            REARREST
( )Y ( )N _____  ( )Y ( )N _____  ( )Y ( )N _____  ( )Y ( )N _____

REMARKS:
                            THIS IS TO CERTIFY THAT THE
                            ABOVE INFORMATION WAS EXTRACTED
                            FROM OFFICIAL COURT RECORDS
                            AND IS TRUE AND CORRECT.

                            Charles Story

                            CHARLES W. STORY

                            04/24/2007

OPERATOR: RHM
PREPARED: 04/24/2007

6847

| State of Alabama<br>Unified Judicial System | **ORDER OF COMMITMENT TO JAIL** | Case Number |
|---|---|---|
| Form C-41     Rev. 11/92 | | MC02-312 |

IN THE _____ (Circuit, District, or Municipal) _____ COURT OF ___Chambers___ ALABAMA
(Name of Municipality or County)

☐ STATE OF ALABAMA     ☐ MUNICIPALITY OF _____

v. ___Christopher McCullough___ , Defendant

TO THE JAILER OF ___Chambers Co.___

You are ordered to receive into your custody the above-named defendant, charged with the offense(s) of ___Burg 2nd___

until he/she is legally discharged from your custody by this court.

Reason(s) for Commitment: _____

_____

_____

_____

Sentence: ___Sentencing — 80 mos CC with prior Sentences.___

| Date Sentenced | Jail Credit | Date Sentence Begins |
|---|---|---|
| | | |

Date: 4/6/07

Judge/Clerk/Magistrate: Charles Story

COURT RECORD (Original)     JAILER (Copy)



Case 3:05-cv-01163-WKW-SRW    Document 32-10    Filed 07/26/2008    Page 9 of 52



MCCULLOUGH, CHRISTOPHER CORNELIUOS.



MCCULLOUGH, CHRISTOPHER CORNELIUOS.



LEAVE BLANK   CRIMINAL   (STAPLE HERE)   LEAVE BLANK

STATE USAGE

NIEF SECOND

SUBMISSION   APPROXIMATE CLASS   AMPUTATION   SCAR

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

MCCULLOUGH, CHRISTOPHER C

LEAVE BLANK

SOCIAL SECURITY NO.

416114328

| DATE OF BIRTH | MM | DD | YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|---|
| | 19721127 | | | M | B | 501 | 150 | BRO | BLK |

STATE IDENTIFICATION NO.

SIGNATURE OF PERSON FINGERPRINTED

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

B NO.

1. R. THUMB   2. R. INDEX   3. R. MIDDLE   4. R. RING   5. R. LITTLE

6. L. THUMB   7. L. INDEX   8. L. MIDDLE   9. L. RING   10. L. LITTLE

L. THUMB   R. THUMB

5701LD #1x25QYW 20050413-02:59

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY   L. THUMB   R. THUMB   RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

ID 50X50G8 TPFC #1142 02:33:08



Mccullough, Christopher Cornelious.



Front

Case 3:05-cv-01163-WKW-SRW    Document 32-10    Filed 07/28/2008    Page 14 of 52



Front





Right Profile





Christopher M<u>c</u>Cullough

Chamber's County Detention Facility
PERSONAL INFORMATION SHEET



Name : MCCULLOUGH, CHRISTOPHER CORNELIUS

Address : 135 S. 18TH ST

LANETT, AL36863

DOB : 11/27/1972          Age :  27

Race : BLACK              Sex : MALE

Height : 5'11"            Weight : 155

Hispanic? : NO            Marital Stat : SINGLE

Build : MEDIUM            DL No : 6975692

Hair : BLK               DL State : AL

Eyes : BRO               Soc Sec No : 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

Identifier : 6847

Marks/Features :

FBI No :

SID No :

Arrest No : 2000001450          Arrest Date : 08/22/2000 - 10:30

OTHER ARRESTS

| Arrest No | Date | Time | Offense |
|---|---|---|---|
| 2000001450 | 08/22/2000 | 10:30 | HARASSMENT-PHYSICAL/DOMESTIC VIOLENCE |

# CHAMBERS COUNTY DETENTION FACILITY

## LAW LIBRARY BOOK CHECKOUT FORM

NAME OF PUBLICATION: _Alabama Rules Annotated_

VOLUME NUMBER: _2_

NAME OF PUBLICATION: _____

VOLUME NUMBER: _____

NAME OF PUBLICATION: _____

VOLUME NUMBER: _____

NAME OF PUBLICATION: _____

VOLUME NUMBER: _____

I, _Christopher McCullough_ CERTIFY THAT I AM RESPONSIBLE FOR ANY DAMAGE(S) WHICH MIGHT OCCUR TO THE ABOVE LISTED PUBLICATIONS WHILE I HAVE THEM IN MY POSSESSION. I FURTHER STATE THAT I UNDERSTAND THESE PUBLICATIONS MUST BE RETURNED TO THE FACILITY LIBRARY DAILY BY 5:00 PM.

