# EXHIBIT D1.

## Exhibit 1 to Stewart Affidavit - Plaintiff Christopher McCullough's entire Jail File.

— Part 7 —

# CHAMBERS COUNTY DETENTION FACILITY

## INMATE VISITORS LIST

M<sup>c</sup>Cullough          Christopher                    03-31-02

NAME (LAST)          FIRST          MIDDLE                    DATE

6847                    11-27-72

MASTER ID#          DOB

Denise McCullby          27          Sister
#1 NAME          AGE          RELATIONSHIP

Boyd Circle          756-5147
ADDRESS          PHONE #

Georgia Dowell          20          Girl Friend
#2 NAME          AGE          RELATIONSHIP

ADDRESS          PHONE #

#3 NAME          AGE          RELATIONSHIP

ADDRESS          PHONE #

#4 NAME          AGE          RELATIONSHIP

ADDRESS          PHONE #

INMATE SIGNATURE

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 2-26-03          **Type Observation:** Pre-Disp

| NAME | McCullough, Chris | | MASTER ID# | 6847 | | |
|---|---|---|---|---|---|---|
| ORDERED BY | Davidson | DOB 11-27-72 | RACE B | SEX M | | CELL# I.S |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 0600 | RS | Shift Change |
| 0700 | R | Law Library |
| 0710 | R | in cell |
| 0750 | R | refuse yard |
| 0900 | R | in cell |
| 1000 | RW | cell |
| 1040 | R | Notary |
| 10.14 | R | Back Fm Notary |
| 11:00 | RLR | in cell |
| 12:00 | RLR | tray |
| 12:45 | RLR | P up tray |
| 14:00 | RLR | in cell |
| 15:00 | RLR | in cell |
| 1638 | NW | laying down |
| 1715 | NW | talked to I/m |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: Sgt Wright

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 02-24-03          **Type Observation:** Admin

| NAME McCullough Chris | | MASTER ID# 6847 | | | |
|---|---|---|---|---|---|
| ORDERED BY DAVIDSON | DOB 1-21-72 | RACE B | SEX M | | CELL# I-03 |
| TIME | OFFICER | REMARKS | | | |
| 0600 | CRJ | SHIFT CHANGE | | | |
| 0700 | VB | In Cell | | | |
| 0800 | VB | bedside grand | | | |
| 0800 | VB | In Cell | | | |
| 1000 | VB | In cell | | | |
| 1100 | VB | In cell | | | |
| 1215 | VB | trays | | | |
| 1250 | VB | p/u trays | | | |
| 1320 | VB | in cell | | | |
| 1345 | VB | in cell | | | |
| 1410 | VB | in cell | | | |
| 1510 | VB | in cell | | | |
| 1600 | VB | in cell | | | |
| 1640 | VB | in cell | | | |
| 1700 | VB | in cell | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SUPERVISOR INITIALS: MD

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 02-21-03    **Type Observation:** Admin

| NAME McCullough Chris | | MASTER ID# 0847 | | | |
|---|---|---|---|---|---|
| ORDERED BY Davidson | | DOB 11-27-72 | RACE B | SEX M | CELL# I-3 |
| TIME | OFFICER | REMARKS | | | |
| 0600 | B | Shift change | | | |
| 0640 | B | laundry picked up | | | |
| 0700 | B | in cell | | | |
| 0800 | B | out to yard | | | |
| 0830 | B | back fm yard | | | |
| 0900 | CRJ | INCELL | | | |
| 1000 | CRJ | INCELL | | | |
| 1100 | CRJ | INCELL | | | |
| 1200 | CRJ | TRAYS | | | |
| 1230 | CRJ | P/U TRAYS | | | |
| 1300 | CRJ | INCELL | | | |
| 1400 | CRJ | INCELL | | | |
| 1500 | CRJ | INCELL | | | |
| 1600 | CRJ | INCELL | | | |
| 1700 | CRJ | INCELL | | | |

SUPERVISOR INITIALS: Sgt Wright

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 2-23-03    **Type Observation:** Admin

| NAME McCullough, Christopher | | MASTER ID# 60847 |
|---|---|---|
| ORDERED BY Davidson | DOB 11-27-72 | RACE B    SEX M    CELL# I-3 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 0600 | VB | Shift changed |
| 0630 | VB | Siving supplies |
| 0635 | VB | supplies |
| 0700 | VB | i cell |
| 0745 | VB | i cell |
| 0805 | VB | i cell |
| 0900 | VB | i cell |
| 1015 | VB | i cell |
| 1045 | VB | i cell |
| 1120 | VB | in cell |
| 1200 | VB | i cell |
| 1220 | VB | trays |
| 1250 | VB | p/u trays |
| 1330 | VB | i cell |
| 1400 | VB | i cell |
| 1435 | VB | i cell |
| 1500 | VB | i cell |
| 1540 | VB | in cell |
| 1605 | VB | i cell |
| 1640 | VB | in cell |
| 1700 | VB | i cell |
| 1730 | VB | i cell |

**SUPERVISOR INITIALS:** _Cottrell_

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** _O2 24 03_    **Type Observation:** _Admin_

| NAME McCullough Marcus | | MASTER ID# 2427 | | |
|---|---|---|---|---|
| ORDERED BY Awright | DOB 1-23-76 | RACE B | SEX M | CELL# B-08 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 0600 | CRJ | SHIFT CHANGE |
| 0700 | CRJ | in cell |
| 0800 | CRJ | in cell |
| 0850 | CRJ | Refused to SHOWER |
| 0900 | CRJ | IN cell |
| 0928 | CRJ | ON YARD |
| 1105 | TS | in Cell |
| 1207 | TS | in Cell |
| 1220 | CRJ | Feeding |
| 1240 | CRJ | Pk/tray |
| 1300 | CRJ | iN cell |
| 1400 | CRJ | HAIRCUT |
| 1430 | CRJ | use PHONE |
| 1500 | CRJ | iN cell |
| 1600 | CRJ | iN cell |
| 1700 | CRJ | iN cell |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS:

