# EXHIBIT D1.

## Exhibit 1 to Stewart Affidavit - Plaintiff Christopher McCullough's entire Jail File.



# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 11/6/02          **Type Observation:** Admin

| NAME | McCullough, Chris | | MASTER ID# 6847 | | | |
|------|------------------|--|----------------|--|--|--|
| ORDERED BY | Kirk | DOB 11/27/72 | RACE B | SEX M | CELL# B4 | |

| TIME | OFFICER | REMARKS |
|------|---------|---------|
| 0600 | AM | Change of Shift |
| 0700 | AM | in Cell |
| 0810 | TS | in Cell |
| 0846 | TS | Refuse Shower and Clean up |
| 0859 | TS | in Cell |
| 1010 | TS | in Cell |
| 1105 | TS | in Cell |
| 1205 | TS | in Cell |
| 1230 | AM | fed lunch |
| 1503 | PM | in Cell |
| 1749 | AM | in Cell |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: Sgt Wright

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 10-31-02      **Type Observation:** Ydl Pre Dis

| NAME | McCullough Christopher | MASTER ID# | 6847 | | |
|---|---|---|---|---|---|
| ORDERED BY | | DOB 11-27-72 | RACE B | SEX M | CELL# B-4 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 0600 | PH | Shift Change |
| 0700 | in | i cell |
| 0750 | 1/B | i cell |
| 0900 | in | i cell |
| 0946 | 1/B | i cell |
| 1045 | in | i cell |
| 1155 | in | i cell |
| 1210 | SP | Reading |
| 1245 | SP | MinTmp |
| 1345 | 1/B | i cell |
| 1410 | 1/B | i cell |
| 1525 | in | i cell |
| 1618 | in | i cell |
| 1700 | in | i cell |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**SUPERVISOR INITIALS:** Sgt Wright

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 10/31/02    **Type Observation:** Admin

| NAME | McCullough Christopher | | MASTER ID# | 6847 | | |
|---|---|---|---|---|---|---|
| ORDERED BY | | DOB 11-27-77 | RACE B | SEX M | CELL# B-4 | |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 1800 | CRJ | SHIFT CHANGE |
| 1900 | CRJ | IN CELL |
| 1943 | CRJ | TRAYS |
| 2015 | CRJ | P/U TRAYS |
| 2100 | CRJ | CELL |
| 2200 | CRJ | Cell |
| 2300 | CRJ | Cell |
| 0000 | CRJ | LIGHTS OUT 2230 |
| 0100 | RS | cell |
| 0200 | RS | cell |
| 0300 | RS | Cell |
| 0400 | CRJ | Cell |
| 0430 | CRJ | WAKE UP |
| 0445 | CRJ | TRAYS |
| 0530 | CRJ | P/U TRAYS |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS:

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 10/30/02     **Type Observation:** ADMIN

| NAME McCullough Christopher | | MASTER ID# 6847 | | | |
|---|---|---|---|---|---|
| ORDERED BY | | DOB 11-27-72 | RACE B | SEX M | CELL# B-41 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 1800 | CRJ | SHIFT CHANGE |
| 1900 | CRJ | CELL |
| 2012 | CRJ | TRAYS |
| 2032 | CRJ | P/U TRAYS |
| 2100 | CRJ | CELL |
| 2200 | CRJ | CELL |
| 2230 | CRJ | LIGHTS OUT |
| 2300 | CRJ | CELL |
| 0000 | CRJ | CELL |
| 0100 | CRJ | CELL |
| 0200 | CRJ | CELL |
| 0300 | CRJ | CELL |
| 0400 | CRJ | CELL |
| 0430 | CRJ | WAKE UP |
| 0445 | CRJ | TRAYS |
| 0530 | CRJ | P/U TRAYS |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: Sgt. Crawford

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 10/30/02     **Type Observation:** Admin

| NAME McCullough, Christopher | | MASTER ID# 6847 | | | |
|---|---|---|---|---|---|
| ORDERED BY Kierk | DOB 11/21/72 | RACE B | SEX M | | CELL# B4 F |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 0600 | JJ | Change of shift |
| 0701 | ur | in cell |
| 0805 | ur | in cell |
| 0902 | ur | in cell |
| 0958 | ur | in cell |
| 1100 | ur | in cell |
| 1159 | ur | in cell |
| 1225 | JC | feeding |
| 1258 | JC | in trap |
| 1402 | ur | in cell |
| 1505 | JA | in cell |
| 1607 | ur | in cell |
| 1705 | ur | in cell |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**SUPERVISOR INITIALS:** Spence

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** _10-29-02_  **Type Observation:** _Admin_

| NAME | McCullough, Chris | | MASTER ID# | 6847 | | |
|---|---|---|---|---|---|---|
| ORDERED BY | Kirk | DOB 11/27/72 | RACE | B | SEX m | CELL# B8 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 0701? | SS | shift change |
| 0700 | SS | cell |
| 0732 | SS | shower / clean-up |
| 0800 | SS | cell |
| 0903 | SS | out of cell |
| 1003 | SS | cell |
| 1114 | SS | cell |
| 1200 | SS | Trays |
| 1251 | SS | Tray p/u |
| 1303 | SS | cell |
| 1402 | SS | cell |
| 1504 | SS | cell |
| 1607 | SS | cell |
| 1726 | SS | cell |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: _____

## CHAMBERS COUNTY DETENTION FACILITY
### INMATE GRIEVANCE FORM

*Recived*
*10-29-02*

INSTRUCTIONS: Fill in all of the information requested down to the dotted line. In describing the grievance or complaint, give as much information as possible. List the names of any persons involved, the date or dates of any relevant events, the specified location of the events or conditions, and the names of witnesses to the events or conditions. When you have finished filling out the form, give it back to one of the facility staff members.

NAME: Chris McCullough    TODAY'S DATE: 10-09-2002

GRIEVANCE: I have requested on 3 different request slips this week to have notarizations done but I have gotten no response. I even told Sgt. Petoie this morning to remind Major Bill but I once again got no response. I go back to court on 10-16-02 so I need this done immediately.

