# EXHIBIT D1.

## Exhibit 1 to Stewart Affidavit - Plaintiff Christopher McCullough's entire Jail File.

— Part 9 —

```
                        CHAMBERS CO. SHERIFF'S OFFICE
06/26/2001      19:35:01    MEDICAL SCREENING FORM              PAGE 1
===============================================================================
Booking No: 010001465  Date: 06/26/2001   Time: 19:18   Type: NORMAL
Agency to Bill: CHAMBERS COUNTY          Facility: COUNTY JAIL

Inmate Name: MCCULLOUGH CHRISTOPHER CORNELIUOS       Race: B      Sex: M
     DOB: 11/27/1972 Age:  28  SSN: 416 11 4328   Height: 5'01"  Weight: 150
-------------------------------------------------------------------------------
```

1.  Is inmate unconscious?

2.  Does inmate have any visible signs of trauma, illness, obvious pain and bleeding, requiring immediate emergency or doctor's care?

3.  Is there obvious fever, swollen lymph nodes, jaundice or other evidence of infection that might spread through the facility?

4.  Any signs of poor skin condition, vermin, rashes or needle marks?

5.  Does inmate appear to be under the influence of drugs or alcohol?

6.  Any visible signs of alcohol or drug withdrawal?

7.  Does inmate's behavior suggest the risk of suicide or assault?

8.  Is inmate carrying any medication?

9.  Does the inmate have any physical deformities?

10. Does inmate appear to have psychiatric problems?

11. Do you have or have you ever had or has anyone in your family ever had any of the following?

a. Allergies       f. Fainting Spells      k. Seizures

b. Arthritis       g. Hearing Condition    l. Tuberculosis

c. Asthma          h. Hepatitis            m. Ulcers

d. Diabetes        i. High Blood Pressure  n. Venereal Disease

e. Epilepsy        j. Psychiatric Disorder o. Other (Specify)

Other:  _____

_____

_____

12. For females only:

a. Are you pregnant?

b. Do you take birth control pills?

c. Have you recently delivered?

```
                         CHAMBERS CO. SHERIFF'S OFFICE
06/26/2001      19:35:01   MEDICAL SCREENING FORM                    PAGE 2
==============================================================================
Booking No: 010001465  Date: 06/26/2001  Time: 19:18  Type: NORMAL
Agency to Bill: CHAMBERS COUNTY           Facility: COUNTY JAIL

Inmate Name: MCCULLOUGH CHRISTOPHER CORNELIUOS      Race: B        Sex: M
       DOB: 11/27/1972 Age:  28  SSN: 416 11 4328  Height: 5'01"  Weight: 150
```
------------------------------------------------------------------------------

13. Have you recently been hospitalized or treated by a doctor?

14. Do you currently take any non-prescription medication or medication prescribed by a doctor?

15. Are you allergic to any medication?

16. Do you have any handicaps or conditions that limit activity?

17. Have you ever attempted suicide or are you thinking about it now?

18. Do you regularly use alcohol or street drugs?

19. Do you have any problems when you stop drinking or using drugs?

20. Do you have a special diet prescribed by a physician?

21. Do you have any problems or pain with your teeth?

22. Do you have any other medical problems we should know about?

_____

_____

_____

_____

_____

_____

I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: *Chris McCullough*   DATE: 6-26-01   TIME: _____

BOOK OFFICER: *[signature]*   DATE: 6-26-01   TIME: 928

```
                              CHAMBERS CO. SHERIFF'S OFFICE
04/21/2001      23:40:31      MEDICAL SCREENING FORM                    PAGE 1 OF 2
========================================================================
Booking No: 010000968  Date: 04/21/2001   Time: 23:32   Type: NORMAL
Agency to Bill: CHAMBERS COUNTY           Facility: COUNTY JAIL

Inmate Name: MCCULLOUGH CHRISTOPHER CORNELIUOS       Race: B        Sex: M
     DOB: 11/27/1972 Age:      SSN: 416 11 4328  Height: 5'01"  Weight: 150
------------------------------------------------------------------------
```

_No_ 1.  Is inmate unconscious?

_No_ 2.  Does inmate have any visible signs of trauma, illness, obvious pain and bleeding, requiring immediate emergency or doctor's care?

_No_ 3.  Is there obvious fever, swollen lymph nodes, jaundice or other evidence of infection that might spread through the facility?

_N_ 4.  Any signs of poor skin condition, vermin, rashes or needle marks?

