# EXHIBIT D2.

# Exhibit 2 to Stewart Affidavit – Other Inmates' Grievances

# CHAMBERS COUNTY DETENTION FACILITY
## INMATE GRIEVANCE FORM

**INSTRUCTIONS:** Fill in all of the information requested down to the dotted line. In describing the grievance or complaint, give as much information as possible. List the names of any persons involved, the date or dates of any relevant events, the specified location of the events or conditions, and the names of witnesses to the events or conditions. When you have finished filling out the form, give it back to one of the facility staff members.

NAME: _____

TODAY'S DATE: 11-02-05

GRIEVANCE: I'm having a very serious problem with one of un Officers and it's urgent that I see one of the your sergents, or the Captain or Major

ACTION WANTED: Stop the Harrassment

----

RECEIVED BY SHIFT SUPERVISOR:

11-02-05   SIGNATURE: Sgt. Davidson

Upon receipt by Shift Supervisor, Grievance should be signed by the Supervisor and a copy of the Grievance should be returned to the Inmate.

ACTION TAKEN: Inmate Needs to make a Specific complaint before any action is taken or investigation is started.

11/02/05   SIGNATURE: [signature]

## INMATE GRIEVANCE FORM

**INSTRUCTIONS:** Fill in all of the information requested down to the dotted line. In describing the grievance or complaint, give as much information as possible. List the names of any persons involved, the date or dates of any relevant events, the specified location of the events or conditions, and the names of witnesses to the events or conditions. When you have finished filling out the form, give it back to one of the facility staff members.

NAME: _____    TODAY'S DATE: 11-04-05

GRIEVANCE: This Moring Around 7:30 & 8:00 I Made A request to officer Teague 1st Shift Staff Member, that I Need Tissue, that I was out, She said that She would, but It around 11:01 And I Just got the Tissue After requesting this Grievance form, officer Jackson brou It. officer Teague have been to My door three to four times, but she would bring the Tissue

SOLUTION WANTED: for Her to really starte doing Her Job, Not Just to hurst INMates, but Also to Help And provide for the Welfare or INMates. off. Teagu is Very, Very ~~~~ Negtive toward ~~~~ INMates And unprofessional, when it come to Asistaned INMates And providing the thing Needed, And requested by INMate

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RECEIVED BY SHIFT SUPERVISOR:

DATE: 11-04-05    SIGNATURE: Sgt. Davidson

Upon receipt by Shift Supervisor, Grievance should be signed by the Supervisor and a copy of the Grievance should be returned to the Inmate.

ACTION TAKEN: Spoke with C/O And resolved the tissue problem with a Resupply.

DATE: 11/07/05    SIGNATURE: _____

# CHAMBERS COUNTY DETENTION FACILITY
## INMATE GRIEVANCE FORM

INSTRUCTIONS: Fill in all of the information requested down to the dotted line. In describing the grievance or complaint, give as much information as possible. List the names of any persons involved, the date or dates of any relevant events, the specified location of the events or conditions, and the names of witnesses to the events or conditions. When you have finished filling out the form, give it back to one of the facility staff members.

NAME: _____   TODAY'S DATE: 11/8/05

GRIEVANCE: I am Requesting to know why did yall take all my money off the book, when usually yall use to take only half of it. Could you please let me know why I don't have any money!!

SOLUTION WANTED: Could you call me down there and explain why yall didn't take half and leave half. Thank you for your time and help.

------------------------------------------------------------

RECEIVED BY SHIFT SUPERVISOR:

DATE: _____ SIGNATURE: _____

Upon receipt by Shift Supervisor, Grievance should be signed by the Supervisor and a copy of the Grievance should be returned to the Inmate.

ACTION TAKEN: The commissary system we are on now it only takes 100% of the debt amount. you still owe us $185.00

DATE: 11-10-05   SIGNATURE: S. Mitchum

# [...]NG COUNTY DETENTION FACILITY
# INMATE GRIEVANCE FORM

**INSTRUCTIONS:** Fill in all of the information requested down to the dotted line. In de[...] the grievance or complaint, give as much information as possible. List the names of any p[...] involved, the date or dates of any relevant events, the specified location of the events or co[...] tions, and the names of witnesses to the events or conditions. When you have finished filli[...] the form, give it back to one of the facility staff members.

NAME: _____ TODAY'S DATE: 11/9/05

GRIEVANCE: I Charge that, on 11/8/05 that officer THeordo, d[...] too, While Escorting Me to see the cpt, While removing Me from J-2 up to booket, She Made A statement Just o[...] of the blue, I did Know that payday candy bar Was so g[...] until, When Was it Roy! last Friday. & I Never reply[...]

