# EXHIBIT D3.

# Exhibit 3 to Stewart Affidavit – Investigator Jason Fuller's Investigation Report

# CHAMBERS COUNTY
# SHERIFF

**C. M. WILLIAMS**
*Chief Deputy*

(334) 864-4333
(706) 586-8414
(334) 864-4309 FAX
SHERIFF'S OFFICE



**CLAY STEWART**
*Detention Administrator*

(334) 864-4334
(706) 586-8403
(334) 864-4307 FAX
DETENTION FACILITY

## SID LOCKHART
Sheriff, Chambers County

On July 9, 2008 Major Clay Stewart contacted me and asked me to conduct interviews of current and former employees concerning an incident that occurred in November 2005 concerning Inmate Christopher McCullough. I assisted Lt. LeKesha McCoy in obtaining employee attendance records from November 10, 2005 until November 22, 2005. Major Stewart directed me to ask each current and former employee if they recalled receiving any complaint or grievance, verbal or in writing, from Christopher McCullough concerning his treatment while he was an inmate in the Chambers County Detention Facility in November 2005. I began by interviewing employees still employed by the Chambers County Detention Facility. I asked each employee the following questions:

1. Do you recall receiving a written complaint or written grievance from Inmate Christopher McCullough during November of 2005?
2. Do you recall receiving a verbal complaint or verbal grievance from Inmate Christopher McCullough during November of 2005?
3. Do you recall Inmate Christopher McCullough state he had been denied to the Grievance Procedure while he was an inmate at the Chambers County Detention Facility?

Lt. Annie Davidson – I did not receive any type, verbal or written, of complaint or grievance from Inmate Christopher McCullough in November of 2005 nor do I recall any member of the Chambers County Detention Facility deny him access to the Inmate Grievance Procedure.

Sgt. Teddy Hancock – I do not recall receiving any type of verbal or written complaint or grievance from Inmate Christopher McCullough in November 2005.

Sgt. Mildred Kirk – During November of 2005 I was on medical leave and was not working inside the facility.

Sgt. Felton Spradlin - I do not recall receiving any type of verbal or written complaint or grievance from Inmate Christopher McCullough in November 2005.

C/O Charles Jordan - I do not recall receiving any type of verbal or written complaint or grievance from Inmate Christopher McCullough in November 2005.

Richard Mann – I do not recall receiving any type, verbal or written, of complaint or grievance from Inmate Christopher McCullough in November of 2005 nor do I recall any member of the Chambers County Detention Facility deny him access to the Inmate Grievance Procedure.

Crystal Richardson - I did not receive any type, verbal or written, of complaint or grievance from Inmate Christopher McCullough in November of 2005 nor do I recall any member of the Chambers County Detention Facility deny him access to the Inmate Grievance Procedure.

Mark Nelson - I do not recall receiving any type of verbal or written complaint or grievance from Inmate Christopher McCullough in November 2005.


I have attempted to locate former employees but due to scheduling conflicts and duty assignments that required me to leave town I have been unable to complete the interviews.


Investigator Jason Fuller

CCSO