# EXHIBIT D4.

# Exhibit 4 to Stewart Affidavit – Plaintiff Christopher McCullough's Mail Logs

```
07/08/2008            ** M A I L  L O G  I N Q U I R Y **              14:52:54
================================================================================
BOOKING ID : 050000326        BOOK DATE: 02/21/2005    STATUS: RELEASED
INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELICELL-        FACLTY: 01
================================================================================
LN TYPE NAME                          ADDRESS/CITY/ST/ZIP                  MONEY
-- ----  ----                         -------------------                  -----
01  IN                                CHAMBERS CORTHOUSE, LAFAYETTE, AL 36862  N
02  IN   UNITED STATES DISTRICT CO    PO BOX 711, MONTGOMERY, AL 36101         N




                              LN# OR 99 __

KEY IN LN# TO SELECT LINE TO VIEW                                   ESC TO EXIT
```

```
07/08/2008            ** M A I L  L O G  I N Q U I R Y **              14:53:03
================================================================================
BOOKING ID : 050000565        BOOK DATE: 04/05/2005    STATUS: RELEASED
INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELICELL-        FACLTY: 01
================================================================================
LN TYPE NAME                          ADDRESS/CITY/ST/ZIP                  MONEY
-- ----  ----                         -------------------                  -----




                              LN# OR 99 __

KEY IN LN# TO SELECT LINE TO VIEW                                   ESC TO EXIT
```

==================================================================================
BOOKING ID : 050001888          BOOK DATE: 11/04/2005         STATUS: RELEASED
INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELICELL-               FACLTY: 01
==================================================================================
LN TYPE NAME                    ADDRESS/CITY/ST/ZIP                         MONEY
-- ---- ----------------------  ----------------------------------------    -----
01  OUT                         1805 18TH ST. S W, LANETT, AL 36863           N
02  OUT                         CIRCUIT CLERK, LAFAYETTE, AL 36862            N


                                LN# OR 99 __

                                                                       ESC TO EXIT
KEY IN LN# TO SELECT LINE TO VIEW

07/08/2008           ** M A I L   L O G   I N Q U I R Y **              14:53:10
==================================================================================
BOOKING ID : 070000420          BOOK DATE: 03/06/2007         STATUS: RELEASED
INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELICELL-               FACLTY: 01
==================================================================================
LN TYPE NAME                    ADDRESS/CITY/ST/ZIP                         MONEY
-- ---- ----------------------  ----------------------------------------    -----


                                LN# OR 99 __

                                                                       ESC TO EXIT
KEY IN LN# TO SELECT LINE TO VIEW

```
07/08/2008              **MAIL LOG INQUIRY**                14:53:15
================================================================================
BOOKING ID : 070000658        BOOK DATE: 04/05/2007     STATUS: RELEASED
INMATE NAME: MCCULLOUGH CHRISTOPHER CORNELICELL-         FACLTY: 01
================================================================================
LN TYPE NAME                      ADDRESS/CITY/ST/ZIP                    MONEY
-- ---- ------------------------- -------------------------------------  -----
01 OUT  CLERK OF COURT MR CHARLES CHAMBERS CO COURTHOUSE, LAFAYETTE, AL 36   N




                              LN# OR 99 __

KEY IN LN# TO SELECT LINE TO VIEW                              ESC TO EXIT
```