# EXHIBIT H

# Correction Officer Charles Jordan's Affidavit
# (to be supplemented after receipt of signed and sworn affidavit)