# EXHIBIT I

# [BLANK]