**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 29, 2008

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:** Christopher McCullough**v.** Chambers County Sheriff's Department **, et al.**
**Case Number:** 3:05-cv-1163-WKW

**Pleading : #32 - Objection to Report and Recommendation**

**Notice of Correction is being filed this date to advise that Exhibit D - Affidavit of Clay Stewart attached to the referenced pleading is incomplete.**

**The corrected pdf document containing the entire affidavit is attached to this notice.**