TIME OUT: _6:45 Am._

INMATE SIGNATURE: _Chris McCullough_

OFFICER SIGNATURE: _Ed Langlai_

CONDITION OF PUBLICATION: _Fair_

TIME IN: _1630_

INMATE SIGNATURE: _Chris McCullough_

OFFICER SIGNATURE: _Langlai_

CONDITION OF PUBLICATION: _Fair_

DATE: _01/21/04_

SHIFT SUPERVISOR: _Sgt Wright_

DATE RECEIVED: _____
TIME RECEIVED: _____
RECEIVED BY: _____

## CHAMBERS COUNTY DETENTION FACILITY

### INMATE REQUEST FORM

NAME _Chris McCullog_ CELL# _E Block_ DATE _1-20-04_

**BRIEFLY OUTLINE YOUR REQUEST**

I would like to go to back to the Law Library.

_Chris McCullog_
**(INMATE SIGNATURE)**

## DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY

yes   went to library

_c/o that_
**(OFFICERS SIGNATURE)**

DATE _1-21-04_

APPROVED ___✓___ YES _____ NO

# CHAMBERS COUNTY DETENTION FACILITY

## LAW LIBRARY BOOK CHECKOUT FORM

NAME OF PUBLICATION: _Alabama rules annotated  01-02 ed_
VOLUME NUMBER: _2_

NAME OF PUBLICATION: _Alabama Code 1975_
VOLUME NUMBER: _12_

NAME OF PUBLICATION: _____
VOLUME NUMBER: _____

NAME OF PUBLICATION: _____
VOLUME NUMBER: _____

I, _Christopher McCollough_, CERTIFY THAT I AM RESPONSIBLE FOR ANY DAMAGE(S) WHICH MIGHT OCCUR TO THE ABOVE LISTED PUBLICATIONS WHILE I HAVE THEM IN MY POSSESSION. I FURTHER STATE THAT I UNDERSTAND THESE PUBLICATIONS MUST BE RETURNED TO THE FACILITY LIBRARY DAILY BY 5:00 PM.

TIME OUT: _0705_
INMATE SIGNATURE: _Chris McCullough_
OFFICER SIGNATURE: _____
CONDITION OF PUBLICATION: _good  good_

TIME IN: _1745_
INMATE SIGNATURE: _Chris McCulley_
OFFICER SIGNATURE: _____
CONDITION OF PUBLICATION: _good, good_

DATE: _2-26-03_

SHIFT SUPERVISOR: _Sgt Wright_

DATE RECEIVED: _____
TIME RECEIVED: _____
RECEIVED BY: _____

## CHAMBERS COUNTY DETENTION FACILITY

### INMATE REQUEST FORM

NAME _Chris Mc Cullouf_ CELL# _I-3_ DATE _2-24-03_
BRIEFLY OUTLINE YOUR REQUEST

I request for a Notorization for
legal Mail - 2nd request.

_Chris McCullough_
**(INMATE SIGNATURE)**

## DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY

Notary Done 2-26-03

_S Will_
**(OFFICERS SIGNATURE)**

DATE _2-26-03_

APPROVED _____ YES _____ NO

DATE RECEIVED: _____
TIME RECEIVED: _____
RECEIVED BY: _____

## CHAMBERS COUNTY DETENTION FACILITY

## INMATE REQUEST FORM

NAME *Chris McCully* CELL# *D-6* DATE *1-21-03*

BRIEFLY OUTLINE YOUR REQUEST

*I request to go to Trustee.*
*I am behaving*

*Chris McCully*
(INMATE SIGNATURE)

## DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY

*still showing 8 other open cases*
*only one sentenced  so not eligible*

*(OFFICERS SIGNATURE)*

DATE *1-22-2003*

APPROVED _____ YES _____ NO

## CHAMBERS COUNTY DETENTION FACILITY

## LAW LIBRARY BOOK CHECKOUT FORM

NAME OF PUBLICATION: _Alabama Code 1975_

VOLUME NUMBER: _12 A_          _hard_

NAME OF PUBLICATION: _Alabama Code 1975_

VOLUME NUMBER: _11_          _Back Loose_

NAME OF PUBLICATION: _____

VOLUME NUMBER: _____

NAME OF PUBLICATION: _____

VOLUME NUMBER: _____

I, _Chris McCulley_, CERTIFY THAT I AM RESPONSIBLE FOR ANY DAMAGE(S) WHICH MIGHT OCCUR TO THE ABOVE LISTED PUBLICATIONS WHILE I HAVE THEM IN MY POSSESSION. I FURTHER STATE THAT I UNDERSTAND THESE PUBLICATIONS MUST BE RETURNED TO THE FACILITY LIBRARY DAILY BY 5:00 PM.

TIME OUT: _10 31_

INMATE SIGNATURE: _Chris McCulley_

OFFICER SIGNATURE: _____

CONDITION OF PUBLICATION: _Good_

TIME IN: _12:00_

INMATE SIGNATURE: _Chris McCulley_

OFFICER SIGNATURE: _William H. Porter_

CONDITION OF PUBLICATION: _____

DATE: _03-28-02_

SHIFT SUPERVISOR: _Scott Parker_

E

# INMATE PROPERTY RELEASE FORM

I, _Christopher McCullough_ MASTER ID# _6847_ , DO HEREBY

AUTHORIZE _Georgenia Dowdell_ TO OBTAIN THE FOLLOWING

FROM MY PERSONAL PROPERTY, WHICH IS BEING HELD FOR SAFEKEEPING BY

THE CHAMBERS COUNTY DETENTION FACILITY.