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

Date: __Q-23-03__    Type Observation: __Admin__

| NAME McCullough Christopher | | MASTER ID# 6847 | | | |
|---|---|---|---|---|---|
| ORDERED BY Davidson | | DOB 11-27-72 | RACE B | SEX M | CELL# I-3 |
| TIME | OFFICER | REMARKS | | | |
| 1800 | DT | Shift Change | | | |
| 1907 | h | Fed | | | |
| 2021 | mc | Plug Tray | | | |
| 2024 | mc | Placed in OJI | | | |
| 2105 | mk | Lo down | | | |
| 2230 | mc | asleep | | | |
| 2305 | mc | Return to I-3 | | | |
| 2400 | DT | Ncell | | | |
| 001 | DT | Ncell | | | |
| 100 | DT | Ncell | | | |
| 200 | DT | Ncell | | | |
| 300 | DT | Ncell | | | |
| 400 | DT | Ncell | | | |
| 450 | DT | TRAy | | | |
| 530 | DT | PILL TRAY | | | |
| 600 | DT | Shift Change | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SUPERVISOR INITIALS: _Kirk_

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 2-22-03      **Type Observation:** Admin

| NAME McCullagh, Christopher | | MASTER ID# 6847 | | | |
|---|---|---|---|---|---|
| ORDERED BY Davidson | DOB 11/27/72 | RACE B | SEX M | | CELL# I-3 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 0600 | MS | Shift Chang. |
| 0630 | MS | Checkd I/M |
| 0700 | R | in cell |
| 0800 | R | in cell |
| 0900 | RW | Cell |
| 1000 | | Cell |
| 1129 | | Cell |
| 1200 | CB | Tray |
| 1230 | CB | p/u Tray |
| 1310 | R | Phone |
| 1440 | R | in cell |
| 1500 | R | in cell |
| 1700 | R | in cell |
| 1800 | R | in cell |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**SUPERVISOR INITIALS:** Sgt Wright

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 2-25-03        **Type Observation:** Admin

| NAME | McCULLOUGH CHRIS | | MASTER ID# 6847 | | |
|------|------------------|--|-----------------|--|--|
| ORDERED BY WRIGHT | | DOB 11-27-72 | RACE B | SEX M | CELL# I 03 |

| TIME | OFFICER | REMARKS |
|------|---------|---------|
| 1800 | DT | Shift Change |
| 1900 | DT | Tray |
| 1945 | DT | Pic/Tray |
| 2000 | DT | Ncell |
| 2100 | DT | Ncell |
| 2130 | DT | Shower/Clean room |
| 2200 | DT | Ncell |
| 2300 | DT | Ncell |
| 2400 | DT | Ncell |
| 001 | DT | Ncell |
| 100 | DT | Ncell |
| 200 | DT | Ncell |
| 300 | DT | Ncell |
| 400 | DT | Ncell |
| 500 | DT | Tray |
| 540 | DT | Pic/Tray |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: _Cara_

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 2-25-03     **Type Observation:** Admin.

| NAME McCullough Chris | | MASTER ID# 6847 | | |
|---|---|---|---|---|
| ORDERED BY Wright | DOB 1-27-72 RACE B | SEX M | | CELL# I-03 |
| **TIME** | **OFFICER** | **REMARKS** | | |
| 0600 | LB | Change of Shift | | |
| 0700 | LB | In Cell | | |
| 0800 | LB | In Cell | | |
| 0900 | LB | In Cell | | |
| 1000 | LB | In Cell | | |
| 1100 | LB | In Cell | | |
| 1200 | VB | trays | | |
| 1220 | VB | pu trays | | |
| 1310 | VB | i cell | | |
| 1357 | VB | i cell | | |
| 1410 | VB | i cell | | |
| 1500 | VB | i cell | | |
| 1530 | VB | i cell | | |
| 1610 | VB | i cell | | |
| 1700 | VB | i cell | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

SUPERVISOR INITIALS: 

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 2-24-03    **Type Observation:** Admin.

| NAME McCullough Chris | | MASTER ID# 6847 | | | |
|---|---|---|---|---|---|
| ORDERED BY N Right | | DOB 1-27-78 | RACE B | SEX M | CELL# I-03 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 1800 | DT | Shift Change |
| 1900 | DT | Tray |
| 1937 | DT | Plu Tray |
| 2040 | DT | Shower Cleaned |
| 2100 | DT | Ncell |
| 2200 | DT | Ncell |
| 2300 | DT | Ncell |
| 2400 | DT | Ncell |
| 0D1 | DT | Ncell |
| 100 | DT | Ncell |
| 200 | DT | Ncell |
| 300 | DT | Ncell |
| 400 | DT | Ncell |
| 500 | DT | Tray |
| 540 | DT | Plu Tray |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS:

DATE RECEIVED: _____
TIME RECEIVED: _____
RECEIVED BY: _____

## CHAMBERS COUNTY DETENTION FACILITY

## INMATE REQUEST FORM

NAME _Chris McCullough_  CELL# _G-6_  DATE _2-19-03_

BRIEFLY OUTLINE YOUR REQUEST

I have requested 4 time's for a notorization and been denied. If refusal to do so, please state on this request, cause I can show #7 necessary to the appeal courts of your desired doing. I request to have a notorization - 5th time

_Chris McCullough_
(INMATE SIGNATURE)

**DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY**

Notary done on 2-21-03

_Swill_
(OFFICERS SIGNATURE)

DATE _2-21-03_

APPROVED _____ YES _____ NO

DATE RECEIVED: 2-5-03
TIME RECEIVED: 15:04
RECEIVED BY: O-24- Richnour

ORIGINAL

# CHAMBERS COUNTY DETENTION FACILITY

## INMATE REQUEST FORM

NAME _Chris McCullay_ CELL# _G-6_ DATE _2-085-03_

BRIEFLY OUTLINE YOUR REQUEST

_I request to have a Notary Service done please._

(INMATE SIGNATURE) _Chris McCullay_

## DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY

_Taken to notary 2-6-03_

(OFFICERS SIGNATURE)