SOLUTION WANTED: _____

RECEIVED BY SHIFT SUPERVISOR:

DATE: 10-29-02    SIGNATURE: Sgt Mike Petoie

Upon receipt by Shift Supervisor, Grievance should be signed by the Supervisor and a copy of the Grievance should be returned to the Inmate.

ACTION TAKEN: Brought Down And Notorized By Off Williams

DATE: 10-25-02    SIGNATURE: Sgt Petoie

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 10-28-02  **Type Observation:** _Admin_

| NAME McCullough Christopher | | MASTER ID# 6847 | | | |
|---|---|---|---|---|---|
| ORDERED BY KiRK | | DOB 11/27/72 | RACE B | SEX M | CELL# B-8 |
| **TIME** | **OFFICER** | **REMARKS** | | | |
| 2300 | VB | moved to B from E Block | | | |
| 2330 | VB | in cell | | | |
| 2400 | DT | NCell | | | |
| 000 | DT | NCell | | | |
| 100 | DT | NCell | | | |
| 0126 | VB | in Cell | | | |
| 0155 | VB | in cell | | | |
| 0220 | VB | in cell | | | |
| 0300 | VB | in cell | | | |
| 0400 | VB | in cell | | | |
| 0430 | VB | lights on | | | |
| 0500 | VB | trays | | | |
| 0530 | VB | p/u trays | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SUPERVISOR INITIALS: _Kirk_

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

Date: 10/29/02          Type Observation: Admin

| NAME McCullough, Christopher | MASTER ID# | | | | |
|---|---|---|---|---|---|
| ORDERED BY Kirk | DOB | RACE B | SEX M | CELL# B-8 | |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 1800 | JJ | Change of Shift |
| 1900 | JJ | Tray |
| 1936 | JJ | P/u Tray |
| 2018 | JJ | in cell |
| 2100 | JJ | in cell |
| 2200 | JJ | in cell |
| 2230 | UB | lights off |
| 2256 | UB | in cell |
| 2320 | UB | in cell |
| 2347 | UB | in cell |
| 0200 | UB | in cell |
| 0036 | UB | in cell |
| 0110 | UB | in cell |
| 0134 | UB | in cell |
| 0205 | UB | in cell |
| 0235 | UB | in cell |
| 0300 | UB | in cell |
| 0400 | JJ | in cell |
| 0430 | JJ | lights on |
| 0500 | JJ | Tray |
| 0530 | JJ | P/u Tray |
| | | |
| | | |

SUPERVISOR INITIALS: Kirk

*[handwritten:] P.M. Ring Shift*
*[handwritten:] Recieve – Night Shift*

DATE RECEIVED: _10/28/02_
TIME RECEIVED: _1800_
RECEIVED BY: _JRS_

## CHAMBERS COUNTY DETENTION FACILITY

## INMATE REQUEST FORM

NAME _Chris McCullough_    CELL# _E-Block_ DATE _10-28-02_

**BRIEFLY OUTLINE YOUR REQUEST**

*I request to you Captain for a Notary Serviced as soon as possible.*

*Thank you*

_Chris McCullough_
(INMATE SIGNATURE)

**DO NOT WRITE BELOW THIS LINE-FOR REPLY ONLY**

*[handwritten reply]* 10/29/2002

_[Officer signature]_
(OFFICERS SIGNATURE)

DATE _10-29-2002_

APPROVED _____ YES _____ NO

DATE RECEIVED: _10-8-02_
TIME RECEIVED: _1513_
RECEIVED BY: _LL_

# CHAMBERS COUNTY DETENTION FACILITY

## INMATE REQUEST FORM

NAME _Chris McCullough_          CELL# _E-Block_ DATE _10-8-2002_

BRIEFLY OUTLINE YOUR REQUEST

_I Request for a Notary Service_

_Chris McCullough_
(INMATE SIGNATURE)

**DO NOT WRITE BELOW THIS LINE-FOR REPLY ONLY**

(OFFICERS SIGNATURE)

DATE _____

APPROVED _____YES _____NO

CC INMATE · M & M PRINTING 825-9006

DATE RECEIVED: _08-28-02_
TIME RECEIVED: _2230_
RECEIVED BY: _see 1019_

# CHAMBERS COUNTY DETENTION FACILITY

## INMATE REQUEST FORM

NAME _Chris McCullough_ CELL# _E-5_ DATE _8-28-2002_
BRIEFLY OUTLINE YOUR REQUEST

_I Request for a Notary Service to notarize my legal papers._

_Chris McCullough_
(INMATE SIGNATURE)

**DO NOT WRITE BELOW THIS LINE-FOR REPLY ONLY**

_legal papers notarized_

_Capt Bell_
(OFFICERS SIGNATURE)

DATE _8-30-02_

APPROVED ___X___ YES _____ NO

CC INMATE - M & M PRINTING 825-9006

DATE RECEIVED: _____
TIME RECEIVED: _____
RECEIVED BY: _____

## CHAMBERS COUNTY DETENTION FACILITY

### INMATE REQUEST FORM

NAME _Chris McCullad_ CELL# _E-Block_ DATE _7-14-2002_

BRIEFLY OUTLINE YOUR REQUEST

To: Mr. Bill Landrum

I am requesting permission to get married on July 22 or either Augus 22 cause my fiance said she has already been talking to you about us getting married

_Chris McCullough_
(INMATE SIGNATURE)

**DO NOT WRITE BELOW THIS LINE-FOR REPLY ONLY**

Have Her Call me About it

_____
(OFFICERS SIGNATURE)

DATE _7-15-02_

APPROVED _____ YES _____ NO

CC INMATE - M & M PRINTING 825-9006

DATE RECEIVED: 05-16-02
TIME RECEIVED: 1443
RECEIVED BY: A 28

# CHAMBERS COUNTY DETENTION FACILITY

## INMATE REQUEST FORM

NAME Chris McCulley    CELL# E-5    DATE 5-16-02

BRIEFLY OUTLINE YOUR REQUEST

I request to Know what date I first came to the County Jail.