_N_ 5.  Does inmate appear to be under the influence of drugs or alcohol?

_N_ 6.  Any visible signs of alcohol or drug withdrawal?

_N_ 7.  Does inmate's behavior suggest the risk of suicide or assault?

_N_ 8.  Is inmate carrying any medication?

_N_ 9.  Does the inmate have any physical deformities?

_N_ 10.  Does inmate appear to have psychiatric problems?

11.  Do you have or have you ever had or has anyone in your family ever had any of the following?

_No_ a. Allergies      _N_ f. Fainting Spells    _N_ k. Seizures

_No_ b. Arthritis      _N_ g. Hearing Condition  _N_ l. Tuberculosis

_No_ c. Asthma         _N_ h. Hepatitis          _N_ m. Ulcers

_No_ d. Diabetes       _N_ i. High Blood Pressure _N_ n. Venereal Disease

_No_ e. Epilepsy       _N_ j. Psychiatric Disorder    o. Other (Specify)

Other:  _____

_____

_____

12.  For females only:

_____ a. Are you pregnant?

_____ b. Do you take birth control pills?

_____ c. Have you recently delivered?

CHAMBERS CO. SHERIFF'S OFFICE
```
04/21/2001     23:40:31    MEDICAL SCREENING FORM              PAGE 2 OF 2
=====================================================================
Booking No: 010000968  Date: 04/21/2001  Time: 23:32  Type: NORMAL
Agency to Bill: CHAMBERS COUNTY          Facility: COUNTY JAIL

Inmate Name: MCCULLOUGH CHRISTOPHER CORNELIUOS    Race: B      Sex: M
        DOB: 11/27/1972 Age:      SSN: 416 11 4328  Height: 5'01"  Weight: 150
--------------------------------------------------------------------
```

_____  13.  Have you recently been hospitalized or treated by a doctor?

_____  14.  Do you currently take any non-prescription medication or medication
              prescribed by a doctor?

_____  15.  Are you allergic to any medication?

_____  16.  Do you have any handicaps or conditions that limit activity?

_____  17.  Have you ever attempted suicide or are you thinking about it now?

_____  18.  Do you regularly use alcohol or street drugs?

_____  19.  Do you have any problems when you stop drinking or using drugs?

_____  20.  Do you have a special diet prescribed by a physician?

_____  21.  Do you have any problems or pain with your teeth?

_____  22.  Do you have any other medical problems we should know about?

_____

_____

_____

_____

_____

_____


I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE
TRUE AND ACCURATE.

INMATE:X _Chris McCullough_____   DATE:_____   TIME:_____

BOOK OFFICER:_____   DATE:_____   TIME:_____

```
                         CHAMBERS CO. SHERIFF'S OFFICE
03/10/2001     23:51:42   MEDICAL SCREENING FORM                PAGE 2 OF 2
==============================================================================
Booking No: 010000651  Date: 03/10/2001  Time: 23:41  Type: NORMAL
Agency to Bill: CHAMBERS COUNTY           Facility: COUNTY JAIL

Inmate Name: MCCULLOUGH CHRID CORNELIUS          Race: B        Sex: M
      DOB: 11/27/1972 Age:        SSN: 416 11 4328  Height: 5'01"  Weight: 150
------------------------------------------------------------------------------
```

_No_ 13. Have you recently been hospitalized or treated by a doctor?

_No_ 14. Do you currently take any non-prescription medication or medication prescribed by a doctor?

_No_ 15. Are you allergic to any medication?

_No_ 16. Do you have any handicaps or conditions that limit activity?

_No_ 17. Have you ever attempted suicide or are you thinking about it now?

_Yes_ 18. Do you regularly use _alcohol_ or street drugs?

_No_ 19. Do you have any problems when you stop drinking or using drugs?

_No_ 20. Do you have a special diet prescribed by a physician?

_No_ 21. Do you have any problems or pain with your teeth?

_None_ 22. Do you have any other medical problems we should know about?



I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _X Chris McCullough_   DATE: _3/10/01_   TIME: _2351_

BOOK OFFICER: _Anderson_   DATE: _3/10/01_   TIME: _2351_

CHAMBERS CO. SHERIFF'S OFFICE
03/10/2001    23:51:42    MEDICAL SCREENING FORM                    PAGE 1 OF 2
============================================================================
Booking No: 010000651  Date: 03/10/2001  Time: 23:41  Type: NORMAL
Agency to Bill: CHAMBERS COUNTY              Facility: COUNTY JAIL

Inmate Name: MCCULLOUGH CHRID CORNELIUS          Race: B        Sex: M
     DOB: 11/27/1972 Age:      SSN: 416 11 4328  Height: 5'01"  Weight: 150
----------------------------------------------------------------------------

_____   1.  Is inmate unconscious?

_____   2.  Does inmate have any visible signs of trauma, illness, obvious pain
              and bleeding, requiring immediate emergency or doctor's care?