SOLUTION WANTED: I Want Very Much for officer THeordo to Stop Harrassan Me, Not only About that candy bar, becaus[...] I didN't put it there, And She did Not do A report on I[...] SHe keep tellin everybody, how she enjoy Eat It. But If She keep Apporching Me in this unprofessional typ[...] Minder, I will take further Action.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RECEIVED BY SHIFT SUPERVISOR:

DATE: _____ SIGNATURE: _____

Upon receipt by Shift Supervisor, Grievance should be signed by the Supervisor and a copy of the Grievance should be returned to the Inmate.

ACTION TAKEN: I am (not) (understanding) what you are (saying) about being harassed. We do (not transfer) property between inmates. The candy bar was thro[...] in the trash, it was retrieved from the slot. Deoder[...] did her job.

DATE: 9 NOV 05   SIGNATURE: Lt. Leverett

# ___ COUNTY DETENTION FACILITY
## INMATE GRIEVANCE FORM

INSTRUCTIONS: Fill in all of the information requested down to the dotted line. In describing the grievance or complaint, give as much information as possible. List the names of any persons involved, the date or dates of any relevant events, the specified location of the events or conditions, and the names of witnesses to the events or conditions. When you have finished filling out the form, give it back to one of the facility staff members.

NAME: _____  TODAY'S DATE: 11/9/05

GRIEVANCE: I Hereby Charge, that Nov. 8/05, around 3:30 & 4:00, Sgt. Rowe ~~approached~~, Approach Me, in A Cruel/unprofessional Minder, Sgt. Who was dressed in stress cloths, reply to Me, was slow-pole, I Need A Shower, that with help you A lot. Which was inbarrasion Me, there others staff who was on due, ~~~~ ~~~~ ~~~~ ~~~~ NOW," She is employ At this Facility & Has Never Ask to Assist In gettin A Shower When She, was on due, Working. She wait She off, & I didn't desert that! And she was Totally out of con

SOLUTION WANTED: I like for Sgt. Rowe, ~~~~~~~~ to for a About the inccident wherin I Worte Her up, which was con taining to Something of this Same Nature, but that time I Wrote Her up, because It was Her Shift, incharge of giving Showe And she pass Me up for About four or five Nights in A row. So All Am Asking is for Her to Let go And Move on. before others ~~~~~. ACtions is taken.

RECEIVED BY SHIFT SUPERVISOR:

DATE: _____  SIGNATURE: _____

Upon receipt by Shift Supervisor, Grievance should be signed by the Supervisor and a copy of the Grievance should be returned to the Inmate.

ACTION TAKEN: If SGT Rowe is inside of the facility she is at work and if you need a shower it is her job to ensure that you take one daily. You need to shower daily while housed at this facility

DATE: 9 NOV 05   SIGNATURE: Lt. Leverett

MAJ. Stewart

ORIGINAL

DATE RECEIVED: _____
TIME RECEIVED: _____
RECEIVED BY: _____

## CHAMBERS COUNTY DETENTION FACILITY

## INMATE REQUEST FORM

NAME _____ CELL# C DATE 11/15/05

BRIEFLY OUTLINE YOUR REQUEST

Would you please talk with me at your earlest convenience. My Son was murder 8 days Ago. Could you please under the circumstance get me on the next court Docket. My little girl and grandson need me. I will still live here and fulfill my promise and my obligation. I need to do my Job at which I am one of the Best, my children need me to get Back to work. So I can fulfill my ~~purpose~~ purpose.

Taylor
(INMATE SIGNATURE)

Thank you Sir

**DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY**

11/22/2005- Request an attorney to discuss a plea offer and we will see what the DA will do. Ask a Correction Officer about the proper paperwork to request an attorney and a preliminary hearing.

(OFFICERS SIGNATURE)

DATE 11/22/05

APPROVED _____ YES _____ NO

# CHAMBERS COUNTY DETENTION FACILITY
# INMATE GRIEVANCE FORM

**INSTRUCTIONS:** Fill in all of the information requested down to the dotted line. In describing the grievance or complaint, give as much information as possible. List the names of any persons involved, the date or dates of any relevant events, the specified location of the events or conditions, and the names of witnesses to the events or conditions. When you have finished filling out the form, give it back to one of the facility staff members.

NAME: _M.J. Stewart_  TODAY'S DATE: 11/17/05

GRIEVANCE: I have Personal Emergency Problems That deserve consideration, in most Det. Facilitys I Believe in the chain of command, however I don't know were the Buck starts let alone stops, possible I need to stand to work As soon as possible to Preserve The Purpose.