MONEY $ _200_

ARTICLES _____

_____

_____

DATE _3-21-2002_                            _Chris McCullough_
                                            INMATE SIGNATURE


I, _Georgenia P. Dowdell_ , DO HEREBY CERTIFY THAT I RECEIVED THE

ABOVE LISTED PROPERTY FROM _Christopher McCullough_ PERSONAL

PROPERTY.

DATE                                        _Georgenia Dowell_
                                            RECEIVERS SIGNATURE


                                            _____
                                            OFFICERS SIGNATURE
                                            RELEASING ITEMS(S)

DATE RECEIVED: _____
TIME RECEIVED: _10:00_____
RECEIVED BY: _____D20_____

# CHAMBERS COUNTY DETENTION FACILITY

## INMATE REQUEST FORM

NAME _Chris McCully_____ CELL# _E_____ DATE _3-22-2002_

BRIEFLY OUTLINE YOUR REQUEST
_I Request Too go to the Law Library_

_Need 18A_

_Chris McCullag_
**(INMATE SIGNATURE)**

**DO NOT WRITE BELOW THIS LINE-FOR REPLY ONLY**

**(OFFICERS SIGNATURE)**

DATE _____

APPROVED _____YES _____NO

CC INMATE - M & M PRINTING 825-9006

| State of Alabama Unified Judicial System | **NOTICE OF EVICTION ACTION** (Summons and Affidavit in Lieu of Complaint) Sections 35-9-80, et seq., Code of Alabama 1975 (Sanderson Act) | **Case Number** |
|---|---|---|
| Form C-61 (front)    Rev. 7/2000 | | DV·2002·109 |

IN THE DISTRICT COURT OF _Chambers_ , ALABAMA

*(Name of County)*

_J Gregory Ward_ v. _Chris McCullough_ 80/16/8

**PLAINTIFF**                **DEFENDANT**

Home or Business Address: _301 N Lanier Ave_    Home or Business Address: _1108 E 1st Ave._

City/State/Zip Code: _Lanett AL 36863_    City/State/Zip Code: _Lanett AL 36863_

Home or Business Telephone #: _1002 local_    Home or Business Telephone #: _unknown_

Name of Attorney: _W Gregory Ward_    Social Security Number: _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_

Attorney Code: _ward91_    Name of Attorney: _____

Attorney Code: _____

## AFFIDAVIT OF PLAINTIFF
**(Landlord)**

Before the undersigned authority personally appeared Affiant, who on oath stated that:

☑ 1. The owner possesses lands and tenements located at: _1108 E 1st Ave - Lanett Alabama_

Alabama, and the defendant has held possession over and beyond the term for which the same was rented or leased to defendant; or

☐ 2. Defendant's right of possession of the premises has been lawfully terminated by a proper written notice or forfeited or as otherwise agreed.

☐ 3. Defendant(s) has/have refused or omitted to deliver possession of the premises after having been served on (date) _1-21-02_ .

_W Gregory Ward thru_

Affiant/Owner or His/Her Agent or His/Her Attorney(s)

Sworn and subscribed before me this

(date) _____

Judge/Clerk _____

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ (date).

☐ I certify that I personally delivered a copy of the Notice of Eviction Action (Summons and Affidavit in Lieu of Complaint)  to _____ in _____ County, Alabama on _____ (date).

Date _____

Server's Signature _____

Address of Server _____

Type of Process Server _____

## NOTICE TO EACH DEFENDANT - READ CAREFULLY

You are being sued by the plaintiff(s) shown above. (See the Affidavit of the plaintiff above.) YOU HAVE THE RIGHT TO A TRIAL TO TELL WHY YOU SHOULD NOT BE EVICTED FROM THE PROPERTY.   THE ORDER BELOW HAS BEEN ISSUED FOR THE SHERIFF TO REMOVE YOU FROM THE PROPERTY.

TO PREVENT THIS ACTION, YOU MUST FILE A COUNTER-AFFIDAVIT WITH THE SHERIFF, WHOSE OFFICE IS AT _____ WITHIN  7  DAYS.  A COUNTER-AFFIDAVIT IS A SWORN STATEMENT IN WHICH YOU GIVE REASONS WHY YOU SHOULD NOT BE EVICTED.  THE COUNTER-AFFIDAVIT MUST BE SWORN TO, UNDER OATH, BEFORE A NOTARY PUBLIC OR A COURT OFFICIAL WHO CAN ADMINISTER OATHS.  If you need assistance in preparing a counter-affidavit, please contact a lawyer.  **DO NOT FILE THE COUNTER-AFFIDAVIT WITH THE CLERK'S OFFICE SINCE THEY ARE PROHIBITED FROM GIVING LEGAL ADVICE.**  If you file the counter-affidavit, you will be notified of the trial date.