DATE _2-6-03_

APPROVED _____ YES _____ NO

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 11-25-02  **Type Observation:** Admin

| NAME | McCullough | | MASTER ID# | 6847 | | | |
|---|---|---|---|---|---|---|---|
| ORDERED BY | Kirk | DOB 11-27-22 | RACE | B | SEX | M | CELL# B-4 |
| TIME | OFFICER | REMARKS | | | | | |
| 0600 | AM | Change Shift | | | | | |
| 0700 | AM | N Cell | | | | | |
| 0800 | BS | cell | | | | | |
| 0900 | AM | N Cell | | | | | |
| 1000 | AM | N Cell | | | | | |
| 1100 | AM | N Cell | | | | | |
| 1208 | AM | N Cell | | | | | |
| 1230 | AM | Feed | | | | | |
| 1330 | AM | N Cell | | | | | |
| 1600 | AM | N Cell | | | | | |
| 1700 | AM | N Cell | | | | | |

SUPERVISOR INITIALS: Sgt. Davidson

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 11/25/02          **Type Observation:** Admin

| NAME McCullough | | MASTER ID# 6847 | | | | |
|---|---|---|---|---|---|---|
| ORDERED BY Kirk | DOB 11-22-22 | RACE B | SEX M | | CELL# B-4 | |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 18:18 | RLR | Shift Change |
| 19:40 | RLR | trays |
| 20:00 | RLR | trays picked up |
| 21:23 | RLR | Cell |
| 22:16 | RLR | Cell |
| 2230 | CRJ | Lights out |
| 2300 | RLR | cell |
| 0000 | RLR | cell |
| 0100 | RLR | cell |
| 0200 | RLR | cell |
| 0300 | RLR | cell |
| 0400 | RLR | cell |
| 0430 | RLR | WAKEUP |
| 0445 | RLR | tRAYS |
| 0530 | RLR | P/U tRAYS |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: _____

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** _11·21·02_ **Type Observation:** _Admin_

| NAME Chris McCullough | MASTER ID# 6847 | | | |
|---|---|---|---|---|
| ORDERED BY Kirk | DOB 11/27/72 RACE B | SEX M | CELL# B-4 | |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 0600 | SS | shift change |
| 0700 | SS | cell |
| 0800 | SS | cell |
| 0900 | SS | opened cell for shower & clean up |
| 1000 | SS | cell |
| 1100 | SS | cell |
| 1200 | SS | ~~cell~~ trays |
| 1230 | SS | P/u |
| 1300 | SS | cell |
| 1407 | SS | cell |
| 1509 | SS | cell |
| 1605 | SS | cell |
| 1706 | SS | cell |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 11-21-2002          **Type Observation:** _Adm_

| NAME McCullough Christopher | | MASTER ID# 6847 | | | |
|---|---|---|---|---|---|
| ORDERED BY Kielz | DOB 11/27/73 | RACE B | SEX m | | CELL# B4 |
| TIME | OFFICER | REMARKS | | | |
| 1800 | RS | Shift Change | | | |
| 1830 | RS | ← Cell | | | |
| 1937 | RS | P/L trays | | | |
| 2000 | RS | P/u Trays | | | |
| 2100 | RS | ← Cell | | | |
| 2145 | RS | ← Cell | | | |
| 2230 | RS | ← Cell lights out | | | |
| 2330 | RS | in cell | | | |
| 2350 | VB | in Cell | | | |
| 0020 | VB | ~ cell | | | |
| 0058 | VB | in cell | | | |
| 0125 | VB | ~ cell | | | |
| 0200 | VB | ~ cell | | | |
| 0245 | VB | in cal | | | |
| 0320 | VB | ~ cell | | | |
| 0350 | VB | ~ cell | | | |
| 0410 | VB | ~ cell | | | |
| 0430 | VB | lights on | | | |
| 0500 | VB | trays | | | |
| 0530 | VB | p/u tray | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SUPERVISOR INITIALS: RR

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 11-22-02      **Type Observation:** Admin

| NAME Chris McCullough | | MASTER ID# 6847 | | | |
|---|---|---|---|---|---|
| ORDERED BY Kirk | | DOB 11/27/72 RACE B | SEX M | | CELL# B-4 |
| TIME | OFFICER | REMARKS | | | |
| 06:00 | BB | Shift Change | | | |
| 08:25 | RLR | open cell, did not come out, clean cell | | | |
| 0845 | KW | cell | | | |
| 0900 | KW | cell | | | |
| 1000 | KW | cell | | | |
| 11:00 | KLR | Cell | | | |
| 1200 | SS | Trays | | | |
| 1230 | SS | Ply | | | |
| 1300 | SS | Cell | | | |
| 1400 | SS | Cell | | | |
| 1500 | SS | Cell | | | |
| 1600 | SS | Cell | | | |
| 1700 | SS | Cell | | | |

SUPERVISOR INITIALS: Kirk

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 11-22-02    **Type Observation:** Admin

| NAME McCullough, Chris | | MASTER ID# 6847 | | |
| ORDERED BY Kirk | DOB 11/27/72 | RACE W | SEX M | CELL# B4 |

| TIME | OFFICER | REMARKS |
|------|---------|---------|
| 1800 | VB | Shift changed |
| 1830 | VB | in cell |
| 1911 | VB | in cell |
| 1930 | VB | tray |
| 2020 | VB | P/U tray |
| 2055 | VB | in cell |
| 2123 | VB | in cell |
| 2158 | VB | in cell |
| 2220 | VB | in cell |
| 2245 | VB | in cell |
| 2310 | VB | in cell |
| 0000 | VB | lights out |
| 0100 | | in cell |
| 0200 | | in cell |
| 0300 | | in cell |
| 0400 | | in cell |
| 0430 | | lights on |
| 0500 | | tray |
| 0530 | | P/U Tray |
| | | |
| | | |
| | | |
| | | |