_(INMATE SIGNATURE)_

**DO NOT WRITE BELOW THIS LINE-FOR REPLY ONLY**

You Was Arrested on 03/19/2002

_(OFFICERS SIGNATURE)_

DATE _____

APPROVED _____ YES _____ NO

CC INMATE - M & M PRINTING 825-9006

DATE RECEIVED: _____
TIME RECEIVED: _____
RECEIVED BY: _____

# CHAMBERS COUNTY DETENTION FACILITY

## INMATE REQUEST FORM

NAME _Christopher McCully_ CELL# _E-Block_ DATE _4-16-2002_

BRIEFLY OUTLINE YOUR REQUEST
I request to see the ceptin for a
notary service on some legal papers

_Christopher McCully_
(INMATE SIGNATURE)

**DO NOT WRITE BELOW THIS LINE-FOR REPLY ONLY**

Brought inmate down was a form that a another
inmate was to sign inmate refused to sign it.
Both inmates returned Paper was not
Notoried

_S Bass_tt_
(OFFICERS SIGNATURE)

DATE _4-17-02_

APPROVED _____ YES _____ NO

Release

Refuse On

Jun E
9:00

## CHAMBERS COUNTY DETENTION FACILITY

### INMATE VISITORS LIST

NAME (LAST) McCullough    FIRST Christopher    MIDDLE C.

DATE 7-5-01

MASTER ID# 6847

DOB 11-27-72

**#1 NAME** _____    AGE ____    RELATIONSHIP ____

**ADDRESS** _____    PHONE # ____

**#2 NAME** _____    AGE ____    RELATIONSHIP ____

**ADDRESS** _____    PHONE # ____

**#3 NAME** _____    AGE ____    RELATIONSHIP ____

**ADDRESS** _____    PHONE # ____

**#4 NAME** _____    AGE ____    RELATIONSHIP ____

**ADDRESS** _____    PHONE # ____

Refused

**INMATE SIGNATURE** _____

## CHAMBERS COUNTY DETENTION FACILITY

## INMATE CELL ASSIGNMENT CHANGE ORDER

NAME: _Courtney McCullough_ MASTER ID#: _915_ DATE: _7/3/01_

CURRENT CELL ASSIGNMENT: _C-9-F_

REASON FOR REASSIGNMENT: _placed on trustee_

NEW CELL ASSIGNMENT: _A-34-F_

_____    _S. Curthey_
OFFICER REQUESTING CHANGE    ~~SHIFT~~ SUPERVISOR

POD CONTROL CARD CHANGED    _JMG_ CO INITIALS

BOOKING BOARD CARD CHANGED    _SA_ CO INITIALS

ADMISSION RECORD CHANGED    _Sp_ CO INITIALS

_moved inmate Octavia Mackey_

DATE RECEIVED: _*7-2-01*_
TIME RECEIVED: _*1508*_
RECEIVED BY: _*D-29*_

## CHAMBERS COUNTY DETENTION FACILITY

## INMATE REQUEST FORM

NAME _*Cortney McCullough*_ _____ CELL# _*C-Block*_ DATE _*7/02/01*_

BRIEFLY OUTLINE YOUR REQUEST

*It would be really appreciated if I could be recommended for trustee status. I've in six months to parole. I'm not a trouble maker and I will work, as you already know.*

*Thank You!*

_____
_*Cortney McCullough*_
(INMATE SIGNATURE)

DO NOT WRITE BELOW THIS LINE-FOR REPLY ONLY

*Approved*

_____
(OFFICERS SIGNATURE)

DATE _*7/3/01*_

APPROVED _____ YES _____ NO

```
                         CHAMBERS CO. SHERIFF'S OFFICE
03/06/2007      16:34:50    MEDICAL SCREENING FORM                    PAGE 1
============================================================================
Booking No: 070000420  Date: 03/06/2007   Time: 16:28   Type: NORMAL
Agency to Bill: CHAMBERS COUNTY              Facility: COUNTY JAIL

Inmate Name: MCCULLOUGH CHRISTOPHER CORNELIUOS      Race: B        Sex: M
      DOB: 11/27/1972 Age:  34  SSN: 416 11 4328  Height: 5'01"  Weight: 150
----------------------------------------------------------------------------
```

1. Is inmate unconscious?

2. Does inmate have any visible signs of trauma, illness, obvious pain and bleeding, requiring immediate emergency or doctor's care?

3. Is there obvious fever, swollen lymph nodes, jaundice or other evidence of infection that might spread through the facility?

4. Any signs of poor skin condition, vermin, rashes or needle marks?

5. Does inmate appear to be under the influence of drugs or alcohol?

6. Any visible signs of alcohol or drug withdrawal?

7. Does inmate's behavior suggest the risk of suicide or assault?

8. Is inmate carrying any medication?

9. Does the inmate have any physical deformities?

10. Does inmate appear to have psychiatric problems?

11. Do you have or have you ever had or has anyone in your family ever had any of the following?

|  |  |  |
|---|---|---|
| a. Allergies | f. Fainting Spells | k. Seizures |
| b. Arthritis | g. Hearing Condition | l. Tuberculosis |
| c. Asthma | h. Hepatitis | m. Ulcers |
| d. Diabetes | i. High Blood Pressure | n. Venereal Disease |
| e. Epilepsy | j. Psychiatric Disorder | o. Other (Specify) |

Other: _____

_____

_____

12. For females only:

_____ a. Are you pregnant?

_____ b. Do you take birth control pills?

_____ c. Have you recently delivered?

```
                            CHAMBERS CO. SHERIFF'S OFFICE
03/06/2007      16:34:50     MEDICAL SCREENING FORM                    PAGE 2
=========================================================================
Booking No: 070000420  Date: 03/06/2007  Time: 16:28  Type: NORMAL
Agency to Bill: CHAMBERS COUNTY              Facility: COUNTY JAIL
-------------------------------------------------------------------------
Inmate Name: MCCULLOUGH CHRISTOPHER CORNELIUOS       Race: B       Sex: M
        DOB: 11/27/1972 Age:  34  SSN: 416 11 4328  Height: 5'01"  Weight: 150
-------------------------------------------------------------------------
```

13. Have you recently been hospitalized or treated by a doctor?

14. Do you currently take any non-prescription medication or medication prescribed by a doctor?

15. Are you allergic to any medication?

16. Do you have any handicaps or conditions that limit activity?

17. Have you ever attempted suicide or are you thinking about it now?

18. Do you regularly use alcohol or street drugs?

19. Do you have any problems when you stop drinking or using drugs?

20. Do you have a special diet prescribed by a physician?

21. Do you have any problems or pain with your teeth?

22. Do you have any other medical problems we should know about?

_____

_____

_____

_____

_____

_____

I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE
TRUE AND ACCURATE.