_____   3.  Is there obvious fever, swollen lymph nodes, jaundice or other
              evidence of infection that might spread through the facility?

_____   4.  Any signs of poor skin condition, vermin, rashes or needle marks?

_____   5.  Does inmate appear to be under the influence of drugs or alcohol?

_____   6.  Any visible signs of alcohol or drug withdrawal?

_____   7.  Does inmate's behavior suggest the risk of suicide or assault?

_____   8.  Is inmate carrying any medication?

_____   9.  Does the inmate have any physical deformities?

_____  10.  Does inmate appear to have psychiatric problems?

         11.  Do you have or have you ever had or has anyone in your family
              ever had any of the following?

   _No_  a. Allergies    _No_ f. Fainting Spells    _No_ k. Seizures
   _No_  b. Arthritis    _No_ g. Hearing Condition  _No_ l. Tuberculosis
   _No_  c. Asthma       _No_ h. Hepatitis          _No_ m. Ulcers
   _No_  d. Diabetes     _No_ i. High Blood Pressure _No_ n. Venereal Disease
   _No_  e. Epilepsy     _No_ j. Psychiatric Disorder ____ o. Other (Specify)

Other: _____

       _____

       _____


       12.  For females only:

            _____  a. Are you pregnant?

            _____  b. Do you take birth control pills?

            _____  c. Have you recently delivered?

M E . i C A L   I N F O R M A T 1   N

Chamber's County Detention Facility

Booking Number : 2000001450                    Identifier : 6847

Booking Date.. : 08/22/2000              Soc. Sec. No. : 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

Inmate Name... : MCCULLOUGH, CHRISTOPHER CORNELIUS

Sex........... : MALE                    Race : BLACK              DOB : 11/27/1972

Height........ : 5' 11"            Weight : 155 LBS.              Age : 27

ALCOHOLIC INFLUENCE? NO                BODY ABNORMALITIES?    NO
DRUG INFLUENCE? .... NO                LICE/VERMIN PROBLEMS? NO
BEING TREATED FOR ..
DOCTOR'S NAME ......
INSURANCE COMPANY ..
GROUP POLICY NUMBER

| | | | |
|---|---|---|---|
| ANY ALLERGIES? ...... | NO | DENTAL PROBLEMS? .... | NO |
| HEART PROBLEMS? ..... | NO | KIDNEY PROBLEMS? .... | NO |
| DIABETES? ........... | NO | EPILEPSY? ........... | NO |
| BIRTH CONTROL? ...... | NO | HIG BLOOD PRESSURE? . | NO |
| DRUG DEPENDANCY? .... | NO | TUBERCULOSIS? ....... | NO |
| SUICIDAL? ........... | NO | ALCOHOLIC? .......... | NO |
| RESPIRATORY PROBLEMS? | NO | PREGNANT? ........... | NO |
| HEMOPHELIA? ......... | NO | PSYCHIATRIC CARE? ... | NO |
| VENEREAL DISEASE? ... | NO | HEPATITIS? .......... | NO |

Have you ever tested positive for HIV/AIDS? NO
Do you need immediate medical attention? NO
Are you currently taking any type of prescribed medication? NO
If so, list medication(s) :
Are you required to take this medication as prescribed for the balance of your health? NO
What effects will occur should you not receive your medication on a timely basis?

H E A L T H   R E M A R K S

Inmate's Signature : X _Chris M E Cullough_

## Mental Disability/Suicide Intake Screening

Page  1

NAME :  MCCULLOUGH, CHRISTOPHER CORNELIUS          DATE :  08/22/2000

FACILITY :  Chamber's County Detention Facility       TIME :  14:21

SCREENING OFFICER :      LYLESR2529                    DOB. :  11/27/1972

OFFENSE/CHARGE(S) :                                    SID #:

---

Was inmate a medical, mental health, or suicide risk during any prior contact or confinement with department? NO      If Yes, when?