SOLUTION WANTED: To talk with someone within the chain of command who can make a Positive and desisive Decision, in the Just cause of Fairness, weather you side with me or against me, At least meet with me, Thank you, _[signed]_

-----

RECEIVED BY SHIFT SUPERVISOR:

DATE: 11/17/05    SIGNATURE: _Tay Lee_

Upon receipt by Shift Supervisor, Grievance should be signed by the Supervisor and a copy of the Grievance should be returned to the Inmate.

ACTION TAKEN: 11/18/2005 — Inmate has Not requested Anything but release, which was denied. Inmate has a bond and needs to make Bond to be Released. This issue will not be addressed again.

DATE: 11/18/2005.    SIGNATURE: _[signed]_

MAJOR Clay Stewart D1

To Major Stewart,                    7-21-06

Sir,                (7-15-06)

Mr. Stewart, from (6:30 AM) that morning I wrote request that my situation was a "urgent matter" after telling and other inmates demanding someone to come see about me.

You can go to C-Block every hall I would say will verify what went on about Sgt. Hancock "how long it took and how I was treated."

I never got my medication that morning not until finally (Nurse Smith gave me something immediatly around after 4:00 PM that evening that's how long it took for Sgt. Hancock to get me to nurse. And then, I was transferred to Hospital for more medication.

Need the grievance that I wrote you on this matter. Thank you! (Nurse Bolt never saw me that day!)

Also I had written two other request on 7-15-06 about needing emergency help (NOW) one about 10:00 AM after I wrote one earlier about this was a "urgent matter." I have copy of only one!

— Simmond Aones T-3

(margin note: Was not Here!)

12-22-07

# REQUEST

H-Block would like to request that Virginia Love stays in I-Block. She is a problem to the block. This block is a 100% better since she is not in the block. Please let her stay in I-Block.

12/26/07
I/M
file

Inmate Stationery

Greetings Mr. Sid Lockhart

I'm writing this letter to you, letting you know that I'm being harassed without proper cause. I've been locked down in the Cell block for eight (8) Days. Now I've been put in Isolation, 10/29/07. Absolutely for nothing that I've contributed too.

I'm being punished without cause, for the conduct of other individuals (Three (3) to be exact).

I was in my room reading a book, and confabulating with an inmate that comes in on the weekend when the fiasco transpired in 7th Block Last 81 Saturday night 10/20/07.

I'm being deprived of my liberty, as well as the few, (very few) privileges that I have here.

If I was at fault in any way, I would man up and take the disciplinary actions in stride. But I'm completely innocent, Therefore I will not lay down.

I'll be filing and pursuing a 1983 Class Action Civil Suit against the facility, the Sheriff Sid Lockhart, the Major Clay Stewart and the Captain Kenny Sims Immediately.

I'm asking as a request, Because I been already threatened by your administratives, and I feel that my life is in danger to be Relocated and Transferred to another Detention facility as soon as possible.

As of Monday November Fifth (5th) of 2007. If this matter has not been rectified and/or resolved. And I'm not liberated back into population with all privileges back. I'll then start my hunger strike, as well as the Civil Suit against you all.

Thanks Sincerely for your time in advance

Sincerely

P.S. I've Also informed my Attorneys of

**C. M. WILLIAMS**
*Chief Deputy*

(334) 864-4333
(706) 586-8414
(334) 864-4309 FAX
SHERIFF'S OFFICE


*Detention Administrator*

(334) 864-4334
(706) 586-8403
(334) 864-4307 FAX
DETENTION FACILIT



**SID LOCKHART**
Sheriff, Chambers County

November 9, 2007

Chambers County Detention Facility
Lafayette, Alabama 36862

This letter is in response to a letter written to Sheriff Sid Lockhart dated 10-29-2007 concerning your cell assignment at the Chambers County Detention Facility. As the Administrator of this facility I have the authority to assign inmates to housing as deemed necessary. At the time of your cell assignment I determined that I-Block was the best suited housing option. Inmates at this facility will not determine their housing assignments. You will remain assigned to I – Block until further notice.

I – Block is under constant video surveillance therefore your safety can be monitored twenty-four hours a day. Please feel free to send me any specific information concerning reasons why you feel you are in danger at this facility. Your letter did not address any specific reasons you feel you are in danger.

Threats of lawsuits will not be addressed by me or any members of the Chambers County Detention Facility. Please forward any correspondence concerning any threats of legal action to Webb & Eley in Montgomery, Alabama.

The staff will continue to serve you meals as scheduled and I encourage you to eat to maintain your health. Not eating will jeopardize your over all health and can cause various health related issues. We will monitor your meal intake and take whatever action is necessary to ensure your health and well-being.

I encourage you to follow the rules and regulations of this institution. Our policies ensure the care, custody, and control of all inmates at this facility.