IF YOU FAIL TO FILE A COUNTER-AFFIDAVIT WITH THE SHERIFF WITHIN 7 DAYS AFTER THESE PAPERS WERE DELIVERED TO YOU, THE SHERIFF CAN EVICT YOU FROM THE PROPERTY.

NOTICE OF EVICTION ACTION (SANDERSON ACT)        COURT RECORD (Original)        PLAINTIFF (Copy)        DEFENDANT (Copy)

6 847

ACR359

ALABAMA JUDICIAL DATA CENTER
CHAMBERS COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 2002 000304.00 01
TOM. F. YOUNG JR.

```
| CIRCUIT COURT OF CHAMBERS COUNTY            COURT ORI: 012015 J

  STATE OF ALABAMA     VS.                    DC NO: GJ 2002 000607.00
  MCCULLOUGH CHRIS            ALIAS:          G J:    607,608
  604 1ST SOUTH AVENUE        ALIAS:          SSN:    416114328
  LANETT  AL  36863                           SID:    000000000
                                              AIS:

  DOB:  11/27/1972   SEX: M   HT: 5 11    WT: 150  HAIR: BLK    EYE: BRO
  RACE: ( )W (X)B ( )O   COMPLEXION: _____  AGE:   ,    FEATURES: _____

  DATE OFFENSE: 03/18/2002  ARREST DATE: 03/21/2002  ARREST ORI: 0120100

  CHARGES @ CONV    CITES           CT CL COURT ACTION         CA DATE
  BURGLARY 1ST DEGRE 13A-007-005    01 A  CONVICTED            02/24/2005
  THEFT OF PROP 2ND  13A-008-004    01 C  CONVICTED            02/24/2005
                                    O                          00/00/0000

  JUDGE: TOM. F. YOUNG JR.              PROSECUTOR:

  PROBATION  APPLIED    GRANTED  DATE      REARRESTED DATE   REVOKED  DATE
  ( )Y(X)N   4/6/05  ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____

  15-18-8, CODE OF ALA 1975    IMPOSED   SUSPENDED    TOTAL    JAIL CREDIT
  ( )Y (X)N   CONFINEMENT: 25 00 000  00 00 000  25 00 000  00 00 747
              PROBATION  : 00 00 000             00 00 000
  DATE SENTENCED: 04/06/2005   SENTENCE BEGINS: 04/06/2005
```

```
  PROVISIONS               COSTS/RESTITUTION        DUE        ORDERED

    PENITENTIARY           RESTITUTION          $230.00      $230.00
    CONCURR SENT           ATTORNEY FEE           $0.00        $0.00
                           CRIME VICTIMS         $50.00       $50.00
                           COST                 $536.00      $536.00
                           FINE                   $0.00        $0.00
                           MUNICIPAL FEES         $0.00        $0.00
                           DRUG FEES              $0.00        $0.00
                           ADDTL DEFENDANT        $0.00        $0.00
                           DA FEES                $0.00        $0.00
                           COLLECTION ACCT        $0.00        $0.00
                           JAIL FEES              $0.00        $0.00

                           TOTAL                $816.00      $816.00
```

```
  APPEAL DATE      SUSPENDED       AFFIRMED        REARREST

  ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N ___  ( )Y( )N _____
```

REMARKS:  20/15 CC on Count 2.

THIS IS TO CERTIFY THAT THE
ABOVE INFORMATION WAS EXTRACTED
FROM OFFICIAL COURT RECORDS
AND IS TRUE AND CORRECT.

*Charles Story*

CHARLES W. STORY

04/28/2005

OPERATOR: RHM
PREPARED: 04/28/2005

*6847*

## CHAMBERS COUNTY DETENTION FACILITY

## LAW LIBRARY BOOK CHECKOUT FORM

NAME OF PUBLICATION: _Alabama Code_
VOLUME NUMBER: _23A_

NAME OF PUBLICATION: _Alabama Rules of Civil Procedure (Annotated)_
VOLUME NUMBER: _1_

NAME OF PUBLICATION: _____
VOLUME NUMBER: _____

NAME OF PUBLICATION: _____
VOLUME NUMBER: _____

I, _Chris McCullar_, CERTIFY THAT I AM RESPONSIBLE FOR ANY DAMAGE(S) WHICH MIGHT OCCUR TO THE ABOVE LISTED PUBLICATIONS WHILE I HAVE THEM IN MY POSSESSION. I FURTHER STATE THAT I UNDERSTAND THESE PUBLICATIONS MUST BE RETURNED TO THE FACILITY LIBRARY DAILY BY 5:00 PM.