**SUPERVISOR INITIALS:** _____

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 11-23-02    **Type Observation:** Admin

| NAME Chris McCullough | MASTER ID# 6847 | | | |
|---|---|---|---|---|
| ORDERED BY Kirk | DOB 11/27/72 | RACE B | SEX M | CELL# B-4 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 0600 | AM | Change Shift |
| 0700 | Am | N Cell |
| 0800 | Am | N Cell |
| 0900 | Am | N Cell |
| 1000 | Am | Shower |
| 1015 | Am | N Cell |
| 1100 | Am | N Cell |
| 1225 | RS | Tray |
| 1300 | Am | N Cell |
| 1400 | Am | N Cell |
| 1500 | Am | N Cell |
| 1600 | Am | N Cell |
| 1700 | Am | N Cell |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: Sgt. Dixon

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

Date: _11/23/02_    Type Observation: _Admin_

| NAME McCullough | | MASTER ID# 6847 | | | |
|---|---|---|---|---|---|
| ORDERED BY Kirk | DOB 11-27-22 | RACE B | SEX M | | CELL# B-4 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 18:10 | RLR | Shift change |
| 19:05 | RLR | In cell |
| 20:26 | RLR | out of cell to get food and back in cell |
| 2100 | CRJ | cell |
| 2200 | RLR | cell |
| 2300 | RLR | cell |
| 0000 | CRJ | Lights out |
| 0100 | CRJ | cell |
| 0200 | CRJ | cell |
| 0300 | RLR | cell |
| 0400 | RLR | cell |
| 0430 | RLR | WAKE UP |
| 0445 | RLR | TRAYS |
| 0530 | RLR | P/U TRAYS |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: _RLS_

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 11-24-02     **Type Observation:** Admin

| NAME | McCullough Chris | | MASTER ID# | 6847 | | | |
|---|---|---|---|---|---|---|---|
| ORDERED BY Kirk | | DOB 11-22-22 | RACE B | | SEX M | | CELL# B-4 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 0600 | Am | Change Shift |
| 0730 | Am | N Cell |
| 0830 | Am | N Cell |
| 0900 | Am | Visitation |
| 0930 | Am | N Cell |
| 1000 | Am | N Cell |
| 1130 | Am | N Cell |
| 1230 | Am | Feed |
| 1330 | Am | N Cell |
| 1430 | Pm | N Cell |
| 1530 | Pm | N Cell |
| 1600 | CRJ | Cell |
| 1700 | CRJ | Cell |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: Sgt. W Davidson

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 11/24/02          **Type Observation:** Admin

| NAME Molulough | | MASTER ID# 6847 | | | |
|---|---|---|---|---|---|
| ORDERED BY Kirk | | DOB 11-22-22 | RACE B | SEX M | CELL# B-4 |
| TIME | OFFICER | REMARKS | | | |
| 1800 | CRJ | SHIFT CHANGE | | | |
| 1900 | CRJ | Cell | | | |
| 20:10 | CRJ | TRAYS | | | |
| 20:40 | CRJ | P/U TRAYS | | | |
| 2100 | CRJ | Cell | | | |
| 2200 | CRJ | Cell | | | |
| 2230 | CRJ | Lights out | | | |
| 2300 | RHR | Cell | | | |
| 0000 | RHR | Cell | | | |
| 0100 | RHR | Cell | | | |
| 0200 | CRJ | Cell | | | |
| 0300 | CRJ | Cell | | | |
| 0400 | CRJ | Cell | | | |
| 0430 | CRJ | WAKE UP | | | |
| 0445 | CRJ | TRAYS | | | |
| 0530 | CRJ | P/U TRAYS | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SUPERVISOR INITIALS:

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 11-20-02          **Type Observation:** Admin

| NAME Chris McCullough | MASTER ID# 6847 | | | |
|---|---|---|---|---|
| ORDERED BY Kirk | DOB 11/27/72 | RACE B | SEX M | CELL# B-4 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 0600 | SS | shift change |
| 0700 | SS | cell |
| 0800 | SS | opened cell for shower and clean up |
| 0830 | SS | returned to cell |
| 0900 | SS | cell |
| 1000 | SS | cell |
| 1100 | SS | cell |
| 1210 | SS | lunch trays |
| 1230 | SS | Trays p/u |
| 1300 | SS | cell |
| 1400 | SS | cell |
| 1503 | SS | cell |
| 1604 | SS | cell |
| 1707 | SS | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: Kirk

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 11/20/02          **Type Observation:** Admin

| NAME McCullough, Chris | | MASTER ID# 6847 | | | |
|---|---|---|---|---|---|
| ORDERED BY Kirk | DOB 11/27/72 | RACE W | SEX M | | CELL# B4 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 1800 | JS | Change of Shift |
| 1900 | JS | Tray |
| 1930 | JS | P/u Tray |
| 2000 | JS | in cell |
| 2029 | VB | in cell |
| 2100 | JS | in cell |
| 2200 | JS | in cell |
| 2230 | JS | light off |
| 2300 | VB | in cell |
| 0000 | VB | in cell |
| 0100 | VB | in cell |
| 0200 | VB | in cell |
| 0300 | VB | in cell |
| 0400 | JS | in cell |
| 0430 | JS | lights on |
| 0500 | JS | Tray |
| 0530 | JS | P/u Tray |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: RR

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** _11-19-02_    **Type Observation:** _Admin_

| NAME | McCullough, Chris | | MASTER ID# | 6847 | | | |
|------|------------------|--|------------|------|--|--|--|
| ORDERED BY | Kirk | | DOB 11/27/72 | RACE B | SEX M | CELL# B4 | |

| TIME | OFFICER | REMARKS |
|------|---------|---------|
| 6000 | DT | Shift change |
| 0721 | KW | Cell |
| 0805 | TS | in cell |
| 0900 | BS | in cell |
| 1000 | BS | in cell |
| 1100 | BS | in cell |
| 1225 | BS | Tray |
| 12:51 | BS | Removed tray |
| 1:351 | BS | in cell |
| 1457 | BS | cell |
| 1633 | BS | Cell |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: _Kirk_