INMATE: _Christopher McCullough_____   DATE: _3-6-7_   TIME: _____

BOOK OFFICER: _Sgt Hamock_____   DATE: _3-6-7_   TIME: _____

```
                        CHAMBERS CO. SHERIFF'S OFFICE
11/04/2005    18:08:58   MEDICAL SCREENING FORM              PAGE 1
===================================================================
Booking No: 050001888  Date: 11/04/2005  Time: 18:06  Type: NORMAL
Agency to Bill: CHAMBERS COUNTY          Facility: COUNTY JAIL
-------------------------------------------------------------------
Inmate Name: MCCULLOUGH CHRISTOPHER CORNELIUOS    Race: B      Sex: M
     DOB: 11/27/1972 Age:  32  SSN: 416 11 4328  Height: 5'01"  Weight: 150
-------------------------------------------------------------------
```

_____  1.  Is inmate unconscious?

_____  2.  Does inmate have any visible signs of trauma, illness, obvious pain
            and bleeding, requiring immediate emergency or doctor's care?

_____  3.  Is there obvious fever, swollen lymph nodes, jaundice or other
            evidence of infection that might spread through the facility?

_____  4.  Any signs of poor skin condition, vermin, rashes or needle marks?

_____  5.  Does inmate appear to be under the influence of drugs or alcohol?

_____  6.  Any visible signs of alcohol or drug withdrawal?

_____  7.  Does inmate's behavior suggest the risk of suicide or assault?

_____  8.  Is inmate carrying any medication?

_____  9.  Does the inmate have any physical deformities?

_____ 10.  Does inmate appear to have psychiatric problems?

       11.  Do you have or have you ever had or has anyone in your family
            ever had any of the following?

       ____ a. Allergies      ____ f. Fainting Spells     ____ k. Seizures

       ____ b. Arthritis      ____ g. Hearing Condition   ____ l. Tuberculosis

       ____ c. Asthma         ____ h. Hepatitis           ____ m. Ulcers

       ____ d. Diabetes       ____ i. High Blood Pressure ____ n. Venereal Disease

       ____ e. Epilepsy       ____ j. Psychiatric Disorder ____ o. Other (Specify)


Other:  _____

        _____

        _____


       12.  For females only:

            ____ a. Are you pregnant?

            ____ b. Do you take birth control pills?

            ____ c. Have you recently delivered?

```
                                 CH..BERS CO. SHERIFF'S OFFICE
11/04/2005      18:08:58      MEDICAL SCREENING FORM                    PAGE 2
===============================================================================
Booking No: 050001888  Date: 11/04/2005   Time: 18:06   Type: NORMAL
Agency to Bill: CHAMBERS COUNTY              Facility: COUNTY JAIL
-------------------------------------------------------------------------------
Inmate Name: MCCULLOUGH CHRISTOPHER CORNELIUOS       Race: B        Sex: M
        DOB: 11/27/1972 Age:  32  SSN: 416 11 4328  Height: 5'01"  Weight: 150
-------------------------------------------------------------------------------
```

_____ 13.  Have you recently been hospitalized or treated by a doctor?

_____ 14.  Do you currently take any non-prescription medication or medication
            prescribed by a doctor?

_____ 15.  Are you allergic to any medication?

_____ 16.  Do you have any handicaps or conditions that limit activity?

_____ 17.  Have you ever attempted suicide or are you thinking about it now?

_____ 18.  Do you regularly use alcohol or street drugs?

_____ 19.  Do you have any problems when you stop drinking or using drugs?

_____ 20.  Do you have a special diet prescribed by a physician?

_____ 21.  Do you have any problems or pain with your teeth?

_____ 22.  Do you have any other medical problems we should know about?

          _____

          _____

          _____

          _____

          _____

          _____

          _____


I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE
TRUE AND ACCURATE.

INMATE: X _Christophe McCullogh_____    DATE:_____   TIME:_____

BOOK OFFICER:_____   DATE:_____   TIME:_____

```
04/05/2005      20:17:50      CHAMBERS CO. SHERIFF'S OFFICE
                              MEDICAL SCREENING FORM                    PAGE 1
================================================================================
Booking No: 050000565  Date: 04/05/2005  Time: 20:11  Type: NORMAL
Agency to Bill: CHAMBERS COUNTY          Facility: COUNTY JAIL
--------------------------------------------------------------------------------
Inmate Name: MCCULLOUGH CHRISTOPHER CORNELIUOS       Race: B        Sex: M
       DOB: 11/27/1972 Age:  32  SSN: 416 11 4328  Height: 5'01"  Weight: 150
--------------------------------------------------------------------------------
```

_____ 1.  Is inmate unconscious?

_____ 2.  Does inmate have any visible signs of trauma, illness, obvious pain
          and bleeding, requiring immediate emergency or doctor's care?

_____ 3.  Is there obvious fever, swollen lymph nodes, jaundice or other
          evidence of infection that might spread through the facility?

_____ 4.  Any signs of poor skin condition, vermin, rashes or needle marks?

_____ 5.  Does inmate appear to be under the influence of drugs or alcohol?

_____ 6.  Any visible signs of alcohol or drug withdrawal?

_____ 7.  Does inmate's behavior suggest the risk of suicide or assault?

_____ 8.  Is inmate carrying any medication?

_____ 9.  Does the inmate have any physical deformities?

_____ 10. Does inmate appear to have psychiatric problems?

      11. Do you have or have you ever had or has anyone in your family
          ever had any of the following?

____ a. Allergies        ____ f. Fainting Spells      ____ k. Seizures

____ b. Arthritis        ____ g. Hearing Condition    ____ l. Tuberculosis

____ c. Asthma           ____ h. Hepatitis            ____ m. Ulcers

____ d. Diabetes         ____ i. High Blood Pressure  ____ n. Venereal Disease

____ e. Epilepsy         ____ j. Psychiatric Disorder ____ o. Other (Specify)


Other: _____

       _____

       _____


      12. For females only:

          _____ a. Are you pregnant?

          _____ b. Do you take birth control pills?

          _____ c. Have you recently delivered?

```
                            CHAMBERS CO. SHERIFF'S OFFICE
04/05/2005      20:17:50    MEDICAL SCREENING FORM                  PAGE 2
=============================================================================
Booking No: 050000565  Date: 04/05/2005  Time: 20:11  Type: NORMAL
Agency to Bill: CHAMBERS COUNTY              Facility: COUNTY JAIL
-----------------------------------------------------------------------------
Inmate Name: MCCULLOUGH CHRISTOPHER CORNELIUOS      Race: B        Sex: M
        DOB: 11/27/1972 Age:  32  SSN: 416 11 4328  Height: 5'01"  Weight: 150
-----------------------------------------------------------------------------
```