Does arresting or transporting officer believe that the inmate is a medical, mental health, or suicide risk? NO

| QUESTIONNAIRE FOR DETAINEE | | OBSERVATION QUESTIONS | |
|---|---|---|---|
| 1. Have you ever received MHMR services or other mental health services? | NO | 6. Does the individual act or talk in a strange manner? | NO |
| 2. Do you know where you are? | CORRECT | 7. Does the individual seem unusually confused or preoccupied? | NO |
| 3. What season is this? | CORRECT | 8. Does the individual talk very rapidly or seem to be in an unusually good mood? | NO |
| 4. How many months are there in a year? | CORRECT | | |
| 5. (a) Sometimes people tell me they hear noises or voices that other people don't seem to hear. What about you? | NO | 9. Does the individual claim to be someone else like a famous person or fictional figure? | NO |
| (b) If yes, ask for an explanation: "What do you hear?" | | 10. (a) Does the individual's vocabulary (in his/her native tongue) seem limited? | NO |
| | | (b) Does the individual have difficulty coming up with words to express him/herself? | NO |

### SUICIDE RELATED QUESTIONS / OBSERVATIONS

| | | | |
|---|---|---|---|
| 11. (a) Have you ever attempted suicide? | NO | 14. When not on drugs or drinking, have you ever gone for days without sleep or had a long period in your life when you felt very energetic or excited? | NO |
| (b) Have you ever had thoughts about killing yourself? | NO | | |
| If yes, When? | | | |
| Why? | | | |
| How? | | 15. Have you experience a recent loss or death of family member or friend or are you worried about major problems other than your legal situation? | YES |
| 12. Are you thinking about killing yourself today? | NO | | |
| 13. (a) Have you ever been so down that you couldn't do anything for more than a week? (If no, go to 14.) | NO | 16. Does the individual seem extremely sad, apathetic, helpless, or hopeless? | NO |
| (b) Do you feel this way now? | NO | | |

COMMENTS :

---

A SINGLE INAPPROPRIATE RESPONSE, EXCEPT AS APPROPRIATE IN A.3., INDICATES ADDITIONAL EVALUATION RECOMMENDED.

DATE RECEIVED: 3-7-03
TIME RECEIVED: 0800
RECEIVED BY: _____

## CHAMBERS COUNTY DETENTION FACILITY
## MEDICAL REQUEST FORM

NAME: Chris McCully  NUMBER 6847 CELL# 6  DATE: 3-7-03

WHAT IS YOU MEDICAL PROBLEM: Big Toe Infected

I UNDERSTAND THE CHAMBERS COUNTY DETENTION FACILITY CHARGES A
CO-PAY FOR THESE SERVICES, I ALSO UNDERSTAND ALL MEDICAL SERVICES
RENDERED WHILE AN INMATE WILL BE CHARGED BACK TO ME AS RESTITUTION.
CO-PAYS ARE, TO SEE THE NURSE $2.00 - DOCTOR $5.00 PRESCRIPTIONS $1.00
EACH, THESE CHARGE WILL BE DEDUCTED FROM MY COMMISSARY ACCOUNT.
BEING INDIGENT DOES NOT STOP ME FROM SEEKING MEDICAL ATTENTION

_Chris McCully_
INMATE SIGNATURE

NURSE/DOCTOR
NOTES: _Seen_

3-7-03
DATE

_Bolton_
NURSE/DOCTOR SIGNATURE

NURSE ✓ DOCTOR _____ PRESCRIPTIONS _____
        $2.00          $5.00              AT      $1.00

TOTAL INMATE CHARGES $2.00 BY: _____
DATE: 3-7-03                CLERK

# Chambers County Detention Facility Montly Medication Sheet

Last Name: McCullough  First Name: Chris  Middle Name:  Master ID#:

Room No.: __  Code = R-Refused  D/C-Discontinued  O-Ordered

Month: Feb  Year: 2007

| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| aTrazodne 50 mg 1 cap at bedtime 958 351 | | | | | | 2 | 5 | 5 | 5 | 5 | 5 | 7 | 7 | 7 | 7 | 4 | 25 | 4 | 25 | 7 | 7 | 7 | 7 | | | | | | | | | | |
| clonidine 50 mg 1 cap at bedtime 905 253 | 9hs | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## Initial Medication and Identify Initials Below with Signature

| Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|
| 5 | Sgt. Donaldson | 4 | Sgt. Petrey | 7 | Kie |
| 25 | Pone | | | | |