*[signature]*

Major Clay Stewart

26862

TO: Sheriff Sid Lockhart,

*inmate file responded 07/20/2006*

Dear Sir,                                                           7-17-06

Hope this finds you doing fine!
I want go into much details about the serious issue's that's going on with me at this facility. on 7-15-06, it took (9) ~~nine hours~~ or so to get someone as Sgt. Hancock to see about my "urgent" High Blood pressure trouble I had. only then to be humiliated by him in front of serval witness's. Etc Etc.
Major Stewart and Captain Sims can give you the serious grievance's details in my complaints!
Sgt. Hancock said "quit your crying you little bitch" "ain't nothing wrong with you".
Well, to his surprize after complaining and rewritting request's (9? hours!) Nurse Smith checked it 213/123 Long story short, I was immediately taken to Langdale emergency room (at Dr Quin's request Etc).
Never been treated this worst by any jail or prison. Mr. Sid, "I could've died!"
The grievance is not personal, just want to make sure this doesn't ever happen again. It could be my son I save, or yours!!
                                                         Sincerely,

P.S. Skip McCoy should have got word of this
...... I think, This is serious too!

# CHAMBERS COUNTY DETENTION FACILITY
# INMATE GRIEVANCE FORM

**INSTRUCTIONS:** Fill in all of the information requested down to the dotted lin[e]. [Describe] the grievance or complaint, give as much information as possible. List the names [of all persons] involved, the date or dates of any relevant events, the specified location of the e[vents or condi]tions, and the names of witnesses to the events or conditions. When you have fini[shed filling out] the form, give it back to one of the facility staff members.

NAME: _____ TODAY'S DATE: July

GRIEVANCE: Phone in H-Block NOT W[orking] AGAIN!!

SOLUTION WANTED: Have Technition fix teleph[one or] replace it entirely.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RECEIVED BY SHIFT SUPERVISOR:

DATE: 7-4-06   SIGNATURE: Teodow

Upon receipt by Shift Supervisor, Grievance should be signed by the Supervisor and a co[py of] the Grievance should be returned to the Inmate.

ACTION TAKEN: Request to Phone Company h[as] been submitted.

DATE: 07/10/2006   SIGNATURE: _____

# CHAMBERS COUNTY DETENTION FACILITY
## INMATE GRIEVANCE FORM
### Request

INSTRUCTIONS: Fill in all of the information requested down to the dotted line. In describing the grievance or complaint, give as much information as possible. List the names of any persons involved, the date or dates of any relevant events, the specified location of the events or conditions, and the names of witnesses to the events or conditions. When you have finished filling out the form, give it back to one of the facility staff members.

NAME: _____  TODAY'S DATE: 6/27/2006

Request: ~~GRIEVANCE:~~ Capt. or Major, I need to get information from my property to close-out my checking account B4 I end up with some insufficient funds on some bank drafts against my account.

SOLUTION WANTED: Allow me to get needed info from my property to have this account closed out & drafts cancelled.

----------------

RECEIVED BY SHIFT SUPERVISOR:

DATE: _____ SIGNATURE: _____

Upon receipt by Shift Supervisor, Grievance should be signed by the Supervisor and a copy of the Grievance should be returned to the Inmate.

ACTION TAKEN: Lt. McCoy will bring you to Booking to assist with your checking account.

DATE: 06/28/06    SIGNATURE: _____

**INMATE GRIEVANCE FORM**

**INSTRUCTIONS:** Fill in all of the information requested down to the dotted line. In describing the grievance or complaint, give as much information as possible. List the names of any persons involved, the date or dates of any relevant events, the specified location of the events or conditions, and the names of witnesses to the events or conditions. When you have finished filling out the form, give it back to one of the facility staff members.

**NAME:** _____  **TODAY'S DATE:** June 9, 2006

★ 2ND

**GRIEVANCE:** Female inmates are not being taken for yard call as per Section 21.1 of CCD Rules & Regulations. We understand that adequate staff may not allow for 5 days a week, but 1 or 0 times a week isn't enough.

**SOLUTION WANTED:** Allow male guards, if neccesary, to watch female inmates @ yard call. If there are female inmates who can't conduct themselves in a proper manner, let them go without yard & those of us who can conduct themselves like ladies will not have to suffer. ~~We haven't been out this whole week,~~ and only once last week. There must be a medium we can come to on this. Please give it some thought.

**RECEIVED BY SHIFT SUPERVISOR:** _____

**DATE:** _____  **SIGNATURE:** _____

Upon receipt by Shift Supervisor, Grievance should be signed by the Supervisor and a copy of the Grievance should be returned to the Inmate.

**ACTION TAKEN:** You all were taken out on June 9, 2006, and June 12, 2006.

**DATE:** 12 June 2006   **SIGNATURE:** McCoy