TIME OUT: _0630_
INMATE SIGNATURE: _Chris McCullar_
OFFICER SIGNATURE: _Jeffery att_
CONDITION OF PUBLICATION: _Good_

TIME IN: _1635_
INMATE SIGNATURE: _Chris McCullar_
OFFICER SIGNATURE: _Jeffery att_
CONDITION OF PUBLICATION: _Good_

DATE: _3-11-04_

SHIFT SUPERVISOR: _____

DATE RECEIVED: _3-10_
TIME RECEIVED: _4:05_
RECEIVED BY: _D28_

## CHAMBERS COUNTY DETENTION FACILITY

### INMATE REQUEST FORM

NAME _Chris McCullough_ CELL# _B-8_ DATE _3-11-04_

BRIEFLY OUTLINE YOUR REQUEST

_I request to go to the Law Library_

_Chris McCullough_
(INMATE SIGNATURE)

## DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY

_Taken to Library_

_Kim_
(OFFICERS SIGNATURE)

DATE_3-11-04_

APPROVED _____ YES _____ NO

## CHAMBERS COUNTY DETENTION FACILITY
### CUMULATIVE OBSERVATION SHEET

Date: _3-11-04_    Type Observation: _Admin_

| NAME McCullough, Chris | | MASTER ID# 6847 | | |
|---|---|---|---|---|
| ORDERED BY Kirk | DOB 11/27/72 | RACE B | SEX M | CELL# B-08 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 1800 | AM | Shift Change N Cell |
| 1911 | JC | tray |
| 2014 | JC | plastic tray |
| 2100 | AM | N Cell Sleep |
| 2200 | AM | N Cell Sleep |
| 2300 | AM | N Cell Sleep |
| 2400 | AM | N Cell Sleep |
| 0100 | AM | N Cell Sleep |
| 0200 | AM | N Cell Sleep |
| 0300 | AM | N Cell Sleep |
| 0400 | AM | N Cell Sleep |
| 0500 | AM | N Cell Sleep / Feed |
| 0600 | AM | Shift Change |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: _Pence_

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

Date: 3-16-04          Type Observation: Admin

| NAME McCullough, Chris | MASTER ID# 6847 | | | |
|---|---|---|---|---|
| ORDERED BY Kirk | DOB 11/27/72 | RACE B | SEX M | CELL# B-08 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 0600 | D24 | Shift Change |
| 0610 | DT | Law Lib - D10 |
| 0620 | DT | Shower - D10 present |
| 0722 | DT | Standing at door |
| 0818 | DT | talked to Intercom |
| 0917 | JH | Standing at Door Talking to I/m Pearson |
| 1000 | re | in cell |
| 1035 | re | yd |
| 1215 | re | Frady |
| 1225 | re | plu in |
| 1320 | re | in cell |
| 1433 | re | in cell |
| 1530 | re | in cell |
| 1600 | re | in cell |
| 1700 | JH | Sleeping |
| 1800 | JH | shift change |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: Kirk

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

Date: 03-10-04    Type Observation: Admin

| NAME McCullagh, Christopher | MASTER ID# 6847 | | |
|---|---|---|---|
| ORDERED BY Kirk | DOB 11/27/72 | RACE | SEX | CELL# B-8 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 1800 | CRJ | Shift Change |
| 1855 | CRJ | Trays |
| 1910 | CRJ | P/U Trays |
| 1910 | CRJ | in Cell |
| 19:55 | AG | in cell |
| 20:40 | AG | in cell |
| 21:37 | AG | in cell |
| 22:05 | AG | In cell |
| 23:01 | AG | In cell |
| 23:51 | AG | In cell |
| 031 | TC | in cell |
| 115 | TC | in cell |
| 220 | TC | in cell |
| 311 | TC | in cell |
| 425 | TC | in cell |
| 515 | TC | Feeding |
| 600 | TC | Shift Change |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: Sgt. Davidson

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 3-10-04    **Type Observation:** Admin

| NAME McCullough, Chris | | MASTER ID# 6847 | | | |
|---|---|---|---|---|---|
| ORDERED BY Kirk | DOB 11/27/72 | RACE B | SEX M | | CELL# B-08 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 0600 | VB | in cell |
| 0630 | VB | Cleaned room |
| 0700 | VB | in cell |
| 0735 | VB | in cell |
| 0850 | VB | hair cut |
| 0945 | VB | Shower |
| 1000 | JH | in Cell |
| 1100 | VB | gone on yard |
| 1130 | JH | in Cell |
| 1200 | JH | in cell |
| 1230 | JH | in cell |
| 1305 | J | in cell |
| 1400 | CRJ | in cell |
| 1500 | CRJ | in cell |
| 1600 | CRJ | in cell |
| 1700 | CRJ | in cell |
| 1800 | CRJ | Shift change |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: Kirk

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 03/69/04        **Type Observation:** Admin

| NAME McCullough, Christopher | | MASTER ID# 6847 | | |
|---|---|---|---|---|
| ORDERED BY Kirk | DOB 11/27/72 | RACE B | SEX M | CELL# B-8 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 18:00 | BB | Shift Change |
| 18:15 | BB | DR3 Talk I/M |
| 19:05 | BB | Tray |
| 19:30 | BB | P/u Tray |
| 19:48 | BB | Sitting on Bed |
| 20:42 | BB | In Door |
| 21:08 | TC | in cell |
| 2230 | TC | in cell |
| 2309 | TC | in cell |
| 0001 | TC | in cell |
| 0115 | DT | asleep in bed |
| 0208 | DT | asleep |
| 0257 | DT | asleep |
| 3:30 | as | in cell |
| 4:37 | as | in cell |
| 5:02 | as | came out for tray. |
| 5:47 | as | in cell |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: Sgt. A. Davidson