## CHAMBERS COUNTY DETENTION FACILITY
### CUMULATIVE OBSERVATION SHEET

Date: 11/19/02          Type Observation: Admin

| NAME | McCullough Chris | | MASTER ID# | 6847 | | | |
|------|------|------|------|------|------|------|------|
| ORDERED BY | Kirk | DOB 11/27/72 | RACE B | | SEX M | CELL# | B4 |

| TIME | OFFICER | REMARKS |
|------|---------|---------|
| 1800 | BS | Shift Change |
| 1900 | BS | Cell |
| 1914 | BS | Cell not to be opened even to feed |
| 1940 | BS | Tray |
| 2010 | BS | Tray removed |
| 2100 | BS | Cell |
| 2200 | BS | Cell |
| 2230 | JJ | Lights out |
| 2300 | JJ | in cell |
| 0000 | JJ | in cell |
| 0100 | JJ | in cell |
| 0200 | JJ | in cell |
| 0300 | JJ | in cell |
| 0400 | VB | in cell |
| 0430 | VB | Lights on |
| 0500 | VB | Tray |
| 0530 | VB | P/U Tray |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: GoRowe

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 11/18/02     **Type Observation:** Admin

| NAME | McCullough Chris | | MASTER ID# | 6847 | | |
|------|------|------|------|------|------|------|
| ORDERED BY | Kirk | DOB 11-27-72 | RACE B | SEX M | | CELL# B-4 |

| TIME | OFFICER | REMARKS |
|------|---------|---------|
| 1800 | CRJ | SHIFTCHANGE |
| 1900 | CRJ | CELL |
| 1924 | CRJ | TRAYS |
| 2015 | CRJ | P/U TRAYS |
| 2100 | CRJ | CELL |
| 2200 | I/B | CELL |
| 2230 | CRJ | LIGHTS OUT |
| 2300 | CRJ | cell |
| 0000 | CRJ | cell |
| 0100 | CRJ | cell |
| 0200 | CRJ | cell |
| 0300 | CRJ | cell |
| 0400 | CRJ | cell |
| 0430 | CRJ | WAKE UP |
| 0445 | CRJ | tRAYS |
| 0530 | CRJ | P/U tRAYS |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**SUPERVISOR INITIALS:**

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 11-18-02   **Type Observation:** Admin

| NAME | McCullough, Chris | | MASTER ID# 6847 | | |
|------|------|------|------|------|------|
| ORDERED BY KIRU | | DOB 11/27/72 | RACE B | SEX M | CELL# B4 |

| TIME | OFFICER | REMARKS |
|------|---------|---------|
| 0600 | AM | Change Shift |
| 0700 | AM | N Cell |
| 0800 | AM | N Cell |
| 0900 | AM | N Cell |
| 1000 | AM | N Cell |
| 1100 | AM | N Cell |
| 1205 | 7 | in Cell |
| 1230 | TL | Fed |
| 1250 | ZZ | P/u Tray |
| 1405 | ZS | in Cell |
| 1605 | AM | N Cell |
| 1720 | AM | N Cell |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS:

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 11/17/02     **Type Observation:** Admin

| NAME | McCullough Chris | | MASTER ID# | 6847 | | |
|------|------|------|------|------|------|------|
| ORDERED BY Kirk | | DOB 11-27-72 | RACE B | | SEX M | CELL# B-4 |

| TIME | OFFICER | REMARKS |
|------|---------|---------|
| 1800 | CRJ | SHIFT CHANGE |
| 1900 | CRJ | cell |
| 1939 | CRJ | TRAYS |
| 2020 | CRJ | P/U TRAYS |
| 2100 | JS | cell |
| 2200 | JS | cell |
| 2230 | CRJ | LIGHTS OUT |
| 2300 | CRJ | cell |
| 0000 | JS | cell |
| 0100 | JS | cell |
| 0200 | JS | cell |
| 0300 | JS | cell |
| 0400 | JS | cell |
| 0430 | JS | WAKE UP |
| 0445 | JS | TRAYS |
| 0530 | JS | P/U TRAYS |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: Sgt Wright

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 11-12-02          **Type Observation:** Admin

| NAME McCullough, Chris | MASTER ID# 6847 | | |
|---|---|---|---|
| ORDERED BY Kiriu | DOB 11/27/72 | RACE B | SEX M | CELL# B4 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 0600 | AM | N Cell Change Shift |
| 0700 | AM | N Cell |
| 0800 | AM | N Cell |
| 0900 | AM | N Cell |
| 1000 | AM | N Cell |
| 1100 | AM | N Cell |
| 12 N | AM | N Cell |
| 1230 | AM | Feed |
| 1300 | AM | Pick up tray    N Cell |
| 1319 | AM | Shower |
| 1334 | AM | n Cell |
| 1410 | AM | N Cell |
| 1500 | AM | N Cell |
| 1600 | AM | N Cell |
| 1630 | AM | N Cell |
| 1740 | A.D. | In cell |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: Sgt. W. Dunbar

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 11/15/02 _____ **Type Observation:** _____ Admin _____

| NAME | McCullough, Chris | | MASTER ID# | 6847 | | |
|---|---|---|---|---|---|---|
| ORDERED BY | Kirk | DOB 11/27/72 | RACE B | SEX M | CELL# B4 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 1800 | CRJ | SHIFT CHANGE |
| 1900 | CRJ | cell |
| 1936 | CRJ | traxs |
| 2015 | CRJ | p/u traxs |
| 2100 | CRJ | cell |
| 2200 | CRJ | cell |
| 2300 | JB | cell |
| 0000 | JB | lights out in cell |
| 0100 | CRJ | cell |
| 0200 | CRJ | cell |
| 0300 | CRJ | cell |
| 0400 | CRJ | cell |
| 0430 | CRJ | WAKEUP |
| 0445 | NW | traxs |
| 0530 | NW | p/u traxs |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

SUPERVISOR INITIALS:

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 11/16/02    **Type Observation:** _Admin_

| NAME McCullough Chris | | MASTER ID# 6847 | | |
|---|---|---|---|---|
| ORDERED BY Kirk | DOB 11-27-72 | RACE B | SEX M | CELL# B-4 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 1800 | CRJ | SHIFTCHANGE |
| 1900 | CRJ | cell |
| 1934 | CRJ | TRAXS |
| 2007 | CRJ | P/U TRAXS |
| 2100 | CRJ | cell |
| 2200 | CRJ | cell |
| 2300 | CRJ | cell |
| 0000 | CRJ | Lights out in cell |
| 0100 | CRJ | cell |
| 0200 | CRJ | cell |
| 0300 | CRJ | cell |
| 0400 | CRJ | cell |
| 0430 | CRJ | WAKE UP in cell |
| 0445 | CRJ | TRAXS |
| 0530 | CRJ | P/U trays |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: Sgt Wright

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 11-16-02    **Type Observation:** Admin

| NAME | McCullough, Chris | MASTER ID# | 6847 | | |
|---|---|---|---|---|---|
| ORDERED BY Kirk | DOB 11/27/72 | RACE B | SEX M | CELL# B4 | |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 0600 | AM | Change Shift |
| 0700 | AM | N Cell |
| 0800 | AM | N Cell |
| 0900 | AM | N Cell |
| 1000 | AM | N Cell |
| 1118 | AM | N Cell |
| 1235 | AM | Lunch |
| 1329 | AM | N Cell |
| 1430 | AM | N Cell |
| 1600 | AM | N Cell |
| 1700 | AM | N Cell |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS:

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** _11·13·02_    **Type Observation:** _Admin_

| NAME McCullough Chris | | MASTER ID# 6847 | | | |
|---|---|---|---|---|---|
| ORDERED BY KiRK | DOB 1-27-72 | RACE B | SEX M | | CELL# B-4 |
| TIME | OFFICER | REMARKS | | | |
| 0600 | SS | shift change | | | |
| 0711 | SS | cell | | | |
| 0803 | SS | cell | | | |
| 0900 | SS | opened door to cell for shower / clean up | | | |
| 0935 | SS | closed door / ~~xxxxxxxx~~ | | | |
| 1024 | SS | cell | | | |
| 1100 | SS | cell | | | |
| 1200 | SS | cell | | | |
| 1217 | SS | Lunch Trays | | | |
| 1248 | SS | Tray P/U | | | |
| 1303 | SS | cell | | | |
| 1436 | SS | Yard | | | |
| 1501 | SS | cell | | | |
| 1602 | SS | cell | | | |
| 1704 | SS | cell | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**SUPERVISOR INITIALS:** _KiR_

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 11-13-02     **Type Observation:** Admin

| NAME | McCullough, Chris | | MASTER ID# | 6847 | | | |
|------|------------------|---|-----------|------|---|---|---|
| ORDERED BY | KIRIU | | DOB 11/27/72 | RACE B | SEX M | | CELL# B4 |

| TIME | OFFICER | REMARKS |
|------|---------|---------|
| 1800 | VB | Shift change |
| 1824 | VB | in cell |
| 1900 | VB | i cell |
| 1920 | VB | trays |
| 2027 | VB | p/u trays |
| 2056 | VB | in cell |
| 2110 | VB | in cell |
| 2145 | VB | i cell |
| 2200 | VB | in cell |
| 2230 | VB | lights out |
| 2257 | VB | i cell |
| 2323 | VB | i cell |
| 2355 | VB | i cell |
| 0055 | VB | in cell |
| 0127 | VB | i cell |
| 0208 | VB | i cell |
| 0300 | JJ | i cell |
| 0400 | JJ | in cell |
| 0430 | JJ | light on |
| 0500 | JJ | trays |
| 0530 | JJ | P/u trays |
| | | |
| | | |

SUPERVISOR INITIALS

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** _11-14-02_    **Type Observation:** _Admin_

| NAME McCullough Chris | | MASTER ID# 6847 | | |
|---|---|---|---|---|
| ORDERED BY KirK | DOB 11-27-72 | RACE B | SEX M | CELL# B-4 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 0600 | SS | Shift change |
| 0700 | SS | cell |
| 0800 | SS | cell |
| 0830 | SS | opened cell for shower & clean up |
| 0900 | SS | closed door to cell |
| 1000 | SS | cell |
| 1100 | SS | cell |
| 1200 | SS | cell |
| 1218 | SS | Lunch trays |
| 1244 | SS | Tray pu |
| 1300 | SS | cell |
| 1400 | SS | cell |
| 1500 | SS | opened cell door for phone use |
| 1530 | SS | returned to cell |
| 1600 | SS | cell |
| 1700 | SS | Cell |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: _Kirk_

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 11/14/02      **Type Observation:** Admin

| NAME | McCullough, Chris | | MASTER ID# | 6847 | | |
|------|------|------|------|------|------|------|
| ORDERED BY | Kirk | DOB 11/27/72 | RACE B | | SEX M | CELL# B4 |

| TIME | OFFICER | REMARKS |
|------|---------|---------|
| 1800 | O8 | Change of Shift |
| 1900 | O8 | Trays |
| 1930 | O8 | P/U Trays |
| 2006 | O8 | in cell |
| 2100 | O8 | in cell |
| 2137 | VB | in cell |
| 2200 | VB | in cell |
| 2330 | VB | Lights out |
| 2310 | VB | in cell |
| 0015 | O8 | in cell |
| 0045 | VB | in cell |
| 0105 | VB | in cell |
| 0150 | VB | in cell |
| 2220 | VB | in cell |
| 0300 | VB | in cell |
| 0400 | VB | in cell |
| 0430 | VB | lights on |
| 0500 | VB | trays |
| 0530 | VB | P/U trays |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