13. Have you recently been hospitalized or treated by a doctor?

14. Do you currently take any non-prescription medication or medication prescribed by a doctor?

15. Are you allergic to any medication?

16. Do you have any handicaps or conditions that limit activity?

17. Have you ever attempted suicide or are you thinking about it now?

18. Do you regularly use alcohol or street drugs?

19. Do you have any problems when you stop drinking or using drugs?

20. Do you have a special diet prescribed by a physician?

21. Do you have any problems or pain with your teeth?

22. Do you have any other medical problems we should know about?

_____

_____

_____

_____

_____

_____

_____


I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _Chris McCullough_____   DATE:_____   TIME:_____

BOOK OFFICER:_____   DATE:_4-8-05_   TIME:_205_

Case 3:05-cv-01163-WKW-SRW    Document 32-12    Filed 07/28/2008    Page 26 of 38

```
02/21/2005      21:42:24   MEDICAL SCREENING FORM                    PAGE 2
                           CHAMBERS CO. SHERIFF'S OFFICE
===============================================================================
Booking No: 050000326  Date: 02/21/2005  Time: 21:39  Type: NORMAL
Agency to Bill: CHAMBERS COUNTY              Facility: COUNTY JAIL

Inmate Name: MCCULLOUGH CHRISTOPHER CORNELIUOS        Race: B        Sex: M
       DOB: 11/27/1972 Age:  32  SSN: 416 11 4328  Height: 5'01"  Weight: 150
-------------------------------------------------------------------------------
```

13.  Have you recently been hospitalized or treated by a doctor?

14.  Do you currently take any non-prescription medication or medication prescribed by a doctor?

15.  Are you allergic to any medication?

16.  Do you have any handicaps or conditions that limit activity?

17.  Have you ever attempted suicide or are you thinking about it now?

18.  Do you regularly use alcohol or street drugs?

19.  Do you have any problems when you stop drinking or using drugs?

20.  Do you have a special diet prescribed by a physician?

21.  Do you have any problems or pain with your teeth?

22.  Do you have any other medical problems we should know about?

I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _Chris McCullough_    DATE: _2/21/05_    TIME: _____

BOOK OFFICER: _____    DATE: _2/21/05_    TIME: _____

```
                           CHAMBERS CO. SHERIFF'S OFFICE
02/21/2005      21:42:24    MEDICAL SCREENING FORM                    PAGE 1
==============================================================================
Booking No: 050000326  Date: 02/21/2005  Time: 21:39  Type: NORMAL
Agency to Bill: CHAMBERS COUNTY              Facility: COUNTY JAIL
------------------------------------------------------------------------------
Inmate Name: MCCULLOUGH CHRISTOPHER CORNELIUOS        Race: B          Sex: M
      DOB: 11/27/1972 Age:  32  SSN: 416 11 4328  Height: 5'01"  Weight: 150
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

1. Is inmate unconscious?

2. Does inmate have any visible signs of trauma, illness, obvious pain and bleeding, requiring immediate emergency or doctor's care?

3. Is there obvious fever, swollen lymph nodes, jaundice or other evidence of infection that might spread through the facility?

4. Any signs of poor skin condition, vermin, rashes or needle marks?

5. Does inmate appear to be under the influence of drugs or alcohol?

6. Any visible signs of alcohol or drug withdrawal?

7. Does inmate's behavior suggest the risk of suicide or assault?

8. Is inmate carrying any medication?

9. Does the inmate have any physical deformities?

10. Does inmate appear to have psychiatric problems?

11. Do you have or have you ever had or has anyone in your family ever had any of the following?

   a. Allergies        f. Fainting Spells      k. Seizures
   b. Arthritis        g. Hearing Condition    l. Tuberculosis
   c. Asthma           h. Hepatitis            m. Ulcers
   d. Diabetes         i. High Blood Pressure  n. Venereal Disease
   e. Epilepsy         j. Psychiatric Disorder o. Other (Specify)

Other: _____

       _____

       _____

12. For females only:

    _____ a. Are you pregnant?

    _____ b. Do you take birth control pills?

    _____ c. Have you recently delivered?

```
02/24/2004    13:08:51    CHAMBERS CO. SHERIFF'S OFFICE
                          MEDICAL SCREENING FORM                    PAGE 1
========================================================================
Booking No: 040000341  Date: 02/24/2004  Time: 13:04  Type: NORMAL
Agency to Bill: CHAMBERS COUNTY            Facility: COUNTY JAIL
------------------------------------------------------------------------
Inmate Name: MCCULLOUGH CHRISTOPHER CORNELIUOS     Race: B        Sex: M
        DOB: 11/27/1972  Age:  31  SSN: 416 11 4328  Height: 5'01"  Weight: 150
------------------------------------------------------------------------
```

N    1. Is inmate unconscious?

N    2. Does inmate have any visible signs of trauma, illness, obvious pain
        and bleeding, requiring immediate emergency or doctor's care?

N    3. Is there obvious fever, swollen lymph nodes, jaundice or other
        evidence of infection that might spread through the facility?

N    4. Any signs of poor skin condition, vermin, rashes or needle marks?

N    5. Does inmate appear to be under the influence of drugs or alcohol?

N    6. Any visible signs of alcohol or drug withdrawal?

N    7. Does inmate's behavior suggest the risk of suicide or assault?

N    8. Is inmate carrying any medication?

N    9. Does the inmate have any physical deformities?

N    10. Does inmate appear to have psychiatric problems?

11. Do you have or have you ever had or has anyone in your family
    ever had any of the following?

N  a. Allergies       N  f. Fainting Spells    N  k. Seizures

N  b. Arthritis       N  g. Hearing Condition  N  l. Tuberculosis

N  c. Asthma          N  h. Hepatitis          N  m. Ulcers

N  d. Diabetes        N  i. High Blood Pressure N  n. Venereal Disease

N  e. Epilepsy        N  j. Psychiatric Disorder N  o. Other (Specify)

Other: _____

       _____

       _____

12. For females only:

    ____  a. Are you pregnant?

    ____  b. Do you take birth control pills?

    ____  c. Have you recently delivered?