DATE RECEIVED:_____
TIME RECEIVED: _____
RECEIVED BY: _____

### CHAMBERS COUNTY DETENTION FACILITY
### MEDICAL REQUEST FORM

NAME: _Chris McCully_ NUMBER _6847_ CELL# _I3_ DATE: _2-2-03_

WHAT IS YOU MEDICAL PROBLEM: _I can't sleep and_
_ribs still ache._

I UNDERSTAND THE CHAMBERS COUNTY DETENTION FACILITY CHARGES A
CO-PAY FOR THESE SERVICES. I ALSO UNDERSTAND ALL MEDICAL SERVICES
RENDERED WHILE AN INMATE WILL BE CHARGED BACK TO ME AS RESTITUTION.
CO-PAYS ARE, TO SEE THE NURSE $2.00 - DOCTOR $5.00 PRESCRIPTIONS $1.00
EACH, THESE CHARGE WILL BE DEDUCTED FROM MY COMMISSARY ACCOUNT.
BEING INDIGENT DOES NOT STOP ME FROM SEEKING MEDICAL ATTENTION

_Chris McCully_
INMATE SIGNATURE

NURSE/DOCTOR
NOTES: _Seen by Dr Guin_

_2-27-03_                    _Walter_
DATE                         NURSE/DOCTOR SIGNATURE

NURSE ⊘    DOCTOR __✓__    PRESCRIPTIONS _____
     $2.00      $5.00              AT      $1.00
                          _5.00_

TOTAL INMATE CHARGES $ _7.00_ BY: _JW_
DATE: _3-10-03_                    CLERK

# CHAMBERS COUNTY DETENTION FACILITY

## MEDICAL TREATMENT REFUSAL

I, _Chris McColley_ Master ID# _647_, refuse medical treatment
provided by _____ whom I was referred/requested
to see at the Chambers County Detention Facility on _____ .

Notes: _Cell gone bus_ _____

_____

_____

_____                     _Chris M_

Date                           Inmate Name

_1-30-05_                       _LeQuori M Brown_

Date                           Officer Signature



DATE RECEIVED: 2-5-03
TIME RECEIVED: 15:04
RECEIVED BY: Osca - McInnoay

## CHAMBERS COUNTY DETENTION FACILITY
### MEDICAL REQUEST FORM

NAME: Chris McCullogh NUMBER 6842 CELL# G-6 DATE: 2-05-03

WHAT IS YOU MEDICAL PROBLEM: I have bruised ribs need medical attention badly.

I UNDERSTAND THE CHAMBERS COUNTY DETENTION FACILITY CHARGES A
CO-PAY FOR THESE SERVICES. I ALSO UNDERSTAND ALL MEDICAL SERVICES
RENDERED WHILE AN INMATE WILL BE CHARGED BACK TO ME AS RESTITUTION.
CO-PAYS ARE,  TO SEE THE NURSE $2.00 - DOCTOR $5.00 PRESCRIPTIONS $1.00
EACH, THESE CHARGE WILL BE DEDUCTED FROM MY COMMISSARY ACCOUNT.
BEING INDIGENT DOES NOT STOP ME FROM SEEKING MEDICAL ATTENTION.

_Chris McCullough_
INMATE SIGNATURE

NURSE/DOCTOR
    NOTES: _Seen_

2-7-03                    _Belton_
DATE                     NURSE/DOCTOR SIGNATURE

NURSE _____        DOCTOR _____        PRESCRIPTIONS _____
       $2.00              $5.00                 AT       $1.00

TOTAL INMATE CHARGES $2.00    BY: _1_
DATE: _____                        CLERK
          2-10-03

# Chambers County Detention Facility Montly Medication Sheet

| Last Name | First Name | Middle Name | Master ID# | Room No. | Code = | R-Refused | D/C-Discontinued | O-Ordered | Month | Year |
|-----------|-----------|-------------|-----------|----------|--------|-----------|------------------|-----------|-------|------|
| McClendon | Chris | | | | | | | | Jan. | 2003 |

| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Prozac 50 mg
1 cap at bedtime

958-257

| Initial | Signature |
|---------|-----------|
| Co | Cat Wright |
| | |
| | Pat Dodson |
| | |