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 030904          **Type Observation:** Admin

| NAME McCullough, Chris | | MASTER ID# 6847 | |
|---|---|---|---|
| ORDERED BY Kirk | DOB 11/27/72  RACE B | SEX M | CELL# B-08 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 0600 | CRJ | Shift Change |
| 0700 | CRJ | in cell |
| 0800 | CRJ | in Cell |
| 0900 | CRJ | in Cell |
| 1000 | CRJ | in Cell |
| 1100 | CRJ | in Cell |
| 1200 | CRJ | in cell |
| 1205 | CRJ | trays |
| 1230 | CRJ | P/U trays |
| 1300 | CRJ | in Cell |
| 1400 | CRJ | in cell |
| 1500 | CRJ | in Cell |
| 1600 | CRT | in cell |
| 1700 | CRJ | in cell |
| 1800 | CRJ | Shift Change |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: Kirk

## CHAMBERS COUNTY DETENTION FACILITY
### CUMULATIVE OBSERVATION SHEET

**Date:** 03-08-04          **Type Observation:** Admin

| NAME McCullough, Chris | | MASTER ID# 6847 | |
|---|---|---|---|
| ORDERED BY Kirk | DOB 11/27/72 | RACE B | SEX m | CELL# B8 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 0600 | JH | In cell during Shift change |
| 0630 | JH | In cell |
| 0700 | JH | In cell |
| 0730 | JH | In cell |
| 0800 | JH | In cell |
| 0830 | JH | In cell |
| 0900 | JH | In cell |
| 0930 | JH | In cell |
| 1000 | JH | In cell sitting on bed |
| 1100 | CRJ | in cell |
| 1200 | CRJ | in cell |
| 1215 | CRJ | trays |
| 1225 | CRJ | P/U Tray |
| 1300 | CRJ | in cell |
| 1400 | CRJ | in cell |
| 1500 | CRJ | in cell |
| 1600 | CRJ | in cell |
| 1700 | CRJ | in cell |
| 1800 | CRJ | in cell |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: Burton

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** _3-8-04_          **Type Observation:** _Admin_

| NAME McCullough, Christopher | | MASTER ID# _6847_ | | | |
|---|---|---|---|---|---|
| ORDERED BY _Kirb_ | DOB 11/22/72 | RACE _B_ | SEX _M_ | | CELL# _B-8_ |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 17:45 | TC | in cell |
| 18:12 | TC | in cell |
| 19:00 | TT | Trays |
| 19:24 | TC | in cell |
| 20:00 | TC | in cell |
| 21:00 | TC | in cell |
| 22:00 | TC | in cell |
| 23:00 | AG | in cell |
| 00:00 | AG | in cell |
| 01:00 | AG | In cell |
| 02:00 | AG | In cell |
| 03:03 | BB | In cell |
| 03:58 | BB | In cell |
| 04:30 | BB | Lights on |
| 04:55 | BB | Tray |
| 05:20 | BB | P/u Try |
| 06:00 | BB | Shift change |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: _S.L. Davidson_

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 3/6/04          **Type Observation:** Admin

| NAME McCullough, Chris | | MASTER ID# 6847 | | | |
|---|---|---|---|---|---|
| ORDERED BY Kirk | DOB 11/27/72 | RACE B | SEX M | | CELL# B-08 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 1800 | JH | Standing At Door |
| 1840 | JH | Trays |
| 1909 | JH | Cell |
| 2000 | JH | Cell |
| 2100 | JH | Cell |
| 2200 | SG | In Cell |
| 2300 | SG | In Cell |
| 0000 | SG | In Cell, lock down |
| 0110 | SG | In Cell |
| 0215 | SG | In Cell |
| 0300 | SG | In Cell |
| 0400 | SG | In Cell |
| 0440 | JH | Tray's |
| 0500 | JH | In Cell |
| 0600 | JH | Shift change |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: Kirk

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

Date: 3-06-04    Type Observation: Admin

| NAME McCullough, Chris | | | MASTER ID# 6847 | |
|---|---|---|---|---|
| ORDERED BY Kirk | DOB 11/27/72 | RACE B | SEX M | CELL# B-08 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 0600 | AM | Shift Chng N Cell |
| 0700 | AM | N Cell |
| 0800 | AM | N Cell |
| 0900 | AM | N Cell |
| 1000 | AM | N Cell |
| 1100 | AM | N Cell |
| 1200 | AM | N Cell Feed |
| 1240 | AM | Put |
| 1350 | AM | N Cell |
| 1500 | AM | N Cell |
| 1600 | AM | N Cell |
| 1700 | AM | N Cell |
| 1800 | AM | Shift Chng N Cell |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: Sgt. Rowe