SUPERVISOR INITIALS: RD

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 11/12/07          **Type Observation:** _Admin_

| NAME | McCullough, Chris | | MASTER ID# | 6847 | | | |
|------|------------------|---|-----------|------|---|---|---|
| ORDERED BY | Kirk | DOB | 11/27/72 | RACE | B | SEX | M | CELL# | B4 |

| TIME | OFFICER | REMARKS |
|------|---------|---------|
| 1800 | JS | Change of Shift |
| 1900 | JS | in cell |
| 1930 | JS | Tray |
| 2000 | JS | P/4 Tray |
| 2100 | JS | in cell |
| 2146 | VB | in cell |
| 2220 | VB | in cell |
| 2230 | VB | lights off |
| 2300 | VB | in cell |
| 2338 | VB | in cell |
| 0005 | VB | in cell |
| 0100 | JS | in cell |
| 0200 | JS | in cell |
| 0245 | VB | in cell |
| 0320 | VB | in cell |
| 0400 | JS | in cell |
| 0430 | JS | lights a |
| 0500 | JS | trays |
| 0530 | JS | p/u trays |
| | | |
| | | |
| | | |

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** _Nov. 12, 2002_    **Type Observation:** _Admin_

| NAME McCullough Chris | | MASTER ID# 6847 | | |
|---|---|---|---|---|
| ORDERED BY Kirk | DOB 1-27-72 | RACE B | SEX M | CELL# B-4 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 0605 | AD/MK | p/up tray |
| 0707 | SS | shower |
| 0816 | SS | CELL |
| 0900 | SS | CELL |
| 1005 | SS | CELL |
| 1101 | SS | CELL |
| 1207 | SS | Trays |
| 1304 | SS | CELL |
| 1400 | SS | CELL |
| 1500 | SS | Cell |
| 1653 | SS | CELL |
| 1713 | SS | CELL |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

Date: **11-11-02**      Type Observation: **Admin**

| NAME | McCullough, Chris | | MASTER ID# | 6847 | | | |
|------|------|------|------|------|------|------|------|
| ORDERED BY | Kirk | DOB 11/27/72 | | RACE | B | SEX | M | CELL# B4 |

| TIME | OFFICER | REMARKS |
|------|---------|---------|
| 1800 | UB | Shift changed |
| 1835 | UB | in cell |
| 1853 | UB | in cell |
| 1920 | UB | trays |
| 1950 | UB | p/u trays |
| 2022 | UB | in cell |
| 2045 | UB | in cell |
| 2107 | UB | in cell |
| 2140 | UB | in cell |
| 2230 | UB | lights out |
| 2258 | UB | in cell |
| 2320 | UB | in cell |
| 2350 | UB | in cell |
| 0017 | UB | in cell |
| 0114 | UB | in cell |
| 0225 | UB | in cell |
| 0300 | UB | in cell |
| 0400 | UB | in cell |
| 0430 | UB | Lights a |
| 0500 | UB | trays |
| 0530 | UB | p/u trays |
| | | |
| | | |

SUPERVISOR INITIALS: **RR**

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** _11·11·02_    **Type Observation:** _Admin_

| NAME | McCullough, Chris | | MASTER ID# | 6847 | | |
|------|------|------|------|------|------|------|
| ORDERED BY | Kiru | DOB 11/27/72 | RACE B | SEX M | CELL# B4 | |

| TIME | OFFICER | REMARKS |
|------|---------|---------|
| 0600 | SS | shift change |
| 0655 | SS | Clean up / Shower |
| 0700 | SS | '' '' |
| 0802 | SS | Cell |
| 0921 | SS | Cell |
| 1000 | JS | Cell |
| 1101 | SS | Cell |
| 1205 | SS | Cell |
| 1210 | SS | Trays |
| 1235 | SS | Tray P/u |
| 1334 | SS | cell |
| 1402 | SS | cell |
| 1504 | SS | cell |
| 1600 | SS | cell |
| 1701 | SS | cell |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: KMC

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 11/10/02          **Type Observation:** Admin

| NAME McCullough Chris | | MASTER ID# 6847 | | | |
|---|---|---|---|---|---|
| ORDERED BY Kirk | | DOB 1-27-72 | RACE B | SEX M | CELL# 13-4 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 1800 | CRJ | SHIFT CHANGE |
| 1900 | CRJ | Cell |
| 1955 | CRJ | TRAYS |
| 2030 | CRJ | P/U TRAYS |
| 2100 | CRJ | Cell |
| 2200 | CRJ | Cell |
| 2230 | CRJ | Cell LIGHTS OUT |
| 2300 | CRJ | Cell |
| 0000 | CRJ | Cell |
| 0100 | CRJ | Cell |
| 0200 | CRJ | Cell |
| 0300 | CRJ | Cell |
| 0400 | CRJ | Cell |
| 0430 | CRJ | WAKE UP |
| 0445 | CRJ | TRAYS |
| 0530 | CRJ | P/U TRAYS |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS Sgt. Davidson

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 11/09/02    **Type Observation:** Admin

| NAME McCullough Chris | | MASTER ID# 684 | |
|---|---|---|---|
| ORDERED BY Kirk | DOB 1-27-72 | RACE B | SEX M | CELL# B-4 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 1800 | CRJ | SHIFT CHANGe |
| 1900 | CRJ | cell called His Attorney  1900-1905 |
| 1931 | CRJ | trays |
| 2009 | CRJ | P/U trays |
| 2100 | CRJ | cell |
| 2200 | CRJ | cell |
| 2300 | CRJ | cell |
| 0000 | CRJ | LIGHTS OUT |
| 0100 | CRJ | cell |
| 0200 | CRJ | cell |
| 0300 | CRJ | cell |
| 0400 | CRJ | cell |
| 0430 | CRJ | WAKE UP |
| 0445 | CRJ | trays |
| 0530 | CRJ | P/U trays |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: Sgt. Davidson

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 11-11-02    **Type Observation:** Admin

| NAME McCullough, Chris | | MASTER ID# 6847 | | |
|---|---|---|---|---|
| ORDERED BY KIRK | DOB 11/27/72 | RACE B | SEX M | CELL# B4 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 0600 | AM | Change Shift N Cell |
| 0705 | AM | N Cell |
| 0806 | AM | N Cell |
| 0910 | AM | Visitor |
| 0936 | AM | N Cell |
| 1130 | JS | in cell |
| 1230 | AM | Fed |
| 1309 | AM | Use Phone |
| 1349 | AM | N Cell |
| 1430 | JS | in cell |
| 1530 | AM | N Cell |
| 1640 | AM | N Cell |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: Sgt Wright