```
                          CHAMBERS CO. SHERIFF'S OFFICE
02/24/2004      13:08:51   MEDICAL SCREENING FORM                    PAGE 2
===============================================================================
Booking No: 040000341  Date: 02/24/2004   Time: 13:04   Type: NORMAL
Agency to Bill: CHAMBERS COUNTY              Facility: COUNTY JAIL
```

Inmate Name: MCCULLOUGH CHRISTOPHER CORNELIUOS         Race: B         Sex: M
DOB: 11/27/1972 Age:  31  SSN: 416 11 4328  Height: 5'01"  Weight: 150

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

_N_  13.  Have you recently been hospitalized or treated by a doctor?

_N_  14.  Do you currently take any non-prescription medication or medication
          prescribed by a doctor?

_N_  15.  Are you allergic to any medication?

_N_  16.  Do you have any handicaps or conditions that limit activity?

_N_  17.  Have you ever attempted suicide or are you thinking about it now?

_N_  18.  Do you regularly use alcohol or street drugs?

_N_  19.  Do you have any problems when you stop drinking or using drugs?

_N_  20.  Do you have a special diet prescribed by a physician?

_N_  21.  Do you have any problems or pain with your teeth?

_N_  22.  Do you have any other medical problems we should know about?

_____

_____

_____

_____

_____

_____

_____



I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE
TRUE AND ACCURATE.

INMATE: _Chris McCullough_____   DATE:_____   TIME:_____

BOOK OFFICER: _C/O Miller_____   DATE:_____   TIME:_____

```
01/14/2004      17:53:49     CHAMBERS CO. SHERIFF'S OFFICE
                             MEDICAL SCREENING FORM                    PAGE 2
===============================================================================
Booking No: 040000092  Date: 01/14/2004   Time: 17:38   Type: NORMAL
Agency to Bill: CHAMBERS COUNTY            Facility: COUNTY JAIL

Inmate Name: MCCULLOUGH CHRISTOPHER CORNELIUOS        Race: B        Sex: M
       DOB: 11/27/1972 Age: 31   SSN: 416 11 4328   Height: 5'01"  Weight: 150
```
-------------------------------------------------------------------------------

13.  Have you recently been hospitalized or treated by a doctor?

14.  Do you currently take any non-prescription medication or medication prescribed by a doctor?

15.  Are you allergic to any medication?

16.  Do you have any handicaps or conditions that limit activity?

17.  Have you ever attempted suicide or are you thinking about it now?

18.  Do you regularly use alcohol or street drugs?

19.  Do you have any problems when you stop drinking or using drugs?

20.  Do you have a special diet prescribed by a physician?

21.  Do you have any problems or pain with your teeth?

22.  Do you have any other medical problems we should know about?

_____

_____

_____

_____

_____

_____

_____

I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE
TRUE AND ACCURATE.

INMATE: *Chris McCullough*      DATE: 1/14/04     TIME: _____

BOOK OFFICER: *Kim*             DATE: 1/14/04     TIME: _____

CHAMBERS CO. SHERIFF'S OFFICE
01/14/2004    17:53:49    MEDICAL SCREENING FORM                    PAGE 1
================================================================
Booking No: 040000092  Date: 01/14/2004   Time: 17:38   Type: NORMAL
Agency to Bill: CHAMBERS COUNTY          Facility: COUNTY JAIL

Inmate Name: MCCULLOUGH CHRISTOPHER CORNELIUOS        Race: B        Sex: M
       DOB: 11/27/1972 Age: 31  SSN: 416 11 4328  Height: 5'01"  Weight: 150
----------------------------------------------------------------

1.  Is inmate unconscious?

2.  Does inmate have any visible signs of trauma, illness, obvious pain
    and bleeding, requiring immediate emergency or doctor's care?

3.  Is there obvious fever, swollen lymph nodes, jaundice or other
    evidence of infection that might spread through the facility?

4.  Any signs of poor skin condition, vermin, rashes or needle marks?

5.  Does inmate appear to be under the influence of drugs or alcohol?

6.  Any visible signs of alcohol or drug withdrawal?

7.  Does inmate's behavior suggest the risk of suicide or assault?

8.  Is inmate carrying any medication?

9.  Does the inmate have any physical deformities?

10. Does inmate appear to have psychiatric problems?

11. Do you have or have you ever had or has anyone in your family
    ever had any of the following?

____ a. Allergies      ____ f. Fainting Spells    ____ k. Seizures

____ b. Arthritis      ____ g. Hearing Condition   ____ l. Tuberculosis

____ c. Asthma         ____ h. Hepatitis           ____ m. Ulcers

____ d. Diabetes       ____ i. High Blood Pressure ____ n. Venereal Disease

____ e. Epilepsy       ____ j. Psychiatric Disorder ____ o. Other (Specify)


Other:  _____

        _____

        _____


12. For females only:

       ____ a. Are you pregnant?

       ____ b. Do you take birth control pills?

       ____ c. Have you recently delivered?