Initial Medication and Identify Initials Below with Signature

DATE RECEIVED:_____
TIME RECEIVED: _____
RECEIVED BY: _____

## CHAMBERS COUNTY DETENTION FACILITY
### MEDICAL REQUEST FORM

NAME: _Chris McGill_ NUMBER _D-6_ CELL# _6_ DATE: _1-19-2003_

WHAT IS YOU MEDICAL PROBLEM: _Have a cold_ _____

_____

I UNDERSTAND THE CHAMBERS COUNTY DETENTION FACILITY CHARGES A
CO-PAY FOR THESE SERVICES. I ALSO UNDERSTAND ALL MEDICAL SERVICES
RENDERED WHILE AN INMATE WILL BE CHARGED BACK TO ME AS RESTITUTION.
CO-PAYS ARE,  TO SEE THE NURSE $2.00 - DOCTOR $5.00 PRESCRIPTIONS $1.00
EACH, THESE CHARGE WILL BE DEDUCTED FROM MY COMMISSARY ACCOUNT.
BEING INDIGENT DOES NOT STOP ME FROM SEEKING MEDICAL ATTENTION

_Chris McGilley_
INMATE SIGNATURE

NURSE/DOCTOR
   NOTES: _Refused_

_1-30-03_
DATE

_E Balth_
NURSE/DOCTOR SIGNATURE

NURSE _____ DOCTOR _____ PRESCRIPTIONS _____
      $2.00          $5.00          AT        $1.00

TOTAL INMATE CHARGES $_____ BY: _____
DATE: _____                    CLERK

_Need Signed Refusal Slip_

# Chambers County Detention Facility Montly Medication Sheet

| Last Name | First Name | Middle Name | Master ID# | Room No. | Month | Year |
|---|---|---|---|---|---|---|
| McMullan | Chris | | 6847 | | Dec | 2002 |

Code =    R-Refused    D/C-Discontinued    O-Ordered

| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Restoril 30 mg 1 cap at bedtime (68-257) | 9pm | | | | | | | | | | | | | | | | | | | | | L6 | 26 | B | 4 | 4 | 6 | 6 | 6 | 4 | 4 | 4 |

## Initial Medication and Identify Initials Below with Signature

| Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|
| | | | | | |

DATE RECEIVED:_____
TIME RECEIVED: _____
RECEIVED BY: _____

CHAMBERS COUNTY DETENTION FACILITY
MEDICAL REQUEST FORM

NAME: Chris McCull NUMBER 6847 CELL# D-6 DATE: _____

WHAT IS YOU MEDICAL PROBLEM: Can't sleep hear
voices

I UNDERSTAND THE CHAMBERS COUNTY DETENTION FACILITY CHARGES A
CO-PAY FOR THESE SERVICES. I ALSO UNDERSTAND ALL MEDICAL SERVICES
RENDERED WHILE AN INMATE WILL BE CHARGED BACK TO ME AS RESTITUTION.
CO-PAYS ARE,  TO SEE THE NURSE $2.00 - DOCTOR $5.00 PRESCRIPTIONS $1.00
EACH, THESE CHARGE WILL BE DEDUCTED FROM MY COMMISSARY ACCOUNT.
BEING INDIGENT DOES NOT STOP ME FROM SEEKING MEDICAL ATTENTION

_Chris McCullog_
INMATE SIGNATURE

NURSE/DOCTOR
    NOTES: _Seen by Dr Guin_

12-19-02
DATE                              NURSE/DOCTOR SIGNATURE

NURSE _____  DOCTOR _____  PRESCRIPTIONS _____
        $2.00              $5.00                    AT      $1.00

TOTAL INMATE CHARGES $ 5.00  BY: _____
DATE: _____ 12/19/02              CLERK

DATE RECEIVED:_____
TIME RECEIVED: _____
RECEIVED BY: _____

## CHAMBERS COUNTY DETENTION FACILITY
## MEDICAL REQUEST FORM

NAME: _Chris McCully_ NUMBER _6847_ CELL# _E-Bled_ DATE: _8-14-2002_

WHAT IS YOU MEDICAL PROBLEM: _My Left arm is hurt_
_like it's sprang_

I UNDERSTAND THE CHAMBERS COUNTY DETENTION FACILITY CHARGES A
CO-PAY FOR THESE SERVICES. I ALSO UNDERSTAND ALL MEDICAL SERVICES
RENDERED WHILE AN INMATE WILL BE CHARGED BACK TO ME AS RESTITUTION.
CO-PAYS ARE, TO SEE THE NURSE $2.00 - DOCTOR $5.00 PRESCRIPTIONS $1.00
EACH, THESE CHARGE WILL BE DEDUCTED FROM MY COMMISSARY ACCOUNT.
BEING INDIGENT DOES NOT STOP ME FROM SEEKING MEDICAL ATTENTION