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 3-5-04          **Type Observation:** Admin

| NAME McCullough, Christopher | | MASTER ID# 6847 |
|---|---|---|
| ORDERED BY Kirk | DOB 11/31/72 | RACE B    SEX M    CELL# B-B |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 18:00 | AG | In cell |
| 18:35 | AG | TRAY |
| 19:00 | AG | In cell |
| 20:00 | AG | In cell |
| 21:00 | AG | In cell |
| 22:00 | AG | In cell |
| 2300 | DT | Lay on bed |
| 0010 | DT | Laying on bed |
| 0105 | DT | Laying in bed |
| 0200 | DT | Laying in bed |
| 300 | TC | in cell |
| 400 | TC | in cell |
| 500 | TC | in cell |
| 600 | TC | in cell |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: _____

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

Date: 3-5-04    Type Observation: Admin

| NAME McCullough, Christopher | | MASTER ID# 6847 | | |
|---|---|---|---|---|
| ORDERED BY Kirk | DOB 11/27/72 | RACE B | SEX M | CELL# B-8 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 0600 | AM | N Cell |
| 0700 | AM | N Cell |
| 0800 | AM | N Cell |
| 0900 | AM | N Cell |
| 0945 | AM | N Yard |
| 1040 | AM | N B Block / Shower |
| 1100 | AM | N Cell |
| 1200 | AM | Feed |
| 1240 | AM | Put |
| 1300 | CRJ | in Cell |
| 1400 | CRJ | in Cell |
| 1500 | CRJ | in Cell |
| 1600 | CRJ | in Cell |
| 1700 | CRJ | in Cell |
| 1800 | CRJ | Shift Change |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: Burton

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 3-07-04    **Type Observation:** Admin

| NAME McCullough, Christopher | | MASTER ID# 6847 | | | |
|---|---|---|---|---|---|
| ORDERED BY Kirk | | DOB 11/27/72 | RACE B | SEX m | CELL# B-08 |
| TIME | OFFICER | REMARKS | | | |
| 1800 | h | Shift change | | | |
| 1820 | h | fed | | | |
| 1905 | h | Tray | | | |
| 2010 | h | cell | | | |
| 2130 | h | cell | | | |
| 2230 | h | lock down / lights out | | | |
| 2330 | h | cell | | | |
| 0035 | h | cell | | | |
| 0130 | h | cell | | | |
| 0210 | h | cell | | | |
| 0303 | h | cell | | | |
| 0404 | h | cell | | | |
| 0500 | h | fed | | | |
| 0520 | h | Tray | | | |
|  |  |  | | | |
|  |  |  | | | |
|  |  |  | | | |
|  |  |  | | | |
|  |  |  | | | |
|  |  |  | | | |
|  |  |  | | | |
|  |  |  | | | |

SUPERVISOR INITIALS: Kirk

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 3-07-04          **Type Observation:** Admin

| NAME McCullough, Christopher | | MASTER ID# 6847 | | | |
|---|---|---|---|---|---|
| ORDERED BY Kirk | DOB 11/27/72 | RACE B | SEX M | | CELL# B-08 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 0600 | JH | Shift Change |
| 0630 | JH | In cell |
| 0700 | JH | In cell |
| 0730 | JH | In cell |
| 0800 | JH | In cell |
| 0941 | WH | phone in cell |
| 1121 | WH | N cell lying down |
| 1200 | WH | Feed Trays |
| 1240 | WH | Pku Trays |
| 1327 | JH | In cell |
| 1501 | WH | N cell lying down |
| 1600 | JH | In cell |
| 1630 | JH | In cell |
| 1700 | JH | In cell |
| 1700 | JH | In cell |
| 1800 | JH | Shift Change |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: _RR_

## CHAMBERS COUNTY DETENTION FACILITY
### CUMULATIVE OBSERVATION SHEET

Date: _3-04-04_    Type Observation: _Admin_

| NAME McCullough, Chris | | MASTER ID# 6547 | | | |
|---|---|---|---|---|---|
| ORDERED BY Kirk | DOB 11/27/72 | RACE B | SEX M | | CELL# B-8 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 0600 | D-71 JH | Shift chang |
| 0630 | JH | In cell |
| 0700 | JH | In cell |
| 0730 | JH | In cell |
| 0800 | JH | In cell |
| 0830 | OH | In cell |
| 0900 | JH | In cell |
| 1000 | OH | In cell |
| 1100 | JH | In Cell |
| 1200 | JH | Feeding |
| 1230 | JH | In cell |
| 1300 | JH | In cell |
| 1400 | CRJ | in Cell |
| 1500 | CRJ | in cell |
| 1600 | CRJ | in cell |
| 1700 | CRJ | in cell |
| 1800 | CRJ | Shift Change |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: _Sgt Wright_