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 11/09/02          **Type Observation:** Admin

| NAME | McCullough, Chris | | MASTER ID# | 6847 | | |
|------|------------------|---|-----------|------|---|---|
| ORDERED BY Kirk | | DOB 11/27/72 | RACE B | | SEX M | CELL# B4 |

| TIME | OFFICER | REMARKS |
|------|---------|---------|
| 06 00 | RR | Shift Change |
| 07 22 | RR | Shower |
| 08 02 | RR | Back Cell |
| 09 25 | RR | In cell |
| 10 29 | RR | Lay Down |
| 11 35 | RR | In Cell |
| 1240 | RR | Trays |
| 1 10 | RR | P/u Tray |
| 02 01 | RR | out of cell |
| 2 22 | RR | Back In cell |
| 3 04 | RR | In Cell |
| 4 23 | RR | In Cell |
| 5 20 | RR | In cell |
| 5 45 | RR | Shift Change |

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 11 08 02    **Type Observation:** Admin

| NAME | McCullough Chris | | MASTER ID# | 647 | | |
|------|------------------|--|------------|-----|--|--|

| ORDERED BY | Kirk | DOB 1-27-72 | RACE | B | SEX | M | CELL# | B-4 |
|------------|------|-------------|------|---|-----|---|-------|-----|

| TIME | OFFICER | REMARKS |
|------|---------|---------|
| 1800 | CRJ | SHIFT CHANGE |
| 1900 | CRJ | CELL |
| 1935 | CRJ | TRAYS |
| 2005 | CRJ | P/U TRAYS |
| 2100 | CRJ | CELL |
| 2200 | CRJ | CELL |
| 2300 | CRJ | CELL |
| 0000 | CRJ | LIGHTS OUT |
| 0100 | CRJ | CELL |
| 0200 | CRJ | CELL |
| 0300 | CRJ | CELL |
| 0400 | CRJ | CELL |
| 0430 | CRJ | WAKEUP |
| 0445 | CRJ | TRAYS |
| 0530 | CRJ | P/U TRAYS |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**SUPERVISOR INITIALS:** Sgt. Davidson

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 11-7-02    **Type Observation:** Admin

| NAME McCullough Chris | | MASTER ID# 687 | | | |
|---|---|---|---|---|---|
| ORDERED BY Kirk | | DOB 11-27-72 | RACE B | SEX M | CELL# 13-4 |
| TIME | OFFICER | REMARKS | | | |
| 1800 | C.B. | shift change | | | |
| 1805 | C.B. | in cell | | | |
| 1900 | CRJ | cell | | | |
| 1933 | CRJ | trays | | | |
| 2000 | CRJ | p/u trays | | | |
| 2100 | CRJ | cell | | | |
| 2200 | CRJ | ~~cell lightsout~~ | | | |
| 2230 | CRJ | cell lights out | | | |
| 0000 | CRJ | cell | | | |
| 0100 | CRJ | cell | | | |
| 0200 | CRJ | cell | | | |
| 0300 | CRJ | cell | | | |
| 0400 | CRJ | cell | | | |
| 0430 | CRJ | wake up | | | |
| 0445 | CRJ | trays | | | |
| 0530 | CRJ | p/u trays | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SUPERVISOR INITIALS: Sgt Dawson

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 11/08/2002 ___ **Type Observation:** _____ Admin _____

| NAME McCullough, Chris | | MASTER ID# 6847 |
|---|---|---|
| ORDERED BY Kirk | DOB 11/27/72 RACE B | SEX M    CELL# B4 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 0600 | NW | Shift Change |
| 0700 | DT | N Cell |
| 0800 | DT | N Cell |
| 0900 | AM | N Cell |
| 1000 | AM | N Cell |
| 1100 | AM | N Cell |
| 1139 | AM | Use Phone |
| 1150 | AM | In Cell |
| 1210 | AM | Feed |
| 1312 | AM | N Cell |
| 1400 | AM | N Cell |
| 1530 | AM | N Cell |
| 1700 | AM | N Cell |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

SUPERVISOR INITIALS Sgt Wright

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** _11-7-02_  **Type Observation:** _Admin_

| NAME | McCullough, Chris | | MASTER ID# | 6847 | | |
|---|---|---|---|---|---|---|
| ORDERED BY | Kirk | DOB 11/27/72 | RACE B | | SEX M | CELL# B4 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 06:41 | Am | in Cell |
| 0712 | Am | Shower |
| 0727 | Am | in Cell |
| 0800 | Am | in Cell |
| 0823 | Am | gone to Court |
| 1200 | TS | Still in Court |
| 1750 | Am | Still in Court |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: _Sgt. Wright_

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 11/06/02     **Type Observation:** Admin

| NAME McCullough Chris | | MASTER ID# 684 | | |
|---|---|---|---|---|
| ORDERED BY Kirk | DOB 1-27-72 | RACE B | SEX M | CELL# B-4 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 1800 | CRJ | SHIFT CHANGE |
| 1900 | CRJ | cell |
| 1938 | CRJ | TRAYS |
| 2018 | CRJ | P/U TRAYS |
| 2030 | CRJ | to see LAWER IN M/ROOM |
| 2100 | CRJ | IN M/ROOM WITH LAWER |
| 2115 | CRJ | cell |
| 2200 | CRJ | cell |
| 2230 | CRJ | LOCK DOWN LIGHTS OUT |
| 2300 | CRJ | cell |
| 0000 | CRJ | cell |
| 0100 | CRJ | cell |
| 0200 | CRJ | cell |
| 0300 | CRJ | cell |
| 0400 | CRJ | cell |
| 0430 | CRJ | WAKE UP |
| 0445 | CRJ | TRAYS |
| 530 | CRJ | P/U TRAYS |
| | | |
| | | |
| | | |
| | | |

**SUPERVISOR INITIALS:** Sgt. K. Dawson