```
                          CHAMBERS CO. SHERIFF'S OFFICE
11/12/2003     17:50:43    MEDICAL SCREENING FORM                    PAGE 1
===============================================================================
Booking No: 030001707  Date: 11/12/2003  Time: 17:45  Type: NORMAL
Agency to Bill: CHAMBERS COUNTY             Facility: COUNTY JAIL

Inmate Name: MCCULLOUGH CHRISTOPHER CORNELIUOS      Race: B      Sex: M
     DOB: 11/27/1972 Age:  30  SSN: 416 11 4328  Height: 5'01"  Weight: 150
-------------------------------------------------------------------------------
```

_N_    1.  Is inmate unconscious?

_N_    2.  Does inmate have any visible signs of trauma, illness, obvious pain
           and bleeding, requiring immediate emergency or doctor's care?

_N_    3.  Is there obvious fever, swollen lymph nodes, jaundice or other
           evidence of infection that might spread through the facility?

_N_    4.  Any signs of poor skin condition, vermin, rashes or needle marks?

_N_    5.  Does inmate appear to be under the influence of drugs or alcohol?

_N_    6.  Any visible signs of alcohol or drug withdrawal?

_N_    7.  Does inmate's behavior suggest the risk of suicide or assault?

_N_    8.  Is inmate carrying any medication?

_N_    9.  Does the inmate have any physical deformities?

_N_   10.  Does inmate appear to have psychiatric problems?

      11.  Do you have or have you ever had or has anyone in your family
           ever had any of the following?

_N_ a. Allergies      _N_ f. Fainting Spells     _N_ k. Seizures

_N_ b. Arthritis      _N_ g. Hearing Condition    _N_ l. Tuberculosis

_N_ c. Asthma         _N_ h. Hepatitis            _N_ m. Ulcers

_N_ d. Diabetes       _N_ i. High Blood Pressure  _N_ n. Venereal Disease

_N_ e. Epilepsy       _N_ j. Psychiatric Disorder _N_ o. Other (Specify)


Other:   _____

         _____

         _____


      12.  For females only:

      _____ a. Are you pregnant?

      _____ b. Do you take birth control pills?

      _____ c. Have you recently delivered?

CHAMBERS CO. SHERIFF'S OFFICE
11/12/2003      17:50:43      MEDICAL SCREENING FORM                    PAGE 2
==============================================================================
Booking No: 030001707  Date: 11/12/2003   Time: 17:45  Type: NORMAL
Agency to Bill: CHAMBERS COUNTY                Facility: COUNTY JAIL
------------------------------------------------------------------------------
Inmate Name: MCCULLOUGH CHRISTOPHER CORNELIUOS          Race: B        Sex: M
         DOB: 11/27/1972 Age:  30  SSN: 416 11 4328  Height: 5'01"  Weight: 150
------------------------------------------------------------------------------

_N_  13.  Have you recently been hospitalized or treated by a doctor?

_N_  14.  Do you currently take any non-prescription medication or medication
          prescribed by a doctor?

_N_  15.  Are you allergic to any medication?

_N_  16.  Do you have any handicaps or conditions that limit activity?

_N_  17.  Have you ever attempted suicide or are you thinking about it now?

_N_  18.  Do you regularly use alcohol or street drugs?

_N_  19.  Do you have any problems when you stop drinking or using drugs?

_N_  20.  Do you have a special diet prescribed by a physician?

_N_  21.  Do you have any problems or pain with your teeth?

_N_  22.  Do you have any other medical problems we should know about?

                     _____

                     _____

                     _____

                     _____

                     _____

                     _____

                     _____


I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE
TRUE AND ACCURATE.

INMATE: X _Chris McCullog_        DATE:_____  TIME:_____

BOOK OFFICER:_____    DATE:_11/12/07_  TIME:_1939_

```
                          CHAMBERS CO. SHERIFF'S OFFICE
03/19/2002      19:13:45   MEDICAL SCREENING FORM                PAGE 1
=================================================================
Booking No: 020000499  Date: 03/19/2002  Time: 19:07  Type: NORMAL
Agency to Bill: CHAMBERS COUNTY              Facility: COUNTY JAIL