_Chris McCullough_
INMATE SIGNATURE

NURSE/DOCTOR
NOTES: _Seen by Dr Gwin_

_8-15-02_                          _Whitten_
DATE                              NURSE/DOCTOR SIGNATURE

NURSE ____/____   DOCTOR _____   PRESCRIPTIONS _____
     $2.00              $5.00            AT    $1.00

TOTAL INMATE CHARGES $ _2.00_  BY: _____/_____
DATE: _____                       CLERK

DATE RECEIVED:_____
TIME RECEIVED: _____
RECEIVED BY: _____

## CHAMBERS COUNTY DETENTION FACILITY
## MEDICAL REQUEST FORM

NAME: _Chris McCulb_ NUMBER _6847_ CELL# _E_ DATE: _7-31-02_

WHAT IS YOU MEDICAL PROBLEM: _Left arm feel sprung_
_____
_____

I UNDERSTAND THE CHAMBERS COUNTY DETENTION FACILITY CHARGES A
CO-PAY FOR THESE SERVICES. I ALSO UNDERSTAND ALL MEDICAL SERVICES
RENDERED WHILE AN INMATE WILL BE CHARGED BACK TO ME AS RESTITUTION.
CO-PAYS ARE,  TO SEE THE NURSE $2.00 - DOCTOR $5.00 PRESCRIPTIONS $1.00
EACH, THESE CHARGE WILL BE DEDUCTED FROM MY COMMISSARY ACCOUNT.
BEING INDIGENT DOES NOT STOP ME FROM SEEKING MEDICAL ATTENTION

_Chris McCulb_
INMATE SIGNATURE

NURSE/DOCTOR
    NOTES: _Refused P_
_C.H._

DATE _____        NURSE/DOCTOR SIGNATURE

NURSE _____   DOCTOR _____   PRESCRIPTIONS _____
      $2.00          $5.00              AT      $1.00

TOTAL INMATE CHARGES $_____  BY: _____
DATE: _____                      CLERK

ξ - 5

DATE RECEIVED: *7/17/02*
TIME RECEIVED: *2500.*
RECEIVED BY: *C/O Denise*

## CHAMBERS COUNTY DETENTION FACILITY
### MEDICAL REQUEST FORM

NAME: *Chris McCullay* NUMBER *6847* CELL# *E* DATE: *7-17-2002*

WHAT IS YOU MEDICAL PROBLEM: *Arm hurting*

I UNDERSTAND THE CHAMBERS COUNTY DETENTION FACILITY CHARGES A
CO-PAY FOR THESE SERVICES. I ALSO UNDERSTAND ALL MEDICAL SERVICES
RENDERED WHILE AN INMATE WILL BE CHARGED BACK TO ME AS RESTITUTION.
CO-PAYS ARE,  TO SEE THE NURSE $2.00 - DOCTOR $5.00 PRESCRIPTIONS $1.00
EACH, THESE CHARGE WILL BE DEDUCTED FROM MY COMMISSARY ACCOUNT.
BEING INDIGENT DOES NOT STOP ME FROM SEEKING MEDICAL ATTENTION

*Chris McCullay*
INMATE SIGNATURE

NURSE/DOCTOR
    NOTES: *Refused per*
              *C.O. Thrower*


DATE _____    NURSE/DOCTOR SIGNATURE

NURSE _____    DOCTOR _____    PRESCRIPTIONS _____
        $2.00            $5.00                AT        $1.00


TOTAL INMATE CHARGES $_____   BY: _____
DATE: _____                       CLERK

HIV SEROLOGY 86701
WESTERN BLOT 86689

**ALABAMA DEPARTMENT OF PUBLIC HEALTH**
**BUREAU OF CLINICAL LABORATORIES**   I.D. NUMBER A 076473

*PLEASE USE A BLACK PEN*

**Patient's Last Name** McCullough   **Patient's First Name** Christopher   **MI**

**Address** 105 Alabama Ave   **Apt.**

PLACE LABEL INSIDE RECTANGLE   **State** AL   **Zip** 36862

**City** Lafayette

**Phone** ___-___-____

**Counselor (Initials)** CJU

**Date Collected** 05 / 13 / 2002

### EIA
**Results: Indicated by Marked**
- ● Negative
- ○ Unsatisfactory
- ○ Positive

### WESTERN BLOT
- ○ Negative
- ○ Indeterminate
- ○ Positive
- ○ Not Done

**RACE**  W ○ B ● H ○ A ○ I ○ U ○
**SEX**  M ● F ○
**DOB (mmddyyyy)** 11 / 27 / 1972

**ANALYST INITIALS**

**DATE REPORTED** 05 / 17 /

- ☐ Birmingham   ☐ Mobile
- ☐ Decatur   ☑ Montgomery
- ☐ Dothan

**Provider** DHA 6   (JW)   **SITE CODE** 08   **CNTY** 09
**Address** Box 4699
**City** Anniston   **State** AL   **Zip** 36204