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 03/14/04          **Type Observation:** Admin

| NAME McCullough, Christopher | | MASTER ID# 6847 | | |
|---|---|---|---|---|
| ORDERED BY Kirk | DOB 11/27/72 | RACE B | SEX M | CELL# B-8 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 18:00 | BB | Shift Change |
| 18:27 | BB | Trg D-3 |
| 18:50 | BB | P/n Trg D-28 |
| 20:10 | BB | In Cell |
| 21:04 | BB | In Cell |
| 21:50 | BB | In Cell D-28 |
| 22:30 | BB | Lights Out |
| 22:56 | TC | Lockdown |
| 23:00 | TC | In cell |
| 0:00 | TC | In cell |
| 1:30 | TC | In cell |
| 2:00 | TC | In cell |
| 3:00 | AG | In cell |
| 4:00 | AG | In cell |
| 5:00 | AG | In cell |
| 6:00 | AG | In cell |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS Sgt. L Davidson

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

Date: 3-3-04    Type Observation: Admin

| NAME McCullough, Chris | | MASTER ID# 6847 | | | |
|---|---|---|---|---|---|
| ORDERED BY Kirk | | DOB 11/27/72 | RACE B | SEX M | CELL# B 8 |
| TIME | OFFICER | REMARKS | | | |
| 0600 | WH | shift change | | | |
| 0645 | WH | n cell | | | |
| 0732 | WH | n cell | | | |
| 0855 | WH | n cell sleep | | | |
| 0955 | RM | N Cell | | | |
| 1105 | RM | N Cell Standing @ door | | | |
| 1200 | RM | Feed | | | |
| 1235 | RM | PvT | | | |
| 1335 | RM | N Cell | | | |
| 1400 | RM | N Cell | | | |
| 1500 | RM | N Cell | | | |
| 1600 | RM | N Cell | | | |
| 1703 | WH | n cell | | | |
| 1800 | WH | shift change | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SUPERVISOR INITIALS: RR

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 3-3-04     **Type Observation:** A

| NAME McCullough, Christopher | MASTER ID# 6847 | | |
|---|---|---|---|
| ORDERED BY Kirk | DOB 11/27/72 | RACE B | SEX m | CELL# B-08 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 1800 | DT | Shift Change |
| 1820 | DT | Request to speak Sgt Kirk |
| 1845 | DT | TRAY |
| 1943 | DT | sitting on bed |
| 2000 | W | cell |
| 2100 | W | cell |
| 2200 | W | cell |
| 2300 | W | cell |
| 0005 | W | cell |
| 0102 | W | cell |
| 0202 | W | cell |
| 0301 | W | cell |
| 0406 | W | cell |
| 0456 | W | feed |
| 0520 | W | Tray |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: Kirk

## CHAMBERS COUNTY DETENTION FACILITY
### CUMULATIVE OBSERVATION SHEET

Date: 3-2-04    Type Observation: _Admin_

| NAME McCullough, Chris | | MASTER ID# 6847 | | | | |
|---|---|---|---|---|---|---|
| ORDERED BY Kim | | DOB 11/27/72 | RACE B | SEX M | CELL# 13 | 8 |
| TIME | OFFICER | REMARKS | | | | |
| 1800 | sec | Shift Change / W cell | | | | |
| 1900 | sec | W cell | | | | |
| 1904 | sec | fed | | | | |
| 1920 | sec | Tray | | | | |
| 2025 | sec | W cell | | | | |
| 2130 | sec | W cell | | | | |
| 2230 | sec | lights out / South cell | | | | |
| 2310 | | W | | | | |
| 005 | br | Cell | | | | |
| 0100 | br | Cell | | | | |
| 0200 | br | Cell | | | | |
| 0300 | br | Cell | | | | |
| 0400 | br | Cell | | | | |
| 0456 | br | Fed | | | | |
| 0515 | br | Tray | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

SUPERVISOR INITIALS: _Kim_

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

Date: 3-2-04    Type Observation: Admin

| NAME McCullough, Chris | | MASTER ID# 6847 | | | |
|---|---|---|---|---|---|
| ORDERED BY Kirk | DOB 11/27/72 | RACE B | SEX M | | CELL# B8 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 0600 | AM | N Cell Shift Change |
| 0635 | AM | ~~Law Library~~ / Shower + Clean Cell |
| 0700 | AM | N Cell Sleeping |
| 0807 | TS | in Cell |
| 0855 | TS | in Cell |
| 1000 | AM | N Cell |
| 1100 | AM | N Cell |
| 12 00 | AM | Feed |
| 1230 | AM | Pick up tray |
| 1300 | AM | Use Phone / N Cell 1310 |
| 1400 | AM | N Cell |
| 1500 | AM | N Cell |
| 16 00 | AM | N Cell |
| 1700 | AM | N Cell |
| 18 00 | AM | N Cell Shift Change |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: Sgt. Rowe

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** March 01, 04   **Type Observation:** Admin

| NAME McCullough, Chris | MASTER ID# 6847 | | |
|---|---|---|---|
| ORDERED BY Kirk | DOB 11/8/72 | RACE B | SEX M | CELL# B 8 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 2356 | JG | moved to B-Block, From F2 |
| 0028 | JG | asleep |
| 100 | JH | cell |
| 200 | JH | cell |
| 300 | JH | cell |
| 400 | W | cell |
| 450 | W | Fed |
| 515 | W | Tray |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: Kirk