Inmate Name: MCCULLOUGH CHRISTOPHER CORNELIUOS      Race: B       Sex: M
      DOB: 11/27/1972 Age:  29  SSN: 416 11 4328  Height: 5'01"  Weight: 150
```
------------------------------------------------------------------

**N**   1.  Is inmate unconscious?

**N**   2.  Does inmate have any visible signs of trauma, illness, obvious pain
            and bleeding, requiring immediate emergency or doctor's care?

**N**   3.  Is there obvious fever, swollen lymph nodes, jaundice or other
            evidence of infection that might spread through the facility?

**N**   4.  Any signs of poor skin condition, vermin, rashes or needle marks?

**N**   5.  Does inmate appear to be under the influence of drugs or alcohol?

**N**   6.  Any visible signs of alcohol or drug withdrawal?

**N**   7.  Does inmate's behavior suggest the risk of suicide or assault?

**N**   8.  Is inmate carrying any medication?

**N**   9.  Does the inmate have any physical deformities?

**N**  10.  Does inmate appear to have psychiatric problems?

       11.  Do you have or have you ever had or has anyone in your family
            ever had any of the following?

____ a. Allergies        ____ f. Fainting Spells     ____ k. Seizures

____ b. Arthritis        ____ g. Hearing Condition   ____ l. Tuberculosis

____ c. Asthma           ____ h. Hepatitis           ____ m. Ulcers

____ d. Diabetes         ____ i. High Blood Pressure ____ n. Venereal Disease

____ e. Epilepsy         ____ j. Psychiatric Disorder ____ o. Other (Specify)

Other: _____

       _____

       _____

       12.  For females only:

            ____ a. Are you pregnant?

            ____ b. Do you take birth control pills?

            ____ c. Have you recently delivered?

CHAMBERS CO. SHERIFF'S OFFICE
03/19/2002    19:13:45    MEDICAL SCREENING FORM    PAGE 2
========================================================================
Booking No: 020000499  Date: 03/19/2002  Time: 19:07  Type: NORMAL
Agency to Bill: CHAMBERS COUNTY        Facility: COUNTY JAIL

Inmate Name: MCCULLOUGH CHRISTOPHER CORNELIUOS    Race: B    Sex: M
      DOB: 11/27/1972 Age:  29  SSN: 416 11 4328  Height: 5'01"  Weight: 150
----------------------------------------------------------------------------

N    13.  Have you recently been hospitalized or treated by a doctor?

N    14.  Do you currently take any non-prescription medication or medication
          prescribed by a doctor?

N    15.  Are you allergic to any medication?

N    16.  Do you have any handicaps or conditions that limit activity?

N    17.  Have you ever attempted suicide or are you thinking about it now?

N    18.  Do you regularly use alcohol or street drugs?

N    19.  Do you have any problems when you stop drinking or using drugs?

N    20.  Do you have a special diet prescribed by a physician?

N    21.  Do you have any problems or pain with your teeth?

N    22.  Do you have any other medical problems we should know about?

_____

_____

_____

_____

_____

_____

_____

I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE
TRUE AND ACCURATE.

INMATE: X _Chris McCulley_____    DATE:_____    TIME:_____

BOOK OFFICER: _____    DATE: 3/19/02    TIME: _____

| Date | Time | Treatments & Observations | Attending Physician/Nurse |
|------|------|---------------------------|---------------------------|
| | | McCullough Christopher, | |
| 4-4-0? | | = Physical - no blood drawn | |
| | | Health officer comes and | |
| | | draw blood for STD test — EbottP | |
| Copy | 8/15/02 | injured ⓛ Elbow, + ⓡ Hand | |
| | | needs x ray | |
| Copy | | | ⓛ |
| | 8/16 | x ray hand no evid of | |
| | | fx. undressed | |
| | 12/19/02 | prob sleeping past few wks | |
| | | Doxepin 50g ms | |
| 2-7-03 | | -c Chest Wall pain — ⓛ | |
| | | no sign of acute pain | |
| | | Has good lung air exchange — EbottP | |
| | | Advil 200 mg x 3 given — EbottP | |
| | 2/27/03 | — out of doxepin x 2 wks | |
| | | not sleeping. | |
| | | Doxepin 50g | |
| 3-7-03 | | c Small sore to Rt big | form |
| | | toe — neosporin oint. | |
| | | applied - advised to see MD | |
| | | if worse — EbottP | |

## Chambers County Detention Facility

### Individual Health History

| Name | | | |
|---|---|---|---|
| McCullough Christopher Cornelius | S◯ M◯ D◯ W◯ | Social Security No. 416 11 4328 | Race B | Sex M |
| Address 604 So. 1st Ave | | Date of Birth 11 27 72 | Date 4-4-02 |
| City • State Lanett Al 36863 | | Dept. • Occupation none | |

**Family History**

Have your parents ever had these diseases? (Yes or No)

| Parent | Age | If living give State of Health | If deceased give Cause & Age at Death | TB | Diabetes | Cancer | High Blood Pressure | Heart Disease | Mental Illness |
|---|---|---|---|---|---|---|---|---|---|
| Father | | ? | deceased GSW | no | no | no | no | no | no |
| Mother | 52 | good | | no | no | no | ? | no | no |
| Have you ever had these diseases? | | → | | no | no | no | no | no | no |

**Personal History** — Place an X under Yes or No / Have you ever had, or have you now?

| Item | Yes | No | Item | Yes | No | Item | Yes | No |
|---|---|---|---|---|---|---|---|---|
| Asthma - Hay Fever | | X | Reaction From Medicines | | X | Convulsions, Fits, Epilepsy | | X |
| Shortness Of Breath | | X | Skin Trouble - Hives | | X | Fainting Or Dizzy Spells | | X |
| Chronic Cough Or Colds | | X | Indigestion - Gastritis | | X | Worry Or Depression - Crying Spells | | X |
| Coughing Or Vomiting Blood | | X | Liver Or Gall Bladder Disease | | X | Nervous Breakdown | | X |
| Chills, Fever, Or Night Sweats | | X | Piles Or Rectal Disease | | X | Numbness, Weakness Or Fatigue | | X |
| Back Injury Or Low Back Pains | | X | Rupture - Hernia - Strain | | X | Have Trouble With Bowels? | X | X |
| Bone Or Joint Deformity | | X | Ulcer | | X | Serious Family Problems? | | X |
| Broken Bones Or Bone Disease | | X | Excessive Weight Gain Or Loss | | X | Psychiatric Treatment | | X |
| Foot Trouble | | X | Frequent Urination, Burning | | X | Cyst, Tumor Or Growth | | X |
| Rheumatism Or Arthritis | | X | Difficulty Starting Or Stopping Stream | | X | IV Drug Use | | X |
| Varicose Veins Or Operations | X | | Kidney Stones Or Blood In Urine | | X | | | |
| Fast Or Irregular Heartbeat | | X | Veneral Disease - Treatment | | X | **Females Only** | | |
| Chest Pain Or Pressure | | X | Glaucoma Or Cataracts | | X | Treated For Female Disorders | | |
| High Blood Pressure | | X | Eye Or Ear Injury - Defect | | X | Had Painful Menstruation | | |
| Heart Trouble | | X | Headaches - Frequent Or Severe | | X | Or. P. Ab. | | |
| Rheumatic Fever | | X | Vision Difficulties | | X | Lmp | | |
| Shoulder, Arm Or Hand Pains | | X | Throat Or Thyroid Problems | | X | Pregnant At This Time | | |
| Swelling Ankles Or Feet | | X | Hearing Difficulty | | X | Medications | | |

| Answer Each Question | Yes | No | If "yes" Give Details Below |
|---|---|---|---|
| Have you ever had illnesses or injuries other than those listed above | | X | |
| Have you ever been a patient in a hospital or sanitorium? | X | | years ago I stayed at HH for 2 days? GSW stab wound + |
| have you ever had or ever been advised to have an operation? | | X | |
| Have you ever been disqualified for duty in or discharged from the armed services for medical reasons? | | X | |
| Have you ever filed a compensation claim or received benefits as a result of an industrial injury or disease? | | X | |
| Have you lost time from work due to illness or injury in the past two years? | | X | |
| Has your work ever been limited or restricted on account of your health? | | X | |
| Have you any physical complaint, impairment or disability at present? | | X | |
| Are you taking any medicines or drugs now? | | X | |
| Have you any condition requiring a special work assignment if you are hired? | | X | |
| Have you ever been consulted or been treated by clinics, physicians, or healers or other practitioners within the past five years? | | X | |
| Have you any other health problems you would like to discuss with the doctor? | | X | |
| Would you say your present health is: ☐ Excellent ☑ Good ☐ Fair ☐ Poor | | | |

The preceding answers are full and true to the best of my knowledge and belief. I understand that this will become part of my medical record.

Signed: _Chris McCullough_     Date: 4-4-02