**County Health Dept. CHR Number**

**Social Security Number** ___-__-____

**Has Patient Had a Previous Positive or Indeterminate Western Blot?**
○ No   ○ Yes   ○ Unknown

**Date** __ / __ / ____

**Medicaid Number**

**Provider Number** 09C68620

---

**SYPHILIS SEROLOGY**
86592 86593 86781

**ALABAMA DEPARTMENT OF PUBLIC HEALTH**
**BUREAU OF CLINICAL LABORATORIES**

Lab No.   Date Received   MM   DD   YY

MAY 16 02

**Number Last** McCullough   **First** Christopher   **MI**

**County Health Dept. CHR Number**   **Date of Birth** 11 27 72

**Medicaid Number**   **Sex** M   **Race** B

**Social Security Number**   **Date Collected** 05 13 02

**Patient Address** 105 Alabama Ave   Lafayette

**RESULTS**
**VDRL**   **TP-PA**
☑ ☐ Nonreactive
☐ ☐ Weakly Reactive
☐ ☐ Unsatisfactory:
☐ dils ☐ Reactive

Shaded area for Laboratory use only

**Specimen:** ☐ Prenatal ☐ Spinal Fluid ☐ Blood

☐ History of treatment for syphilis

*If private insurance available, send copy of card.*

Mail Report to:
PUBLIC HEALTH
AREA VI   (JW)
P. O. Box 4699
Anniston, AL 36202

09C68620
Provider Number

ADPH-F-BCL-76/REV. 4-00

MM   DD   YY
Date Reported
☐ B'ham ☐ Decatur ☐ Dothan ☐ Mobile ☐ Mont.

---

1997321024

*REPORT COPY*
*Return to provider*

ADPH-CL-109 / REV 01-01

## LANETT POLICE DEPARTMENT

STATEMENT OF: Sam Thrower

ADDRESS: Lanett Fire Dept.

PHONE NUMBER: 644-5230

Date: 8/22/00

Time: 0800

Page 1 of 1 Pages

With regards to Mr. Chris McCullough, myself and my partner of Lanett Fire & EMS treated the above for a laceration to his (L) forearm. We bandaged his forearm with gauze and Kling. Bleeding was controlled. Otherwise stable, Mr. McCullough refused further treatment or transport. No further interventions by EMS

Firefighter/Paramedic

EMS# 9351019

LANIER MEMORIAL HOSPITAL
EMERGENCY DEPARTMENT

LACERATION/WOUND CARE INSTRUCTIONS

1. KEEP WOUND CLEAN AND DRY.

2. CLEAN DAILY WITH  (PEROXIDE)  ( BETADINE).

3. SEE PRIVATE PHYSICIAN OR RETURN TO EMERGENCY ROOM.
   A. WOUND BECOMES SWOLLEN OR HOT.
   B. WOUND BREAKS OPEN, DRAINS, OR HAS BAD ODOR.
   C. SORE GLANDS OR RED STREAKS DEVELOP.
   D. DRESSING BECOMES DIRTY OR BLOOD SOAKED.
   E. OTHER PROBLEMS.

4. KEEP INJURED PART ELEVATED TO PREVENT SWELLING
   FOR _____4_____ DAYS.

5. MAY HAVE _____ TABLETS , EVERY
   _____ HOURS AS NEEDED FOR PAIN.

6. YOU MAY RETURN TO THE EMERGENCY ROOM FOR REMOVAL OF STITCHES
   AT NO ADDITIONAL CHARGE .
   YOUR STITCHES SHOULD BE REMOVED IN __7-10__ DAYS.

ADDITIONAL INSTRUCTIONS

_____

_____

_____

I HAVE RECEIVED AND UNDERSTAND THE ABOVE INSTRUCTIONS.

_____     _____     8-27-98     _____
SIGNATURE             RELATIONSHIP          DATE         NURSE

McCullough, Chris     _____     219494
PATIENT NAME                      PATIENT NUMBER